

## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Joshua Taylor Ripley, Esq.*

#### DATE OF ADMISSION

*November 2, 2015*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: April 25, 2017

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk