UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, et al. | Case No. 1:17-cv-03139 |
| Plaintiffs, | **[PROPOSED] ORDER** |
| -against- | **GRANTING MOTION TO ADMIT** |
| | **COUNSEL *PRO HAC VICE*** |
| BANK OF AMERICA CORPORATION, et al. | |
| Defendants. | |

The motion of Joshua T. Ripley, for admission to practice *pro hac vice* in the above-captioned matter is GRANTED.

Applicant has declared that he is a member in good standing of the Bar of the State of Pennsylvania; and that his contact information is as follows:

> Joshua T. Ripley
> Berger & Montague, P.C.
> 1622 Locust Street
> Philadelphia, PA 19103
> (215) 875-3093 (Phone)
> (215) 875-4604 (Fax)

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiffs James Contant, Martin-Han Tran, Carlos Gonzalez, Ugnius Matkus, Jerry Jacobson, and Paul Vermillion in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____    _____
                                  United States District Judge