

April 28, 2017

**VIA ECF**
Honorable Lorna G. Schofield
United States District Court
for the Southern District of New York
40 Foley Square
New York, NY 10007

        RE:    *Contant, et al. v. Bank of America Corporation, et al.*, 1:17-cv-03139

Dear Judge Schofield:

        The undersigned are counsel for the parties in *Baker, et al. v. Bank of America, et al.*, 16-cv-07512 (ECF 106), which was accepted by this Court as related to *In re Foreign Exchange Benchmark Rates Antitrust Litigation*, 1:13-cv-07789-LGS ("*FOREX*"). The above-referenced action was designated on the Civil Cover Sheet by counsel for the plaintiffs as "essentially the same" as the *Baker* action. As set forth in the parties' joint letter to the Court in *Baker*, that action was voluntarily dismissed pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), concurrently with the filing of the above-referenced action. (ECF No. 179).

        The parties in the above-referenced action respectfully submit this joint letter to provide the Court with the following information:

1. **Relatedness to the Direct Purchaser Action**

        The parties agree that this action should be designated as related to *In re Foreign Exchange Benchmark Rates Antitrust Litigation*, 1:13-cv-07789-LGS ("*FOREX*").

2. **Waiver of Service**

        So as to conserve both party and judicial resources, Defendants hereby agree to waive service of the complaint pursuant to Fed. R. Civ. P. 4(d). Neither Defendants' waiver of such service nor Defendants' entry into this stipulation shall constitute a waiver of any other defense, including, but not limited to, the defenses of lack of subject matter jurisdiction, lack of personal jurisdiction, or improper venue. Service of the complaint on defendants shall be effective as of the date of the entry of the Order granting this stipulation.

3. **Briefing Schedule for Motions to Dismiss**

        Defendants intend to move to dismiss the Class Action Complaint ("Complaint") on multiple grounds, and Plaintiffs intend to oppose Defendants' Motions to Dismiss in full. The parties respectfully propose that the Court enter the following schedule:

1) Defendants shall file a joint 12(b)(6) Motion to Dismiss and/or Stay and a separate joint 12(b)(2) Motion to Dismiss, both due 45 days after the entry of this Order;
2) Plaintiffs shall file memoranda in opposition to Defendants' Motions to Dismiss, both due 45 days after the filing of Defendants' motions;
3) In lieu of filing memoranda in opposition to Defendants' motions, Plaintiffs may file an amended complaint within 45 days of the filing of Defendants' motions;
4) If Plaintiffs file memoranda in opposition to Defendants' motions, Defendants may file joint reply briefs, due 23 days after the filing of Plaintiffs' opposition briefs.

It is the parties' hope that the stipulation will allow the Court to dispense (if it so wishes) with the initial case management conference as provided for under Rule IV (A)(2) of this Court's Individual Rules and Procedures for Civil Cases. Should the Court accept the *Contant* action as related to *FOREX*, the parties anticipate that they will promptly submit a Proposed Joint Stipulation consistent with the schedule described herein.

**4.     Civil Case Management Plan.**

The parties respectfully submit that a proposed case management plan and scheduling order ("Plan") should await the disposition of the anticipated Motions to Dismiss or Stay. Accordingly, the parties agree that the discovery stay as ordered by this Court in this case's predecessor, *Baker, et al. v. Bank of America, et al.*, 16-cv-07512 (ECF 106), will apply here pending further order of the Court, provided that the parties reserve all rights to seek an order permitting discovery prior to the Court's decision on the Defendants' motions to dismiss if they later determine that good cause exists. As provided in the same order, if depositions are scheduled in *FOREX*, Defendants shall promptly notify Plaintiffs so that Plaintiffs may move to lift the stay.

Dated: April 28, 2017                                         Respectfully submitted,

For Plaintiffs:

BERGER & MONTAGUE, P.C.                      SCHNEIDER WALLACE COTTRELL
                                                                             KONECKY WOTKYNS LLP
/s/ Michael Dell'Angelo
Michael Dell'Angelo                                         Garrett W. Wotkyns
Merrill G. Davidoff                                           8501 North Scottsdale Road, Suite 270
Todd S. Collins                                                 Scottsdale, AZ 85253
Joshua T. Ripley                                               Tel: (480) 428-0142
1622 Locust Street                                           Fax: (866) 505-8036
Philadelphia, PA 19103                                   gwotkyns@schneiderwallace.com
Tel: (215) 875-3000
Fax: (215) 875-4604
mdellangelo@bm.net
mdavidoff@bm.net
tcollins@bm.net
jripley@bm.net

| | |
|---|---|
| MCCULLEY MCCLUER PLLC | PEIFFER ROSCA WOLF ABDULLAH CARR & KANE LLP |
| R. Bryant McCulley<br>Stuart McCluer<br>1022 Carolina Boulevard, Suite 300<br>Charleston, SC 29451<br>Tel: (855) 467-0451<br>Fax: (662) 368-1506<br>bmcculley@mcculleymccluer.com<br>smccluer@mcculleymccluer.com | Joseph C. Peiffer<br>201 St. Charles Ave. Suite 4610<br>New Orleans, LA 70170<br>Tel: (504) 523-2434<br>Fax: (504) 523-2464<br>jpeiffer@prwlegal.com |

For Defendants:

| | |
|---|---|
| SULLIVAN & CROMWELL LLP | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| By: /s/ Matthew A. Schwartz<br>Matthew A. Schwartz<br>David H. Braff<br>Yvonne S. Quinn<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>schwartzmatthew@sullcrom.com<br>braffd@sullcrom.com<br>quinny@sullcrom.com | By: /s/ Peter E. Greene<br>Peter E. Greene<br>Boris Bershteyn<br>Four Times Square<br>New York, New York 10036<br>Telephone: (212) 735-3000<br>Facsimile: (212) 735-2000<br>peter.greene@skadden.com<br>boris.bershteyn@skadden.com |
| *Attorneys for Defendant Barclays Bank PLC and Barclays Capital Inc.* | *Attorneys for Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.* |
| SHEARMAN & STERLING LLP | LOCKE LORD LLP |
| By: /s/ Adam S. Hakki<br>Adam S. Hakki<br>Richard F. Schwed<br>Jeffrey J. Resetarits<br>599 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 848-4000<br>ahakki@shearman.com<br>rschwed@shearman.com<br>jeffrey.resetarits@shearman.com | By: /s/ Gregory T. Casamento<br>Gregory T. Casamento<br>3 World Financial Center<br>New York, NY 10281<br>Telephone: (212) 812-8325<br>Facsimile: (212) 812-8385<br>gcasamento@lockelord.com |

*Attorneys for Defendants Bank of America Corporation, Bank of America, N.A. and Merrill Lynch, Pierce, Fenner & Smith Incorporated*

ALLEN & OVERY LLP

By: /s/ David C. Esseks
David C. Esseks
Laura R. Hall
Rebecca Delfiner
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 610-6300
david.esseks@allenovery.com
laura.hall@allenovery.com
rebecca.delfiner@allenovery.com

John Terzaken
1101 New York Avenue
Washington, D.C. 20005
Telephone: (202) 683-3800
john.terzaken@allenovery.com

*Attorneys for Defendants BNP Paribas, BNP Paribas North America, Inc., BNP Paribas Securities Corp., and BNP Paribas Prime Brokerage, Inc.*

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: /s/ Thomas J. Moloney
Thomas J. Moloney
George S. Cary
Sue S. Guan
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
tmoloney@cgsh.com

Roger B. Cowie
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
Telephone: (214) 740-8000
rcowie@lockelord.com
J. Matthew Goodin
Julia C. Webb
111 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 443-0700
jmgoodin@lockelord.com
jwebb@lockelord.com

*Attorneys for Defendants HSBC Holdings, PLC, HSBC Bank PLC, HSBC North America Holdings, Inc., HSBC Bank USA, N.A., and HSBC Securities (USA) Inc.*

DAVIS POLK & WARDWELL LLP

By: /s/ Joel M. Cohen
Joel M. Cohen
Melissa C. King
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 450-4800
joel.cohen@davispolk.com
melissa.king@davispolk.com

*Attorneys for Defendants The Royal Bank of Scotland Group plc and RBS Securities Inc.*

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Eric J. Stock
Eric J. Stock
Indraneel Sur
200 Park Avenue, 48th Floor
New York, New York 10166
Telephone: (212) 351-4000
Facsimile: (212) 716-0801
estock@gibsondunn.com
isur@gibsondunn.com

gcary@cgsh.com
sguan@cgsh.com

*Attorneys for Defendants The Goldman Sachs Group, Inc. and Goldman, Sachs & Co.*

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: /s/  Kenneth A. Gallo
Kenneth A. Gallo
Michael E. Gertzman
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

kgallo@paulweiss.com
mgertzman@paulweiss.com

*Attorneys for Defendant The Bank of Tokyo-Mitsubishi, UFJ, Ltd.*

KIRKLAND & ELLIS LLP

By: /s/ Robert Khuzami
Robert Khuzami
Joseph Serino, Jr., P.C.
Eric F. Leon, P.C.
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
robert.khuzami@kirkland.com
joseph.serino@kirkland.com
eric.leon@kirkland.com

G. Patrick Montgomery (*pro hac vice*)
655 Fifteenth Street, N.W.
Washington, D.C. 20005-5793
Telephone: (202) 879-5000
Facsimile: (202) 879-5200
patrick.montgomery@kirkland.com

D. Jarrett Arp
Melanie L. Katsur
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539
jarp@gibsondunn.com
mkatsur@gibsondunn.com

*Attorneys for Defendants UBS AG, UBS Group AG, and UBS Securities, LLC*

CAHILL GORDON & REINDEL LLP

By: /s/  David G. Januszewski
David G. Januszewski
Herbert S. Washer
Elai Katz
Jason M. Hall
80 Pine Street
New York, New York 10005
Telephone: (212) 701-3000
Facsimile: (212) 269-5420
djanuszewski@cahill.com
hwasher@cahill.com
ekatz@cahill.com
jhall@cahill.com

*Attorneys for Defendants Credit Suisse Group AG, Credit Suisse AG, and Credit Suisse Securities (USA) LLC*

*Attorneys for Defendant Deutsche Bank AG
and Deutsche Bank Securities Inc.*

| | |
|---|---|
| COVINGTON & BURLING LLP | WACHTELL, LIPTON, ROSEN & KATZ |
| By: /s/ Andrew A. Ruffino | By: /s/ Jonathan Moses |
| Andrew A. Ruffino | Jonathan Moses |
| The New York Times Building | Bradley R. Wilson |
| 620 Eighth Avenue | 51 West 52nd Street |
| New York, New York 10018 | New York, NY 10019 |
| Telephone: (212) 841-1000 | Telephone: (212) 403-1000 |
| aruffino@cov.com | Facsimile: (212) 403-2000 |
| | JMMoses@wlrk.com |
| Alan M. Wiseman | BRWilson@wlrk.com |
| Thomas A. Isaacson | |
| Andrew D. Lazerow | *Attorneys for Defendants Morgan Stanley,* |
| Megan E. Gerking | *Morgan Stanley & Co., LLC, and Morgan* |
| Jamie A. Heine | *Stanley & Co. International PLC* |
| One CityCenter | |
| 850 Tenth Street N.W. | |
| Washington, D.C. 20001 | |
| Telephone: (202) 662-6000 | |
| awiseman@cov.com | |
| tisaacson@cov.com | |
| alazerow@cov.com | |
| mgerking@cov.com | |
| jheine@cov.com | |

*Attorneys for Defendants Citibank, N.A.,
Citigroup Inc., Citicorp and Citigroup Global
Markets Inc.*

| | |
|---|---|
| SIDLEY AUSTIN LLP | LINKLATERS LLP |
| By: /s/ Andrew W. Stern | By: /s/ James R. Warnot, Jr. |
| Andrew W. Stern | James R. Warnot, Jr. |
| Nicholas P. Crowell | Adam S. Lurie |
| 787 Seventh Avenue | Patrick C. Ashby |
| New York, New York 10019 | 1345 Avenue of the Americas |
| Telephone: (212) 839-5300 | New York, New York 10105 |
| Facsimile: (212) 839-5599 | Telephone: (212) 903-9000 |
| astern@sidley.com | Facsimile: (212) 903-9100 |
| ncrowell@sidley.com | james.warnot@linklaters.com |

*Attorneys for Defendant Standard Chartered Bank*

MOORE AND VAN ALLEN PLLC

By: /s/ James P. McLoughlin, Jr.
James P. McLoughlin, Jr.
Mark A. Nebrig
Joshua D. Lanning
Moore and Van Allen PLLC
100 N. Tryon Street, Suite 4700
Charlotte, North Carolina 28202
Telephone: (704) 331-1000
Facsimile: (704) 331-1159
jimmcloughlin@mvalaw.com
marknebrig@mvalaw.com
joshlanning@mvalaw.com

*Attorneys for Defendant
RBC Capital Markets, LLC*

adam.lurie@linklaters.com
patrick.ashby@linklaters.com

*Attorneys for Defendant Société Générale*