UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, et al. : | Case No. 1:17-cv-03139 |
| Plaintiffs, : | **CORRECTED MOTION FOR** |
| -against- : | **ADMISSION PRO HAC VICE** |
| BANK OF AMERICA CORPORATION, et al. : | |
| Defendants. : | |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Joshua T. Ripley, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiffs James Contant, Martin-Han Tran, Carlos Gonzalez, Ugnius Matkus, Jerry Jacobson, and Paul Vermillion in the above-referenced action.

I am in good standing of the Bar of the State of Pennsylvania and there are no pending disciplinary proceedings against me in any State or Federal court.

Dated: May 1, 2017                             Respectfully submitted,

/s/ Joshua T. Ripley
Joshua T. Ripley
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA 19103
Phone: (215) 875-3093
Fax:    (215) 875-4604
E-mail:  jripley@bm.net

*Counsel for Plaintiffs James Contant, Martin-Han Tran, Carlos Gonzalez, Ugnius Matkus, Jerry Jacobson, and Paul Vermillion*