UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, et al. | Case No. 1:17-cv-03139 |
| Plaintiffs, | **AFFIDAVIT IN SUPPORT OF** |
| -against- | **MOTION FOR ADMISSION *PRO*** |
| | ***HAC VICE* FOR JOSHUA T.** |
| BANK OF AMERICA CORPORATION, et al. | **RIPLEY** |
| Defendants. | |

JOSHUA T. RIPLEY hereby states:

1. I am an attorney with the firm of Berger & Montague, P.C., 1622 Locust Street, Philadelphia, PA 19103.

2. I am a member in good standing of the bar of the Commonwealth of Pennsylvania.

3. There are no pending disciplinary proceedings against me in any state or federal court.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 1st day of May, 2017, at Philadelphia, Pennsylvania.

_____
Joshua T. Ripley

COMMONWEALTH OF PENNSYLVANIA   )
                              )   SS
COUNTY OF PHILADELPHIA         )

SWORN TO AND SUBSCRIBE BEFORE
ME THIS _1_ DAY OF _May_, 2017

_Angela M. Hickman_
NOTARY PUBLIC

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
ANGELA M. HICKMAN, Notary Public
City of Philadelphia, Phila. County
My Commission Expires May 10, 2021