UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, et al.<br><br>        Plaintiffs,<br>-against-<br><br>BANK OF AMERICA CORPORATION, et al.<br><br>        Defendants. | Case No. 1:17-cv-03139<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Michael C. Dell'Angelo, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiffs James Contant, Martin-Han Tran, Carlos Gonzalez, Ugnius Matkus, Jerry Jacobson, and Paul Vermillion in the above-referenced action.

I am in good standing of the bars of the Commonwealth of Pennsylvania and the State of New Jersey, and there are no pending disciplinary proceedings against me in any State or Federal court.

Dated: May 2, 2017                    Respectfully submitted,

/s/ Michael C. Dell'Angelo
Michael C. Dell'Angelo
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA 19103
Phone: (215) 875-3080
Fax:    (215) 875-4604
E-mail:  mdellangelo@bm.net

*Counsel for Plaintiffs James Contant, Martin-Han Tran, Carlos Gonzalez, Ugnius Matkus, Jerry Jacobson, and Paul Vermillion*