UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, et al. | : Case No. 1:17-cv-03139 |
| Plaintiffs, | : |
| -against- | : **AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* FOR MICHAEL C. DELL'ANGELO** |
| BANK OF AMERICA CORPORATION, et al. | : |
| Defendants. | : |

Michael C. Dell'Angelo hereby states:

1. I am an attorney with the firm of Berger & Montague, P.C., 1622 Locust Street, Philadelphia, PA 19103.

2. I am a member in good standing of the bars of the Commonwealth of Pennsylvania and the State of New Jersey.

3. There are no pending disciplinary proceedings against me in any state or federal court.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 2nd day of May, 2017, at Philadelphia, Pennsylvania.

*[signature]*
Michael C. Dell'Angelo

COMMONWEALTH OF PENNSYLVANIA )
 ) SS
COUNTY OF PHILADELPHIA )

SWORN TO AND SUBSCRIBE BEFORE
ME THIS 2nd DAY OF May, 2017
*[signature: Angela M. Hickman]*
NOTARY PUBLIC

**COMMONWEALTH OF PENNSYLVANIA**
NOTARIAL SEAL
ANGELA M. HICKMAN, Notary Public
City of Philadelphia, Phila. County
My Commission Expires May 10, 2021