

# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Michael C. Dell'Angelo IV, Esq.

#### DATE OF ADMISSION

**January 2, 1998**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: April 25, 2017

Patricia A. Johnson
Chief Clerk