UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JAMES CONTANT, et al.,

                    Plaintiffs,

        - against -                          Case No. 17 CV 3139 (LGS)

BANK OF AMERICA CORPORATION, et al., .

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## **NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

      PLEASE TAKE NOTICE that Laura R. Hall of Allen & Overy LLP, a member of this Court in good standing, hereby enters an appearance as counsel for defendants BNP Paribas (identified in the complaint as "BNP Paribas Group"), BNP Paribas North America, Inc., BNP Paribas Securities Corp. and BNP Paribas Prime Brokerage, Inc. in the above-captioned action and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with these actions be served on the undersigned.

Dated: New York, New York
       May 4, 2017

Respectfully submitted,

ALLEN & OVERY LLP

By: /s/ Laura R. Hall
     Laura R. Hall
1221 Avenue of the Americas
New York, New York 10020
Tel: 212-610-6300
Email: laura.hall@allenovery.com

*Attorney for Defendants BNP Paribas, BNP Paribas North America, Inc., BNP Paribas Securities Corp. and BNP Paribas Prime Brokerage, Inc.*