# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, MARTIN-HAN TRAN, CARLOS GONZALEZ, UGNIUS MATKUS, JERRY JACOBSON, and PAUL VERMILLION, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>      Defendants. | Case No. 1:17-cv-03139-LGS<br><br>ECF CASE |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Gregory T. Casamento, enters his appearance in this matter as attorney for Defendants HSBC Holdings plc, HSBC Bank plc, HSBC North America Holdings, Inc., HSBC Bank USA, N.A., and HSBC Securities (USA) Inc., (all five entities collectively "HSBC") for purposes of receiving notices and orders from this Court.

The Clerk of this Court is requested to note this appearance on the Court's docket and to forward copies of all entries, orders, notices and other court documents in this proceeding to the undersigned counsel.

This entry of appearance is subject to and without waiving any defenses that the HSBC Defendants may have.

Dated: New York, New York
         May 4, 2017

        LOCKE LORD LLP

        <u>/s/ Gregory T. Casamento</u>

        Gregory T. Casamento
        Brookfield Place
        200 Vesey Street, 20th Floor
        New York, NY 10281-2101
        Telephone: (212) 812-8325
        Fax: (212) 812-8385
        gcasamento@lockelord.com

        Roger B. Cowie
        2200 Ross Avenue
        Dallas, TX  75201
        Telephone: (214) 740-8000
        rcowie@lockelord.com

        J. Matthew Goodin
        Julia C. Webb
        111 S. Wacker Drive
        Chicago, IL  60606
        Telephone: (312) 443-0700
        jmgoodin@lockelord.com
        jwebb@lockelord.com

        *Attorneys for Defendants*
        HSBC HOLDINGS PLC
        HSBC BANK PLC
        HSBC NORTH AMERICA HOLDINGS, INC.
        HSBC BANK USA, N.A.
        and
        HSBC SECURITIES (USA) INC.