**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

JAMES CONTANT, MARTIN-HAN TRAN,    :
CARLOS GONZALEZ, UGNIUS MATKUS,    :
JERRY JACOBSON, and PAUL VERMILLION,   :
on behalf of themselves and all others similarly  :
situated,    :
   :
            Plaintiffs,    :
   :
   v.    :
   :
BANK OF AMERICA CORPORATION; BANK  :
OF AMERICA, N.A.; MERRILL LYNCH,   :
PIERCE, FENNER & SMITH INC.; THE BANK  :
OF TOKYO MITSUBISHI UFJ LTD.;   :
BARCLAYS BANK PLC; BARCLAYS CAPITAL :
INC.; BNP PARIBAS GROUP; BNP PARIBAS  :
NORTH AMERICA, INC.; BNP PARIBAS   :
SECURITIES CORP.; BNP PARIBAS PRIME  :
BROKERAGE, INC.; CITIGROUP INC.;   :
CITIBANK, N.A.; CITICORP; CITIGROUP  :
GLOBAL MARKETS INC.; CREDIT SUISSE  :
GROUP AG; CREDIT SUISSE AG; CREDIT  :
SUISSE SECURITIES (USA) LLC; DEUTSCHE :
BANK AG; DEUTSCHE BANK SECURITIES  :
INC.; THE GOLDMAN SACHS GROUP, INC.; :
GOLDMAN, SACHS & CO.; HSBC HOLDINGS
PLC; HSBC BANK PLC; HSBC NORTH
AMERICA HOLDINGS, INC.; HSBC BANK
USA, N.A.; HSBC SECURITIES (USA) INC.;
JPMORGAN CHASE & CO.; JPMORGAN
CHASE BANK, N.A.; MORGAN STANLEY;
MORGAN STANLEY & CO., LLC; MORGAN
STANLEY & CO. INTERNATIONAL PLC; RBC
CAPITAL MARKETS LLC; ROYAL BANK OF
SCOTLAND GROUP PLC; RBS SECURITIES
INC.; SOCIÉTÉ GÉNÉRALE S.A.; STANDARD
CHARTERED BANK; UBS AG; UBS GROUP
AG; and UBS SECURITIES LLC;

            Defendants.

------------------------------------------------------------X

Case No. 17-cv-03139

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Thomas J. Moloney of the law firm Cleary Gottlieb Steen & Hamilton LLP hereby appears in the above-captioned action as counsel for Defendants The Goldman Sachs Group, Inc. and Goldman, Sachs & Co. and requests that all papers in this action be served upon, and all communications directed to, the undersigned at the address provided below.

Dated: New York, New York
         May 4, 2017

                              CLEARY GOTTLIEB STEEN & HAMILTON LLP


                    By:   /s/ Thomas J. Moloney
                          Thomas J. Moloney
                          *tmoloney@cgsh.com*
                          One Liberty Plaza
                          New York, New York 10006
                          Tel:  (212) 225-2000
                          Fax:  (212) 225-3999

                          *Attorney for Defendants The Goldman Sachs*
                          *Group, Inc. and Goldman, Sachs & Co.*