## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, MARTIN-HAN TRAN, CARLOS GONZALEZ, UGNIUS MATKUS, JERRY JACOBSON, and PAUL VERMILLION, on behalf of themselves and all others similarly situated,<br><br>                         Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>                        Defendants. | Case No.  1:17-cv-03139-LGS<br><br>ECF CASE<br><br>**STIPULATION REGARDING SERVICE OF THE CLASS ACTION COMPLAINT AND BRIEFING SCHEDULE** |

Plaintiffs James Contant, Martin-Han Tran, Carlos Gonzalez, Ugnius Matkus, Jerry Jacobson, and Paul Vermillion (collectively, "Plaintiffs"); and Defendants Bank of America Corporation, Bank of America, N.A., Merrill Lynch, Pierce, Fenner & Smith Incorporated, The Bank of Tokyo-Mitsubishi, UFJ Ltd., Barclays Bank PLC, Barclays Capital Inc., BNP Paribas (identified in the complaint as "BNP Paribas Group"), BNP Paribas North America, Inc., BNP Paribas Securities Corp., BNP Paribas Prime Brokerage, Inc., Citigroup Inc., Citibank, N.A., Citicorp, Citigroup Global Markets Inc., Credit Suisse Group AG, Credit Suisse AG, Credit Suisse Securities (USA) LLC, Deutsche Bank AG, Deutsche Bank Securities Inc., The Goldman Sachs Group, Inc., Goldman, Sachs & Co., HSBC Holdings PLC, HSBC Bank PLC, HSBC North America Holdings, Inc., HSBC Bank USA, N.A., HSBC Securities (USA) Inc., JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., Morgan Stanley, Morgan Stanley & Co., LLC, Morgan Stanley & Co. International PLC, RBC Capital Markets LLC, The Royal Bank of Scotland Group plc, RBS Securities Inc., Société Générale, Standard Chartered Bank, UBS AG, UBS Group AG, and UBS Securities LLC (collectively, "Defendants"), so as to conserve

both party and judicial resources, by and through their respective undersigned counsel, submit the following stipulation.  The parties originally agreed to a schedule that provided 45 days for Defendants to file motions to dismiss and/or stay, 45 days for Plaintiffs to file memoranda in opposition or an amended complaint, and 23 days for Defendants' reply memoranda, and the parties submitted that proposed schedule to the Court in the Joint Letter dated April 28, 2017. ECF No. 5.  On May 2, 2017, Defendants notified Plaintiffs that the agreed-upon schedule may conflict with several Defendants' vacation plans.  The Court subsequently entered an Order directing the parties to submit a proposed stipulation that set forth the deadlines in their April 28, 2017 letter.  ECF No. 8.  In an effort to address Defendants' potential scheduling conflict without further extending the proposed briefing schedule, the parties hereby stipulate as follows:

1.      Plaintiffs filed a complaint in the above-captioned proceeding on April 28, 2017.

2.      Defendants may file a joint 12(b)(6) Motion to Dismiss and/or Stay and a separate joint 12(b)(2) Motion to Dismiss, both due 45 days after the entry of this Order.

3.      Plaintiffs may file memoranda in opposition to Defendants' Motions to Dismiss, both due 35 days after the filing of Defendants' motions.

4.      In lieu of filing memoranda in opposition to Defendants' motions, Plaintiffs may file an amended complaint within 35 days of the filing of Defendants' motions.

5.      If Plaintiffs file memoranda in opposition to Defendants' motions, Defendants may file joint reply briefs, due 23 days after the filing of Plaintiffs' opposition briefs.

6.      Should Plaintiffs later determine that additional time is necessary for Plaintiffs' opposition memoranda or amended complaint, the parties will promptly submit a stipulation that requests an extension of the deadline for Plaintiffs' opposition memoranda or amended

complaint, and a modification of the deadline for Defendants' reply memoranda to accommodate Defendants' vacation schedules.

7.      Pursuant to Fed. R. Civ. P. 4(d), Defendants hereby waive service of the complaint and waive any and all service defects without any further process or request for waiver necessary on Plaintiffs' part.

8.      Neither Defendants' waiver of such service nor Defendants' entry into this Stipulation shall constitute a waiver of any other defense, including, but not limited to, the defenses of lack of subject matter jurisdiction, lack of personal jurisdiction, or improper venue.

9.      Service of the complaint on Defendants shall be effective as of the date of the entry of the Order granting this Stipulation.

Pursuant to Rule 8.5 of the S.D.N.Y. Electronic Case Filing Rules & Instructions, the parties hereby represent that all Defendants listed below consent to this Stipulation.

Dated: May 4, 2017                                    Respectfully submitted,

For Plaintiffs:


BERGER & MONTAGUE, P.C.                    SCHNEIDER WALLACE COTTRELL
                                          KONECKY WOTKYNS LLP
By: _____
Michael Dell'Angelo                        Garrett W. Wotkyns
Merrill G. Davidoff                        8501 North Scottsdale Road, Suite 270
Joshua T. Ripley                           Scottsdale, AZ 85253
1622 Locust Street                         Tel: (480) 428-0142
Philadelphia, PA 19103                     Fax: (866) 505-8036
Tel: (215) 875-3000                        gwotkyns@schneiderwallace.com
Fax: (215) 875-4604
mdellangelo@bm.net
mdavidoff@bm.net
jripley@bm.net


MCCULLEY MCCLUER PLLC                       PEIFFER ROSCA WOLF ABDULLAH
                                          CARR & KANE LLP

R. Bryant McCulley                         Joseph C. Peiffer
Stuart McCluer                             201 St. Charles Ave. Suite 4610
1022 Carolina Boulevard, Suite 300         New Orleans, LA 70170
Charleston, SC 29451                       Tel: (504) 523-2434
Tel: (855) 467-0451                        Fax: (504) 523-2464
Fax: (662) 368-1506                        jpeiffer@prwlegal.com
bmcculley@mcculleymccluer.com
smccluer@mcculleymccluer.com


*Attorneys for Plaintiffs James Contant, Martin-Han Tran, Carlos Gonzalez, Ugnius Matkus, Jerry Jacobson, and Paul Vermillion and the proposed Class*

SULLIVAN & CROMWELL LLP

By: *Matthew L. Schwartz*
Matthew A. Schwartz
David H. Braff
Yvonne S. Quinn
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
schwartzmatthew@sullcrom.com
braffd@sullcrom.com
quinny@sullcrom.com

*Attorneys for Defendant Barclays Bank PLC*
*and Barclays Capital Inc.*


SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP

By:_____
Peter E. Greene
Boris Bershteyn
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
peter.greene@skadden.com
boris.bershteyn@skadden.com

*Attorneys for Defendants JPMorgan Chase &*
*Co. and JPMorgan Chase Bank, N.A.*


SHEARMAN & STERLING LLP

By:_____
Adam S. Hakki
Richard F. Schwed
Jeffrey J. Resetarits
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
ahakki@shearman.com
rschwed@shearman.com
jeffrey.resetarits@shearman.com

*Attorneys for Defendants Bank of America*
*Corporation, Bank of America, N.A. and*
*Merrill Lynch, Pierce, Fenner & Smith*
*Incorporated*


LOCKE LORD LLP

By:_____
Gregory T. Casamento
3 World Financial Center
New York, NY 10281
Telephone: (212) 812-8325
Facsimile: (212) 812-8385
gcasamento@lockelord.com

Roger B. Cowie
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
Telephone: (214) 740-8000
rcowie@lockelord.com

J. Matthew Goodin
Julia C. Webb
111 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 443-0700
jmgoodin@lockelord.com jwebb@lockelord.com

SULLIVAN & CROMWELL LLP

By:_____
Matthew A. Schwartz
David H. Braff
Yvonne S. Quinn
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
schwartzmatthew@sullcrom.com
braffd@sullcrom.com
quinny@sullcrom.com

*Attorneys for Defendant Barclays Bank PLC and Barclays Capital Inc.*


SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:_____
Peter E. Greene
Boris Bershteyn
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
peter.greene@skadden.com
boris.bershteyn@skadden.com

*Attorneys for Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.*


SHEARMAN & STERLING LLP

By:_____
Adam S. Hakki
Richard F. Schwed
Jeffrey J. Resetarits
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
ahakki@shearman.com
rschwed@shearman.com
jeffrey.resetarits@shearman.com

*Attorneys for Defendants Bank of America Corporation, Bank of America, N.A. and Merrill Lynch, Pierce, Fenner & Smith Incorporated*


LOCKE LORD LLP

By:_____
Gregory T. Casamento
3 World Financial Center
New York, NY 10281
Telephone: (212) 812-8325
Facsimile: (212) 812-8385
gcasamento@lockelord.com

Roger B. Cowie
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
Telephone: (214) 740-8000
rcowie@lockelord.com

J. Matthew Goodin
Julia C. Webb
111 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 443-0700
jmgoodin@lockelord.com jwebb@lockelord.com

SULLIVAN & CROMWELL LLP

By:_____
Matthew A. Schwartz
David H. Braff
Yvonne S. Quinn
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile:  (212) 558-3588
schwartzmatthew@sullcrom.com
braffd@sullcrom.com
quinny@sullcrom.com

*Attorneys for Defendant Barclays Bank PLC
and Barclays Capital Inc.*


SHEARMAN & STERLING LLP

By:_____
Adam S. Hakki
Richard F. Schwed
Jeffrey J. Resetarits
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
ahakki@shearman.com
rschwed@shearman.com
jeffrey.resetarits@shearman.com

*Attorneys for Defendants Bank of America
Corporation, Bank of America, N.A. and
Merrill Lynch, Pierce, Fenner & Smith
Incorporated*


SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP

By:_____
Peter E. Greene
Boris Bershteyn
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
peter.greene@skadden.com
boris.bershteyn@skadden.com

*Attorneys for Defendants JPMorgan Chase &
Co. and JPMorgan Chase Bank, N.A.*


LOCKE LORD LLP

By:_____
Gregory T. Casamento
3 World Financial Center
New York, NY 10281
Telephone: (212) 812-8325
Facsimile: (212) 812-8385
gcasamento@lockelord.com

Roger B. Cowie
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
Telephone: (214) 740-8000
rcowie@lockelord.com

J. Matthew Goodin
Julia C. Webb
111 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 443-0700
jmgoodin@lockelord.com jwebb@lockelord.com

SULLIVAN & CROMWELL LLP

By:_____
Matthew A. Schwartz
David H. Braff
Yvonne S. Quinn
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile:  (212) 558-3588
schwartzmatthew@sullcrom.com
braffd@sullcrom.com
quinny@sullcrom.com

*Attorneys for Defendant Barclays Bank PLC
and Barclays Capital Inc.*


SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP

By:_____
Peter E. Greene
Boris Bershteyn
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
peter.greene@skadden.com
boris.bershteyn@skadden.com

*Attorneys for Defendants JPMorgan Chase &
Co. and JPMorgan Chase Bank, N.A.*


SHEARMAN & STERLING LLP

By:_____
Adam S. Hakki
Richard F. Schwed
Jeffrey J. Resetarits
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
ahakki@shearman.com
rschwed@shearman.com
jeffrey.resetarits@shearman.com

*Attorneys for Defendants Bank of America
Corporation, Bank of America, N.A. and
Merrill Lynch, Pierce, Fenner & Smith
Incorporated*


LOCKE LORD LLP

By:_____
Gregory T. Casamento
3 World Financial Center
New York, NY 10281
Telephone: (212) 812-8325
Facsimile: (212) 812-8385
gcasamento@lockelord.com

Roger B. Cowie
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
Telephone: (214) 740-8000
rcowie@lockelord.com

J. Matthew Goodin
Julia C. Webb
111 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 443-0700
jmgoodin@lockelord.com jwebb@lockelord.com

5

ALLEN & OVERY LLP

By: _Laura Hall_
David C. Esseks
Laura R. Hall
Rebecca Delfiner
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 610-6300
david.esseks@allenovery.com
laura.hall@allenovery.com
rebecca.delfiner@allenovery.com

John Terzaken
1101 New York Avenue
Washington, D.C. 20005
Telephone: (202) 683-3800
john.terzaken@allenovery.com

*Attorneys for Defendants BNP Paribas, BNP Paribas North America, Inc., BNP Paribas Securities Corp., and BNP Paribas Prime Brokerage, Inc.*

*Attorneys for Defendants HSBC Holdings, PLC, HSBC Bank PLC, HSBC North America Holdings, Inc., HSBC Bank USA, N.A., and HSBC Securities (USA) Inc.*

DAVIS POLK & WARDWELL LLP

By: _____
Joel M. Cohen
Melissa C. King
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 450-4800
joel.cohen@davispolk.com
melissa.king@davispolk.com

*Attorneys for Defendants The Royal Bank of Scotland Group plc and RBS Securities Inc.*

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: _____
Thomas J. Moloney
George S. Cary
Sue S. Guan
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
tmoloney@cgsh.com
gcary@cgsh.com
sguan@cgsh.com

*Attorneys for Defendants The Goldman Sachs Group, Inc. and Goldman, Sachs & Co.*

GIBSON, DUNN & CRUTCHER LLP

By: _____
Eric J. Stock
Indraneel Sur
200 Park Avenue, 48th Floor
New York, New York 10166
Telephone: (212) 351-4000
Facsimile: (212) 716-0801
estock@gibsondunn.com
isur@gibsondunn.com

D. Jarrett Arp
Melanie L. Katsur
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500

6

ALLEN & OVERY LLP

By:_____
David C. Esseks
Laura R. Hall
Rebecca Delfiner
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 610-6300
david.esseks@allenovery.com
laura.hall@allenovery.com
rebecca.delfiner@allenovery.com

John Terzaken
1101 New York Avenue
Washington, D.C. 20005
Telephone: (202) 683-3800
john.terzaken@allenovery.com

*Attorneys for Defendants BNP Paribas, BNP
Paribas North America, Inc., BNP Paribas
Securities Corp., and BNP Paribas Prime
Brokerage, Inc.*

*Attorneys for Defendants HSBC Holdings, PLC,
HSBC Bank PLC, HSBC North America
Holdings, Inc., HSBC Bank USA, N.A., and
HSBC Securities (USA) Inc.*

DAVIS POLK & WARDWELL LLP

By:_____
Joel M. Cohen
Melissa C. King
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 450-4800
joel.cohen@davispolk.com
melissa.king@davispolk.com

*Attorneys for Defendants The Royal Bank of
Scotland Group plc and RBS Securities Inc.*

CLEARY GOTTLIEB STEEN &
HAMILTON LLP

By:_____
Thomas J. Moloney
George S. Cary
Sue S. Guan
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
tmoloney@cgsh.com
gcary@cgsh.com
sguan@cgsh.com

*Attorneys for Defendants The Goldman
Sachs Group, Inc. and Goldman, Sachs &
Co.*

GIBSON, DUNN & CRUTCHER LLP

By:_____
Eric J. Stock
Indraneel Sur
200 Park Avenue, 48th Floor
New York, New York 10166
Telephone: (212) 351-4000
Facsimile: (212) 716-0801
estock@gibsondunn.com
isur@gibsondunn.com

D. Jarrett Arp
Melanie L. Katsur
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500

ALLEN & OVERY LLP

By:_____
David C. Esseks
Laura R. Hall
Rebecca Delfiner
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 610-6300
david.esseks@allenovery.com
laura.hall@allenovery.com
rebecca.delfiner@allenovery.com

John Terzaken
1101 New York Avenue
Washington, D.C. 20005
Telephone: (202) 683-3800
john.terzaken@allenovery.com

*Attorneys for Defendants BNP Paribas, BNP
Paribas North America, Inc., BNP Paribas
Securities Corp., and BNP Paribas Prime
Brokerage, Inc.*

*Attorneys for Defendants HSBC Holdings, PLC,
HSBC Bank PLC, HSBC North America
Holdings, Inc., HSBC Bank USA, N.A., and
HSBC Securities (USA) Inc.*

DAVIS POLK & WARDWELL LLP

By: _____
Joel M. Cohen
Melissa C. King
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 450-4800
joel.cohen@davispolk.com
melissa.king@davispolk.com

*Attorneys for Defendants The Royal Bank of
Scotland Group plc and RBS Securities Inc.*

CLEARY GOTTLIEB STEEN &
HAMILTON LLP

By:_____
Thomas J. Moloney
George S. Cary
Sue S. Guan
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
tmoloney@cgsh.com
gcary@cgsh.com
sguan@cgsh.com

*Attorneys for Defendants The Goldman
Sachs Group, Inc. and Goldman, Sachs &
Co.*

GIBSON, DUNN & CRUTCHER LLP

By: _____
Eric J. Stock
Indraneel Sur
200 Park Avenue, 48th Floor
New York, New York 10166
Telephone: (212) 351-4000
Facsimile: (212) 716-0801
estock@gibsondunn.com
isur@gibsondunn.com

D. Jarrett Arp
Melanie L. Katsur
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500

ALLEN & OVERY LLP

By:_____
David C. Esseks
Laura R. Hall
Rebecca Delfiner
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 610-6300
david.esseks@allenovery.com
laura.hall@allenovery.com
rebecca.delfiner@allenovery.com

John Terzaken
1101 New York Avenue
Washington, D.C. 20005
Telephone: (202) 683-3800
john.terzaken@allenovery.com

*Attorneys for Defendants BNP Paribas, BNP
Paribas North America, Inc., BNP Paribas
Securities Corp., and BNP Paribas Prime
Brokerage, Inc.*

*Attorneys for Defendants HSBC Holdings, PLC,
HSBC Bank PLC, HSBC North America
Holdings, Inc., HSBC Bank USA, N.A., and
HSBC Securities (USA) Inc.*


DAVIS POLK & WARDWELL LLP

By: _____
Joel M. Cohen
Melissa C. King
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 450-4800
joel.cohen@davispolk.com
melissa.king@davispolk.com

*Attorneys for Defendants The Royal Bank of
Scotland Group plc and RBS Securities Inc.*


CLEARY GOTTLIEB STEEN &
HAMILTON LLP

By:_____
Thomas J. Moloney
George S. Cary
Sue S. Guan
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
tmoloney@cgsh.com
gcary@cgsh.com
sguan@cgsh.com

*Attorneys for Defendants The Goldman
Sachs Group, Inc. and Goldman, Sachs &
Co.*

GIBSON, DUNN & CRUTCHER LLP

By: _____
Eric J. Stock
Indraneel Sur
200 Park Avenue, 48th Floor
New York, New York 10166
Telephone: (212) 351-4000
Facsimile: (212) 716-0801
estock@gibsondunn.com
isur@gibsondunn.com

D. Jarrett Arp
Melanie L. Katsur
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500

Facsimile: (202) 467-0539
jarp@gibsondunn.com
mkatsur@gibsondunn.com

*Attorneys for Defendants UBS AG, UBS Group
AG, and UBS Securities, LLC*

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

CAHILL GORDON & REINDEL LLP

By: Kenneth A. Gallo /ms

By:_____

Kenneth A. Gallo
Michael E. Gertzman
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
kgallo@paulweiss.com
mgertzman@paulweiss.com

David G. Januszewski
Herbert S. Washer
Elai Katz
Jason M. Hall
80 Pine Street
New York, New York 10005
Telephone: (212) 701-3000
Facsimile: (212) 269-5420
djanuszewski@cahill.com
hwasher@cahill.com
ekatz@cahill.com
jhall@cahill.com

*Attorneys for Defendant The Bank of Tokyo-
Mitsubishi UFJ, Ltd.*

*Attorneys for Defendants Credit Suisse Group
AG, Credit Suisse AG, and Credit Suisse
Securities (USA) LLC*

KIRKLAND & ELLIS LLP

WACHTELL, LIPTON, ROSEN & KATZ

By:_____

By:_____

Robert Khuzami
Joseph Serino, Jr., P.C.
Eric F. Leon, P.C.
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
robert.khuzami@kirkland.com
joseph.serino@kirkland.com
eric.leon@kirkland.com

Jonathan Moses
Bradley R. Wilson
51 West 52nd Street
New York, NY 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000
JMMoses@wlrk.com
BRWilson@wlrk.com

*Attorneys for Defendants Morgan Stanley,*

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

Andrew C. Finch
Kenneth A. Gallo
Michael E. Gertzman
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
afinch@paulweiss.com
kgallo@paulweiss.com
mgertzman@paulweiss.com

*Attorneys for Defendant The Bank of Tokyo-*
*Mitsubishi, UFJ, Ltd.*


KIRKLAND & ELLIS LLP

Robert Khuzami
Joseph Serino, Jr., P.C.
Eric F. Leon, P.C.
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
robert.khuzami@kirkland.com
joseph.serino@kirkland.com
eric.leon@kirkland.com

G. Patrick Montgomery (*pro hac vice*)
655 Fifteenth Street, N.W.
Washington, D.C. 20005-5793
Telephone: (202) 879-5000
Facsimile: (202) 879-5200
patrick.montgomery@kirkland.com

*Attorneys for Defendant Deutsche Bank AG*
*and Deutsche Bank Securities Inc.*

CAHILL GORDON & REINDEL LLP

By: /s/ _Jason Hall_
David G. Januszewski
Herbert S. Washer
Elai Katz
Jason M. Hall
80 Pine Street
New York, New York 10005
Telephone: (212) 701-3000
Facsimile: (212) 269-5420
djanuszewski@cahill.com
hwasher@cahill.com
ekatz@cahill.com
jhall@cahill.com

*Attorneys for Defendants Credit Suisse Group*
*AG, Credit Suisse AG, and Credit Suisse*
*Securities (USA) LLC*


WACHTELL, LIPTON, ROSEN & KATZ

Jonathan Moses
Bradley R. Wilson
51 West 52nd Street
New York, NY 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000
JMMoses@wlrk.com
BRWilson@wlrk.com

*Attorneys for Defendants Morgan Stanley,*
*Morgan Stanley & Co., LLC, and Morgan*
*Stanley & Co. International PLC*

7

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

Andrew C. Finch
Kenneth A. Gallo
Michael E. Gertzman
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
afinch@paulweiss.com
kgallo@paulweiss.com
mgertzman@paulweiss.com

*Attorneys for Defendant The Bank of Tokyo-
Mitsubishi, UFJ, Ltd.*

KIRKLAND & ELLIS LLP

By: _Patrick Montgomery_
Robert Khuzami
Joseph Serino, Jr., P.C.
Eric F. Leon, P.C.
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
robert.khuzami@kirkland.com
joseph.serino@kirkland.com
eric.leon@kirkland.com

G. Patrick Montgomery (*pro hac vice*)
655 Fifteenth Street, N.W.
Washington, D.C. 20005-5793
Telephone: (202) 879-5000
Facsimile: (202) 879-5200
patrick.montgomery@kirkland.com

*Attorneys for Defendant Deutsche Bank AG
and Deutsche Bank Securities Inc.*

CAHILL GORDON & REINDEL LLP

David G. Januszewski
Herbert S. Washer
Elai Katz
Jason M. Hall
80 Pine Street
New York, New York 10005
Telephone: (212) 701-3000
Facsimile: (212) 269-5420
djanuszewski@cahill.com
hwasher@cahill.com
ekatz@cahill.com
jhall@cahill.com

*Attorneys for Defendants Credit Suisse Group
AG, Credit Suisse AG, and Credit Suisse
Securities (USA) LLC*

WACHTELL, LIPTON, ROSEN & KATZ

Jonathan Moses
Bradley R. Wilson
51 West 52nd Street
New York, NY 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000
JMMoses@wlrk.com
BRWilson@wlrk.com

*Attorneys for Defendants Morgan Stanley,
Morgan Stanley & Co., LLC, and Morgan
Stanley & Co. International PLC*

7

Facsimile: (202) 467-0539
jarp@gibsondunn.com
mkatsur@gibsondunn.com

*Attorneys for Defendants UBS AG, UBS Group AG, and UBS Securities, LLC*

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By:_____
Andrew C. Finch
Kenneth A. Gallo
Michael E. Gertzman
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
afinch@paulweiss.com
kgallo@paulweiss.com
mgertzman@paulweiss.com

*Attorneys for Defendant The Bank of Tokyo-Mitsubishi, UFJ, Ltd.*

CAHILL GORDON & REINDEL LLP

By:_____
David G. Januszewski
Herbert S. Washer
Elai Katz
Jason M. Hall
80 Pine Street
New York, New York 10005
Telephone: (212) 701-3000
Facsimile: (212) 269-5420
djanuszewski@cahill.com
hwasher@cahill.com
ekatz@cahill.com
jhall@cahill.com

*Attorneys for Defendants Credit Suisse Group AG, Credit Suisse AG, and Credit Suisse Securities (USA) LLC*

KIRKLAND & ELLIS LLP

By:_____
Robert Khuzami
Joseph Serino, Jr., P.C.
Eric F. Leon, P.C.
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
robert.khuzami@kirkland.com
joseph.serino@kirkland.com
eric.leon@kirkland.com

WACHTELL, LIPTON, ROSEN & KATZ

By:_____
Jonathan Moses
Bradley R. Wilson
51 West 52nd Street
New York, NY 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000
JMMoses@wlrk.com
BRWilson@wlrk.com

*Attorneys for Defendants Morgan Stanley,*

G. Patrick Montgomery (*pro hac vice*)
655 Fifteenth Street, N.W.
Washington, D.C. 20005-5793
Telephone: (202) 879-5000
Facsimile: (202) 879-5200
patrick.montgomery@kirkland.com

*Attorneys for Defendant Deutsche Bank AG
and Deutsche Bank Securities Inc.*

COVINGTON & BURLING LLP

By: ᴀ̲ᴅ̲ᴀ̲ ̲ ᴿᴜ̲ғ̲ғ̲ɪ̲ɴ̲ᴏ̲ ̲ ̲ ̲ ̲ ̲
Andrew A. Ruffino
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Telephone: (212) 841-1000
aruffino@cov.com

Alan M. Wiseman
Thomas A. Isaacson
Andrew D. Lazerow
Megan E. Gerking
Jamie A. Heine
One CityCenter
850 Tenth Street N.W.
Washington, D.C. 20001
Telephone: (202) 662-6000
awiseman@cov.com
tisaacson@cov.com
alazerow@cov.com
mgerking@cov.com
jheine@cov.com

*Attorneys for Defendants Citibank, N.A.,
Citigroup Inc., Citicorp and Citigroup Global
Markets Inc.*

*Morgan Stanley & Co., LLC, and Morgan
Stanley & Co. International PLC*

LINKLATERS LLP

By:_____
James R. Warnot, Jr.
Adam S. Lurie
Patrick C. Ashby
1345 Avenue of the Americas
New York, New York 10105
Telephone: (212) 903-9000
Facsimile: (212) 903-9100

*Attorneys for Defendant Société Générale S.A.*

MOORE AND VAN ALLEN PLLC

By:_____
James P. McLoughlin, Jr.
Mark A. Nebrig
Joshua D. Lanning
Moore and Van Allen PLLC
100 N. Tryon Street, Suite 4700
Charlotte, North Carolina 28202
Telephone: (704) 331-1000
Facsimile: (704) 331-1159
jimmcloughlin@mvalaw.com
marknebrig@mvalaw.com
joshlanning@mvalaw.com

*Attorneys for Defendant
RBC Capital Markets, LLC*

G. Patrick Montgomery (*pro hac vice*)
655 Fifteenth Street, N.W.
Washington, D.C. 20005-5793
Telephone: (202) 879-5000
Facsimile: (202) 879-5200
patrick.montgomery@kirkland.com

*Attorneys for Defendant Deutsche Bank AG*
*and Deutsche Bank Securities Inc.*

COVINGTON & BURLING LLP

By:_____
Andrew A. Ruffino
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Telephone: (212) 841-1000
aruffino@cov.com

Alan M. Wiseman
Thomas A. Isaacson
Andrew D. Lazerow
Megan E. Gerking
Jamie A. Heine
One CityCenter
850 Tenth Street N.W.
Washington, D.C. 20001
Telephone: (202) 662-6000
awiseman@cov.com
tisaacson@cov.com
alazerow@cov.com
mgerking@cov.com
jheine@cov.com

*Attorneys for Defendants Citibank, N.A.,*
*Citigroup Inc., Citicorp and Citigroup Global*
*Markets Inc.*

*Morgan Stanley & Co., LLC, and Morgan*
*Stanley & Co. International PLC*

LINKLATERS LLP

By:_____
James R. Warnot, Jr.
Adam S. Lurie
Patrick C. Ashby
1345 Avenue of the Americas
New York, New York 10105
Telephone: (212) 903-9000
Facsimile: (212) 903-9100

*Attorneys for Defendant Société Générale S.A.*

MOORE AND VAN ALLEN PLLC

By:_____
James P. McLoughlin, Jr.
Mark A. Nebrig
Joshua D. Lanning
Moore and Van Allen PLLC
100 N. Tryon Street, Suite 4700
Charlotte, North Carolina 28202
Telephone: (704) 331-1000
Facsimile: (704) 331-1159
jimmcloughlin@mvalaw.com
marknebrig@mvalaw.com
joshlanning@mvalaw.com

*Attorneys for Defendant*
*RBC Capital Markets, LLC*

8

G. Patrick Montgomery (*pro hac vice*)
655 Fifteenth Street, N.W.
Washington, D.C. 20005-5793
Telephone: (202) 879-5000
Facsimile: (202) 879-5200
patrick.montgomery@kirkland.com

*Attorneys for Defendant Deutsche Bank AG
and Deutsche Bank Securities Inc.*

*Attorneys for Defendants Morgan Stanley,
Morgan Stanley & Co., LLC, and Morgan
Stanley & Co. International PLC*

COVINGTON & BURLING LLP

By: _____
Andrew A. Ruffino
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Telephone: (212) 841-1000
aruffino@cov.com

Alan M. Wiseman
Thomas A. Isaacson
Andrew D. Lazerow
Megan E. Gerking
Jamie A. Heine
One CityCenter
850 Tenth Street N.W.
Washington, D.C. 20001
Telephone: (202) 662-6000
awiseman@cov.com
tisaacson@cov.com
alazerow@cov.com
mgerking@cov.com
jheine@cov.com

*Attorneys for Defendants Citibank, N.A.,
Citigroup Inc., Citicorp and Citigroup Global
Markets Inc.*

LINKLATERS LLP

By: _____
James R. Warnot, Jr.
Adam S. Lurie
Patrick C. Ashby
1345 Avenue of the Americas
New York, New York 10105
Telephone: (212) 903-9000
Facsimile: (212) 903-9100

*Attorneys for Defendant Société Générale S.A.*

MOORE AND VAN ALLEN PLLC

By: _____
James P. McLoughlin, Jr.
Mark A. Nebrig
Joshua D. Lanning
Moore and Van Allen PLLC
100 N. Tryon Street, Suite 4700
Charlotte, North Carolina 28202
Telephone: (704) 331-1000
Facsimile: (704) 331-1159
jimmcloughlin@mvalaw.com
marknebrig@mvalaw.com
joshlanning@mvalaw.com

*Attorneys for Defendant
RBC Capital Markets, LLC*

SIDLEY AUSTIN LLP

By: _____

Andrew W. Stern
Nicholas P. Crowell
Cyrus E. Ansari
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
astern@sidley.com
ncrowell@sidley.com
cansari@sidley.com

*Attorneys for Defendant Standard Chartered Bank*