UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | : | |
|---|---|---|
| JAMES CONTANT, et al., | : | Case No. 17 CV 3139-(LGS) |
| | : | |
| Plaintiffs, | : | |
| -against- | : | |
| | : | |
| BANK OF AMERICA, et al., | : | |
| | : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants BNP Paribas (identified in the complaint as "BNP Paribas Group"), BNP Paribas North America, Inc., BNP Paribas Securities Corp. and BNP Paribas Prime Brokerage, Inc. make the following disclosures through their undersigned counsel:

BNP Paribas is a publicly traded company organized under the laws of France. BNP Paribas has no parent company and no publicly-held corporation owns 10% or more of its shares. BNP Paribas North America, Inc., BNP Paribas Securities Corp. and BNP Paribas Prime Brokerage, Inc. are wholly-owned subsidiaries of BNP Paribas.

Dated: New York, New York
      May 4, 2017

Respectfully submitted,

ALLEN & OVERY LLP

By: /s/ David C. Esseks
      David C. Esseks
1221 Avenue of the Americas
New York, New York 10020
Tel: 212-610-6300
Email: david.esseks@allenovery.com

*Attorneys for Defendants BNP Paribas, BNP Paribas North America, Inc., BNP Paribas*

*Securities Corp. and BNP Paribas Prime Brokerage, Inc.*