**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JAMES CONTANT, MARTIN-HAN TRAN, CARLOS GONZALEZ, UGNIUS MATKUS, JERRY JACOBSON, and PAUL VERMILLION, on behalf of themselves and all others similarly situated,<br><br>                  Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>                  Defendants. | Case No. 1:17-cv-03139-LGS<br><br>ECF CASE |

## RULE 7.1 DISCLOSURE

Pursuant to Fed. Rule Civ. P. 7.1, HSBC Holdings PLC, HSBC Bank PLC, HSBC North America Inc., HSBC Bank USA, N.A. and HSBC Securities (USA) Inc. disclose that: (1) HSBC Bank plc, HSBC North America Inc., HSBC Bank USA, N.A. and HSBC Securities (USA) Inc.'s ultimate parent company is HSBC Holdings, plc; and (2) HSBC Holdings plc has no parent company and its shares are publicly traded.

Dated: New York, New York
       May 5, 2017

                    LOCKE LORD LLP

                    <u>/s/ Gregory T. Casamento</u>

Gregory T. Casamento
Brookfield Place
200 Vesey Street, 20th Floor
New York, NY 10281-2101
Telephone: (212) 812-8325
Fax: (212) 812-8385
gcasamento@lockelord.com

Roger B. Cowie
2200 Ross Avenue
Dallas, TX  75201
Telephone: (214) 740-8000
rcowie@lockelord.com

J. Matthew Goodin
Julia C. Webb
111 S. Wacker Drive
Chicago, IL  60606
Telephone: (312) 443-0700
jmgoodin@lockelord.com
jwebb@lockelord.com

*Attorneys for Defendants*
HSBC HOLDINGS PLC
HSBC BANK PLC
HSBC NORTH AMERICA HOLDINGS, INC.
HSBC BANK USA, N.A.
and
HSBC SECURITIES (USA) INC.