UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, MARTIN-HAN TRAN, CARLOS GONZALEZ, UGNIUS MATKUS, JERRY JACOBSON, and PAUL VERMILLION, on behalf of themselves and all others similarly situated,<br><br>                              Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>                              Defendants. | Case No.  1:17-cv-03139-LGS<br><br>ECF CASE<br><br>**NOTICE OF APPEARANCE** |

    PLEASE TAKE NOTICE that the undersigned hereby respectfully enters his appearance as attorney of record for defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A. in the above-captioned proceedings and requests that all subsequent paper be served on him at the address below.

Dated:   May 8, 2017
         New York, New York

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

/s/ Peter E. Greene
Peter E. Greene
Four Times Square
New York, NY  10036
Telephone:  (212) 735-3000
Facsimile:  (212) 735-2000
peter.greene@skadden.com

*Attorney for Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.*