UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, MARTIN-HAN TRAN, CARLOS GONZALEZ, UGNIUS MATKUS, JERRY JACOBSON, and PAUL VERMILLION, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No.  1:17-cv-03139-LGS<br><br>ECF CASE<br><br>**NOTICE OF APPEARANCE** |

　　　　PLEASE TAKE NOTICE that the undersigned hereby respectfully enters her appearance as attorney of record for defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A. in the above-captioned proceedings and requests that all subsequent paper be served on her at the address below.

| | |
|---|---|
| Dated:　May 8, 2017<br>　　　　　New York, New York | Respectfully submitted,<br><br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br><br>/s/ Tansy Woan　　　　　　　　　<br>Tansy Woan<br>Four Times Square<br>New York, NY  10036<br>Telephone:  (212) 735-3000<br>Facsimile:  (212) 735-2000<br>tansy.woan@skadden.com<br><br>*Attorney for Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.* |