UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, MARTIN-HAN TRAN, CARLOS GONZALEZ, UGNIUS MATKUS, JERRY JACOBSON, and PAUL VERMILLION, on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>       Defendants. | Case No.  1:17-cv-03139-LGS<br><br>ECF CASE<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS JPMORGAN CHASE & CO. AND JPMORGAN CHASE BANK, N.A.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A. state as follows:

1. JPMorgan Chase & Co. is a publicly held corporation. JPMorgan Chase & Co. has no parent corporation and no publicly held company owns 10% or more of the stock of JPMorgan Chase & Co.

2. JPMorgan Chase Bank, N.A. is a wholly owned subsidiary of JPMorgan Chase & Co. No publicly held company other than JPMorgan Chase & Co. owns 10% or more of the stock of JPMorgan Chase Bank, N.A.

|  |  |
|---|---|
| Dated: May 8, 2017<br>New York, New York | Respectfully submitted,<br><br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br><br>/s/ Peter E. Greene<br>Peter E. Greene<br>Boris Bershteyn<br>Four Times Square<br>New York, NY  10036<br>Telephone:  (212) 735-3000<br>Facsimile:  (212) 735-2000<br>peter.greene@skadden.com<br>boris.bershteyn@skadden.com<br><br>*Attorneys for Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.* |