UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES CONTANT, MARTIN-HAN TRAN,
CARLOS GONZALEZ, UGNIUS MATKUS,
JERRY JACOBSON and, PAUL
VERMILLION, on behalf of themselves and all
others similarly situated,

Plaintiffs,

vs.

BANK OF AMERICA CORPORATION;
BANK OF AMERICA, N.A.; MERRILL
LYNCH, PIERCE, FENNER & SMITH INC.;
THE BANK OF TOKYO MITSUBISHI UFJ
LTD.; BARCLAYS BANK PLC; BARCLAYS
CAPITAL INC.; BNP PARIBAS GROUP;
BNP PARIBAS NORTH AMERICA, INC.;
BNP PARIBAS SECURITIES CORP.; BNP
PARIBAS PRIME BROKERAGE, INC.;
CITIGROUP INC.; CITIBANK, N.A.;
CITICORP; CITIGROUP GLOBAL
MARKETS INC.; CREDIT SUISSE AG;
CREDIT SUISSE AG; CREDIT SUISSE
SECURITIES (USA) LLC; DEUTSCHE
BANK AG; DEUTSCHE BANK
SECURITIES INC.; THE GOLDMAN
SACHS GROUP, INC.; GOLDMAN, SACHS
& CO.; HSBC HOLDINGS PLC; HSBC
BANK PLC; HSBC NORTH AMERICA
HOLDINGS, INC.; HSBC BANK USA, N.A.;
HSBC SECURITIES (USA) INC.;
JPMORGAN CHASE & CO.; JPMORGAN
CHASE BANK, N.A.; MORGAN STANLEY;
MORGAN STANLEY & CO., LLC;
MORGAN STANLEY & CO.
INTERNATIONAL PLC; RBC CAPITAL
MARKETS LLC; ROYAL BANK OF
SCOTLAND GROUP PLC; RBS
SECURITIES INC.; SOCIÉTÉ GÉNÉRALE
S.A.; STANDARD CHARTERED BANK;
UBS AG; UBS GROUP AG; and UBS
SECURITIES LLC;

Defendants.

Case No. 17-cv-03139-LGS

**CORPORATE DISCLOSURE STATEMENT**
**OF DEFENDANT BANK OF AMERICA CORPORATION**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Bank of America Corporation

makes the following disclosure through its undersigned counsel:

Bank of America Corporation is a publicly held corporation whose shares are traded on

the New York Stock Exchange.  Bank of America Corporation has no parent corporation, and no

publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
      May 8, 2017          SHEARMAN & STERLING LLP


By: ___/s/ Adam S. Hakki_____
         Adam S. Hakki

599 Lexington Avenue
New York, NY  10022-6069
Telephone: 212-848-4000
Facsimile: 646-848-4924
ahakki@shearman.com

*Attorneys for Defendant Bank of America*
*Corporation*

2