UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, MARTIN-HAN TRAN, CARLOS GONZALEZ, UGNIUS MATKUS, JERRY JACOBSON and, PAUL VERMILLION, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; MERRILL LYNCH, PIERCE, FENNER & SMITH INC.; THE BANK OF TOKYO MITSUBISHI UFJ LTD.; BARCLAYS BANK PLC; BARCLAYS CAPITAL INC.; BNP PARIBAS GROUP; BNP PARIBAS NORTH AMERICA, INC.; BNP PARIBAS SECURITIES CORP.; BNP PARIBAS PRIME BROKERAGE, INC.; CITIGROUP INC.; CITIBANK, N.A.; CITICORP; CITIGROUP GLOBAL MARKETS INC.; CREDIT SUISSE AG; CREDIT SUISSE AG; CREDIT SUISSE SECURITIES (USA) LLC; DEUTSCHE BANK AG; DEUTSCHE BANK SECURITIES INC.; THE GOLDMAN SACHS GROUP, INC.; GOLDMAN, SACHS & CO.; HSBC HOLDINGS PLC; HSBC BANK PLC; HSBC NORTH AMERICA HOLDINGS, INC.; HSBC BANK USA, N.A.; HSBC SECURITIES (USA) INC.; JPMORGAN CHASE & CO.; JPMORGAN CHASE BANK, N.A.; MORGAN STANLEY; MORGAN STANLEY & CO., LLC; MORGAN STANLEY & CO. INTERNATIONAL PLC; RBC CAPITAL MARKETS LLC; ROYAL BANK OF SCOTLAND GROUP PLC; RBS SECURITIES INC.; SOCIÉTÉ GÉNÉRALE S.A.; STANDARD CHARTERED BANK; UBS AG; UBS GROUP AG; and UBS SECURITIES LLC;<br><br>                    Defendants. | Case No. 17-cv-03139-LGS |

## CORPORATE DISCLOSURE STATEMENT
## OF DEFENDANT BANK OF AMERICA, N.A.

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Bank of America, N.A. makes the following disclosure through its undersigned counsel:

Bank of America, N.A. is a wholly-owned indirect subsidiary of Bank of America Corporation, a publicly traded corporation. Bank of America Corporation has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
May 8, 2017

SHEARMAN & STERLING LLP

By: ⎯⎯/s/  Adam S. Hakki⎯⎯⎯⎯
Adam S. Hakki

599 Lexington Avenue
New York, NY  10022-6069
Telephone: 212-848-4000
Facsimile: 646-848-4924
ahakki@shearman.com

*Attorneys for Defendant Bank of America, N.A.*

2