UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, *et al.*,<br><br>     Plaintiffs,<br><br> v.<br><br>BANK OF AMERICA CORPORATION, *et al*,<br><br>     Defendants. | Case No.: 17 CV 3139 (LGS)<br><br>ECF Case<br><br>**NOTICE OF APPEARANCE** |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Joseph Serino, Jr., a member of the bar of this Court in good standing, hereby notes his appearance in this action as counsel on behalf of Defendants Deutsche Bank AG and Deutsche Bank Securities Inc.

Please take further notice that pleadings, correspondence, and other papers relating to this action should be served upon him as counsel for Defendant Deutsche Bank AG and Deutsche Bank Securities Inc.

Dated: May 8, 2017

        /s/ *Joseph Serino Jr.*

        Joseph Serino Jr., P.C.
        Kirkland & Ellis LLP
        601 Lexington Avenue
        New York, NY 10022
        Telephone: (212) 446-4800
        Facsimile: (212) 446-4900
        joseph.serino@kirkland.com

        *Attorney for Defendants*
        *Deutsche Bank AG and Deutsche Bank*
        *Securities Inc.*