UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>　　　　　　Defendants. | Case No.:　　17 CV 3139 (LGS)<br><br>ECF Case<br><br>**NOTICE OF APPEARANCE** |

NOTICE OF APPEARANCE

　　　　PLEASE TAKE NOTICE that Robert Khuzami, a member of the bar of this Court in good standing, hereby notes his appearance in this action as counsel on behalf of Defendants Deutsche Bank AG and Deutsche Bank Securities Inc.

　　　　Please take further notice that pleadings, correspondence, and other papers relating to this action should be served upon him as counsel for Defendant Deutsche Bank AG and Deutsche Bank Securities Inc.

Dated: May 8, 2017

/s/ *Robert Khuzami*
Robert Khuzami
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
Telephone:　(212) 446-4800
Facsimile:　 (212) 446-4900
robert.khuzami@kirkland.com

*Attorney for Defendants*
*Deutsche Bank AG and Deutsche Bank*
*Securities Inc.*