UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, *et al.*,<br><br>       Plaintiffs,<br><br>   v.<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>       Defendants. | Case No.:    17 CV 3139 (LGS)<br><br>ECF Case<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Deutsche Bank AG and Deutsche Bank Securities Inc. (private non-governmental parties) certify that Defendant Deutsche Bank AG and Deutsche Bank Securities Inc. do not have any parent corporations and no publicly-held corporation owns 10% or more of their stock.

Dated: New York, New York
       May 8, 2017

/s/ *Joseph Serino, Jr.*
Joseph Serino, Jr., P.C.
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York  10022
Telephone : (212) 446-4800
Facsimile : (212) 446-6460
joseph.serino@kirkland.com

 *Attorney for Defendants*
*Deutsche Bank AG and Deutsche Bank Securities Inc.*