UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAMES CONTANT, MARTIN-HAN TRAN,
CARLOS GONZALEZ, UGNIUS MATKUS,
JERRY JACOBSON and, PAUL
VERMILLION, on behalf of themselves and all
others similarly situated,

Plaintiffs,

vs.

BANK OF AMERICA CORPORATION;
BANK OF AMERICA, N.A.; MERRILL
LYNCH, PIERCE, FENNER & SMITH INC.;
THE BANK OF TOKYO MITSUBISHI UFJ
LTD.; BARCLAYS BANK PLC; BARCLAYS
CAPITAL INC.; BNP PARIBAS GROUP;
BNP PARIBAS NORTH AMERICA, INC.;
BNP PARIBAS SECURITIES CORP.; BNP
PARIBAS PRIME BROKERAGE, INC.;
CITIGROUP INC.; CITIBANK, N.A.;
CITICORP; CITIGROUP GLOBAL
MARKETS INC.; CREDIT SUISSE AG;
CREDIT SUISSE AG; CREDIT SUISSE
SECURITIES (USA) LLC; DEUTSCHE
BANK AG; DEUTSCHE BANK
SECURITIES INC.; THE GOLDMAN
SACHS GROUP, INC.; GOLDMAN, SACHS
& CO.; HSBC HOLDINGS PLC; HSBC
BANK PLC; HSBC NORTH AMERICA
HOLDINGS, INC.; HSBC BANK USA, N.A.;
HSBC SECURITIES (USA) INC.;
JPMORGAN CHASE & CO.; JPMORGAN
CHASE BANK, N.A.; MORGAN STANLEY;
MORGAN STANLEY & CO., LLC;
MORGAN STANLEY & CO.
INTERNATIONAL PLC; RBC CAPITAL
MARKETS LLC; ROYAL BANK OF
SCOTLAND GROUP PLC; RBS
SECURITIES INC.; SOCIÉTÉ GÉNÉRALE
S.A.; STANDARD CHARTERED BANK;
UBS AG; UBS GROUP AG; and UBS
SECURITIES LLC;

Defendants.

Case No. 17-cv-03139-LGS

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that I, Jeffrey J. Resetarits, hereby enter an appearance on

behalf of defendants Bank of America Corporation, Bank of America, N.A., and Merrill Lynch,

Pierce, Fenner & Smith Incorporated.

Dated: New York, New York
      May 8, 2017                 SHEARMAN & STERLING LLP


By:    /s/ Jeffrey J. Resetarits
              Jeffrey J. Resetarits

599 Lexington Avenue
New York, NY  10022-6069
Telephone: 212-848-4000
Facsimile: 646-848-7116
jeffrey.resetarits@shearman.com

*Attorneys for Defendants Bank of America Corporation; Bank of America, N.A.; and Merrill Lynch, Pierce, Fenner & Smith Incorporated*

2