UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, *et al.*,<br><br>                    Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>                    Defendants. | No. 17 CV 3139-(LGS) |

# NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned, of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance in the above-captioned matter as counsel of record for defendant The Bank of Tokyo-Mitsubishi UFJ, Ltd.

Dated: Washington, D.C.
       May 10, 2017

        Respectfully submitted,

        PAUL, WEISS, RIFKIND,
          WHARTON & GARRISON LLP

        By: /s/ Kenneth A. Gallo
            Kenneth A. Gallo (kgallo@paulweiss.com)
            2001 K Street NW
            Washington, DC 20006-1047
            Tel:  (202) 223-7300
            Fax:  (202) 223-7420

        *Attorneys for Defendant The Bank of Tokyo Mitsubishi-UFJ, Ltd.*