UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, *et al.*,<br><br>              Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>              Defendants. | No. 17 CV 3139-(LGS) |

# NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned, of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance in the above-captioned matter as counsel of record for defendant The Bank of Tokyo-Mitsubishi UFJ, Ltd.

Dated:  New York, New York
        May 10, 2017

                            Respectfully submitted,

                            PAUL, WEISS, RIFKIND,
                              WHARTON & GARRISON LLP

                            By: /s/ Michael E. Gertzman
                                Michael E. Gertzman (mgertzman@paulweiss.com)
                                1285 Avenue of the Americas
                                New York, New York 10019-6064
                                Tel:  (212) 373-3000
                                Fax:  (212) 757-3990

                                *Attorneys for Defendant The Bank of Tokyo-Mitsubishi UFJ, Ltd.*