UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA CORPORATION, *et al.*, <br><br> Defendants. | No. 17 CV 3139-(LGS) |

# NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned, of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance in the above-captioned matter as counsel of record for defendant The Bank of Tokyo-Mitsubishi UFJ, Ltd.

Dated: New York, New York
       May 10, 2017

        Respectfully submitted,

        PAUL, WEISS, RIFKIND,
          WHARTON & GARRISON LLP

        By: /s/ Maxwell A. Kosman
            Maxwell A. Kosman (mkosman@paulweiss.com)
            1285 Avenue of the Americas
            New York, New York 10019-6064
            Tel:  (212) 373-3000
            Fax:  (212) 757-3990

            *Attorneys for Defendant The Bank of Tokyo-Mitsubishi UFJ, Ltd.*