UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>　　　　　　　Defendants. | No. 17 CV 3139-(LGS) |

# NOTICE OF APPEARANCE

　　　PLEASE TAKE NOTICE that the undersigned, of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance in the above-captioned matter as counsel of record for defendant The Bank of Tokyo-Mitsubishi UFJ, Ltd.

Dated:　New York, New York
　　　　　May 10, 2017

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　PAUL, WEISS, RIFKIND,
　　　　　　　　　　　　　　　　　WHARTON & GARRISON LLP

　　　　　　　　　　　　　　　　By: /s/ Anand Sithian
　　　　　　　　　　　　　　　　　　Anand Sithian (asithian@paulweiss.com)
　　　　　　　　　　　　　　　　　　1285 Avenue of the Americas
　　　　　　　　　　　　　　　　　　New York, New York 10019-6064
　　　　　　　　　　　　　　　　　　Tel: (212) 373-3000
　　　　　　　　　　　　　　　　　　Fax: (212) 757-3990

　　　　　　　　　　　　　　　　　　*Attorneys for Defendant The Bank of Tokyo-Mitsubishi UFJ, Ltd.*