UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>　　　　　　　Defendants. | No. 17 CV 3139-(LGS)<br><br>**CORPORATE DISCLOSURE STATEMENT** |

　　　　　Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendant The Bank of Tokyo-Mitsubishi UFJ, Ltd., certifies that The Bank of Tokyo-Mitsubishi UFJ, Ltd. is a wholly owned subsidiary of Mitsubishi UFJ Financial Group, Inc., a publicly held company, and no other publicly held company owns 10% or more of The Bank of Tokyo-Mitsubishi UFJ, Ltd.'s stock.  No publicly held company owns 10% or more of Mitsubishi UFJ Financial Group, Inc.'s stock.

Dated: 　Washington, D.C.
　　　　　May 10, 2017

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　PAUL, WEISS, RIFKIND,
　　　　　　　　　　　　　　　　　WHARTON & GARRISON LLP

　　　　　　　　　　　　　　　　By: /s/ Kenneth A. Gallo
　　　　　　　　　　　　　　　　　　　Kenneth A. Gallo (kgallo@paulweiss.com)
　　　　　　　　　　　　　　　　　　　2001 K Street NW
　　　　　　　　　　　　　　　　　　　Washington, DC 20006-1047
　　　　　　　　　　　　　　　　　　　Tel:  (202) 223-7300
　　　　　　　　　　　　　　　　　　　Fax:  (202) 223-7420

　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant The Bank of Tokyo-Mitsubishi UFJ, Ltd.*