## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

JAMES CONTANT, MARTIN-HAN TRAN,
CARLOS GONZALEZ, UGNIUS MATKUS,
JERRY JACOBSON, and PAUL VERMILLION,
on behalf of themselves and all others similarly
situated,

Plaintiffs,

v.

BANK OF AMERICA CORPORATION, *et al.*,

Case No. 1:17-cv-03139-LGS

ECF CASE

## <u>APPEARANCE OF COUNSEL</u>

To:     The clerk of court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as

counsel for RBC Capital Markets, LLC.

Date:  May 10, 2017                     By: <u>/s/ James P. McLoughlin, Jr.</u>
                                        James P. McLoughlin, Jr.
                                        **MOORE & VAN ALLEN PLLC**
                                        100 North Tryon Street, Suite 4700
                                        Charlotte, NC  28202-4003
                                        Telephone:  (704) 331-1000
                                        Facsimile:  (704) 331-1159
                                        jimmcloughlin@mvalaw.com

                                        *Attorney for Defendant*
                                        *RBC Capital Markets, LLC*