UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, MARTIN-HAN TRAN, CARLOS GONZALEZ, UGNIUS MATKUS, JERRY JACOBSON, and PAUL VERMILLION, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, *et al.*, | Case No. 1:17-cv-03139-LGS<br><br>ECF CASE |

**DEFENDANT RBC CAPITAL MARKETS LLC'S
RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel states that Defendant RBC Capital Markets, LLC is an indirect, wholly-owned subsidiary of Royal Bank of Canada. Royal Bank of Canada is a publicly traded corporation listed on the New York Stock Exchange (NYSE) and Toronto Stock Exchange (TSX). There are no publicly held corporations that own 10% or more or Royal Bank of Canada's common stock. There are no other corporations, unincorporated associations, partnerships or other business entities that are not parties that may have a financial interest in the outcome of this litigation.

Date: May 10, 2017
By: /s/ James P. McLoughlin, Jr.
James P. McLoughlin, Jr.
**MOORE & VAN ALLEN PLLC**
100 North Tryon Street, Suite 4700
Charlotte, NC  28202-4003
Telephone:  (704) 331-1000
Facsimile:  (704) 331-1159
jimmcloughlin@mvalaw.com

*Attorney for Defendant
RBC Capital Markets, LLC*