# Exhibit A

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Julia C. Webb

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/08/2007 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 8th day of May, 2017.

*Carolyn Taft Grosboll*

Clerk,
Supreme Court of the State of Illinois

# Exhibit B

Diane M. Fremgen
Clerk

# WISCONSIN SUPREME COURT
## OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

## *CERTIFICATE OF GOOD STANDING*

I, Diane M. Fremgen, Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:

JULIA C. WEBB

was admitted to practice as an attorney within this state on February 17, 2015 and is presently in good standing in this court.

Dated: May 9, 2017

DIANE M. FREMGEN
Clerk of Supreme Court

AP-7000, 03/2005 Certificate of Good Standing