# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

JAMES CONTANT, MARTIN-HAN TRAN, CARLOS GONZALEZ, UGNIUS MATKUS, JERRY JACOBSON, and PAUL VERMILLION, on behalf of themselves and all others similarly situated,

        Plaintiffs,

    v.

BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; MERRILL LYNCH, PIERCE, FENNER & SMITH INC.; THE BANK OF TOKYO MITSUBISHI UFJ LTD.; BARCLAYS BANK PLC; BARCLAYS CAPITAL INC.; BNP PARIBAS GROUP; BNP PARIBAS NORTH AMERICA, INC.; BNP PARIBAS SECURITIES CORP.; BNP PARIBAS PRIME BROKERAGE, INC.; CITIGROUP, INC.; CITIBANK, N.A.; CITICORP; CITIGROUP GLOBAL MARKETS INC.; CREDIT SUISSE GROUP AG; CREDIT SUISSE AG; CREDIT SUISSE SECURITIES (USA) LLC; DEUTSCHE BANK AG; DEUTSCHE BANK SECURITIES INC.; THE GOLDMAN SACHS GROUP, INC.; GOLDMAN, SACHS & CO.; HSBC HOLDINGS PLC; HSBC BANK PLC; HSBC NORTH AMERICA HOLDINGS, INC.; HSBC BANK USA, N.A.; HSBC SECURITIES (USA) INC.; JPMORGAN CHASE & CO.; JPMORGAN CHASE BANK, N.A.; MORGAN STANLEY; MORGAN STANLEY & CO., LLC; MORGAN STANLEY & CO. INTERNATIONAL PLC; RBC CAPITAL MARKETS LLC; ROYAL BANK OF SCOTLAND GROUP PLC; RBS SECURITIES, INC.; SOCIETE GENERALE SA; STANDARD CHARTERED BANK; UBS AG; UBS GROUP AG; and UBS SECURITIES, LLC,

        Defendants.

**ECF CASE**

No. 1:17-CV-03139

## [PROPOSED] ORDER FOR ADMISSION PRO HAC VICE

The motion of Julia C. Webb for admission to practice Pro Hac Vice in the above captioned action is granted.

Julia C. Webb has declared that she is a member in good standing of the bars of the States of Illinois and Wisconsin, and that her contact information is as follows:

> Julia C. Webb
> jwebb@lockelord.com
> Locke Lord LLP
> 111 South Wacker Drive
> Chicago, Illinois 60606
> Telephone: (312) 443-0404
> Facsimile: (312) 896-6404

Julia C. Webb having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendants HSBC Holdings plc, HSBC Bank plc, HSBC North America Holdings, Inc., HSBC Bank USA, N.A., and HSBC Securities (USA) Inc. in the above entitled action;

IT IS HEREBY ORDERED that Julia C. Webb is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.


Dated: _____


_____
United States District / Magistrate Judge