# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, MARTIN-HAN TRAN, CARLOS GONZALEZ, UGNIUS MATKUS, JERRY JACOBSON, and PAUL VERMILLION, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; MERRILL LYNCH, PIERCE, FENNER & SMITH INC.; THE BANK OF TOKYO MITSUBISHI UFJ LTD.; BARCLAYS BANK PLC; BARCLAYS CAPITAL INC.; BNP PARIBAS GROUP; BNP PARIBAS NORTH AMERICA, INC.; BNP PARIBAS SECURITIES CORP.; BNP PARIBAS PRIME BROKERAGE, INC.; CITIGROUP, INC.; CITIBANK, N.A.; CITICORP; CITIGROUP GLOBAL MARKETS INC.; CREDIT SUISSE GROUP AG; CREDIT SUISSE AG; CREDIT SUISSE SECURITIES (USA) LLC; DEUTSCHE BANK AG; DEUTSCHE BANK SECURITIES INC.; THE GOLDMAN SACHS GROUP, INC.; GOLDMAN, SACHS & CO.; HSBC HOLDINGS PLC; HSBC BANK PLC; HSBC NORTH AMERICA HOLDINGS, INC.; HSBC BANK USA, N.A.; HSBC SECURITIES (USA) INC.; JPMORGAN CHASE & CO.; JPMORGAN CHASE BANK, N.A.; MORGAN STANLEY; MORGAN STANLEY & CO., LLC; MORGAN STANLEY & CO. INTERNATIONAL PLC; RBC CAPITAL MARKETS LLC; ROYAL BANK OF SCOTLAND GROUP PLC; RBS SECURITIES, INC.; SOCIETE GENERALE SA; STANDARD CHARTERED BANK; UBS AG; UBS GROUP AG; and UBS SECURITIES, LLC,<br><br>      Defendants. | ECF CASE<br><br>No. 1:17-CV-03139 |

## AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

JULIA C. WEBB, being duly sworn, hereby deposes and says as follows:

1. I am a partner with the law firm of LOCKE LORD LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. I am a member in good standing of the Bars of the States of Illinois and Wisconsin.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6. There are no pending disciplinary proceedings against me in any State or Federal court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 12th day of May, 2017, at Chicago, Illinois.

Julia C. Webb
jwebb@lockelord.com
Locke Lord LLP
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 443-0404
Facsimile: (312) 896-6404

SUBSCRIBED AND SWORN to before me this 12th day of May 2017.

Notary Public

OFFICIAL SEAL
LORRAINE M. KACHURIK
Notary Public - State of Illinois
My Commission Expires 7/29/2019