# Exhibit C

# WISCONSIN SUPREME COURT
## OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Diane M. Fremgen
Clerk

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

# CERTIFICATE OF GOOD STANDING

*I, Diane M. Fremgen, Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:*

*JULIA C. WEBB*

*was admitted to practice as an attorney within this state on February 17, 2015 and is presently in good standing in this court.*

Dated: May 9, 2017

*DIANE M. FREMGEN*
*Clerk of Supreme Court*

AP-7000, 03/2005 Certificate of Good Standing