IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, *et al.*,<br><br>   Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>   Defendants. | No. 17 Civ. 3139 (LGS)<br><br>ECF CASE |

**CORPORATE DISCLOSURE STATEMENT**

  Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendants UBS AG, UBS Group AG, and UBS Securities LLC, by and through undersigned counsel, hereby certifies that the corporate parents of UBS Securities LLC are UBS Americas Holding LLC and UBS Americas Inc., the latter of which is wholly owned by UBS Americas Holding LLC.  UBS Americas Holding LLC is wholly owned by UBS AG, which is wholly owned by UBS Group AG, a publicly traded corporation.  No publicly held corporation holds 10% or more of UBS Group AG stock.

| | |
|---|---|
| Dated: May 15, 2017<br>New York, New York | GIBSON, DUNN & CRUTCHER LLP<br><br>By: /s/ Eric J. Stock<br><br>Eric J. Stock<br>Indraneel Sur<br>200 Park Avenue, 48th Floor<br>New York, NY 10166-0193<br>Telephone: (212) 351-2301<br>Facsimile: (212) 716-0801<br>estock@gibsondunn.com<br>isur@gibsondunn.com<br><br>***Attorneys for Defendants UBS AG, UBS Group AG, and UBS Securities LLC*** |