IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>    Defendants. | No. 17 Civ. 3139 (LGS)<br><br>ECF CASE |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Indraneel Sur of Gibson, Dunn & Crutcher LLP, an attorney in good standing and admitted to practice in this Court, hereby respectfully enters his appearance in this action as counsel for Defendants UBS AG, UBS Group AG, and UBS Securities LLC.

Dated: New York, New York
       May 15, 2017

GIBSON, DUNN & CRUTCHER LLP

By:   /s/ Indraneel Sur
        Indraneel Sur

200 Park Avenue, 49th Floor
New York, New York 10166-0193
Telephone:  (212) 351-2474
Facsimile:  (212) 716-0875
isur@gibsondunn.com

*Attorneys for Defendants UBS AG, UBS Group AG, and UBS Securities LLC*