UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, MARTIN-HAN TRAN, CARLOS GONZALEZ, UGNIUS MATKUS, JERRY JACOBSON, and PAUL VERMILLION, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A., *et al.*,<br><br>Defendants. | Case No. 17-cv-03139-LGS<br><br><br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel for Defendants Morgan Stanley, Morgan Stanley & Co. LLC., and Morgan Stanley & Co. International plc. I certify that I am admitted to practice in this Court.

Dated:   New York, New York
         May 16, 2017

WACHTELL, LIPTON, ROSEN & KATZ

By /s/ Jonathan M. Moses
   Jonathan M. Moses (JM 9409)
   51 West 52nd Street
   New York, NY 10019
   Telephone: (212) 403-1000
   Fax: (212) 403-2000
   Email: JMMoses@wlrk.com

*Attorney for Morgan Stanley, Morgan Stanley & Co. LLC, and Morgan Stanley & Co. International plc*