UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, MARTIN-HAN TRAN, CARLOS GONZALEZ, UGNIUS MATKUS, JERRY JACOBSON, and PAUL VERMILLION, on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>    v.<br><br>BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A., *et al.*,<br><br>       Defendants. | Case No. 17-cv-03139-LGS |

## CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for defendants Morgan Stanley, Morgan Stanley & Co. LLC, and Morgan Stanley & Co. International plc hereby states as follows:

Morgan Stanley & Co. LLC is a limited liability company whose sole member is Morgan Stanley Domestic Holdings, Inc., a corporation wholly owned by Morgan Stanley Capital Management, LLC, a limited liability company whose sole member is Morgan Stanley.  Morgan Stanley is a publicly held corporation that has no parent corporation.

Morgan Stanley & Co. International plc is an indirectly wholly owned subsidiary of Morgan Stanley.  Morgan Stanley is a publicly held corporation that has no parent corporation.

Based on Securities and Exchange Commission Rules regarding beneficial ownership, Mitsubishi UFJ Financial Group, Inc., 7-1 Marunouchi 2-Chome, Chiyoda-ku, Tokyo 100-8330, beneficially owns greater than 10% of Morgan Stanley's outstanding common stock.

- 2 -

| | |
|---|---|
| Dated:  New York, New York<br>May 16, 2017 | WACHTELL, LIPTON, ROSEN & KATZ<br><br>By /s/ Jonathan M. Moses<br>Jonathan M. Moses (JM 9409)<br>51 West 52nd Street<br>New York, NY 10019<br>Telephone: (212) 403-1000<br>Fax: (212) 403-2000<br>Email: JMMoses@wlrk.com<br><br>*Attorney for Morgan Stanley, Morgan Stanley & Co. LLC, and Morgan Stanley & Co. International plc* |