## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

JAMES CONTANT, et al., on behalf of themselves and others similarly situated

                Plaintiffs,

-against-                                1:17 Civ. 03139 ( LGS )

BANK OF AMERICA CORPORATION, et al.        MOTION FOR ADMISSION

                                            PRO HAC VICE

                Defendants

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Roger B. Cowie hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for HSBC Holdings PLC; HSBC North America Holdings, Inc.; HSBC Bank USA, N.A.; HSBC Securities (USA) Inc. in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of Texas and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3. Please see Exhibit A attached hereto.

Dated: May 17, 2017                Respectfully Submitted,

                                            Applicant Signature: /s/ Roger B. Cowie

                                            Applicant's Name: Roger B. Cowie

                                            Firm Name: Locke Lord LLP

                                            Address: 2200 Ross Avenue, Suite 2800

                                            City/State/Zip: Dallas, TX 75201

                                            Telephone/Fax: 214-740-8614/214-740-8000

                                            Email: rcowie@lockelord.com