# Exhibit B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION; *et al.*<br><br>Defendants. | Case No.:   1:17-cv-03139-LGS<br><br><br>**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* OF ROGER B. COWIE** |

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Roger B. Cowie, submit the following affidavit.

1

ROGER B. COWIE hereby states:

1. I am an attorney with the law firm of Locke Lord LLP, 2200 Ross Avenue, Suite 2800, Dallas, TX, 75201.

2. I am a member in good standing of the bar of the State of Texas.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred, or denied admission or re-admission by any court.

5. There are no disciplinary proceedings presently pending against me in any court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: May 17, 2017.

_____
Roger B. Cowie

STATE OF TEXAS        )
                      )
COUNTY OF DALLAS      )

Subscribed and sworn to (or affirmed) before me Susie Hazard, Notary Public, on May 17, 2017, by Roger B. Cowie, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.



_____
NOTARY PUBLIC

2