**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JAMES CONTANT, et al., on behalf of themselves and others similarly situated

Plaintiffs

-against-

BANK OF AMERICA CORPORATION, et al.

Defendants

1:17 cv 03139 ( LGS )

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON ORAL MOTION**

Upon the oral motion of __Roger B. Cowie__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __Texas__; and that his/her contact information is as follows (please print):

Applicant's Name: __Roger B. Cowie     (rcowie@lockelord.com)__

Firm Name: __Locke Lord LLP__

Address: __2200 Ross Avenue, Suite 2800__

City / State / Zip: __Dallas, TX  75201__

Telephone / Fax: __214-740-8614/214-756-8614__

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __HSBC Holdings PLC; HSBC Bank PLC; HSBC North America Holdings, Inc.; HSBC Bank USA, N.A.; HSBC Securities (USA) Inc.__ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately forward the Pro Hac Vice fee to the Clerk of Court.

Dated:_____

_____
United States District / Magistrate Judge