UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, MARTIN-HAN TRAN, CARLOS GONZALEZ, UGNIUS MATKUS, JERRY JACOBSON, and PAUL VERMILLION, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.; THE BANK OF TOKYO MITSUBISHI UFJ LTD.; BARCLAYS BANK PLC; BARCLAYS CAPITAL INC.; BNP PARIBAS GROUP; BNP PARIBAS NORTH AMERICA, INC.; BNP PARIBAS SECURITIES CORP.; BNP PARIBAS PRIME BROKERAGE, INC.; CITIGROUP INC., CITIBANK, N.A.; CITICORP; CITIGROUP GLOBAL MARKETS INC.; CREDIT SUISSE GROUP AG; CREDIT SUISSE AG; CREDIT SUISSE SECURITIES (USA) LLC; DEUTSCHE BANK AG; DEUTSCHE BANK SECURITIES INC.; THE GOLDMAN SACHS GROUP, INC.; GOLDMAN, SACHS & CO.; HSBC HOLDINGS PLC; HSBC BANK PLC; HSBC NORTH AMERICA HOLDINGS, INC.; HSBC BANK USA, N.A.; HSBC SECURITIES (USA) INC.; JPMORGAN CHASE & CO.; JPMORGAN CHASE BANK, N.A.; MORGAN STANLEY; MORGAN STANLEY & CO., LLC; MORGAN STANLEY & CO. INTERNATIONAL PLC; RBC CAPITAL MARKETS LLC; ROYAL BANK OF SCOTLAND GROUP PLC; RBS SECURITIES INC.; SOCIÉTÉ GÉNÉRALE S.A.; STANDARD CHARTERED BANK; UBS AG; UBS GROUP AG; and UBS SECURITIES LLC,<br><br>      Defendants. | Case No. 17-CV-3139-LGS<br>Rel. 13-CV-7789-LGS<br><br>MOTION FOR ADMISSION<br>*PRO HAC VICE*<br><br><br>ECF CASE |

  Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Alan M. Wiseman, hereby move this Court for an Order for

admission to practice *pro hac vice* to appear as counsel for Citigroup Inc., Citicorp, Citibank, N.A., and Citigroup Global Markets Inc. in the above-captioned action.

    I am in good standing with the Bars of the District of Columbia and the State of Maryland, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have consulted with counsel for the plaintiffs regarding this motion and counsel do not oppose the motion.  I have attached the affidavit pursuant to Local Rule 1.3

Dated: Washington, DC  
       May 17, 2017

Respectfully submitted,

COVINGTON & BURLING LLP

By:   s/ Alan M. Wiseman  
       Alan M. Wiseman

One CityCenter  
850 Tenth Street, N.W.  
Washington, DC 20001-4956  
(202) 662-5069  
awiseman@cov.com

*Attorneys for Defendants Citigroup Inc., Citicorp, Citibank, N.A., and Citigroup Global Markets Inc.*