UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
| | |
|---|---|
| JAMES CONTANT, MARTIN-HAN TRAN, CARLOS GONZALEZ, UGNIUS MATKUS, JERRY JACOBSON, and PAUL VERMILLION, on behalf of themselves and all others similarly situated, | : : : : : : |
| Plaintiffs, | : |
| v. | : : |
| BANK OF AMERICA CORPORATION, et al., | : : : |
| Defendants. | : : : |

No. 1:17-cv-03139-LGS

NOTICE OF APPEARANCE

ECF Case

------------------------------------------------------- x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Joel M. Cohen of the law firm of Davis Polk & Wardwell LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel of record for defendants The Royal Bank of Scotland Group plc and RBS Securities Inc. in the above-captioned matter, and requests that all papers in this action be served upon him at the address indicated below.

Dated: New York, New York
May 17, 2017

Respectfully Submitted,

DAVIS POLK & WARDWELL LLP

By: /s/ Joel M. Cohen
Joel M. Cohen

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, New York  10017
Telephone:  (212) 450-4592

Facsimile:   (212) 701-5592
joel.cohen@davispolk.com

*Counsel for Defendants The Royal Bank of Scotland Group plc and RBS Securities Inc.*