UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
JAMES CONTANT, MARTIN-HAN : 
TRAN, CARLOS GONZALEZ, UGNIUS : 
MATKUS, JERRY JACOBSON, and : No. 1:17-cv-03139-LGS
PAUL VERMILLION, on behalf of :
themselves and all others similarly situated, : NOTICE OF APPEARANCE
 :
            Plaintiffs, : ECF Case
 :
v. :
 :
BANK OF AMERICA CORPORATION, et :
al., :
 :
           Defendants. :
 :
------------------------------------------------------- x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Melissa C. King of the law firm of Davis Polk & Wardwell LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel of record for defendants The Royal Bank of Scotland Group plc and RBS Securities Inc. in the above-captioned matter, and requests that all papers in this action be served upon her at the address indicated below.

Dated:   New York, New York   Respectfully Submitted,
        May 17, 2017

                                      DAVIS POLK & WARDWELL LLP

                           By:  /s/ Melissa C. King
                               Melissa C. King

                               Davis Polk & Wardwell LLP
                               450 Lexington Avenue
                               New York, New York  10017
                               Telephone:  (212) 450-4673

Facsimile: (212) 701-5673
melissa.king@davispolk.com

*Counsel for Defendants The Royal Bank of Scotland Group plc and RBS Securities Inc.*