UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAMES CONTANT, MARTIN-HAN TRAN, CARLOS GONZALEZ, UGNIUS MATKUS, JERRY JACOBSON, and PAUL VERMILLION, on behalf of themselves and all others similarly situated,

   Plaintiffs,

v.

BANK OF AMERICA CORPORATION, et al.,

   Defendants.

No. 1:17-cv-03139-LGS

RULE 7.1 DISCLOSURE

ECF Case

---

**RULE 7.1 DISCLOSURE**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, The Royal Bank of Scotland Group plc and RBS Securities Inc., which have been named as a defendants in the above-captioned matter, make the following disclosures through their undersigned counsel:

Defendant The Royal Bank of Scotland Group plc is a publicly traded company organized under the laws of Scotland. No publicly held corporation owns 10% or more of its stock.

Defendant RBS Securities Inc. is indirectly 100-percent owned by defendant The Royal Bank of Scotland Group plc.

Dated: New York, New York
May 17, 2017

Respectfully Submitted,

DAVIS POLK & WARDWELL LLP

By: /s/ Joel M. Cohen
   Joel M. Cohen

        Davis Polk & Wardwell LLP
        450 Lexington Avenue
        New York, New York  10017
        Telephone:  (212) 450-4592
        Facsimile:   (212) 701-5592
        joel.cohen@davispolk.com

*Counsel for Defendants The Royal Bank of Scotland Group plc and RBS Securities Inc.*