

# Supreme Court of California

JORGE E. NAVARRETE
*Court Administrator and Clerk of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### JAMIE A. HEINE

*I, JORGE E. NAVARRETE, Clerk of the Supreme Court of the State of California, do hereby certify that JAMIE A. HEINE, #295220, was on the 20th day of December 2013 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 24th day of April, 2017.*

JORGE E. NAVARRETE
*Clerk of the Supreme Court*

By: _____
J. Castillo, *Deputy Clerk*