IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, MARTIN-HAN TRAN, CARLOS GONZALEZ, UGNIUS MATKUS, JERRY JACOBSON, and PAUL VERMILLION, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; MERRILL LYNCH, PIERCE, FENNER & SMITH INC.; THE BANK OF TOKYO MITSUBISHI UFJ LTD.; BARCLAYS BANK PLC; BARCLAYS CAPITAL INC.; BNP PARIBAS GROUP; BNP PARIBAS NORTH AMERICA, INC.; BNP PARIBAS SECURITIES CORP.; BNP PARIBAS PRIME BROKERAGE, INC.; CITIGROUP, INC.; CITIBANK, N.A.; CITICORP; CITIGROUP GLOBAL MARKETS INC.; CREDIT SUISSE GROUP AG; CREDIT SUISSE AG; CREDIT SUISSE SECURITIES (USA) LLC; DEUTSCHE BANK AG; DEUTSCHE BANK SECURITIES INC.; THE GOLDMAN SACHS GROUP, INC.; GOLDMAN, SACHS & CO.; HSBC HOLDINGS PLC; HSBC BANK PLC; HSBC NORTH AMERICA HOLDINGS, INC.; HSBC BANK USA, N.A.; HSBC SECURITIES (USA) INC.; JPMORGAN CHASE & CO.; JPMORGAN CHASE BANK, N.A.; MORGAN STANLEY; MORGAN STANLEY & CO., LLC; MORGAN STANLEY & CO. INTERNATIONAL PLC; RBC CAPITAL MARKETS LLC; ROYAL BANK OF SCOTLAND GROUP PLC; RBS SECURITIES, INC.; SOCIETE GENERALE SA; STANDARD CHARTERED BANK; UBS AG; UBS GROUP AG; and UBS SECURITIES, LLC, <br><br> Defendants. | **ECF CASE** <br><br> No. 1:17-CV-03139 |

## <u>MOTION FOR ADMISSION PRO HAC VICE</u>

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and

Eastern Districts of New York, I, J. Matthew Goodin, hereby moves this Court for an Order for

admission to practice Pro Hac Vice to appear as counsel for Defendants HSBC Holdings plc,

HSBC Bank plc, HSBC North America Holdings, Inc., HSBC Bank USA, N.A., and HSBC

Securities (USA) Inc. in the above-captioned litigation.

I am in good standing of the bar of the State of Illinois, and there are no pending

disciplinary proceedings against me in any state or federal court.  A certificate of good standing

for the bar of Illinois—issued within 30 days of the filing of this motion—is attached hereto as

Exhibit B.

Dated:  May 19, 2017                        Respectfully submitted,

                                            /s/  J. Matthew Goodin
                                            _____
                                            J. Matthew Goodin
                                            *jmgoodin@lockelord.com*
                                            Locke Lord LLP
                                            111 South Wacker Drive
                                            Chicago, Illinois 60606
                                            Telephone:  312-443-0472
                                            Facsimile:  312-896-6472