**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ X
:
JAMES CONTANT, MARTIN-HAN TRAN, :
CARLOS GONZALEZ, UGNIUS MATKUS, JERRY :
JACOBSON, and PAUL VERMILLION, on behalf of : Case No. 1:17-cv-03139-LGS
themselves and all other similarly situated, :
:
                    Plaintiffs, :
v. :
:
BANK OF AMERICA CORPORATION, *et al.*, :
:
                    Defendants. :
------------------------------------------------------------------ X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Sidley Austin LLP, 787 Seventh Avenue, New York, New York 10019, by Andrew W. Stern, hereby enters its appearance as counsel of record in the above-captioned action for and on behalf of Defendant Standard Chartered Bank. The Clerk of this Court is requested to note this appearance on the Court's docket and to forward copies of all entries, orders, notices and other court documents in this proceeding to the undersigned counsel.

                                                      Respectfully submitted,

Dated: New York, New York         SIDLEY AUSTIN LLP
       May 19, 2017

                                        By: /s/ Andrew W. Stern
                                            Andrew W. Stern
                                            (astern@sidley.com)
                                            787 Seventh Avenue
                                            New York, New York 10019
                                            Telephone: (212) 839-5300
                                            Facsimile:  (212) 839-5599

                                        *Attorneys for Defendant Standard*
                                        *Chartered Bank*