**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- X
                                    :

JAMES CONTANT, MARTIN-HAN TRAN,    :
CARLOS GONZALEZ, UGNIUS MATKUS, JERRY :
JACOBSON, and PAUL VERMILLION, on behalf of :    Case No. 1:17-cv-03139-LGS
themselves and all other similarly situated,       :
                                    :
                    Plaintiffs,     :
                                    :
v.                                       :
                                    :
BANK OF AMERICA CORPORATION, *et al.*,     :
                                    :
                     Defendants.    :
---------------------------------------------------------------- X

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of

record for Defendant Standard Chartered Bank certifies that (i) Standard Chartered Bank is a

wholly owned subsidiary of Standard Chartered Holdings Ltd., (ii) Standard Chartered Holdings

Ltd. is a wholly owned subsidiary of Standard Chartered PLC, and (iii) Standard Chartered PLC

has no parent corporation and that no publicly held company owns 10% or more of Standard

Chartered PLC stock.

                                              Respectfully submitted,

Dated: New York, New York                  SIDLEY AUSTIN LLP
        May 22, 2017

                                            By: /s/ Andrew W. Stern
                                                Andrew W. Stern
                                                (astern@sidley.com)
                                                787 Seventh Avenue
                                                New York, New York 10019
                                                Telephone: (212) 839-5300
                                                Facsimile:  (212) 839-5599

                                                *Attorneys for Defendant Standard*
                                                *Chartered Bank*