# EXHIBIT A

# Supreme Court
## OF THE STATE OF NORTH CAROLINA



I, J. Bryan Boyd, Clerk of the Supreme Court of North Carolina, do hereby certify that on November 14, 2008, license to practice as an Attorney and Counselor at Law in all the Courts of this State was issued by the North Carolina Board of Law Examiners to

## JOSHUA D. LANNING

according to the certified list of licentiates reported by the Secretary of said Board and filed in my office as required by statute.

To the date of this certificate, no order revoking said license has been filed with this Court and no order suspending same is in effect.

WITNESS my hand and the Seal of the Supreme Court of North Carolina at office in Raleigh, this May 17, 2017.

*J. Bryan Boyd*

J. Bryan Boyd
Clerk of the Supreme Court
of the State of North Carolina

# State of Connecticut
# Supreme Court

I, **Carolyn C. Ziogas**, *Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,*

*Do hereby certify, that, in the Supreme Court at* **Hartford** *on the* **04th** *day of* **November, 2002**

**Joshua D. Lanning**

*of*

**Charlotte, NC**

*having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all courts of this state, and that said attorney is a member of in good standing of the Bar of this State pursuant to Practice Book §2-65.*



*In Testimony Whereof, I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this day* **May 23, 2017**

Carolyn C. Ziogas
*Chief Clerk*