# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, MARTIN-HAN TRAN, CARLOS GONZALEZ, UGNIUS MATKUS, JERRY JACOBSON and PAUL VERMILLION, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> BANK OF AMERICA CORPORATION, *et al.*, <br><br> Defendants. | Case No. 1:17-cv-03139 (LGS) <br><br> **AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

Under oath, I depose and state the following:

1. My name is Joshua D. Lanning. (I am a partner with the law firm of MOORE & VAN ALLEN PLLC.)

2. I am a member in good standing of the Bar of the State of North Carolina since November 14, 2008 and the Bar of the State of Connecticut since November 4, 2002.

3. I attach certificates of good standing from the Supreme Courts of North Carolina and Connecticut which were issued within thirty days of this filing, as Exhibit A to my Motion for Admission Pro Hac Vice.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6. I have not been the subject of any prior or pending disciplinary proceedings.

Signed under penalty of perjury this 31 day of May, 2017.

_____
Joshua D. Lanning

Sworn and Subscribed to before me this
31 day of May, 2017.

_____
Notary Public
My Commission Expires: 6-1-2020