# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

<table>
<tr><td>

JAMES CONTANT, MARTIN-HAN TRAN,
CARLOS GONZALEZ, UGNIUS MATKUS,
JERRY JACOBSON and PAUL VERMILLION, on
behalf of themselves and all others similarly
situated,

Plaintiffs,

vs.

BANK OF AMERICA CORPORATION, *et al.*,

</td><td>

Case No. 1:17-cv-03139 (LGS)

**ORDER FOR ADMISSION
PRO HAC VICE**

</td></tr>
</table>

The motion of Joshua D. Lanning for admission to practice Pro Hac Vice in the above captioned action is granted.

Joshua D. Lanning has declared that he is a member in good standing of the State Bars of North Carolina and Connecticut, and his contact information is as follows:

> Joshua D. Lanning
> Moore and Van Allen PLLC
> 100 N Tryon Street, Suite 4700
> Charlotte, NC 28202
> (Phone) 704-331-3647
> (Fax) 704-409-5620
> joshlanning@mvalaw.com

Joshua D. Lanning having requested admission Pro Hac Vice to appear for all purposes as counsel for RBC Capital Markets, LLC in the above entitled action;

2

**IT IS HEREBY ORDERED** that Joshua D. Lanning is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York.   All attorneys appearing before the Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____                          _____
                                             United States District / Magistrate Judge

2