UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, MARTIN-HAN TRAN, CARLOS GONZALEZ, UGNIUS MATKUS, JERRY JACOBSON and PAUL VERMILLION, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>Defendants. | Case No. 1:17-cv-03139 (LGS)<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Mark A. Nebrig, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for RBC Capital Markets, LLC in the above-captioned action.

I am in good standing of the Bar of the State of North Carolina and there are no pending disciplinary proceedings against me in any state or federal court.

Date: May 31, 2017

Respectfully Submitted,

/s/ Mark A. Nebrig
Mark A. Nebrig
Moore and Van Allen
100 N Tryon Street, Suite 4700
Charlotte, NC 28202
(Phone) 704-331-3602
(Fax) 704-331-5974
marknebrig@mvalaw.com