# EXHIBIT A

# Supreme Court
## OF THE STATE OF NORTH CAROLINA



I, J. Bryan Boyd, Clerk of the Supreme Court of North Carolina, do hereby certify that on August 27, 2002, license to practice as an Attorney and Counselor at Law in all the Courts of this State was issued by the North Carolina Board of Law Examiners to

## MARK A. NEBRIG

according to the certified list of licentiates reported by the Secretary of said Board and filed in my office as required by statute.

To the date of this certificate, no order revoking said license has been filed with this Court and no order suspending same is in effect.

WITNESS my hand and the Seal of the Supreme Court of North Carolina at office in Raleigh, this May 17, 2017.

J. Bryan Boyd
Clerk of the Supreme Court
of the State of North Carolina