# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, MARTIN-HAN TRAN, CARLOS GONZALEZ, UGNIUS MATKUS, JERRY JACOBSON and PAUL VERMILLION, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>Defendants. | Case No. 1:17-cv-03139 (LGS)<br><br>**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

Under oath, I depose and state the following:

1. My name is Mark A. Nebrig. (I am a partner with the law firm of MOORE & VAN ALLEN PLLC.)

2. I am a member in good standing of the Bar of the State of North Carolina since August 27, 2002.

3. I attach a certificate of good standing from the Supreme Court of North Carolina which was issued within thirty days of this filing, as Exhibit A to my Motion for Admission Pro Hac Vice.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6. I have not been the subject of any prior or pending disciplinary proceedings.

Signed under penalty of perjury this 31 day of May, 2017.

Mark A. Nebrig

Sworn and Subscribed to before me this 31 day of May, 2017.

Joan B. Cable
Notary Public
My Commission Expires: 11-7-2019