# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

JAMES CONTANT, MARTIN-HAN TRAN,
CARLOS GONZALEZ, UGNIUS MATKUS,
JERRY JACOBSON and PAUL VERMILLION, on
behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

BANK OF AMERICA CORPORATION, *et al.*,

Defendants.

Case No. 1:17-cv-03139 (LGS)

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of Mark A. Nebrig for admission to practice Pro Hac Vice in the above captioned action is granted.

Mark A. Nebrig has declared that he is a member in good standing of the State Bar of North Carolina, and his contact information is as follows:

Mark A. Nebrig
Moore and Van Allen PLLC
100 N Tryon Street, Suite 4700
Charlotte, NC 28202
(Phone) 704-331-3602
(Fax) 704-339-5974
marknebrig@mvalaw.com

Mark A. Nebrig having requested admission Pro Hac Vice to appear for all purposes as counsel for RBC Capital Markets, LLC in the above entitled action;

      **IT IS HEREBY ORDERED** that Mark A. Nebrig is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before the Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

                                  _____
                                    United States District / Magistrate Judge