IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE FOREIGN EXCHANGE BENCHMARK RATES ANTITRUST LITIGATION | No. 1:13-cv-07789-LGS | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 5/10/2017 |
| This document relates to:<br>All Actions | | |

## STIPULATION AND [PROPOSED] ORDER
## RE BRIEFING SCHEDULE

Pursuant to the agreement reached between Plaintiffs and Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn") and Bernstein Liebhard LLP ("Bernstein"), the law firms that were the subject of Plaintiffs' April 24, 2017 letter (ECF No. 762), this Court adopts and orders the following schedule.

1. On or before May 12, 2017, Plaintiffs shall file a motion for appropriate relief. Plaintiffs are allowed 20 pages for their opening motion. Plaintiffs shall serve the motion on all parties as well as Quinn and Bernstein.

2. On or before May 19, 2017, Quinn and Bernstein shall file a response brief. Quinn and Bernstein are allowed 20 pages for their response brief.

3. On or before May 23, 2017, Plaintiffs shall file their reply brief. Plaintiffs are allowed 10 pages for their reply brief.

4. A hearing on Plaintiffs' motion will be held on ~~June 2, 2017, or a date thereafter that is convenient to the Court~~ June 5, 2017, at 10:30 A.M.

The Clerk of the Court is directed to enter the dates under paragraphs 1-4 into the Court's calendar.

**SO ORDERED:**

Dated: May 10, 2017
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
CHRISTOPHER M. BURKE (CB-3648)
WALTER W. NOSS (WN-0529)
KRISTEN M. ANDERSON (*pro hac vice*)
STEPHANIE A. HACKETT (*pro hac vice*)
JENNIFER J. SCOTT (*pro hac vice*)
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile:  619-233-0508
cburke@scott-scott.com
wnoss@scott-scott.com
kanderson@scott-scott.com
shackett@scott-scott.com
jscott@scott-scott.com

    -and-

SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
DAVID R. SCOTT (DS-8053)
JOSEPH P. GUGLIELMO (JG-2447)
DONALD A. BROGGI (DB-9661)
PETER A. BARILE III (PB-3354)
SYLVIA M. SOKOL (SS-0317)
THOMAS K. BOARDMAN (TB-0530)
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-223-6444
Facsimile:  212-223-6334
david.scott@scott-scott.com
jguglielmo@scott-scott.com
pbariel@scott-scott.com
ssokol@scott-scott.com
tboardman@scott-scott.com

_____
HAUSFELD LLP
MICHAEL D. HAUSFELD
REENA ARMILLAY GAMBHIR
TIMOTHY S. KEARNS
NATHANIEL C. GIDDINGS
1700 K Street, NW, Suite 650
Washington, DC 20006
Telephone: 202-540-7143
Facsimile:  202-5407201
mhausfeld@hausfeldllp.com
rgambhir@hausfeldllp.com
tkearns@hausfeldllp.com
ngiddings@hausfeldllp.com

-and-

3

HAUSFELD LLP
MICHAEL LEHMAN
CHRISTOPHER LEBSOCK
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: 415-633-1949
Facsimile: 415-693-0770
mlehman@hausfeldllp.com
clebsock@hausfeldllp.com

*Interim Co-Lead Counsel*

*/s/ Daniel Brockett by DHS*

QUINN EMANUEL URQUHART & SULLIVAN, LLP
DANIEL BROCKETT
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100
danbrockett@quinnemanuel.com

*/s/ Stanley Bernstein by DHS*

BERSTEIN LIEBHARD LLP
STANLEY BERNSTEIN
10 East 40th Street
New York, NY 10016
Telephone: 212-779-1414
Facsimile: 212-779-3218
Bernstein@bernlieb.com

4