UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| JAMES CONTANT, *et al.*, | : :  |
| Plaintiffs, | : : Case No. 17 CV 3139 (LGS) |
| - against | : : |
| BANK OF AMERICA CORPORATION, *et al.*, | : : |
| Defendants. | : : |

**MOTION FOR ADMISSION *PRO HAC VICE* OF G. PATRICK MONTGOMERY**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, G. Patrick Montgomery, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendants Deutsche Bank AG and Deutsche Bank Securities Inc. in the above-captioned case.

I am a member in good standing of the bar of the District of Columbia and the bar of the State of Georgia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

Dated: June 7, 2017

Respectfully submitted,

/s/ *G. Patrick Montgomery*
G. Patrick Montgomery
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005-5793
Telephone : (202) 879-5000
Facsimile : (202) 879-5200
patrick.montgomery@kirkland.com