UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, *et al.*, :<br>:<br>Plaintiffs, :<br>:<br>- against - :<br>:<br>BANK OF AMERICA CORPORATION, *et al.*, :<br>:<br>Defendants. :<br>: | Case No. 17 CV 3139 (LGS) |

**AFFIDAVIT OF G. PATRICK MONTGOMERY**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, G. Patrick Montgomery, being duly sworn, depose and state as follows:

1. I am a partner in the law firm of Kirkland & Ellis LLP, counsel for Defendants Deutsche Bank AG and Deutsche Bank Securities Inc. I submit this declaration in support of my motion for an order admitting G. Patrick Montgomery, *pro hac vice*, to the Bar of this Court pursuant to Rule 1.3(c) of the Local Rules of this Court.

2. I am a member in good standing of the bar of the District of Columbia and the bar of the State of Georgia.

3. I have not been subject to any disciplinary actions, past or pending, in any state or federal court.

4. I have never been convicted of a felony nor have I ever been censured, suspended, disbarred or denied admission or readmission by any court.

5. I am experienced in federal practice and am familiar with the Federal Rules of Civil Procedure.

6. Attached hereto as Exhibit A are Certificates of Good Standing issued by the District of Columbia Court of Appeals and the State of Georgia, certifying that I am a member in good standing of the bar of the District of Columbia and the bar of the State of Georgia.

Dated: June 7, 2017

Respectfully submitted,

_____
G. Patrick Montgomery
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005-5793
Telephone : (202) 879-5000
Facsimile : (202) 879-5200
patrick.montgomery@kirkland.com