UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, *et al.*, <br><br> Plaintiffs, <br><br> - against - <br><br> BANK OF AMERICA CORPORATION, *et al.*, <br><br> Defendants. | Case No. 17 CV 3139 (LGS) |

## **ORDER FOR MOTION FOR ADMISSION *PRO HAC VICE***

The motion of G. Patrick Montgomery for admission to practice *pro hac vice* in the above-captioned action is GRANTED.

Applicant has declared that he is a member in good standing with the bar of the District of Columbia and the bar of the State of Georgia, and his contact information is as follows:

> G. Patrick Montgomery
> KIRKLAND & ELLIS LLP
> 655 Fifteenth Street, N.W.
> Washington, D.C. 20005-5793
> Telephone : (202) 879-5000
> Facsimile : (202) 879-5200
> E-mail: patrick.montgomery@kirkland.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Deutsche Bank AG and Deutsche Bank Securities Inc. in the above entitled action;

5

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____          _____
                                       United States District Judge

5