UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

Contant, et al.,            Plaintiff,          Case No.  1:17-cv-03139-LGS

      -against-

Bank of America Corporation, et al.,            Defendant.
------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Joseph Serino, Jr.
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: JS9911         My State Bar Number is: 2407492

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Kirkland & Ellis LLP
             FIRM ADDRESS: 601 Lexington Avenue New York, New York 10022
             FIRM TELEPHONE NUMBER: (212) 446-4913
             FIRM FAX NUMBER: (212) 446-6460

NEW FIRM:    FIRM NAME: Latham & Watkins LLP
             FIRM ADDRESS: 885 Third Avenue New York, New York 10022
             FIRM TELEPHONE NUMBER: (212) 906-1200
             FIRM FAX NUMBER: (212) 751-4864

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: June 7, 2017                         /s/ Joseph Serino, Jr.
                                            _____
                                            ATTORNEY'S SIGNATURE