IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, *et al.*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>　　　　Defendants. | No. 17 Civ. 3139 (LGS)<br><br>ECF CASE |

## MOTION FOR ADMISSION PRO HAC VICE

　　　　Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, D. Jarrett Arp, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendants UBS AG, UBS Group AG, and UBS Securities LLC in the above-captioned action.

　　　　I am a member in good standing of the bar of the District of Columbia, and a certificate of good standing is attached hereto as Exhibit A.  There are no pending disciplinary proceedings against me in any state or federal court.  I have never been convicted of a felony.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.  The affidavit required by Local Rule 1.3 is attached hereto as Exhibit B.

/

/

/

/

/

Dated: Washington, DC
      June 7, 2017

Respectfully submitted,

By: /s/ D. Jarrett Arp
D. Jarrett Arp
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave., NW
Washington, DC  20036-5306
Telephone: (202) 955-8678
Facsimile: (202) 530-9527
jarp@gibsondunn.com

*Attorneys for Defendants UBS AG, UBS Group AG, and UBS Securities LLC*