IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, *et al.*,<br><br>   Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>   Defendants. | No. 17 Civ. 3139 (LGS)<br><br>ECF CASE |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Melanie L. Katsur, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendants UBS AG, UBS Group AG, and UBS Securities LLC in the above-captioned action.

I am a member in good standing of the bars of the Commonwealth of Pennsylvania and the District of Columbia, and certificates of good standing are attached hereto as Exhibit A. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. The affidavit required by Local Rule 1.3 is attached hereto as Exhibit B.

/

/

/

/

/

Dated: Washington, DC
      June 7, 2017

Respectfully submitted,

By:  /s/ Melanie L. Katsur
Melanie L. Katsur
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave., NW
Washington, DC  20036-5306
Telephone:  (202) 887-3636
Facsimile:  (202) 530-9658
mkatsur@gibsondunn.com

*Attorneys for Defendants UBS AG, UBS Group AG, and UBS Securities LLC*

2