# EXHIBIT A



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Melanie Leigh Katsur, Esq.*

**DATE OF ADMISSION**

*January 7, 2002*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: May 24, 2017

Patricia A. Johnson
Chief Clerk



# District of Columbia Court of Appeals
## Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## MELANIE L. KATSUR

was on   APRIL 16, 2004   duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on MAY 23, 2017.

JULIO A. CASTILLO
Clerk of the Court

By: _____
     Deputy Clerk