# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

JAMES CONTANT, et al.,

  Plaintiffs,

v.

BANK OF AMERICA CORPORATION, et al.,

  Defendants.

No. 17 Civ. 3139 (LGS)

ECF CASE

## AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

Under oath, I depose and state the following:

1) My name is Melanie L. Katsur.

2) I am a member in good standing of the bar of the Commonwealth of Pennsylvania since January 7, 2002, and a member in good standing of the bar of the District of Columbia since April 16, 2004.

3) I attach certificates of good standing from the Supreme Court of Pennsylvania and the District of Columbia Court of Appeals, both of which were issued within thirty days of this filing, as Exhibit A to my Motion for Admission Pro Hac Vice.

4) I have never been convicted of a felony.

5) I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6) I have not been the subject of any prior or pending disciplinary proceedings.

Signed under penalty of perjury this 7th day of June, 2017.

_____
Melanie L. Katsur

Sworn to and Subscribed before me this 7th day of June, 2017,

_____