IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA CORPORATION, *et al.*, <br><br> Defendants. | No. 17 Civ. 3139 (LGS) <br><br> ECF CASE |

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Melanie L. Katsur for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bars of the Commonwealth of Pennsylvania and the District of Columbia, and that her contact information is as follows:

>Melanie L. Katsur
>GIBSON, DUNN & CRUTCHER LLP
>1050 Connecticut Ave., NW
>Washington, DC  20036-5306
>Telephone:  (202) 887-3636
>Facsimile:  (202) 530-9658
>mkatsur@gibsondunn.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for UBS AG, UBS Group AG, and UBS Securities LLC in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

2

Dated: _____  _____
HONORABLE LORNA G. SCHOFIELD
United States District Judge