UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

JAMES CONTANT, *et al.*,

                    Plaintiffs,

         v.                                 Case No. 1:17-cv-03139-LGS

BANK OF AMERICA CORPORATION, *et al.*,

                    Defendants.

------------------------------------------------------------x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that James R. Warnot, Jr. of the firm Linklaters LLP, who is a member in good standing of the bar of this Court, hereby enters his appearance in the above-captioned action on behalf of Defendant Société Générale.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance does not waive any rights, claims or defenses (including but not limited to defenses as to jurisdiction) to which Defendant Société Générale may be entitled, but rather all such rights, claims and defenses are expressly reserved.

Dated:    New York, New York
              June 13, 2016

                                                            Respectfully submitted,
                                                            LINKLATERS LLP

                                                            By:    */s/ James R. Warnot, Jr.*
                                                             James R. Warnot, Jr.
                                                            james.warnot@linklaters.com
                                                            1345 Avenue of the Americas
                                                            New York, New York 10105
                                                           (212) 903-9000
                                                           (212) 903-9100 (fax)

                                                           *Counsel for Defendant Société Générale*