UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JAMES CONTANT, *et al.*,

                Plaintiffs,

      v.                                Case No. 1:17-cv-03139-LGS

BANK OF AMERICA CORPORATION, *et al.*,

                Defendants.

------------------------------------------------------------x

## SOCIÉTÉ GÉNÉRALE'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Société Générale states as follows:

1. Société Générale has no parent company, and no publicly held corporation owns 10 percent or more of its stock.

Dated:    New York, New York
             June 13, 2017

                                          Respectfully submitted,
                                          LINKLATERS LLP

                                          By:    */s/ James R. Warnot, Jr.*
                                          James R. Warnot, Jr.
                                          Adam S. Lurie
                                          Patrick C. Ashby
                                          james.warnot@linklaters.com
                                          adam.lurie@linklaters.com
                                          patrick.ashby@linklaters.com
                                          1345 Avenue of the Americas
                                          New York, New York 10105
                                          (212) 903-9000
                                          (212) 903-9100 (fax)

                                          *Counsel for Defendant Société Générale*