June 14, 2017

**VIA ECF**
Honorable Lorna G. Schofield
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

        RE:    *Contant, et al. v. Bank of America Corporation, et al.*, 17-cv-3139;
                  *Lavender, et al. v. Bank of America Corporation, et al.*, 17-cv-4392

Dear Judge Schofield:

      Defendants respectfully request that the Court suspend the briefing schedule of the motion to dismiss in the above-captioned *Contant* case (currently due June 19), in light of the filing earlier this week of the substantially overlapping above-captioned *Lavender* case, which was filed by the same counsel for plaintiffs as *Contant*. The suspension would afford the parties an opportunity to confer about consolidation of the cases, coordination of motions to dismiss, and related matters—without continuing to work toward a briefing deadline that no longer reflects the structure of the case.

      We have contacted plaintiffs' counsel who appear to agree that piecemeal briefing of the *Contant* case is no longer efficient, but would not consent to request a stay from the Court unless defendants first made concessions on a schedule and other matters. Mindful that negotiations among the parties in this case have hardly been easy in the past and that the briefing deadline is nearly upon us, defendants did not want to wait any longer to bring the issue to the Court's attention. In the meantime, defendants will continue to discuss other case management matters with the plaintiffs in the hope of presenting a consensus proposal to the Court—and will promptly update the Court on that score.

      On September 26, 2016, plaintiffs' counsel filed the first "indirect" foreign exchange-related complaint in *Baker, et al. v. Bank of America Corporation,* No. 16-cv-7512. The deficiencies in the *Baker* complaint, and the bases upon which defendants would move to dismiss it should that prove necessary, were described to plaintiffs in detail in both the November 15, 2016 joint pre-trial conference letter and during the November 22, 2016 pre-trial conference; defendants ultimately did move to dismiss, on January 23, 2017, for these same reasons. In lieu of responding to defendants' motion to dismiss, on March 24, 2017, plaintiffs filed an "amended complaint" that was 40 days overdue and filed on behalf of an entirely new slate of plaintiffs. (No. 16-cv-7512, ECF No. 176.) After defendants raised concerns about the procedural propriety of that new pleading, plaintiffs voluntarily dismissed the *Baker* action and filed the *Contant* action on April 28, 2017. (No. 17-cv-3139, ECF No. 1.) The *Contant* complaint sought injunctive relief under the Sherman Act and damages under New York, California, Florida, Illinois, Minnesota, and North Carolina law.

On May 5, 2017, the Court entered a stipulated order setting forth a schedule for the motion to dismiss the *Contant* complaint, which would be due on June 19, 2017. (No. 17-cv-3139, ECF No. 17.) Later that same day, on May 5, 2017, plaintiffs' counsel sent defendants a demand letter on behalf of an individual purporting to represent a class seeking damages under Massachusetts law. Massachusetts law provides for a demand letter to be sent 30 days prior to the filing of a complaint.

Defendants then contacted plaintiffs to request that, if plaintiffs intend to add a Massachusetts claim to the *Contant* case, then the motion to dismiss schedule should be modified to allow defendants to file a single motion against all claims, thereby conserving party and judicial resources. Plaintiffs told defendants they would take their request under consideration.

Plaintiffs did not respond to defendants' request. Instead, on Saturday, June 10, 2017—approximately a week before defendants were due to file their motion to dismiss—plaintiffs' counsel filed the *Lavender* complaint. (No. 17-cv-4392, ECF No. 1.) That complaint was nearly identical to the *Contant* complaint, except that it was brought on behalf of different plaintiffs, added claims under Massachusetts and Arizona law, and omitted claims under Illinois, Minnesota, and New York law.

On Monday, June 12, 2017, plaintiffs notified defendants that plaintiffs would be "amenable to entering into a stipulation to modify the briefing schedule to allow defendants to move with respect to both [*Contant* and *Lavender*] complaints at the same time." Later that same day, defendants asked plaintiffs to join them in requesting an immediate suspension of the *Contant* schedule so that defendants could consider their position on consolidation of the *Contant* and *Lavender* cases and related matters, without facing a briefing deadline that both sides appear to agree should be superseded. But plaintiffs declined to consent unless defendants first agreed to a proposal for consolidating the two cases and a briefing schedule.

Defendants believe that plaintiffs' conduct in these matters over the past nine months has unduly wasted party resources by causing defendants to brief *seriatim* motions to dismiss only to be interrupted by a new pleading. Nevertheless, defendants are prepared to confer with plaintiffs in good faith on the procedure for consolidating the *Contant* and *Lavender* cases and on coordinating briefing of a single motion to dismiss that would efficiently address the claims of both cases. Defendants intend to seek a scheduling order setting a deadline for a "best and final" complaint, not only on behalf of the named plaintiffs but on behalf of any "indirect" claimant or class plaintiffs' counsel anticipate representing. Defendants intend to conduct these discussions expeditiously, consistent with the fact that doing so requires coordination among sixteen different corporate families of defendants, many based abroad. At this point, however, there is no longer sound reason for defendants to also continue to expend resources on briefing that addresses the *Contant* action only—a task that both parties appear to agree should be superseded by coordinated briefing in the *Contant* and *Lavender* cases.

Accordingly, defendants respectfully request that the Court stay the briefing schedule in *Contant* to allow the parties time to discuss consolidation of the *Contant* and *Lavender* cases, a coordinated briefing schedule, and related matters. Within 10 days, defendants will update the Court on whether the parties have been able to reach agreement on these matters.

Respectfully submitted,

| | |
|---|---|
| SULLIVAN & CROMWELL LLP | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| By: /s/ Matthew A. Schwartz <br> Matthew A. Schwartz <br> David H. Braff <br> Yvonne S. Quinn <br> 125 Broad Street <br> New York, New York 10004 <br> Telephone: (212) 558-4000 <br> schwartzmatthew@sullcrom.com <br> braffd@sullcrom.com <br> quinny@sullcrom.com | By: /s/ Boris Bershteyn <br> Peter E. Greene <br> Boris Bershteyn <br> Tansy Woan <br> Four Times Square <br> New York, New York 10036 <br> Telephone: (212) 735-3000 <br> peter.greene@skadden.com <br> boris.bershteyn@skadden.com <br> tansy.woan@skadden.com |
| *Attorneys for Defendant Barclays Bank PLC and Barclays Capital Inc.* | *Attorneys for Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.* |
| SHEARMAN & STERLING LLP | DAVIS POLK & WARDWELL LLP |
| By: /s/ Adam S. Hakki <br> Adam S. Hakki <br> Richard F. Schwed <br> Jeffrey J. Resetarits <br> 599 Lexington Avenue <br> New York, New York 10022 <br> Telephone: (212) 848-4000 <br> ahakki@shearman.com <br> rschwed@shearman.com <br> jeffrey.resetarits@shearman.com | By: /s/ Joel M. Cohen <br> Joel M. Cohen <br> Melissa C. King <br> 450 Lexington Avenue <br> New York, New York 10017 <br> Telephone: (212) 450-4000 <br> joel.cohen@davispolk.com <br> melissa.king@davispolk.com |
| *Attorneys for Defendants Bank of America Corporation, Bank of America, N.A. and Merrill Lynch, Pierce, Fenner & Smith Incorporated* | *Attorneys for Defendants The Royal Bank of Scotland Group plc and RBS Securities Inc.* |

| ALLEN & OVERY LLP | LOCKE LORD LLP |
|---|---|
| By: /s/ David C. Esseks<br>David C. Esseks<br>Laura R. Hall<br>Rebecca Delfiner<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 610-6300<br>david.esseks@allenovery.com<br>laura.hall@allenovery.com<br>rebecca.delfiner@allenovery.com<br><br>John Terzaken<br>1101 New York Avenue<br>Washington, D.C. 20005<br>Telephone: (202) 683-3800<br>john.terzaken@allenovery.com | By: /s/ Gregory T. Casamento<br>Gregory T. Casamento<br>3 World Financial Center<br>New York, New York 10281<br>Telephone: (212) 812-8325<br>gcasamento@lockelord.com<br><br>Roger B. Cowie<br>2200 Ross Avenue, Suite 2800<br>Dallas, TX 75201<br>Telephone: (214) 740-8000<br>rcowie@lockelord.com<br><br>J. Matthew Goodin<br>Julia C. Webb<br>111 South Wacker Drive<br>Chicago, IL 60606<br>Telephone: (312) 443-0700<br>jmgoodin@lockelord.com<br>jwebb@lockelord.com |
| *Attorneys for Defendants BNP Paribas, BNP Paribas North America, Inc., BNP Paribas Securities Corp., and BNP Paribas Prime Brokerage, Inc.* | *Attorneys for Defendants HSBC Holdings, PLC, HSBC Bank PLC, HSBC North America Holdings, Inc., HSBC Bank USA, N.A., and HSBC Securities (USA) Inc.* |

| | |
|---|---|
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | GIBSON, DUNN & CRUTCHER LLP |
| By: /s/ Thomas J. Moloney<br>Thomas J. Moloney<br>George S. Cary<br>Sue S. Guan<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>tmoloney@cgsh.com<br>gcary@cgsh.com<br>sguan@cgsh.com<br><br>*Attorneys for Defendants The Goldman Sachs Group, Inc. and Goldman, Sachs & Co.* | By: /s/ Eric J. Stock<br>Eric J. Stock<br>Indraneel Sur<br>200 Park Avenue, 48th Floor<br>New York, New York 10166<br>Telephone: (212) 351-4000<br>estock@gibsondunn.com<br>isur@gibsondunn.com<br><br>D. Jarrett Arp<br>Melanie L. Katsur<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036<br>Telephone: (202) 955-8500<br>jarp@gibsondunn.com<br>mkatsur@gibsondunn.com<br><br>*Attorneys for Defendants UBS AG, UBS Group AG, and UBS Securities, LLC* |

| | |
|---|---|
| COVINGTON & BURLING LLP | CAHILL GORDON & REINDEL LLP |
| By: /s/ Andrew A. Ruffino<br>Andrew A. Ruffino<br>The New York Times Building<br>620 Eighth Avenue<br>New York, New York 10018<br>Telephone: (212) 841-1000<br>aruffino@cov.com<br><br>Alan M. Wiseman<br>Thomas A. Isaacson<br>Andrew D. Lazerow<br>Jamie A. Heine<br>One CityCenter<br>850 Tenth Street N.W.<br>Washington, D.C. 20001<br>Telephone: (202) 662-6000<br>awiseman@cov.com<br>tisaacson@cov.com<br>alazerow@cov.com<br>jheine@cov.com<br><br>*Attorneys for Defendants Citibank, N.A., Citigroup Inc., Citicorp and Citigroup Global Markets Inc.* | By: /s/ David G. Januszewski<br>David G. Januszewski<br>Herbert S. Washer<br>Elai Katz<br>Jason M. Hall<br>80 Pine Street<br>New York, New York 10005<br>Telephone: (212) 701-3000<br>djanuszewski@cahill.com<br>hwasher@cahill.com<br>ekatz@cahill.com<br>jhall@cahill.com<br><br>*Attorneys for Defendants Credit Suisse Group AG, Credit Suisse AG, and Credit Suisse Securities (USA) LLC* |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | WACHTELL, LIPTON, ROSEN & KATZ |
| By: /s/ Kenneth A. Gallo<br>Kenneth A. Gallo<br>Michael E. Gertzman<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 373-3000<br>kgallo@paulweiss.com<br>mgertzman@paulweiss.com<br><br>*Attorneys for Defendant The Bank of Tokyo-Mitsubishi UFJ, Ltd.* | By: /s/ Jonathan Moses<br>Jonathan Moses<br>Bradley R. Wilson<br>51 West 52nd Street<br>New York, New York 10019<br>Telephone: (212) 403-1000<br>JMMoses@wlrk.com<br>BRWilson@wlrk.com<br><br>*Attorneys for Defendants Morgan Stanley, Morgan Stanley & Co., LLC, and Morgan Stanley & Co. International PLC* |

KIRKLAND & ELLIS LLP

By: /s/ Robert Khuzami
Robert Khuzami
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
robert.khuzami@kirkland.com

G. Patrick Montgomery (*pro hac vice*)
655 Fifteenth Street, N.W.
Washington, D.C. 20005-5793
Telephone: (202) 879-5000
patrick.montgomery@kirkland.com

LINKLATERS LLP

By: /s/ James R. Warnot, Jr.
James R. Warnot, Jr.
Adam S. Lurie
Patrick C. Ashby
1345 Avenue of the Americas
New York, New York 10105
Telephone: (212) 903-9000

*Attorneys for Defendant Société Générale S.A.*

LATHAM & WATKINS LLP

By: /s/ Joseph Serino, Jr.
Joseph Serino, Jr.
885 Third Avenue
New York, New York 10022
joseph.serino@lw.com
Telephone: (212) 906-1717

*Attorneys for Defendant Deutsche Bank AG and Deutsche Bank Securities Inc.*

MOORE AND VAN ALLEN PLLC

By: /s/ James P. McLoughlin, Jr.
James P. McLoughlin, Jr.
Mark A. Nebrig
Joshua D. Lanning
Moore and Van Allen PLLC
100 N. Tryon Street, Suite 4700
Charlotte, North Carolina 28202
Telephone: (704) 331-1000
jimmcloughlin@mvalaw.com
marknebrig@mvalaw.com
joshlanning@mvalaw.com

*Attorneys for Defendant
RBC Capital Markets, LLC*

SIDLEY AUSTIN LLP

By: /s/ Andrew W. Stern
Andrew W. Stern
Alan M. Unger
Nicholas P. Crowell
787 Seventh Avenue
New York, New York 10019
astern@sidley.com
aunger@sidley.com
ncrowell@sidley.com
Telephone: (212) 839-5300

*Attorneys for Defendant Standard Chartered Bank*