June 23, 2017

**VIA ECF**

Honorable Lorna G. Schofield
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

      RE:    *Contant, et al. v. Bank of America Corporation, et al.*, 17-cv-3139;
               *Lavender, et al. v. Bank of America Corporation, et al.*, 17-cv-4392

Dear Judge Schofield:

      The parties in the above-captioned *Contant* and *Lavender* actions have, pursuant to the Court's Order of June 15 (No. 1:17-cv-03139, ECF No. 81), negotiated the attached stipulation providing for the filing of a consolidated complaint in these actions, waiving service of that complaint, and setting a briefing schedule for motions to dismiss.

      The parties will submit this stipulation by email to the Clerk in accordance with this Court's local practices.

Dated: June 23, 2017                                       Respectfully submitted,

Honorable Lorna G. Schofield
June 23, 2017
Page 2

For Plaintiffs:

By: /s/ Michael Dell'Angelo

Michael Dell'Angelo
BERGER & MONTAGUE, P.C.
Counsel for Plaintiffs

| BERGER & MONTAGUE, P.C. | SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS LLP |
|---|---|
| Michael Dell'Angelo<br>Merrill G. Davidoff<br>Todd S. Collins<br>Joshua T. Ripley<br>1622 Locust Street<br>Philadelphia, PA 19103<br>Tel: (215) 875-3000<br>Fax: (215) 875-4604<br>mdellangelo@bm.net<br>mdavidoff@bm.net<br>tcollins@bm.net<br>jripley@bm.net | Garrett W. Wotkyns<br>8501 North Scottsdale Road, Suite 270<br>Scottsdale, AZ 85253<br>Tel: (480) 428-0142<br>Fax: (866) 505-8036<br>gwotkyns@schneiderwallace.com |
| MCCULLEY MCCLUER PLLC | PEIFFER ROSCA WOLF ABDULLAH CARR & KANE LLP |
| R. Bryant McCulley<br>Stuart McCluer<br>1022 Carolina Boulevard, Suite 300<br>Charleston, SC 29451<br>Tel: (855) 467-0451<br>Fax: (662) 368-1506<br>bmcculley@mcculleymccluer.com<br>smccluer@mcculleymccluer.com | Joseph C. Peiffer<br>201 St. Charles Ave. Suite 4610<br>New Orleans, LA 70170<br>Tel: (504) 523-2434<br>Fax: (504) 523-2464<br>jpeiffer@prwlegal.com |

2

Honorable Lorna G. Schofield
June 23, 2017
Page 3

For Defendants:

| SULLIVAN & CROMWELL LLP | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
|---|---|
| By: /s/ Matthew A. Schwartz<br>Matthew A. Schwartz<br>David H. Braff<br>Yvonne S. Quinn<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>schwartzmatthew@sullcrom.com<br>braffd@sullcrom.com<br>quinny@sullcrom.com<br><br>*Attorneys for Defendant Barclays Bank PLC and Barclays Capital Inc.* | By: /s/ Peter E. Greene<br>Peter E. Greene<br>Boris Bershteyn<br>Four Times Square<br>New York, New York 10036<br>Telephone: (212) 735-3000<br>Facsimile: (212) 735-2000<br>peter.greene@skadden.com<br>boris.bershteyn@skadden.com<br><br>*Attorneys for Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.* |
| SHEARMAN & STERLING LLP | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| By: /s/ Adam S. Hakki<br>Adam S. Hakki<br>Richard F. Schwed<br>Jeffrey J. Resetarits<br>599 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 848-4000<br>ahakki@shearman.com<br>rschwed@shearman.com<br>jeffrey.resetarits@shearman.com<br><br>*Attorneys for Defendants Bank of America Corporation, Bank of America, N.A. and Merrill Lynch, Pierce, Fenner & Smith Incorporated* | By:/s/ Kenneth A. Gallo<br>Kenneth A. Gallo<br>Michael E. Gertzman<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990<br>kgallo@paulweiss.com<br>mgertzman@paulweiss.com<br><br>*Attorneys for Defendant The Bank of Tokyo-Mitsubishi UFJ, Ltd.* |

| | |
|---|---|
| ALLEN & OVERY LLP | GIBSON, DUNN & CRUTCHER LLP |
| By: /s/ David C. Esseks<br>David C. Esseks<br>Laura R. Hall<br>Rebecca Delfiner<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 610-6300<br>david.esseks@allenovery.com<br>laura.hall@allenovery.com<br>rebecca.delfiner@allenovery.com<br><br>John Terzaken<br>1101 New York Avenue<br>Washington, D.C. 20005<br>Telephone: (202) 683-3800<br>john.terzaken@allenovery.com<br><br>*Attorneys for Defendants BNP Paribas, BNP Paribas North America, Inc., BNP Paribas Securities Corp., and BNP Paribas Prime Brokerage, Inc.* | By: /s/ Eric J. Stock<br>Eric J. Stock<br>Indraneel Sur<br>200 Park Avenue, 48th Floor<br>New York, New York 10166<br>Telephone: (212) 351-4000<br>Facsimile: (212) 716-0801<br>estock@gibsondunn.com<br>isur@gibsondunn.com<br><br>D. Jarrett Arp<br>Melanie L. Katsur<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036<br>Telephone: (202) 955-8500<br>Facsimile: (202) 467-0539<br>jarp@gibsondunn.com<br>mkatsur@gibsondunn.com<br><br>*Attorneys for Defendants UBS AG, UBS Group AG, and UBS Securities, LLC* |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | |
| By: /s/ Thomas J. Moloney<br>Thomas J. Moloney<br>George S. Cary<br>Sue S. Guan<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br>tmoloney@cgsh.com<br>gcary@cgsh.com<br>sguan@cgsh.com<br><br>*Attorneys for Defendants The Goldman Sachs Group, Inc. and Goldman Sachs & Co. LLC* | |

Honorable Lorna G. Schofield
June 23, 2017
Page 5

LATHAM & WATKINS LLP

By: /s/ Joseph Serino, Jr.
Joseph Serino, Jr.
885 Third Avenue
New York, New York 10022
joseph.serino@lw.com
Telephone: (212) 906-1717
Fax: (212) 751-4846

KIRKLAND & ELLIS LLP

By: /s/ Robert Khuzami
Robert Khuzami
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
robert.khuzami@kirkland.com

G. Patrick Montgomery (pro hac vice)
655 Fifteenth Street, N.W.
Washington, D.C. 20005-5793
Telephone: (202) 879-5000
Facsimile: (202) 879-5200
patrick.montgomery@kirkland.com

*Attorneys for Defendant Deutsche Bank AG and Deutsche Bank Securities Inc.*

CAHILL GORDON & REINDEL LLP

By: /s/ David G. Januszewski
David G. Januszewski
Herbert S. Washer
Elai Katz
Jason M. Hall
80 Pine Street
New York, New York 10005
Telephone: (212) 701-3000
Facsimile: (212) 269-5420
djanuszewski@cahill.com
hwasher@cahill.com
ekatz@cahill.com
jhall@cahill.com

*Attorneys for Defendants Credit Suisse Group AG, Credit Suisse AG, and Credit Suisse Securities (USA) LLC*

WACHTELL, LIPTON, ROSEN & KATZ

By: /s/ Jonathan Moses
Jonathan Moses
Bradley R. Wilson
51 West 52nd Street
New York, NY 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000
JMMoses@wlrk.com
BRWilson@wlrk.com

*Attorneys for Defendants Morgan Stanley, Morgan Stanley & Co., LLC, and Morgan Stanley & Co. International PLC*

| COVINGTON & BURLING LLP | LINKLATERS LLP |
|---|---|
| By: /s/ Andrew A. Ruffino | By: /s/ James R. Warnot, Jr. |
| Andrew A. Ruffino | James R. Warnot, Jr. |
| The New York Times Building | Adam S. Lurie |
| 620 Eighth Avenue | Patrick C. Ashby |
| New York, New York 10018 | 1345 Avenue of the Americas |
| Telephone: (212) 841-1000 | New York, New York 10105 |
| aruffino@cov.com | Telephone: (212) 903-9000 |
| | Facsimile: (212) 903-9100 |
| Alan M. Wiseman | |
| Thomas A. Isaacson | *Attorneys for Defendant Société Générale S.A.* |
| Andrew D. Lazerow | |
| Megan E. Gerking | |
| Jamie A. Heine | |
| One City Center | |
| 850 Tenth Street N.W. | |
| Washington, D.C. 20001 | |
| Telephone: (202) 662-6000 | |
| awiseman@cov.com | |
| tisaacson@cov.com | |
| alazerow@cov.com | |
| mgerking@cov.com | |
| jheine@cov.com | |

*Attorneys for Defendants Citibank, N.A., Citigroup Inc., Citicorp and Citigroup Global Markets Inc.*

Honorable Lorna G. Schofield
June 23, 2017
Page 7

| SIDLEY AUSTIN LLP | MOORE AND VAN ALLEN PLLC |
|---|---|
| By: /s/ Andrew W. Stern<br>Andrew W. Stern<br>Nicholas P. Crowell<br>787 Seventh Avenue<br>New York, New York 10019<br>astern@sidley.com<br>aunger@sidley.com<br>ncrowell@sidley.com<br>Telephone: (212) 839-5300<br>Fax: (212) 839-5599<br><br>*Attorneys for Defendant Standard Chartered Bank* | By: /s/ James P. McLoughlin, Jr.<br>James P. McLoughlin, Jr.<br>Mark A. Nebrig<br>Joshua D. Lanning<br>Moore and Van Allen PLLC<br>100 N. Tryon Street, Suite 4700<br>Charlotte, North Carolina 28202<br>Telephone: (704) 331-1000<br>Facsimile: (704) 331-1159<br>jimmcloughlin@mvalaw.com<br>marknebrig@mvalaw.com<br>joshlanning@mvalaw.com<br><br>*Attorneys for Defendant RBC Capital Markets, LLC* |

| LOCKE LORD LLP | DAVIS POLK & WARDWELL LLP |
|---|---|
| By: /s/ Gregory T. Casamento<br>Gregory T. Casamento<br>3 World Financial Center<br>New York, NY 10281<br>Telephone: (212) 812-8325<br>Facsimile: (212) 812-8385<br>gcasamento@lockelord.com<br><br>Roger B. Cowie<br>2200 Ross Avenue, Suite 2800<br>Dallas, TX 75201<br>Telephone: (214) 740-8000<br>rcowie@lockelord.com<br><br>J. Matthew Goodin<br>Julia C. Webb<br>111 South Wacker Drive<br>Chicago, IL 60606<br>Telephone: (312) 443-0700<br>jmgoodin@lockelord.com<br>jwebb@lockelord.com<br><br>*Attorneys for Defendants HSBC Holdings, PLC, HSBC Bank PLC, HSBC North America Holdings, Inc., HSBC Bank USA, N.A., and HSBC Securities (USA) Inc.* | By: /s/ Joel M. Cohen<br>Joel M. Cohen<br>Melissa C. King<br>450 Lexington Avenue<br>New York, New York 10017<br>Telephone: (212) 450-4000<br>Facsimile: (212) 450-4800<br>joel.cohen@davispolk.com<br>melissa.king@davispolk.com<br><br>*Attorneys for Defendants The Royal Bank of Scotland Group plc and RBS Securities Inc.* |