USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__6/26/2017__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, MARTIN-HAN TRAN, CARLOS GONZALEZ, UGNIUS MATKUS, JERRY JACOBSON, and PAUL VERMILLION, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>                    Defendants. | Case No.  1:17-cv-03139-LGS |
| SANDRA LAVENDER, VICTOR HERNANDEZ, FX PRIMUS LTD., CHARLES G. HITCHCOCK III, AND TINA PORTER, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>                    Defendants. | Case No.  1:17-cv-04392-LGS |

## STIPULATION REGARDING CONSOLIDATION AND SERVICE OF THE CONSOLIDATED COMPLAINT, AND BRIEFING SCHEDULE

Plaintiffs James Contant, Martin-Han Tran, Carlos Gonzalez, Ugnius Matkus, Jerry Jacobson, and Paul Vermillion (collectively, "*Contant* Plaintiffs"); plaintiffs Sandra Lavender, Victor Hernandez, FX Primus Ltd., Charles G. Hitchcock III, and Tina Porter (collectively, "*Lavender* Plaintiffs," and together with *Contant* Plaintiffs, "Consolidated Plaintiffs"); and Defendants Bank of America Corporation, Bank of America, N.A., Merrill Lynch, Pierce, Fenner & Smith Incorporated, The Bank of Tokyo-Mitsubishi UFJ, Ltd., Barclays Bank PLC,

Barclays Capital Inc., BNP Paribas (identified in the complaint as "BNP Paribas Group"), BNP Paribas North America, Inc., BNP Paribas Securities Corp., BNP Paribas Prime Brokerage, Inc., Citigroup Inc., Citibank, N.A., Citicorp, Citigroup Global Markets Inc., Credit Suisse Group AG, Credit Suisse AG, Credit Suisse Securities (USA) LLC, Deutsche Bank AG, Deutsche Bank Securities Inc., The Goldman Sachs Group, Inc., Goldman Sachs & Co. LLC, HSBC Holdings PLC, HSBC Bank PLC, HSBC North America Holdings, Inc., HSBC Bank USA, N.A., HSBC Securities (USA) Inc., JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., Morgan Stanley, Morgan Stanley & Co., LLC, Morgan Stanley & Co. International PLC, RBC Capital Markets LLC, The Royal Bank of Scotland Group plc, RBS Securities Inc., Société Générale, Standard Chartered Bank, UBS AG, UBS Group AG, and UBS Securities LLC (collectively, "Defendants"), so as to conserve both party and judicial resources, by and through their respective undersigned counsel, hereby stipulate as follows:

1.     *Contant* Plaintiffs filed a complaint in this Court entitled *Contant, et al v. Bank of America Corp., et al*, No. 1:17-cv-03139 on April 28, 2017 (the "*Contant* Complaint").

2.     *Contant* Plaintiffs and Defendants stipulated to a briefing schedule pursuant to which Defendants' motions to dismiss the *Contant* Complaint would have originally been due on June 19, 2017.

3.     *Lavender* Plaintiffs filed a separate complaint in this Court entitled *Lavender, et al v. Bank of America Corp., et al*, No. 1:17-cv-04392, on June 10, 2017 (the "*Lavender* Complaint").

4.     In light of the similar allegations and nature of the *Contant* and *Lavender* Complaints, the Court directed on June 15, 2017 that briefing of Defendants' motion to dismiss

in *Contant* be stayed pending the parties' attempt to agree upon consolidation and a coordinated briefing schedule in the two actions.

5.     Consolidated Plaintiffs will file a consolidated complaint combining both complaints referenced above (the "Consolidated Complaint") on or before June 30, 2017.  The parties agree that the *Contant* and *Lavender* actions will be consolidated for all purposes.  The parties disagree based on the procedural posture of these cases whether the Consolidated Complaint constitutes an amendment and whether, following the filing of the Consolidated Complaint, plaintiffs will be permitted to amend as of right under Fed.R.Civ.P. 15(a)(1) or Section III.C.2 of the Court's Individual Practices, and this Order shall not have the effect of resolving this issue.  Plaintiffs and Defendants each reserve any and all rights in connection with this issue.

6.     The *Contant* docket, No. 1:17-cv-03139, will serve as the lead docket for the consolidated class action cases.  All orders, pleadings, motions, and other documents shall be filed electronically on the lead docket only.  Each document shall indicate if it relates to "All Cases" or only specific cases.

7.     Defendants' joint 12(b)(6) Motion to Dismiss and joint 12(b)(2) Motion to Dismiss the consolidated complaint (the "Motions") shall both be due on August 4, 2017.

8.     Consolidated Plaintiffs' oppositions shall be due on September 13, 2017.

9.     Defendants' joint replies shall be due on October 10, 2017.

10.     Pursuant to Fed. R. Civ. P. 4(d), Defendants hereby waive service of the Consolidated Complaint and waive any and all service defects without any further process or request for waiver necessary on Consolidated Plaintiffs' part.

11.     Neither Defendants' waiver of such service nor Defendants' entry into this Stipulation shall constitute a waiver of any other defense, including, but not limited to, the defenses of lack of subject matter jurisdiction, lack of personal jurisdiction, or improper venue.

12.     Service of the Consolidated Complaint on Defendants shall be deemed effective as of the date the Consolidated Complaint is filed.

Pursuant to Rule 8.5 of the S.D.N.Y. Electronic Case Filing Rules & Instructions, the parties hereby represent that all Defendants listed below consent to this Stipulation.

The Clerk of Court is directed to consolidate case 17 Civ. 3139 (as lead case) with 17 Civ. 4392. The Clerk of Court is further directed to close the higher-numbered case, 17 Civ. 4392.

Dated:  June 26, 2017
          New York, New York

SO ORDERED

HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

4

Dated: June 23, 2017                    Respectfully submitted,

For Plaintiffs:

By: _____

Michael Dell'Angelo
BERGER & MONTAGUE, P.C.
Counsel for Plaintiffs

BERGER & MONTAGUE, P.C.                 SCHNEIDER WALLACE COTTRELL
                                        KONECKY WOTKYNS LLP

Michael Dell'Angelo                     Garrett W. Wotkyns
Merrill G. Davidoff                     8501 North Scottsdale Road, Suite 270
Todd S. Collins                         Scottsdale, AZ 85253
Joshua T. Ripley                        Tel: (480) 428-0142
1622 Locust Street                      Fax: (866) 505-8036
Philadelphia, PA 19103                  gwotkyns@schneiderwallace.com
Tel: (215) 875-3000
Fax: (215) 875-4604
mdellangelo@bm.net
mdavidoff@bm.net
tcollins@bm.net
jripley@bm.net

MCCULLEY MCCLUER PLLC                   PEIFFER ROSCA WOLF ABDULLAH
                                        CARR & KANE LLP

R. Bryant McCulley                      Joseph C. Peiffer
Stuart McCluer                          201 St. Charles Ave. Suite 4610
1022 Carolina Boulevard, Suite 300      New Orleans, LA 70170
Charleston, SC 29451                    Tel: (504) 523-2434
Tel: (855) 467-0451                     Fax: (504) 523-2464
Fax: (662) 368-1506                     jpeiffer@prwlegal.com
bmcculley@mcculleymccluer.com
smccluer@mcculleymccluer.com

For Defendants:

SULLIVAN & CROMWELL LLP

By: _Matthew A Schwartz_ / MAP

Matthew A. Schwartz
David H. Braff
Yvonne S. Quinn
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile:  (212) 558-3588
schwartzmatthew@sullcrom.com
braffd@sullcrom.com
quinny@sullcrom.com

*Attorneys for Defendant Barclays Bank PLC
and Barclays Capital Inc.*

SHEARMAN & STERLING LLP


By:_____
Adam S. Hakki
Richard F. Schwed
Jeffrey J. Resetarits
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
ahakki@shearman.com
rschwed@shearman.com
jeffrey.resetarits@shearman.com

*Attorneys for Defendants Bank of America
Corporation, Bank of America, N.A. and
Merrill Lynch, Pierce, Fenner & Smith
Incorporated*

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP


By:_____
Peter E. Greene
Boris Bershteyn
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
peter.greene@skadden.com
boris.bershteyn@skadden.com

*Attorneys for Defendants JPMorgan Chase &
Co. and JPMorgan Chase Bank, N.A.*


PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP


By:_____
Kenneth A. Gallo
Michael E. Gertzman
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
kgallo@paulweiss.com
mgertzman@paulweiss.com

*Attorneys for Defendant The Bank of Tokyo-
Mitsubishi UFJ, Ltd.*

For Defendants:

SULLIVAN & CROMWELL LLP

By:_____
Matthew A. Schwartz
David H. Braff
Yvonne S. Quinn
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
schwartzmatthew@sullcrom.com
braffd@sullcrom.com
quinny@sullcrom.com

*Attorneys for Defendant Barclays Bank PLC
and Barclays Capital Inc.*

SHEARMAN & STERLING LLP

By:_____
Adam S. Hakki
Richard F. Schwed
Jeffrey J. Resetarits
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
ahakki@shearman.com
rschwed@shearman.com
jeffrey.resetarits@shearman.com

*Attorneys for Defendants Bank of America
Corporation, Bank of America, N.A. and
Merrill Lynch, Pierce, Fenner & Smith
Incorporated*

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP

By:_____
Peter E. Greene
Boris Bershteyn
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
peter.greene@skadden.com
boris.bershteyn@skadden.com

*Attorneys for Defendants JPMorgan Chase &
Co. and JPMorgan Chase Bank, N.A.*

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

By:_____
Kenneth A. Gallo
Michael E. Gertzman
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
kgallo@paulweiss.com
mgertzman@paulweiss.com

*Attorneys for Defendant The Bank of Tokyo-
Mitsubishi UFJ, Ltd.*

For Defendants:

SULLIVAN & CROMWELL LLP

By:_____
Matthew A. Schwartz
David H. Braff
Yvonne S. Quinn
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile:  (212) 558-3588
schwartzmatthew@sullcrom.com
braffd@sullcrom.com
quinny@sullcrom.com

*Attorneys for Defendant Barclays Bank PLC
and Barclays Capital Inc.*

SHEARMAN & STERLING LLP

By:_____
Adam S. Hakki
Richard F. Schwed
Jeffrey J. Resetarits
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
ahakki@shearman.com
rschwed@shearman.com
jeffrey.resetarits@shearman.com

*Attorneys for Defendants Bank of America
Corporation, Bank of America, N.A. and
Merrill Lynch, Pierce, Fenner & Smith
Incorporated*

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP

By:_____
Peter E. Greene
Boris Bershteyn
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
peter.greene@skadden.com
boris.bershteyn@skadden.com

*Attorneys for Defendants JPMorgan Chase &
Co. and JPMorgan Chase Bank, N.A.*

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

By:_____
Kenneth A. Gallo
Michael E. Gertzman
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
kgallo@paulweiss.com
mgertzman@paulweiss.com

*Attorneys for Defendant The Bank of Tokyo-
Mitsubishi UFJ, Ltd.*

6

For Defendants:

SULLIVAN & CROMWELL LLP

By:_____
Matthew A. Schwartz
David H. Braff
Yvonne S. Quinn
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile:  (212) 558-3588
schwartzmatthew@sullcrom.com
braffd@sullcrom.com
quinny@sullcrom.com

*Attorneys for Defendant Barclays Bank PLC
and Barclays Capital Inc.*

SHEARMAN & STERLING LLP

By:_____
Adam S. Hakki
Richard F. Schwed
Jeffrey J. Resetarits
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
ahakki@shearman.com
rschwed@shearman.com
jeffrey.resetarits@shearman.com

*Attorneys for Defendants Bank of America
Corporation, Bank of America, N.A. and
Merrill Lynch, Pierce, Fenner & Smith
Incorporated*

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP

By:_____
Peter E. Greene
Boris Bershteyn
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
peter.greene@skadden.com
boris.bershteyn@skadden.com

*Attorneys for Defendants JPMorgan Chase &
Co. and JPMorgan Chase Bank, N.A.*

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

By: *Kenneth A. Gallo* (ssa)
Kenneth A. Gallo
Michael E. Gertzman
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
kgallo@paulweiss.com
mgertzman@paulweiss.com

*Attorneys for Defendant The Bank of Tokyo-
Mitsubishi UFJ, Ltd.*

6

ALLEN & OVERY LLP

By: _____
David C. Esseks
Laura R. Hall
Rebecca Delfiner
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 610-6300
david.esseks@allenovery.com
laura.hall@allenovery.com
rebecca.delfiner@allenovery.com

John Terzaken
1101 New York Avenue
Washington, D.C. 20005
Telephone: (202) 683-3800
john.terzaken@allenovery.com

*Attorneys for Defendants BNP Paribas, BNP
Paribas North America, Inc., BNP Paribas
Securities Corp., and BNP Paribas Prime
Brokerage, Inc.*

CLEARY GOTTLIEB STEEN &
HAMILTON LLP


By: _____
Thomas J. Moloney
George S. Cary
Sue S. Guan
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
tmoloney@cgsh.com
gcary@cgsh.com
sguan@cgsh.com

*Attorneys for Defendants The Goldman
Sachs Group, Inc. and Goldman Sachs &
Co. LLC*

GIBSON, DUNN & CRUTCHER LLP

By: _____
Eric J. Stock
Indraneel Sur
200 Park Avenue, 48th Floor
New York, New York 10166
Telephone: (212) 351-4000
Facsimile: (212) 716-0801
estock@gibsondunn.com
isur@gibsondunn.com

D. Jarrett Arp
Melanie L. Katsur
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539
jarp@gibsondunn.com
mkatsur@gibsondunn.com

*Attorneys for Defendants UBS AG, UBS Group
AG, and UBS Securities, LLC*

ALLEN & OVERY LLP

By:_____
David C. Esseks
Laura R. Hall
Rebecca Delfiner
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 610-6300
david.esseks@allenovery.com
laura.hall@allenovery.com
rebecca.delfiner@allenovery.com

John Terzaken
1101 New York Avenue
Washington, D.C. 20005
Telephone: (202) 683-3800
john.terzaken@allenovery.com

*Attorneys for Defendants BNP Paribas, BNP Paribas North America, Inc., BNP Paribas Securities Corp., and BNP Paribas Prime Brokerage, Inc.*

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: *Tom Moloney / M J R-M*
Thomas J. Moloney
George S. Cary
Sue S. Guan
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
tmoloney@cgsh.com
gcary@cgsh.com
sguan@cgsh.com

*Attorneys for Defendants The Goldman Sachs Group, Inc. and Goldman Sachs & Co. LLC*

GIBSON, DUNN & CRUTCHER LLP

By: _____
Eric J. Stock
Indraneel Sur
200 Park Avenue, 48th Floor
New York, New York 10166
Telephone: (212) 351-4000
Facsimile: (212) 716-0801
estock@gibsondunn.com
isur@gibsondunn.com

D. Jarrett Arp
Melanie L. Katsur
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539
jarp@gibsondunn.com
mkatsur@gibsondunn.com

*Attorneys for Defendants UBS AG, UBS Group AG, and UBS Securities, LLC*

ALLEN & OVERY LLP

By:_____
David C. Esseks
Laura R. Hall
Rebecca Delfiner
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 610-6300
david.esseks@allenovery.com
laura.hall@allenovery.com
rebecca.delfiner@allenovery.com

John Terzaken
1101 New York Avenue
Washington, D.C. 20005
Telephone: (202) 683-3800
john.terzaken@allenovery.com

*Attorneys for Defendants BNP Paribas, BNP
Paribas North America, Inc., BNP Paribas
Securities Corp., and BNP Paribas Prime
Brokerage, Inc.*

CLEARY GOTTLIEB STEEN &
HAMILTON LLP

By:_____
Thomas J. Moloney
George S. Cary
Sue S. Guan
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
tmoloney@cgsh.com
gcary@cgsh.com
sguan@cgsh.com

*Attorneys for Defendants The Goldman
Sachs Group, Inc. and Goldman Sachs &
Co. LLC*

GIBSON, DUNN & CRUTCHER LLP

By: *Eric Stock*
Eric J. Stock
Indraneel Sur
200 Park Avenue, 48th Floor
New York, New York 10166
Telephone: (212) 351-4000
Facsimile: (212) 716-0801
estock@gibsondunn.com
isur@gibsondunn.com

D. Jarrett Arp
Melanie L. Katsur
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539
jarp@gibsondunn.com
mkatsur@gibsondunn.com

*Attorneys for Defendants UBS AG, UBS Group
AG, and UBS Securities, LLC*

LATHAM & WATKINS LLP

By: _____
Joseph Serino, Jr.
885 Third Avenue
New York, New York 10022
joseph.serino@lw.com
Telephone: (212) 906-1717
Fax: (212) 751-4846

CAHILL GORDON & REINDEL LLP

By: _____
David G. Januszewski
Herbert S. Washer
Elai Katz
Jason M. Hall
80 Pine Street
New York, New York 10005
Telephone: (212) 701-3000
Facsimile: (212) 269-5420
djanuszewski@cahill.com
hwasher@cahill.com
ekatz@cahill.com
jhall@cahill.com

*Attorneys for Defendants Credit Suisse Group
AG, Credit Suisse AG, and Credit Suisse
Securities (USA) LLC*

KIRKLAND & ELLIS LLP

By: _____
Robert Khuzami
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
robert.khuzami@kirkland.com

G. Patrick Montgomery (*pro hac vice*)
655 Fifteenth Street, N.W.
Washington, D.C. 20005-5793
Telephone: (202) 879-5000
Facsimile: (202) 879-5200
patrick.montgomery@kirkland.com

*Attorneys for Defendant Deutsche Bank AG
and Deutsche Bank Securities Inc.*

WACHTELL, LIPTON, ROSEN & KATZ

By: _____
Jonathan Moses
Bradley R. Wilson
51 West 52nd Street
New York, NY 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000
JMMoses@wlrk.com
BRWilson@wlrk.com

*Attorneys for Defendants Morgan Stanley,
Morgan Stanley & Co., LLC, and Morgan
Stanley & Co. International PLC*

8

LATHAM & WATKINS LLP

By: _____
Joseph Serino, Jr.
885 Third Avenue
New York, New York 10022
joseph.serino@lw.com
Telephone: (212) 906-1717
Fax: (212) 751-4846

*Attorneys for Defendant Deutsche Bank AG
and Deutsche Bank Securities Inc.*

CAHILL GORDON & REINDEL LLP

By: _____
David G. Januszewski
Herbert S. Washer
Elai Katz
Jason M. Hall
80 Pine Street
New York, New York 10005
Telephone: (212) 701-3000
Facsimile: (212) 269-5420
djanuszewski@cahill.com
hwasher@cahill.com
ekatz@cahill.com
jhall@cahill.com

*Attorneys for Defendants Credit Suisse Group
AG, Credit Suisse AG, and Credit Suisse
Securities (USA) LLC*

KIRKLAND & ELLIS LLP

By: _____
Robert Khuzami
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
robert.khuzami@kirkland.com

G. Patrick Montgomery (*pro hac vice*)
655 Fifteenth Street, N.W.
Washington, D.C. 20005-5793
Telephone: (202) 879-5000
Facsimile: (202) 879-5200
patrick.montgomery@kirkland.com

WACHTELL, LIPTON, ROSEN & KATZ

By: _____
Jonathan Moses
Bradley R. Wilson
51 West 52nd Street
New York, NY 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000
JMMoses@wlrk.com
BRWilson@wlrk.com

*Attorneys for Defendants Morgan Stanley,
Morgan Stanley & Co., LLC, and Morgan
Stanley & Co. International PLC*

8

LATHAM & WATKINS LLP

By: _____
Joseph Serino, Jr.
885 Third Avenue
New York, New York 10022
joseph.serino@lw.com
Telephone: (212) 906-1717
Fax: (212) 751-4846

*Attorneys for Defendant Deutsche Bank AG
and Deutsche Bank Securities Inc.*


KIRKLAND & ELLIS LLP

By: _____

Robert Khuzami
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
robert.khuzami@kirkland.com

G. Patrick Montgomery (*pro hac vice*)
655 Fifteenth Street, N.W.
Washington, D.C. 20005-5793
Telephone: (202) 879-5000
Facsimile: (202) 879-5200
patrick.montgomery@kirkland.com


CAHILL GORDON & REINDEL LLP

By: _____
David G. Januszewski
Herbert S. Washer
Elai Katz
Jason M. Hall
80 Pine Street
New York, New York 10005
Telephone: (212) 701-3000
Facsimile: (212) 269-5420
djanuszewski@cahill.com
hwasher@cahill.com
ekatz@cahill.com
jhall@cahill.com

*Attorneys for Defendants Credit Suisse Group
AG, Credit Suisse AG, and Credit Suisse
Securities (USA) LLC*


WACHTELL, LIPTON, ROSEN & KATZ

By: _____
Jonathan Moses
Bradley R. Wilson
51 West 52nd Street
New York, NY 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000
JMMoses@wlrk.com
BRWilson@wlrk.com

*Attorneys for Defendants Morgan Stanley,
Morgan Stanley & Co., LLC, and Morgan
Stanley & Co. International PLC*

COVINGTON & BURLING LLP

By: _Andrew A. Ruffino_

Andrew A. Ruffino
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Telephone: (212) 841-1000
aruffino@cov.com

Alan M. Wiseman
Thomas A. Isaacson
Andrew D. Lazerow
Megan E. Gerking
Jamie A. Heine
One City Center
850 Tenth Street N.W.
Washington, D.C. 20001
Telephone: (202) 662-6000
awiseman@cov.com
tisaacson@cov.com
alazerow@cov.com
mgerking@cov.com
jheine@cov.com

*Attorneys for Defendants Citibank, N.A.,*
*Citigroup Inc., Citicorp and Citigroup Global*
*Markets Inc.*

SIDLEY AUSTIN LLP

By: _____

Andrew W. Stern
Alan M. Unger
Nicholas P. Crowell
787 Seventh Avenue
New York, New York 10019
astern@sidley.com
aunger@sidley.com
ncrowell@sidley.com
Telephone: (212) 839-5300
Fax: (212) 839-5599

LINKLATERS LLP

By: _____

James R. Warnot, Jr.
Adam S. Lurie
Patrick C. Ashby
1345 Avenue of the Americas
New York, New York 10105
Telephone: (212) 903-9000
Facsimile: (212) 903-9100

*Attorneys for Defendant Société Générale S.A.*

MOORE AND VAN ALLEN PLLC

By: _____

James P. McLoughlin, Jr.
Mark A. Nebrig
Joshua D. Lanning
Moore and Van Allen PLLC
100 N. Tryon Street, Suite 4700
Charlotte, North Carolina 28202
Telephone: (704) 331-1000
Facsimile: (704) 331-1159
jimmcloughlin@mvalaw.com
marknebrig@mvalaw.com
joshlanning@mvalaw.com

*Attorneys for Defendant*
*RBC Capital Markets, LLC*

9

COVINGTON & BURLING LLP

By:_____
Andrew A. Ruffino
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Telephone: (212) 841-1000
aruffino@cov.com

Alan M. Wiseman
Thomas A. Isaacson
Andrew D. Lazerow
Megan E. Gerking
Jamie A. Heine
One City Center
850 Tenth Street N.W.
Washington, D.C. 20001
Telephone: (202) 662-6000
awiseman@cov.com
tisaacson@cov.com
alazerow@cov.com
mgerking@cov.com
jheine@cov.com

*Attorneys for Defendants Citibank, N.A.,
Citigroup Inc., Citicorp and Citigroup Global
Markets Inc.*

SIDLEY AUSTIN LLP

By: *Nicholas P. Crowell /c.e.a.*
Andrew W. Stern
Nicholas P. Crowell
787 Seventh Avenue
New York, New York 10019
astern@sidley.com
ncrowell@sidley.com
Telephone: (212) 839-5300
Fax: (212) 839-5599

*Attorneys for Defendant Standard Chartered
Bank*

LINKLATERS LLP

By:_____
James R. Warnot, Jr.
Adam S. Lurie
Patrick C. Ashby
1345 Avenue of the Americas
New York, New York 10105
Telephone: (212) 903-9000
Facsimile: (212) 903-9100

*Attorneys for Defendant Société Générale S.A.*

MOORE AND VAN ALLEN PLLC

By:_____
James P. McLoughlin, Jr.
Mark A. Nebrig
Joshua D. Lanning
Moore and Van Allen PLLC
100 N. Tryon Street, Suite 4700
Charlotte, North Carolina 28202
Telephone: (704) 331-1000
Facsimile: (704) 331-1159
jimmcloughlin@mvalaw.com
marknebrig@mvalaw.com
joshlanning@mvalaw.com

*Attorneys for Defendant
RBC Capital Markets, LLC*

COVINGTON & BURLING LLP

By:_____
Andrew A. Ruffino
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Telephone: (212) 841-1000
aruffino@cov.com

Alan M. Wiseman
Thomas A. Isaacson
Andrew D. Lazerow
Megan E. Gerking
Jamie A. Heine
One City Center
850 Tenth Street N.W.
Washington, D.C. 20001
Telephone: (202) 662-6000
awiseman@cov.com
tisaacson@cov.com
alazerow@cov.com
mgerking@cov.com
jheine@cov.com

*Attorneys for Defendants Citibank, N.A.,*
*Citigroup Inc., Citicorp and Citigroup Global*
*Markets Inc.*

LINKLATERS LLP

By:_____

James R. Warnot, Jr.
Adam S. Lurie
Patrick C. Ashby
1345 Avenue of the Americas
New York, New York 10105
Telephone: (212) 903-9000
Facsimile: (212) 903-9100

*Attorneys for Defendant Société Générale S.A.*

SIDLEY AUSTIN LLP

By:_____
Andrew W. Stern
Alan M. Unger
Nicholas P. Crowell
787 Seventh Avenue
New York, New York 10019
astern@sidley.com
aunger@sidley.com
ncrowell@sidley.com
Telephone: (212) 839-5300
Fax: (212) 839-5599

*Attorneys for Defendant Standard Chartered*
*PLC*

MOORE AND VAN ALLEN PLLC

By:_____
James P. McLoughlin, Jr.
Mark A. Nebrig
Joshua D. Lanning
Moore and Van Allen PLLC
100 N. Tryon Street, Suite 4700
Charlotte, North Carolina 28202
Telephone: (704) 331-1000
Facsimile: (704) 331-1159
jimmcloughlin@mvalaw.com
marknebrig@mvalaw.com
joshlanning@mvalaw.com

*Attorneys for Defendant*
*RBC Capital Markets, LLC*

9

COVINGTON & BURLING LLP

By:_____
Andrew A. Ruffino
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Telephone: (212) 841-1000
aruffino@cov.com

Alan M. Wiseman
Thomas A. Isaacson
Andrew D. Lazerow
Megan E. Gerking
Jamie A. Heine
One City Center
850 Tenth Street N.W.
Washington, D.C. 20001
Telephone: (202) 662-6000
awiseman@cov.com
tisaacson@cov.com
alazerow@cov.com
mgerking@cov.com
jheine@cov.com

*Attorneys for Defendants Citibank, N.A.,
Citigroup Inc., Citicorp and Citigroup Global
Markets Inc.*

SIDLEY AUSTIN LLP

By: _____
Andrew W. Stern
Alan M. Unger
Nicholas P. Crowell
787 Seventh Avenue
New York, New York 10019
astern@sidley.com
aunger@sidley.com
ncrowell@sidley.com
Telephone: (212) 839-5300
Fax: (212) 839-5599

*Attorneys for Defendant Standard Chartered
PLC*

LINKLATERS LLP

By:_____
James R. Warnot, Jr.
Adam S. Lurie
Patrick C. Ashby
1345 Avenue of the Americas
New York, New York 10105
Telephone: (212) 903-9000
Facsimile: (212) 903-9100

*Attorneys for Defendant Société Générale S.A.*

MOORE AND VAN ALLEN PLLC

By: _____
James P. McLoughlin, Jr.
Mark A. Nebrig
Joshua D. Lanning
Moore and Van Allen PLLC
100 N. Tryon Street, Suite 4700
Charlotte, North Carolina 28202
Telephone: (704) 331-1000
Facsimile: (704) 331-1159
jimmcloughlin@mvalaw.com
marknebrig@mvalaw.com
joshlanning@mvalaw.com

*Attorneys for Defendant
RBC Capital Markets, LLC*

9

LOCKE LORD LLP

By: _/ Matthew Goodin_

Gregory T. Casamento
3 World Financial Center
New York, NY 10281
Telephone: (212) 812-8325
Facsimile: (212) 812-8385
gcasamento@lockelord.com

Roger B. Cowie
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
Telephone: (214) 740-8000
rcowie@lockelord.com

J. Matthew Goodin
Julia C. Webb
111 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 443-0700
jmgoodin@lockelord.com
jwebb@lockelord.com

*Attorneys for Defendants HSBC Holdings,
PLC, HSBC Bank PLC, HSBC North America
Holdings, Inc., HSBC Bank USA, N.A., and
HSBC Securities (USA) Inc.*

DAVIS POLK & WARDWELL LLP

By: _____

Joel M. Cohen
Melissa C. King
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 450-4800
joel.cohen@davispolk.com
melissa.king@davispolk.com

*Attorneys for Defendants The Royal Bank of
Scotland Group plc and RBS Securities Inc.*

LOCKE LORD LLP

By:_____
Gregory T. Casamento
3 World Financial Center
New York, NY 10281
Telephone: (212) 812-8325
Facsimile: (212) 812-8385
gcasamento@lockelord.com

Roger B. Cowie
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
Telephone: (214) 740-8000
rcowie@lockelord.com

J. Matthew Goodin
Julia C. Webb
111 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 443-0700
jmgoodin@lockelord.com
jwebb@lockelord.com

*Attorneys for Defendants HSBC Holdings,
PLC, HSBC Bank PLC, HSBC North America
Holdings, Inc., HSBC Bank USA, N.A., and
HSBC Securities (USA) Inc.*

DAVIS POLK & WARDWELL LLP

By: _____
Joel M. Cohen
Melissa C. King
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 450-4800
joel.cohen@davispolk.com
melissa.king@davispolk.com

*Attorneys for Defendants The Royal Bank of
Scotland Group plc and RBS Securities Inc.*

**SO ORDERED:**

**_____**
**U.S.D.J.**

10