UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                   :

JAMES CONTANT, *et al.*,           :
                                   :

               Plaintiffs,   :

          v.             :

                                   :   Case No. 1: 17-cv-03139-LGS

BANK OF AMERICA        :
CORPORATION, *et al.*,      :

                                   :

              Defendants.  :

                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, without prejudice to any and all defenses to be raised pursuant to Rule 12 of the Federal Rules of Civil Procedure or otherwise, the undersigned attorney, MATTHEW A. PELLER, of the law firm Sullivan & Cromwell LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel for Defendants Barclays Bank PLC and Barclays Capital Inc. in the above-captioned action and respectfully requests that all papers in this action be served upon him at the address set forth below.

Dated: July 21, 2017
     New York, New York

                                            */s/ Matthew A. Peller*

                                            Matthew A. Peller
                                            SULLIVAN & CROMWELL LLP
                                            125 Broad Street
                                            New York, New York 10004
                                            pellerm@sullcrom.com
                                            Telephone:  (212) 558-4000
                                            Facsimile:  (212) 558-3588

                                            *Attorney for Defendants Barclays Bank*
                                            *PLC and Barclays Capital Inc.*