UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x
JAMES CONTANT, *et al.*,

                Plaintiffs,

         v.

BANK OF AMERICA
CORPORATION, *et al.*,

                Defendants.

------------------------------- x

Case No. 1: 17-cv-03139-LGS

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

      Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Barclays Bank PLC and Barclays Capital Inc., by and through the undersigned counsel, certify as follows:

      (1)    Barclays Bank PLC is a wholly owned subsidiary of Barclays PLC, which is a publicly held corporation, and no other publicly traded company owns 10% or more of Barclays Bank PLC's stock.

      (2)    Barclays Capital Inc. identifies the following as parent corporations or publicly held corporations that own 10% or more of any class of its equity interests:  Barclays PLC, Barclays Bank PLC, Barclays US LLC and Barclays Group US Inc.

-2-

Dated: July 21, 2017
      New York, New York

                                By:    */s/ Matthew A. Schwartz*
                                          David H. Braff
                                          Matthew A. Schwartz
                                          Matthew A. Peller
                                          SULLIVAN & CROMWELL LLP
                                          125 Broad Street
                                          New York, New York 10004-2498
                                          schwartzmatthew@sullcrom.com
                                          Tel: (212) 558-4000
                                          Fax: (212) 558-3588

                                          *Counsel for Barclays Bank PLC and Barclays Capital Inc.*