UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JAMES CONTANT, *et al.*,

                           Plaintiffs,

          v.

BANK OF AMERICA
CORPORATION, *et al.*,

                        Defendants.

Case No. 1: 17-cv-03139-LGS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Barclays Bank PLC and Barclays Capital Inc., by and through the undersigned counsel, certify as follows:

(1)     Barclays Bank PLC is a wholly owned subsidiary of Barclays PLC, which is a publicly held corporation, and no other publicly traded company owns 10% or more of Barclays Bank PLC's stock.

(2)     Barclays Capital Inc. identifies the following as parent corporations or publicly held corporations that own 10% or more of any class of its equity interests:  Barclays PLC, Barclays Bank PLC, Barclays US LLC and Barclays Group US Inc.

Dated: July 21, 2017
      New York, New York

By:    */s/ Matthew A. Schwartz*
       David H. Braff
       Matthew A. Schwartz
       Matthew A. Peller
       SULLIVAN & CROMWELL LLP
       125 Broad Street
       New York, New York 10004-2498
       schwartzmatthew@sullcrom.com
       Tel: (212) 558-4000
       Fax: (212) 558-3588

       *Counsel for Barclays Bank PLC and*
       *Barclays Capital Inc.*