UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| JAMES CONTANT, *et al.*, <br><br> Plaintiffs, <br><br> - against - <br><br> BANK OF AMERICA CORPORATION, *et al.*, <br><br> Defendants. | Case No. 17 CV 3139 (LGS) |

## NOTICE OF 30(b)(6) DEPOSITIONS IN A RELATED ACTION

Pursuant to orders in *Baker*, *et al. v. Bank of America, Corp., et al.*, No. 16 Civ. 7512, ECF No. 106, and in the above-captioned action, ECF No. 8, Deutsche Bank hereby provides notice that 30(b)(6) depositions of Credit Suisse and Deutsche Bank have been scheduled in *In re Foreign Exchange Benchmark Rates Antitrust Litigation*, No. 13 Civ. 7789, for August 15, 2017, and August 18, 2017, respectively.

Dated:  July 26, 2017

*/s/ G. Patrick Montgomery*
Robert Khuzami
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
robert.khuzami@kirkland.com

G. Patrick Montgomery (*pro hac vice*)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005-5793
Telephone: (202) 879-5000
Facsimile: (202) 879-5200
patrick.montgomery@kirkland.com

Joseph Serino, Jr.
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

*Attorneys for Deutsche Bank AG and Deutsche Bank Securities, Inc.*