July 28, 2017

**VIA ECF**
Honorable Lorna G. Schofield
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

      RE:    *Contant, et al. v. Bank of America Corporation, et al.*, 17-cv-3139

Dear Judge Schofield:

      The sixteen undersigned defendants respectfully write to request permission to file a memorandum of law in support of their Rule 12(b)(6) motion to dismiss not to exceed thirty-five (35 pages), which is due on August 4, 2017.[1] Defendants' consolidated memorandum of law under Rule 12(b)(6) must address not only plaintiffs' federal claim but also all of plaintiffs' antitrust claims under New York, Arizona, California, Illinois, Minnesota, and North Carolina law, as well as all of plaintiffs' consumer protection claims under California, Florida, and Massachusetts law. Many of these state laws pose distinct obstacles to plaintiffs' claims that require separate discussion. Defendants have sought plaintiffs' consent, but plaintiffs have declined to consent to more than a four-page extension. No previous page-extension request has been made with respect to this brief in support of defendants' motion to dismiss under Rule 12(b)(6).

      We remain available should the Court require further information.

---

[1] As provided in the scheduling order, a group of foreign defendants anticipate filing a separate motion to dismiss the complaint for lack of personal jurisdiction under Rule 12(b)(2). (*See* So-Ordered Stipulation, ¶ 7 *in* No. 17-civ-4392 (June 26, 2017) (ECF 20).)

Honorable Lorna G. Schofield
July 28, 2017
Page 2

                                             Respectfully submitted,

| SULLIVAN & CROMWELL LLP | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
|---|---|
| By: /s/ Matthew A. Schwartz | By: /s/ Boris Bershteyn |
| Matthew A. Schwartz | Peter E. Greene |
| David H. Braff | Boris Bershteyn |
| Yvonne S. Quinn | Tansy Woan |
| 125 Broad Street | Four Times Square |
| New York, New York 10004 | New York, New York 10036 |
| Telephone: (212) 558-4000 | Telephone: (212) 735-3000 |
| schwartzmatthew@sullcrom.com | peter.greene@skadden.com |
| braffd@sullcrom.com | boris.bershteyn@skadden.com |
| quinny@sullcrom.com | tansy.woan@skadden.com |
| *Attorneys for Defendant Barclays Bank PLC and Barclays Capital Inc.* | *Attorneys for Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.* |
| SHEARMAN & STERLING LLP | DAVIS POLK & WARDWELL LLP |
| By: /s/ Adam S. Hakki | By: /s/ Joel M. Cohen |
| Adam S. Hakki | Joel M. Cohen |
| Richard F. Schwed | Melissa C. King |
| Jeffrey J. Resetarits | 450 Lexington Avenue |
| 599 Lexington Avenue | New York, New York 10017 |
| New York, New York 10022 | Telephone: (212) 450-4000 |
| Telephone: (212) 848-4000 | joel.cohen@davispolk.com |
| ahakki@shearman.com | melissa.king@davispolk.com |
| rschwed@shearman.com | |
| jeffrey.resetarits@shearman.com | |
| *Attorneys for Defendants Bank of America Corporation, Bank of America, N.A. and Merrill Lynch, Pierce, Fenner & Smith Incorporated* | *Attorneys for Defendants The Royal Bank of Scotland Group plc and RBS Securities Inc.* |

| ALLEN & OVERY LLP | LOCKE LORD LLP |
|---|---|
| By: /s/ David C. Esseks<br>David C. Esseks<br>Laura R. Hall<br>Rebecca Delfiner<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 610-6300<br>david.esseks@allenovery.com<br>laura.hall@allenovery.com<br>rebecca.delfiner@allenovery.com<br><br>John Terzaken<br>1101 New York Avenue<br>Washington, D.C. 20005<br>Telephone: (202) 683-3800<br>john.terzaken@allenovery.com | By: /s/ Gregory T. Casamento<br>Gregory T. Casamento<br>3 World Financial Center<br>New York, New York 10281<br>Telephone: (212) 812-8325<br>gcasamento@lockelord.com<br><br>Roger B. Cowie<br>2200 Ross Avenue, Suite 2800<br>Dallas, TX 75201<br>Telephone: (214) 740-8000<br>rcowie@lockelord.com<br><br>J. Matthew Goodin<br>Julia C. Webb<br>111 South Wacker Drive<br>Chicago, IL 60606<br>Telephone: (312) 443-0700<br>jmgoodin@lockelord.com<br>jwebb@lockelord.com |
| *Attorneys for Defendants BNP Paribas, BNP Paribas North America, Inc., BNP Paribas Securities Corp., and BNP Paribas Prime Brokerage, Inc.* | *Attorneys for Defendants HSBC Holdings, PLC, HSBC Bank PLC, HSBC North America Holdings, Inc., HSBC Bank USA, N.A., and HSBC Securities (USA) Inc.* |

| | |
|---|---|
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | GIBSON, DUNN & CRUTCHER LLP |
| By: /s/ Thomas J. Moloney<br>Thomas J. Moloney<br>George S. Cary<br>Sue S. Guan<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>tmoloney@cgsh.com<br>gcary@cgsh.com<br>sguan@cgsh.com<br><br>*Attorneys for Defendants The Goldman Sachs Group, Inc. and Goldman, Sachs & Co.* | By: /s/ Eric J. Stock<br>Eric J. Stock<br>Indraneel Sur<br>200 Park Avenue, 48th Floor<br>New York, New York 10166<br>Telephone: (212) 351-4000<br>estock@gibsondunn.com<br>isur@gibsondunn.com<br><br>D. Jarrett Arp<br>Melanie L. Katsur<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036<br>Telephone: (202) 955-8500<br>jarp@gibsondunn.com<br>mkatsur@gibsondunn.com<br><br>*Attorneys for Defendants UBS AG, UBS Group AG, and UBS Securities, LLC* |

| | |
|---|---|
| COVINGTON & BURLING LLP | CAHILL GORDON & REINDEL LLP |
| By: /s/ Andrew A. Ruffino<br>Andrew A. Ruffino<br>The New York Times Building<br>620 Eighth Avenue<br>New York, New York 10018<br>Telephone: (212) 841-1000<br>aruffino@cov.com | By: /s/ David G. Januszewski<br>David G. Januszewski<br>Herbert S. Washer<br>Elai Katz<br>Jason M. Hall<br>80 Pine Street<br>New York, New York 10005<br>Telephone: (212) 701-3000<br>djanuszewski@cahill.com<br>hwasher@cahill.com<br>ekatz@cahill.com<br>jhall@cahill.com |
| Alan M. Wiseman<br>Thomas A. Isaacson<br>Andrew D. Lazerow<br>Jamie A. Heine<br>One CityCenter<br>850 Tenth Street N.W.<br>Washington, D.C. 20001<br>Telephone: (202) 662-6000<br>awiseman@cov.com<br>tisaacson@cov.com<br>alazerow@cov.com<br>jheine@cov.com | |
| *Attorneys for Defendants Citibank, N.A., Citigroup Inc., Citicorp and Citigroup Global Markets Inc.* | *Attorneys for Defendants Credit Suisse Group AG, Credit Suisse AG, and Credit Suisse Securities (USA) LLC* |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | WACHTELL, LIPTON, ROSEN & KATZ |
| By: /s/ Kenneth A. Gallo<br>Kenneth A. Gallo<br>Michael E. Gertzman<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 373-3000<br>kgallo@paulweiss.com<br>mgertzman@paulweiss.com | By: /s/ Jonathan Moses<br>Jonathan Moses<br>Bradley R. Wilson<br>51 West 52nd Street<br>New York, New York 10019<br>Telephone: (212) 403-1000<br>JMMoses@wlrk.com<br>BRWilson@wlrk.com |
| *Attorneys for Defendant The Bank of Tokyo-Mitsubishi UFJ, Ltd.* | *Attorneys for Defendants Morgan Stanley, Morgan Stanley & Co., LLC, and Morgan Stanley & Co. International PLC* |

| KIRKLAND & ELLIS LLP | LINKLATERS LLP |
|---|---|
| By: /s/ Robert Khuzami<br>Robert Khuzami<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>robert.khuzami@kirkland.com<br><br>G. Patrick Montgomery (*pro hac vice*)<br>655 Fifteenth Street, N.W.<br>Washington, D.C. 20005-5793<br>Telephone: (202) 879-5000<br>patrick.montgomery@kirkland.com | By: /s/ James R. Warnot, Jr.<br>James R. Warnot, Jr.<br>Adam S. Lurie<br>Patrick C. Ashby<br>1345 Avenue of the Americas<br>New York, New York 10105<br>Telephone: (212) 903-9000<br>james.warnot@linklaters.com<br>adam.lurie@linklaters.com<br>patrick.ashby@linklaters.com<br><br>*Attorneys for Defendant Société Générale* |
| **LATHAM & WATKINS LLP** | **MOORE AND VAN ALLEN PLLC** |
| By: /s/ Joseph Serino, Jr.<br>Joseph Serino, Jr.<br>885 Third Avenue<br>New York, New York 10022<br>joseph.serino@lw.com<br>Telephone: (212) 906-1717<br><br><br><br>*Attorneys for Defendant Deutsche Bank AG and Deutsche Bank Securities Inc.* | By: /s/ James P. McLoughlin, Jr.<br>James P. McLoughlin, Jr.<br>Mark A. Nebrig<br>Joshua D. Lanning<br>Moore and Van Allen PLLC<br>100 N. Tryon Street, Suite 4700<br>Charlotte, North Carolina 28202<br>Telephone: (704) 331-1000<br>jimmcloughlin@mvalaw.com<br>marknebrig@mvalaw.com<br>joshlanning@mvalaw.com<br><br>*Attorneys for Defendant<br>RBC Capital Markets, LLC* |

Honorable Lorna G. Schofield
July 28, 2017
Page 7

SIDLEY AUSTIN LLP

By: /s/ Andrew W. Stern
Andrew W. Stern
Alan M. Unger
Nicholas P. Crowell
787 Seventh Avenue
New York, New York 10019
astern@sidley.com
aunger@sidley.com
ncrowell@sidley.com
Telephone: (212) 839-5300

*Attorneys for Defendant Standard Chartered Bank*