August 3, 2017

**VIA ECF**
Honorable Lorna G. Schofield
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

      RE:    *Contant, et al. v. Bank of America Corporation, et al.*, 17-cv-3139

Dear Judge Schofield:

    The sixteen undersigned defendants respectfully write to request an extension of time for filing their joint memoranda of law in support of their Rule 12(b)(6) and Rule 12(b)(2) motions in the above-captioned *Contant* matter from August 4, 2017, to August 11, 2017.

    Defendants request the extension in order to analyze and, as appropriate, address in a coordinated fashion, Your Honor's opinion issued earlier today in *Nypl v. JPMorgan Chase & Co., et al.*, No. 15-Civ-9300 (LGS), ECF No. 186. As Your Honor is aware, *Nypl* involves FX-based allegations against some of the same defendants named in *Contant*.

    Defendants had previously requested a stay of the briefing schedule of the motion to dismiss an earlier-filed complaint in this action. (ECF No. 79) That request was made in anticipation of the consolidation of this action with a later-filed complaint in a separate action (*Lavender v. Bank of Am. Corp.*, No. 1:17-cv-04392, ECF No. 1). No previous time-extension request has been made with respect to the brief in support of defendants' motions to dismiss the resulting consolidated complaint.

    We have contacted plaintiffs' counsel this afternoon and they consent to the request for an extension, provided that the briefing schedule (ECF No. 83) be amended as follows: the deadline for defendants' motions to dismiss would be extended from August 4, 2017 to August 11, 2017; the deadline for plaintiffs' oppositions would be extended from September 13, 2017 to September 27, 2017; and the deadline for defendants' joint replies would be extended from October 10, 2017 to October 24, 2017.

Honorable Lorna G. Schofield
August 3, 2017
Page 2

                    Respectfully submitted,

SULLIVAN & CROMWELL LLP

By: /s/ Matthew A. Schwartz
Matthew A. Schwartz
David H. Braff
Yvonne S. Quinn
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
schwartzmatthew@sullcrom.com
braffd@sullcrom.com
quinny@sullcrom.com

*Attorneys for Defendant Barclays Bank PLC and Barclays Capital Inc.*

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ Boris Bershteyn
Peter E. Greene
Boris Bershteyn
Tansy Woan
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
peter.greene@skadden.com
boris.bershteyn@skadden.com
tansy.woan@skadden.com

*Attorneys for Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.*

SHEARMAN & STERLING LLP

By: /s/ Adam S. Hakki
Adam S. Hakki
Richard F. Schwed
Jeffrey J. Resetarits
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
ahakki@shearman.com
rschwed@shearman.com
jeffrey.resetarits@shearman.com

DAVIS POLK & WARDWELL LLP

By: /s/ Joel M. Cohen
Joel M. Cohen
Melissa C. King
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
joel.cohen@davispolk.com
melissa.king@davispolk.com

*Attorneys for Defendants Bank of America Corporation, Bank of America, N.A. and Merrill Lynch, Pierce, Fenner & Smith Incorporated*

*Attorneys for Defendants The Royal Bank of Scotland Group plc and RBS Securities Inc.*

Honorable Lorna G. Schofield
August 3, 2017
Page 3

| ALLEN & OVERY LLP | LOCKE LORD LLP |
|---|---|
| By: /s/ David C. Esseks | By: /s/ Gregory T. Casamento |
| David C. Esseks | Gregory T. Casamento |
| Laura R. Hall | 3 World Financial Center |
| Rebecca Delfiner | New York, New York 10281 |
| 1221 Avenue of the Americas | Telephone: (212) 812-8325 |
| New York, New York 10020 | gcasamento@lockelord.com |
| Telephone: (212) 610-6300 | |
| david.esseks@allenovery.com | Roger B. Cowie |
| laura.hall@allenovery.com | 2200 Ross Avenue, Suite 2800 |
| rebecca.delfiner@allenovery.com | Dallas, TX 75201 |
| | Telephone: (214) 740-8000 |
| John Terzaken | rcowie@lockelord.com |
| 1101 New York Avenue | |
| Washington, D.C. 20005 | J. Matthew Goodin |
| Telephone: (202) 683-3800 | Julia C. Webb |
| john.terzaken@allenovery.com | 111 South Wacker Drive |
| | Chicago, IL 60606 |
| | Telephone: (312) 443-0700 |
| | jmgoodin@lockelord.com |
| | jwebb@lockelord.com |
| *Attorneys for Defendants BNP Paribas, BNP Paribas North America, Inc., BNP Paribas Securities Corp., and BNP Paribas Prime Brokerage, Inc.* | *Attorneys for Defendants HSBC Holdings, PLC, HSBC Bank PLC, HSBC North America Holdings, Inc., HSBC Bank USA, N.A., and HSBC Securities (USA) Inc.* |

Honorable Lorna G. Schofield
August 3, 2017
Page 4

| | |
|---|---|
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | GIBSON, DUNN & CRUTCHER LLP |
| By: /s/ Thomas J. Moloney<br>Thomas J. Moloney<br>George S. Cary<br>Sue S. Guan<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>tmoloney@cgsh.com<br>gcary@cgsh.com<br>sguan@cgsh.com<br><br>*Attorneys for Defendants The Goldman Sachs Group, Inc. and Goldman, Sachs & Co.* | By: /s/ Eric J. Stock<br>Eric J. Stock<br>Indraneel Sur<br>200 Park Avenue, 48th Floor<br>New York, New York 10166<br>Telephone: (212) 351-4000<br>estock@gibsondunn.com<br>isur@gibsondunn.com<br><br>D. Jarrett Arp<br>Melanie L. Katsur<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036<br>Telephone: (202) 955-8500<br>jarp@gibsondunn.com<br>mkatsur@gibsondunn.com<br><br>*Attorneys for Defendants UBS AG, UBS Group AG, and UBS Securities, LLC* |

Honorable Lorna G. Schofield
August 3, 2017
Page 5

COVINGTON & BURLING LLP

By: /s/ Andrew A. Ruffino
Andrew A. Ruffino
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Telephone: (212) 841-1000
aruffino@cov.com

Alan M. Wiseman
Thomas A. Isaacson
Andrew D. Lazerow
Jamie A. Heine
One CityCenter
850 Tenth Street N.W.
Washington, D.C. 20001
Telephone: (202) 662-6000
awiseman@cov.com
tisaacson@cov.com
alazerow@cov.com
jheine@cov.com

*Attorneys for Defendants Citibank, N.A., Citigroup Inc., Citicorp and Citigroup Global Markets Inc.*

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: /s/ Kenneth A. Gallo
Kenneth A. Gallo
Michael E. Gertzman
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
kgallo@paulweiss.com
mgertzman@paulweiss.com

*Attorneys for Defendant The Bank of Tokyo-Mitsubishi UFJ, Ltd.*

CAHILL GORDON & REINDEL LLP

By: /s/ David G. Januszewski
David G. Januszewski
Herbert S. Washer
Elai Katz
Jason M. Hall
80 Pine Street
New York, New York 10005
Telephone: (212) 701-3000
djanuszewski@cahill.com
hwasher@cahill.com
ekatz@cahill.com
jhall@cahill.com

*Attorneys for Defendants Credit Suisse Group AG, Credit Suisse AG, and Credit Suisse Securities (USA) LLC*

WACHTELL, LIPTON, ROSEN & KATZ

By: /s/ Jonathan Moses
Jonathan Moses
Bradley R. Wilson
51 West 52nd Street
New York, New York 10019
Telephone: (212) 403-1000
JMMoses@wlrk.com
BRWilson@wlrk.com

*Attorneys for Defendants Morgan Stanley, Morgan Stanley & Co., LLC, and Morgan Stanley & Co. International PLC*

| KIRKLAND & ELLIS LLP | LINKLATERS LLP |
|---|---|
| By: /s/ Robert Khuzami<br>Robert Khuzami<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>robert.khuzami@kirkland.com<br><br>G. Patrick Montgomery (*pro hac vice*)<br>655 Fifteenth Street, N.W.<br>Washington, D.C. 20005-5793<br>Telephone: (202) 879-5000<br>patrick.montgomery@kirkland.com | By: /s/ James R. Warnot, Jr.<br>James R. Warnot, Jr.<br>Adam S. Lurie<br>Patrick C. Ashby<br>1345 Avenue of the Americas<br>New York, New York 10105<br>Telephone: (212) 903-9000<br>james.warnot@linklaters.com<br>adam.lurie@linklaters.com<br>patrick.ashby@linklaters.com<br><br>*Attorneys for Defendant Société Générale* |
| **LATHAM & WATKINS LLP** | **MOORE AND VAN ALLEN PLLC** |
| By: /s/ Joseph Serino, Jr.<br>Joseph Serino, Jr.<br>885 Third Avenue<br>New York, New York 10022<br>joseph.serino@lw.com<br>Telephone: (212) 906-1717<br><br><br><br>*Attorneys for Defendant Deutsche Bank AG and Deutsche Bank Securities Inc.* | By: /s/ James P. McLoughlin, Jr.<br>James P. McLoughlin, Jr.<br>Mark A. Nebrig<br>Joshua D. Lanning<br>Moore and Van Allen PLLC<br>100 N. Tryon Street, Suite 4700<br>Charlotte, North Carolina 28202<br>Telephone: (704) 331-1000<br>jimmcloughlin@mvalaw.com<br>marknebrig@mvalaw.com<br>joshlanning@mvalaw.com<br><br>*Attorneys for Defendant RBC Capital Markets, LLC* |

SIDLEY AUSTIN LLP

By: /s/ Andrew W. Stern
Andrew W. Stern
Alan M. Unger
Nicholas P. Crowell
787 Seventh Avenue
New York, New York 10019
astern@sidley.com
aunger@sidley.com
ncrowell@sidley.com
Telephone: (212) 839-5300

*Attorneys for Defendant Standard Chartered Bank*