UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, SANDRA LAVENDER, VICTOR HERNANDEZ, MARTIN-HAN TRAN, FX PRIMUS LTD., CARLOS GONZALEZ, UGNIUS MATKUS, CHARLES G. HITCHCOCK III, JERRY JACOBSON, TINA PORTER, AND PAUL VERMILLION on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>Defendants. | Case No. 17-CV-03139-LGS |

## NOTICE OF ENTRY OF APPEARANCE

      PLEASE TAKE NOTICE that the undersigned, David G. Januszewski of Cahill Gordon & Reindel LLP, hereby enters his appearance as counsel for Defendants Credit Suisse Group AG, Credit Suisse AG, and Credit Suisse Securities (USA) LLC in the above-captioned proceeding.  I certify that I am admitted to practice in this Court.  By filing this notice of entry of appearance, Credit Suisse Group AG, Credit Suisse AG, and Credit Suisse Securities (USA) LLC, do not waive, and specifically preserve, their rights to assert any and all defenses in the matter, including but not limited to improper venue and lack of personal jurisdiction.

Dated:  August 7, 2017                        Respectfully submitted,

                                                /s/ David G. Januszewski
                                               David G. Januszewski
                                               **CAHILL GORDON & REINDEL LLP**
                                               80 Pine Street
                                               New York, New York 10005
                                               (212) 701-3000
                                               djanuszewski@cahill.com