UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, SANDRA LAVENDER, VICTOR HERNANDEZ, MARTIN-HAN TRAN, FX PRIMUS LTD., CARLOS GONZALEZ, UGNIUS MATKUS, CHARLES G. HITCHCOCK III, JERRY JACOBSON, TINA PORTER, AND PAUL VERMILLION on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>Defendants. | Case No. 17-CV-03139-LGS |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to 7.1 of the Federal Rules of Civil Procedure, Defendants Credit Suisse Group AG, Credit Suisse AG, and Credit Suisse Securities (USA) LLC, by and through its undersigned counsel, Cahill Gordon & Reindel LLP, certify as follows:

(1) Credit Suisse Group AG has no parent company, and no publicly held corporation owns 10 percent or more of its stock.

(2) Credit Suisse AG is a wholly-owned subsidiary of Credit Suisse Group AG;

(3) Credit Suisse Securities (USA) LLC is wholly-owned subsidiary of Credit Suisse Group AG.

Dated: New York, New York
August 7, 2017

**CAHILL GORDON & REINDEL LLP**

By: /s/ David G. Januszewski
Herbert S. Washer
David G. Januszewski
Elai Katz
Jason M. Hall
80 Pine Street
New York, New York 10005
(212) 701-3000

*Attorneys for Defendant Credit Suisse Group AG, Credit Suisse AG, and Credit Suisse Securities (USA) LLC*