APPENDIX A – GROUNDS FOR DISMISSAL OF PLAINTIFFS' CLAIMS

ANTITRUST CLAIMS (COUNTS 1-4, 7, and 9-10)

| Statute/State | Remoteness / Lack of Proximate Causation | No *AGC* / Antitrust Standing | Insufficient Contacts to Satisfy Due Process | Precluded by Extensive Regulatory Oversight | Claims Barred Against Federally Regulated Banks | Cannot Proceed as a Class Action | Failed to Allege Intrastate Activity | Failed to Comply with Notice Requirement |
|---|---|---|---|---|---|---|---|---|
| Sherman Act | X | X | | | | | | |
| Arizona | X | X | X | | | | | X |
| California | X | X | X | | | | | |
| Illinois | X | X | X | | X | X | | |
| Minnesota | X | | X | | | | | |
| New York | X | X | | | | | | |
| North Carolina | X | X | X | X | | | X | |

CONSUMER PROTECTION CLAIMS (COUNTS 5, 6, and 8)

| Statute/State | Remoteness / Lack of Proximate Causation | Dismissal Required if Underlying Antitrust Claim Dismissed | Insufficient Contacts to Satisfy Due Process | Claims Barred Against Federally Regulated Banks | Failure to Meet "Consumer" Requirement | Failed to Allege Intrastate Activity |
|---|---|---|---|---|---|---|
| California | X | X | X | | | X |
| Florida | X | | X | X | X | |
| Massachusetts | X | | X | | X | X |