UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| JAMES CONTANT, *et al.*, | : | |
| | : | |
|       *Plaintiffs*, | : | Case No. 17 Civ. 3139 (LGS) |
| | : | |
| v. | : | [related to Case No. 13 Civ. 7789 (LGS)] |
| | : | |
| BANK OF AMERICA | : | **DECLARATION OF** |
| CORPORATION, *et al.*, | : | **ERIC J. STOCK IN SUPPORT OF** |
| | : | **FOREIGN DEFENDANTS'** |
|       *Defendants*. | : | **MOTION TO DISMISS FOR LACK** |
| | : | **OF PERSONAL JURISDICTION** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :
                                                            :

      Pursuant to 28 U.S.C. § 1746, Eric J. Stock declares as follows:

      1.  I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, counsel for Foreign Defendant UBS AG in this action. I am admitted to practice before this court. I submit this declaration in support of the Foreign Defendants' motion to dismiss the Consolidated Class Action Complaint filed June 30, 2017 for lack of personal jurisdiction.

      2.  Attached hereto as Exhibit 1 is a true and correct copy of the Declaration of Elizabeth Hyon, dated August 10, 2017, on behalf of Barclays Bank PLC.

      3.  Attached hereto as Exhibit 2 is a true and correct copy of the Declaration of Nicola S. Black, dated June 8, 2017, on behalf of HSBC Holdings plc and HSBC Bank plc.

      4.  Attached hereto as Exhibit 3 is a true and correct copy of the Declaration of Mark Chambers, dated June 8, 2017, on behalf of HSBC Holdings plc and HSBC Bank plc.

      5.  Attached hereto as Exhibit 4 is a true and correct copy of the Declaration of Gavin A. Francis, dated June 13, 2017, on behalf of HSBC Holdings plc and HSBC Bank plc.

      6.  Attached hereto as Exhibit 5 is a true and correct copy of the Declaration of William Gougherty, dated August 4, 2017, on behalf of The Royal Bank of Scotland Group plc.

7. Attached hereto as Exhibit 6 is a true and correct copy of the Declaration of John Connors, dated June 15, 2017, on behalf of UBS AG.

8. Attached hereto as Exhibit 7 is a true and correct copy of Dominick R. Sabella's Declaration in Support of The Bank of Tokyo-Mitsubishi UFJ, Ltd.'s Motion to Dismiss for Lack of Personal Jurisdiction, dated November 20, 2015, submitted in *In re Foreign Exchange Benchmark Rates Antitrust Litig.*, No. 13 Civ. 7789 (LGS), ECF No. 504.

9. Attached hereto as Exhibit 8 is a true and correct copy of the Declaration of Dominique Bourrinet, dated July 17, 2017, on behalf of Société Générale.

10. Attached hereto as Exhibit 9 is a true and correct copy of the Declaration of Barbara McAll, dated January 20, 2017, on behalf of Standard Chartered Bank.

11. Attached hereto as Exhibit 10 is a true and correct copy of the reporter's hearing transcript of oral argument on April 27, 2017 before United States District Judge Alvin K. Hellerstein in No. 16 Civ. 5263, *Frontpoint Asian Event Driven Fund, Ltd. v. Citibank, N.A*.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:    New York, New York
          August 11, 2017

                                                            /s/ Eric J. Stock
                                                            Eric J. Stock