# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, MARTIN-HAN TRAN, CARLOS GONZALEZ, UGNIUS MATKUS, JERRY JACOBSON, and PAUL VERMILLION, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION, et al.,<br><br>Defendants. | ECF CASE<br><br>No. 1:17-CV-03139 (LGS) |

### DECLARATION OF GAVIN A. FRANCIS

I, Gavin A. Francis, declare and state as follows under penalty of perjury:

1. I am Group Chief Accounting Officer for HSBC Holdings plc, the parent company of HSBC Bank plc as well as many other entities.

2. In my capacity as Group Chief Accounting Officer, I have personal knowledge of the matters set forth herein and believe them to be true and correct based on: (a) my work for HSBC Holdings plc, and (b) my review, or someone else's review at my direction, of relevant business records.

3. As set forth in HSBC Holdings plc's Annual Report and Accounts 2015, available at http://www.hsbc.com/investor-relations/group-results-and-reporting/group-reporting-archive (Note 11 on the Financial Statements, "Segmental Analysis), in 2015, approximately 48% of HSBC Holdings plc's external net operating income (before loan impairment charges and other credit risk provisions), attributable to countries on the basis of the location of the subsidiary or

1

branch responsible for reporting the results or advancing the funds, was derived from the United Kingdom and Hong Kong. Approximately 91% of HSBC Holdings plc's external net operating income (before loan impairment charges and other credit risk provisions) was derived from outside of the United States in 2015.

4. As set forth in HSBC Holdings plc's Annual Report and Accounts 2016, available at http://www.hsbc.com/investor-relations/group-results-and-reporting/group-reporting-archive (Page 206), approximately 89% of HSBC Holdings plc's external net operating income (before loan impairment charges and other credit risk provisions) was derived from outside of the United States in 2016.

5. As set forth in HSBC Bank plc's Annual Report and Accounts 2015, available at http://www.hsbc.com/investor-relations/subsidiary-company-reporting (Note 10 on the Financial Statements, "Segment Analysis"), in 2015, approximately 75% of HSBC Bank plc's external net operating income (before loan impairment charges and other credit risk provisions), attributed to countries on the basis of customer location, was derived from the United Kingdom. Only approximately 4% of HSBC Bank plc's external net operating income (before loan impairment charges and other credit risk provisions) was attributable to countries other than the United Kingdom, France, Germany, and Turkey.

6. As set forth in HSBC Bank plc's Annual Report and Accounts 2016, available at http://www.hsbc.com/investor-relations/subsidiary-company-reporting (Page 86), in 2016, approximately 75% of HSBC Bank plc's external net operating income (before loan impairment charges and other credit risk provisions), attributed to countries on the basis of customer location, was derived from the United Kingdom. Only approximately 4% of HSBC Bank plc's external net

operating income (before loan impairment charges and other credit risk provisions) was attributable to countries other than the United Kingdom, France, Germany, and Turkey.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed in London on June 13, 2017.

**GAVIN A. FRANCIS**
Group Chief Accounting Officer
*HSBC Holdings plc*