# EXHIBIT 6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------- x
JAMES CONTANT, *et al.*,               :
                                       :
              *Plaintiffs*,            :  No. 17 Civ. 3139 (LGS)
                                       :
                                       :  [related to No. 13 Civ. 7789 (LGS)]
v.                                     :
                                       :
BANK OF AMERICA                        :
CORPORATION, *et al.*,                 :
                                       :
              *Defendants*.            :
---------------------------------------------------- x

## DECLARATION OF JOHN CONNORS IN SUPPORT OF UBS AG'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

1. I am a corporate and governance attorney acting on behalf of UBS AG with the rank of Executive Director. In this capacity, I am responsible for corporate and legal entity governance and general corporate matters relating to legal entities within the Investment Bank and Wealth Management divisions and the Corporate Center in the United States. I am an attorney with more than 30 years of experience in the financial services sector.

2. I make this declaration based on personal knowledge gained through the performance of my duties and my investigation of the facts herein, including the review of public disclosures made by UBS Group AG and UBS AG as well as other sources or materials that, based on my experience, I believe to be accurate and reliable.

3. UBS AG is the successor to the Bank in Winterthur, a Swiss financial institution founded in 1862. UBS AG is and always has been incorporated in Switzerland. Its global headquarters and principal place of business are located in two Swiss cities, Zurich and Basel, at Bahnhofstrasse 45, 8001 Zurich, and Aeschenvorstadt 1, 4051 Basel, respectively.

4. UBS AG is Switzerland's largest bank and it operates in more than 50 countries worldwide.

5. In the United States, UBS AG maintains licensed branches only in California, Connecticut, Florida, Illinois, and New York. UBS AG has four branches in New York; two in California, two in Florida; one in Connecticut; and one in Illinois. UBS AG also has direct and indirect subsidiaries in the United States.

6. In 2016, the most recent full year for which audited financial statements are available, a majority of UBS AG's total operating income (including operating income of all direct and indirect subsidiaries) was attributable to regions outside of the United States. UBS AG reported a total world-wide operating income of CHF 28.421 billion for 2016, of which CHF 11.1 billion was attributable to the United States.

7. As of June 2017, UBS AG's HR records reflect that it has over 57,660 full-time employees. Of these, fewer than 3,700 are located in New York.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 15, 2017 at
Stamford, Connecticut

John Connors
600 Washington Blvd.
Stamford, CT 26901
Telephone:    203-719-4737
Facsimile:    203-719-6097

2