# EXHIBIT 8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAMES CONTANT, *et al.*,

        Plaintiffs,

v.

BANK OF AMERICA CORPORATION, *et al.*,

        Defendants.

ECF CASE

Case No. 17 Civ. 3139 (LGS)

[related to Case No. 13 Civ. 7789 (LGS)]

---

### DECLARATION OF DOMINIQUE BOURRINET

DOMINIQUE BOURRINET, pursuant to 28 U.S.C. § 1746 and upon penalty of perjury, declares:

1. I hold the position of Group General Counsel at Société Générale ("SG") in Paris, France and submit this declaration in support of SG's motion to dismiss the Class Action Complaint (the "Complaint") in the above-referenced action for lack of personal jurisdiction. The information set forth herein is based on my personal knowledge and a review of records and documents maintained in the regular course of business by SG. I would and could testify to the following if called upon to do so.

2. SG is, and at all times relevant to this litigation was, a limited liability company (société anonyme) incorporated in France. SG is registered in the French Commercial Register (Registre du commerce et des sociétés) under no. 552 120 222 R.C.S. Paris. SG was originally incorporated in 1864 in France and has been operating as a French banking institution since that time. SG's head office is at 29, boulevard Haussmann, 75009 Paris, France, and its administrative offices are at Tour Societe Generale, 17, Cours Valmy, 92972 Paris-La Defense, France.

3. SG has three core businesses: French Retail Banking; International Retail Banking and Financial Services; and Global Banking and Investor Solutions.

4. As set forth in its 2017 Registration Document, SG has 2,113 branches in France operated under the SG brand, and a total of 2,993 branches in France operating under all of SG Group's brands.[1]

5. SG has two branches in the United States, a branch in New York, New York, and one in Chicago, Illinois. SG also has an agency office in Dallas, Texas and representative offices in Houston, Texas and, since 2015, in Atlanta, Georgia, Irvine, California, and Santa Monica, California. SG does not engage in retail banking in the United States, under the SG brand or any other name.

6. The United States operations of the SG Group comprise a small portion of the worldwide activities of the SG Group.

    a. In 2016, SG Group as a whole generated €25.3 billion in net banking income, €12 billion of which was derived from France compared to only €1.6 billion derived from the United States.[2] The amount derived from the U.S. represented only about 6.3 percent of the total net banking income of SG Group.
    b. In 2015, SG Group as a whole generated €25.6 billion in net banking income, €12.1 billion of which was derived from France compared to only €1.7 billion derived from the United States.[3] The amount derived from the U.S. represented only about 6.6 percent of the total net banking income of SG Group.
    c. In 2014, SG Group as a whole generated €23.6 billion in net banking income, €10.6 billion of which was derived from France compared to only €1.2 billion derived from the United States.[4] The amount derived from the U.S. represented only about 5 percent of the total net banking income of SG Group.

7. SG's operations in the United States also are small when measured by the number of SG employees in the United States.

---

[1] 2017 Registration Statement (Annual Financial Report 2016), at 15, 16 *available at* https://www.societegenerale.com/en/measuring-our-performance/information-and-publications/registration-documents.
[2] 2017 Registration Statement at 64, 66.
[3] 2016 Registration Statement (Annual Financial Report 2015), at 60, 62 *available at* https://www.societegenerale.com/sites/default/.../ddr-2016-depot-amf-11032016-uk.pdf.
[4] 2015 Registration Statement (Annual Financial Report 2014) at 72-73, *available at* http://www.societegenerale.com/sites/default/files/ddr2015_amf_13_03_2015_uk.pdf.

2

    a. At the end of 2016, SG had a total of 43,432 employees in France.[5] By comparison, SG had a total of approximately 641 employees in the United States at the end of 2016. As a result, SG employed, at most, 1.4 percent of its workforce in the United States in 2016.

    b. At the end of 2015, SG had a total of 43,228 employees in France.[6] By comparison, SG had a total of approximately 597 employees in the United States at the end of 2015. As a result, SG employed, at most, 1.4 percent of its workforce in the United States in 2015.

    c. At the end of 2014, SG had a total of 43,290 employees in France.[7] By comparison, SG had a total of approximately 493 employees in the United States at the end of 2014. As a result, SG employed, at most, 1.2 percent of its workforce in the United States in 2014.

8. SG maintains a website: https://www.societegenerale.com. The site is not interactive. Although it posts information about SG, such as the services that SG provides and provides links to other websites, no services may be ordered and no accounts may be opened through the site.

9. SG's foreign exchange business is headquartered in Europe. Plaintiffs' assertion that SG's Head of Emerging Markets FX Trading and Head of G10 FX Trading are based in New York, *see* Complaint ¶ 29, is incorrect. As of April 28, 2017, the date of filing of the Complaint, the Global Head of Emerging Markets Trading (covering EM FX) was based in London, United Kingdom; and the Global Head of G10 FX Spot Trading was based in Paris, France. Both were reporting to the Global Head of Fixed Income and Currencies trading, based in Paris, France.

Executed this 17th day of July, 2017 in Paris, France.

                                                                                     DOMINIQUE BOURRINET

---

[5] 2017 Registration Statement at 275.
[6] 2016 Registration Statement at 233.
[7] 2015 Registration Statement at 314.

3