# CERTIFICATE OF SERVICE

| UNITED STATES DISTRICT COURT | Case #: 17-cv-3139-LGS |
| SOUTHERN DISTRICT OF NEW YORK | |

James Contant, et al      Plaintiff

vs.

Bank of America Corporation; et al      Defendant

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Letter; Consolidated Class Action Complaint**

PARTY SERVED: **ARIZONA ATTORNEY GENERAL MARK BRNOVICH**

PERSON SERVED: **LISA FISCHER , LOBBY RECEPTIONIST**

METHOD OF SERVICE: **Corporate** - By leaving copies with the person identified above who stated they were authorized to accept service.

DATE & TIME OF DELIVERY: **08/18/2017 at 4:09 PM**

ADDRESS, CITY AND STATE: **1275 W. WASHINGTON ST, PHOENIX, AZ 85007**

DESCRIPTION: **White, Female, 59, 5'3", 160 lbs, Gray hair and was wearing glasses**

I declare under penalties of perjury that the information contained herein is true and correct.

Executed on the 21st day of August, 2017.

*/s/ Melissa Ruiz*

Melissa Ruiz, Lic # MC-8537 Exp Date 4/10/2020
Veritext Legal Solutions
1100 Superior Ave, Ste 1820
Cleveland, OH 44114
(216) 523-1313



CLIENT: Veritext Legal Solutions
FILE #: 32958.001

Tracking #: **357459**