UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, *et al.*, | : <br> : <br> : |
| Plaintiffs, | : <br> : Case No. 17 CV 3139 (LGS) |
| - against | : <br> : |
| BANK OF AMERICA CORPORATION, *et al.*, | : <br> : |
| Defendants. | : <br> : |

## NOTICE OF DEPOSITIONS IN A RELATED ACTION

Pursuant to orders in *Baker, et al. v. Bank of America, Corp., et al.*, No. 16 Civ. 7512, ECF No. 106, and in the above-captioned action, ECF No. 8, Deutsche Bank hereby provides notice that the 30(b)(6) deposition of Credit Suisse has been scheduled in *In re Foreign Exchange Benchmark Rates Antitrust Litigation*, No. 13 Civ. 7789, for September 18, 2017. Deutsche Bank further provides notice that the depositions of John Altadonna, Clark Read, and Steve Yanez have been scheduled for September 22, 2017, September 26, 2017, and September 28, 2017, respectively.

Dated:  September 5, 2017	/s/ G. Patrick Montgomery
Robert Khuzami
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
robert.khuzami@kirkland.com

G. Patrick Montgomery (*pro hac vice*)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005-5793
Telephone: (202) 879-5000
Facsimile: (202) 879-5200
patrick.montgomery@kirkland.com

Joseph Serino, Jr.
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

*Attorneys for Deutsche Bank AG and Deutsche Bank Securities, Inc.*