UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, MARTIN-HAN TRAN, CARLOS GONZALEZ, UGNIUS MATKUS, JERRY JACOBSON, and PAUL VERMILLION, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>Defendants. | Case No. 1:17-cv-03139-LGS |

## MOTION AND [PROPOSED] ORDER OF WITHDRAWAL
## OF APPEARANCE OF CYRUS E. ANSARI, ESQ.

Pursuant to Local Civil Rule 1.4, Defendant Standard Chartered Bank ("SCB"), by and through its counsel, Sidley Austin LLP ("Sidley Austin"), respectfully requests the withdrawal of the appearance of Cyrus E. Ansari, Esq., as counsel on its behalf. SCB further requests that the email address, cansari@sidley.com, be removed from the ECF service notification list for this case.

Sidley Austin has represented SCB throughout the pendency of this action and will continue to do so. Mr. Ansari is no longer associated with Sidley Austin and will not continue to represent SCB in this case. Mr. Ansari's withdrawal will not affect the posture of this action.

2

Dated: New York, New York
       September 14, 2017

Respectfully submitted,

By: /s/ Nicholas P. Crowell
    Nicholas P. Crowell
    SIDLEY AUSTIN LLP
    787 Seventh Avenue
    New York, New York 10019
    Telephone: (212) 839-5300
    Facsimile: (212) 839-5599
    Email: ncrowell@sidley.com

*Attorneys for Defendant Standard Chartered Bank*

ENTERED this ___ day of September, 2017

SO ORDERED

_____
Honorable Lorna G. Schofield
United States District Judge