UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>　　　　　　　Defendants. | Case No.  1:17-cv-03139-LGS<br><br>ECF CASE |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, John V. Coghlan, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as co-counsel for defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A. in the above-captioned action.

I am a member in good standing of the bars of the Commonwealth of Pennsylvania, the State of New Jersey, and the District of Columbia, and certificates of good standing are attached hereto as Exhibit A.  There are no pending disciplinary proceedings against me in any state or federal court.  I have never been convicted of a felony.  I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

Dated:　September 25, 2017　　　　Respectfully submitted,
　　　　 Washington, DC

　　　　　　　　　　　　　　　　　　SKADDEN, ARPS, SLATE, MEAGHER &
　　　　　　　　　　　　　　　　　　FLOM LLP

　　　　　　　　　　　　　　　　　　/s/ John V. Coghlan
　　　　　　　　　　　　　　　　　　John V. Coghlan
　　　　　　　　　　　　　　　　　　1440 New York Avenue, N.W.
　　　　　　　　　　　　　　　　　　Washington, D.C. 20005-2111
　　　　　　　　　　　　　　　　　　Telephone:  (202) 371-7443
　　　　　　　　　　　　　　　　　　Facsimile:  (202) 661-9143
　　　　　　　　　　　　　　　　　　john.coghlan@skadden.com

　　　　　　　　　　　　　　　　　　*Attorney for Defendants JPMorgan Chase & Co.*
　　　　　　　　　　　　　　　　　　*and JPMorgan Chase Bank, N.A.*