# EXHIBIT A



## District of Columbia Court of Appeals
### Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C.  20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court

of Appeals, do hereby certify that

# JOHN VICTOR COGHLAN

was on      MAY 16, 2014      duly qualified and admitted as an

attorney and counselor entitled to practice before this Court and is,

on the date indicated below, an active member in good standing of

this Bar.

In Testimony Whereof, I have
hereunto subscribed my name
and affixed the seal of this Court
at the City of Washington, D.C.,
on September 22, 2017.

JULIO A. CASTILLO
Clerk of the Court

By: _____
        Deputy Clerk



$\mathfrak{Supreme}$ $\mathfrak{Court}$ $\mathfrak{of}$ $\mathfrak{Pennsylvania}$

## CERTIFICATE OF GOOD STANDING

### *John Coghlan, Esq.*

**DATE OF ADMISSION**

*November 13, 2012*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

**Witness my hand and official seal**
**Dated: September 14, 2017**

Patricia A. Johnson
Chief Clerk

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that     **JOHN V COGHLAN**

(No.      **014002012**      ) was constituted and appointed an Attorney at Law of New
Jersey on          **November 20, 2012**                    and, as such,
has been admitted to practice before the Supreme Court and all other courts of this State
as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in
Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if
the Court's records reflect that the attorney: 1) is current with all assessments imposed as a
part of the filing of the annual Attorney Registration Statement, including, but not
limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not
suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this
State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-
12.

Please note that this Certificate does not constitute confirmation of an attorney's
satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice
law in this State.



In testimony whereof, I have
hereunto set my hand and
affixed the Seal of the
Supreme Court, at Trenton, this
**14TH** day of    **September**   , 20    **17**

_Clerk of the Supreme Court_

453a

# United States District & Bankruptcy Courts
## for the District of Columbia
### CLERK'S OFFICE
#### 333 Constitution Avenue, NW
#### Washington, DC  20001

I, **ANGELA D. CAESAR,** Clerk of the United States District Court for the

District of Columbia, do hereby certify that:

### JOHN  V.  COGHLAN

was, on the __12th__ day of __September__ A.D. __2016__ admitted to practice as an Attorney

at Law at the Bar of this Court, and is, according to the records of this Court, a

member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court

in the City of Washington this __22nd__ day of __September__ A.D. 2017.



ANGELA  D.  CAESAR, CLERK

By: _Jameo Scott_

**Public Operations Administrator**