UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, *et al.*,<br>Plaintiffs,<br>v.<br>BANK OF AMERICA CORPORATION, *et al.*,<br>Defendants. | Case No. 1:17-cv-03139-LGS<br><br>ECF CASE |

## AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

Under oath, I depose and state the following:

1) My name is John V. Coghlan.

2) I am a member in good standing of the bar of the Commonwealth of Pennsylvania since November 13, 2012; a member in good standing of the bar of the State of New Jersey since November 20, 2012; and a member in good standing of the bar of the District of Columbia since May 16, 2014.

3) I attach certificates of good standing from the Supreme Court of Pennsylvania, the State of New Jersey, and the District of Columbia Court of Appeals, all of which were issued within thirty days of this filing, as Exhibit A to my Motion for Admission Pro Hac Vice.

4) I have never been convicted of a felony.

5) I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6) I have not been the subject of any prior or pending disciplinary proceedings.

Signed under penalty of perjury this 25th day of September, 2017.

_____
John V. Coghlan

- 2 -

Sworn to and Subscribed before me this 25th day of September, 2017,

_____

District of Columbia: SS

Sworn to and subscribed before me on
the 25th day of September, 2017

_____
Notary Public's Signature
My Commission Expires  02/28/2021