UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, *et al.*,<br><br>     Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>     Defendants. | Case No.  1:17-cv-03139-LGS<br><br>ECF CASE |

## ORDER FOR ADMISSION PRO HAC VICE

The motion for John V. Coghlan for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the Commonwealth of Pennsylvania, the State of New Jersey, and the District of Columbia, and that his contact information is as follows:

  John V. Coghlan
  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
  1440 New York Avenue, N.W.
  Washington, D.C. 20005-2111
  Telephone: (202) 371-7443
  Facsimile: (202) 661-9143
  E-mail: john.coghlan@skadden.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A. in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned action in the United States District Court for the Southern District of New

- 2 -

York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

                                                                   HONORABLE LORNA G. SCHOFIELD
                                                                   United States District Judge