

**FX VOLUME SURVEY**

Data

Market Share

▶ Reporting Dealers

Explanatory Notes

Home > FX Volume Survey

## REPORTING DEALERS

Bank of America
Bank of Montreal
The Bank of New York
Bank of Tokyo-Mitsubishi
Barclays Capital
BNP Paribas
Citigroup
Canadian Imperial Bank of Commerce
Calyon
CSFB
Deutsche Bank AG
Goldman Sachs & Co.
HSBC Bank USA
JP Morgan Chase Bank
Mizuho Corporate Bank
Morgan Stanley
Royal Bank of Canada
Royal Bank of Scotland
Skandinaviska Enskilda Bank
Société Générale
Standard Chartered
State Street Corporation
Sumitomo Mitsui Banking Corporation
UBS Bank
Wells Fargo Bank N.A.

**QUICK LINKS**

Foreign Exchange Volume Survey Reporting Form and Guidelines

Guidelines for Foreign Exchange Trading Activities [PDF]

Management of Operational Risk in Foreign Exchange, or the "Sixty Best Practices" [PDF]

Foreign Exchange Transactions: Execution to Settlement Recommendations for Non-Dealer Participants [PDF]

**TOOLS**

→ Bookmark this page

→ E-mail this page to a colleague

→ Subscribe to e-mail alerts