

**MEMBERS**

**Current Members**

▶ **Previous Members**

Home > Members

## PAST MEMBERS

**Part A:**
**The FXC Members... Past and Present...A Yearbook**
(listings based on FIRST membership year)

**1978-1979**
Anthony Aloi, Lasser Marshall
David Bodner, Chemical Bank
Ernst Brutsche, Citibank
Donald Cameron, Chase
John Christopherson, Banco Portugues
W.J. Cox, Barclays
Philip D'Angelo, Noonan, Astley & Pearce
Thomas Devine, Manufacturers Hanover
Horst Duseberg, European-American
Douglas Grainger, Royal Bank of Canada
Margaret Greene, FRBNY
Kenneth Hartwell, Bank of Boston
Hans Hunsch, Bankers Trust
Masayuki Kishida, Bank of Tokyo-Mitsubishi
Robert LeBien, Security Pacific
Robert Leclerc, Continental Bank
Ron Levy, Midland Bank
Donald Mandich, Detroit Bank
Arthur Meeham, Bank of New England
Hans Neukomn, Credit Suisse
James Oltman, FRBNY
Scott Pardee, FRBNY
Raymond Peters, Bank of America
Vincent Poma, Union Bank of Switzerland
Kurt Viemetz, JP Morgan
Paul Volcker, FRBNY
Victor von Klemperer, Dresdner Bank
John Windeler, Irving Trust

**1980**
Edward Baltes, Lasser Marshall
Thomas Dowen, Continental Bank
Kaoru Hayama, Bank of Tokyo-Mitsubishi
Christine Patton, Manufacturers Hanover
Christopher Pavlou, Barclays
Robert Savage, American Express
John Spurdle, JP Morgan
Peter Wehrli, Swiss Bank

**1981**
James Borden, Chase
Sam Cross, FRBNY
Robert Goetter, Harris Trust
Alan Griffiths, Bierbaum Brokers

**QUICK LINKS**

Foreign Exchange Volume Survey Reporting Form and Guidelines

Guidelines for Foreign Exchange Trading Activities [PDF]

Management of Operational Risk in Foreign Exchange, or the "Sixty Best Practices" [PDF]

Foreign Exchange Transactions: Execution to Settlement Recommendations for Non-Dealer Participants [PDF]

**TOOLS**

→ Bookmark this page

→ E-mail this page to a colleague

→ Subscribe to e-mail alerts

Terry Joyce, Toronto Dominion Bank
Paul Matthews, Harlow Meyer Savage
Heinz Riehl, Citicorp
Rolf Seilge, JP Morgan
Bryan Walsh, Irving Trust

**1983**
Tom Barman, Credit Suisse1
Yoshihiko Nagaya, Bank of Tokyo-Mitsubishi
Peter Niosi, Shawmut
David Palmer, First American Bank
Juergen Wendland, JP Morgan
1 There were no ?freshman? in the class of 1982.

**1984**
Timothy Gallagher, First Chicago
Richard MaGee, Tullett &Tokyo
Stephen Moore, Lasser Marshall
William Rappolt, M&T Bank
S. Waite Rawls, Chemical
Gerhard Stejskal, Deutsche Bank
Timothy Summerfield, Continental Bank

**1985**
Anthony Calvello, Noonan, Astley & Pearce
Bruno Eberli, JP Morgan
Jean-Philippe Frignet, Banque Indo-Suez
Barry Kaufman, Northern Trust
Jay Pomrenze, Bankers Trust
Michael Snow, Union Bank of Switzerland
Peter Stevens, National Westminister

**1986**
John Arnold, JP Morgan
Alan Chase, National Westminister
David Harvey, First Chicago
Mitchell Kemp, Security Pacific
Matthew Plawchan, Coamerica
Raimond Sargent, Fleet Bank
David Satchell, Garban
Eishi Wakabayashi, Bank of Tokyo-Mitsubishi

**1987**
John Caulfield, Continental Bank
Haruo Kimura, Bank of Tokyo Mitsubishi
Barry Linsley, Chemical
William Maxwell, NCNB
Jean-Jacques Rideau, Midland Bank
Gerhard Schleif, BHF Bank
Owen van der Wall, Westpac Banking Corp

**1988**
Clement Cypra, III, Irving Trust
Hajime Fujii, Bank of Tokyo Mitsubishi
M. Guy Heald, Continental Bank
James Leitner, Bankers Trust
John Nalesnik, Connecticut National Bank

Lewis (Woody) Teel, Bank of America

**1989**
Nick Brown, Harlow Meyer Savage
Anton Ferwerda, Banque Nationale de Paris
Shuichi Fujimori, Mitsui Bank
Charles Holdstock, State Street
Robert Jarrett, Bank of Nova Scotia
David Puth, Chemical

**1990**
Lloyd Blankfein, Goldman Sachs
Anthony Bustamante, Midland Bank
John Hartman, Security Pacific
Robert McCully, Harlow Meyer Savage
Joe Petri, Merrill Lynch
Yoichi Sakaguchi, Sanwa Bank
Nick Wharton, NationsBank

**1991**
Craig Bentley, Bank of Boston
Dan Brotman, FRBNY
Stephen Bub, BHF Bank
William Dueker, Republic Bank
John Finigan, Bankers Trust
Chris Foley, Security Pacific
Kenneth Markin, First Chicago
Andrew Popper, Credit Commerical de France
Joseph Spendley, GiroCredit

**1992**
Martin Dooney, Barclays
John Gaines, Bank of New York
John Galbraith, Banco Espanol
Timothy Hultquist, Morgan Stanley
Martin Mair, FRBNY
William McDonough, FRBNY
John Nixon, Tullet & Tokyo
Akira Okuhata, Bank of Tokyo Mitsubishi
Robert White, Standard Chartered

**1993**
Cyrus Ardalan, Paribas
Bruce Cobb, PNC Banks
John Dearie, FRBNY
Tom Kalaris, JP Morgan
Ian MacKay, Royal Bank of Canada
Michael Nelson, FRBNY
Ernest Patrikis, FRBNY
Yoneo Sakia, Fuji Bank
Andrew Siciliano, Swiss Bank

**1994**
Mickey Chase, Lasser Marshall
Chris Deuters, Lehman
Peter Fisher, FRBNY
Lisa Galaif, FRBNY

Hans Heiliger, Deutsche Bank
Thomas Hughes, Bank of Boston
Kikou Inoue, Bank of Tokyo Mitsubishi
Lars Lidberg, First Bank
Richard Mahoney, Bank of New York
Klaus-Peter Moritz, Deutsche Bank
Klaus Said, JP Morgan

**1995**
David Carangelo, FRBNY
Dennis Keegan, Salomon Brothers
HaeRan Kim, FRBNY
Paul Kimball, Morgan Stanley
Matthew Lifson, PNC Banks
Susan Storey, CIBC
Jamie Thorsen, Bank of Montreal

**1996**
Stephen Bellotti, Merrill Lynch
Michael deSa, Deutsche Bank
Christopher Kelson, M.W. Marshall
Dino Kos, FRBNY
Michael Kukanza, Nations Bank
Robert Rubin, AIG Trading
Julian Simmonds, Citibank
L. Britt Swofford, First Chicago

**1997**
Daniel Almeida, Deutsche Bank
Peter Bartko, EBS
Richard Dzina, FRBNY
Adrian Fletcher, Republic Bank
Peter Gallant, Citicorp
Richard Rua, Mellon
Tomomasa Sumida, Bank of Tokyo-Mitsubishi

**1998**
Thorkild Juncker, JP Morgan
Don Lloyd, Bank of Montreal
Peter Mesrobian, First Chicago
Eileen Spinner, FRBNY
Robert Toomey, FRBNY

**1999**
Robert McKnew, Bank of America
Howard Kurz, NatWest Global Markets
Mark Snyder, State Street Bank
Philip Vasan, CSFB
Michael Williams, Cantor Fitzgerald

**2000**
John Carter, Lehman
James Kemp, Citigroup
John Key, Merrill Lynch
Adam Kreysar, UBS Warburg

**2001**
Mark De Gennaro, Lehman
Robert Loewy, HSBC
Angela Meyer, FRBNY
John Nelson, ABN AMRO
Philip Newcomb, Morgan Stanley
Debby Perelmuter, FRBNY
Nobuyuki Uchida, Bank of Tokyo Mitsubishi
Peter Wadkins, FMA-USA

**2002**
Beau Cummins, Bank of America
Stephen DeSalvo, FleetBoston
Peter Gerhard, Goldman Sachs & Co.
Jim Turley, Deutsche Bank
John Wareham, AIG

**2003**
Robert Elsasser, FRBNY
Jack Jeffery, EBS Partnership
Ivan Ritossa, Barclays
Kameke Sweeney, FRBNY

**2004**
Nigel Babbage, BNP Paribas
Even Berntsen, JP Morgan Chase
Simon Eedle, Calyon
Laura Huizi, FRBNY
Doug Rhoten, ICAP
Ellen Schubert, UBS

**2005**
John Anderson, JP Morgan Chase
Joseph De Feo, CLS Bank
Jeff Feig, Citigroup
Stephen Kemp, Merrill Lynch
Christiane Mandell, Bank of America
Benjamin Welsh, HSBC

**2006**
Peter Connolly, Wells Fargo
Naoto Hirota, The Bank of Tokyo-Mitsubishi, Ltd.
Ravi Kumar, Standard Chartered Bank
Laura Lipscomb, FRBNY
Ralf Sellig, Deutsche Bank

**2007**
Mari Baca, FRBNY
Anthony Bisegna, State Street Corporation
Graham Broyd, Royal Bank of Scotland
David Castle, Standard Chartered
William Dudley, FRBNY
Richard Gladwin, Lehman Brothers
Russell LaScala, Deutsche Bank
Michael Leibowitz, TFS Brokers
Robert Lichten, JP Morgan Chase
Frank Manganella, Handelsbanken

John Meyer, UBS
Patricia Mosser, FRBNY
Ashok Varadhan, Goldman Sachs & Co.

**2008**
Adnan Akant , Fischer Francis Trees & Watts
Shigeru Asai, Bank of Tokyo-Mitsubishi UFJ
Mark Brown, Tudor Investment Corp.
Eric Busay, CalPERS Investments
Robert Catalanello, Calyon
Rodolfo Fischer, Banco Itau S.A.
Steven Friedman, FRBNY
Susan Gammage, Reuters
Giulio Martini, AllianceBernstein
Stephen Mettler, Morgan Stanley
Mike Novogratz , Fortress Investment Group LLC
Dan O'Sullivan, UniCredit
Karen Parker Feld, Artemis Financial Advisors LLC
Jamie Pfeifer, FRBNY
David Rusate, General Electric Company
Peter Tomozawa, Goldman Sachs & Co.
Christopher Willcox, JP Morgan Chase

**2009**
Bill Hirschberg, Barclays
Moti Jungreis, TD Bank
Troy Rohrbaugh, JP Morgan Chase
Brian Sack, FRBNY
Fabian Shey, UBS
Chris Vogel, Bank of America
Steve Yanez, Credit Suisse
Masamichi Yasuda, Bank of Tokyo-Mitsubishi UFJ

**2010**
Steven Cho, Goldman Sachs & Co.
Thomas Gillie, Bank of America Merrill Lynch
Mohammed Grimeh, Standard Chartered
Dan Silber, HSBC
David Steck, Nomura

**2011**
Zar Amrolia, Deutsche Bank
Alan Bozian, CLS Bank
Tim Carrington, RBS
Tahreem Kampton, Microsoft
John Taylor, FX Concepts

**2012**
Robert Bogucki, Barclays
Lynn Challenger, Mellon Capital
Daniel Gleizer, Banco Itau BBA
Gil Mandelzis, Traiana
Paul Richards, UBS
Chris Vogel, Blackrock
Phil Weisberg, FXall

**2013**
Jose Luis Daza, QFR Capital Management
Lorie Logan, FRBNY
David Puth, CLS Bank
Koichi Takenaka, Mizuho Corporate Bank

**2014**
Christopher Bae, Bank of America Merrill Lynch

Hari Hariharan, NWI Management
Rebecca Patterson, Bessemer Investment Management
Senad Prusac, Morgan Stanley
Jose Luis Yepez, Citigroup
Sara Zervos, Oppenheimer Funds

## 2015
Michael O'Brien, Eaton Vance
Chris Taendler, Goldman Sachs

## 2016
Maria Douvas, Morgan Stanley
Robert Eby, Wells Fargo
Jodi Schenk, Citigroup

## 2017
Mark Bruce, Jump Trading
Mo Grimeh, Millenium Partners
Seth Johnson, EBS
Neil Penney, Thomson Reuters
Camilla Sutton, Scotiabank
Fernando Tennenbaum, AB Inbev
Adam Vos, BNY Mellon

**Part B: Members (since 1978)
Listed by Affiliated Institution
(Affiliations in first year of Committee membership)**

**ABN-AMRO**
John Nelson

**AB Inbev**
Fernando Tennenbaum

**AIG**
Robert Rubin
John Wareham

**AllianceBernstein**
Giulio Martini

**American Express Int'l**
Robert Savage

**Artemis Financial Advisors LLC**
Karen Parker Feld

**Banco Espanol de Credito**
John Galbraith

**Banco Itau BBA**
Daniel Gleizer

**Banco Itau S.A.**
Rodolfo Fischer

**Banco Portugues do Atlantico**
John Christopherson

**Bank of America**
Beau Cummins
Christiane Mandell
Robert McKnew
Raymond Peters
(Lewis) Woody Teel

Chris Vogel

**Bank of America Merril Lynch**
Christopher Bae
Thomas Gillie

**Bank of Boston**
Craig Bentley
Kenneth Hartwell
Thomas Hughes

**Bank of Montreal**
Don Lloyd
Jamie Thorsen

**Bank of New England**
Arthur Meeham

**Bank of Nova Scotia**
Robert Jarrett

**Bank of New York**
John Gaines
Richard Mahoney

**Bankers Trust**
John Finigan
Hans Hunsch
James Leitner
Jay Pomrenze

**Banque Indo-Suez**
Jean-Philippe Frignet

**Banque Nationale de Paris**
Anton Ferwerda

**Barclays**
Robert Bogucki
W.J. Cox
Martin Dooney
Bill Hirschberg
Christopher Pavlou

**Bessemer Investment Management**
Rebecca Patterson
Gerhard Schleif

**BHF Bank**
Stephen Bub
Gerhard Schleif

**Bierbaum**
Alan Griffiths

**Blackrock**
Chris Vogel

**BNP Paribas**
Nigel Babbage

**CalPERS Investments**
Eric Busay

**Calyon**
Simon Eedle

**Calyon/Credit Agricole CIB**
Robert Catalanello

**Cantor Fitzgerald**
Michael Williams

**Chase**
James Borden
Donald Cameron

**Chemical**
David Bodner
Barry Linsley
David Puth
S. Waite Rawls

**CIBC**
Susan Storey

**Citicorp**
Ernst Brutsche
Jeff Feig
Peter Gallant
James Kemp
Heinz Riehl
Jodi Schenk
Julian Simmonds
Jose Luis Yepez

**CLS Bank**
Alan Bozian
Joseph De Feo
David Puth

**Coamerica**
Matthew Plawchan

**Connecticut National Bank**
John Nalesnik

**Continental Bank**
John Caulfield
Thomas Dowen
M. Guy Heald
Robert Leclerc
Timothy Summerfield

**Credit Commercial de France**
Andrew Popper

**Credit Suisse**
Tom Barman
Hans Neukomm
Philip Vasan
Steve Yanez

**Detroit Bank and Trust**
Donald Mandich

**Deutsche Bank**
Daniel Almeida
Zar Amrolia
Michael deSa
Hans Heiliger
Russell LaScala
Klaus-Peter Mortiz
Ralf Sellig
Gerhard Stejskal
Jim Turley

**Dresdner Bank**
Victor Von Klemperer

**Eaton Vance**
Michael O'Brien

**EBS**
Seth Johnson

**European-American**
Horst Duesberg

**First American Bank of New York**
David Palmer

**First Bank, NA**
Lars Lidberg

**First Nat'l Bank of Chicago**
Timothy Gallagher
David Harvey
Kenneth Markin
Peter Mesrobian
L. Britt Swofford

**Fischer Francis Trees & Watts**
Adnan Akant

**Fleet**
Raimond Sargent
Stephen DeSalvo

**Fortress Investment Group LLC**
Mike Novogratz

**FRBNY**
Mari Baca
Dan Brotman
David Carangelo
Sam Cross
John Dearie
William Dudley
Richard Dzina
Robert Elsasser
Peter Fisher
Steve Friedman
Lisa Galaif
Margaret Greene
Kim HaeRan
Laura Huizi
Willene Johnson
Dino Kos
Laura Lipscomb
Lorie Logan
Martin Mair
William McDonough
Angela Meyer
Patricia Mosser
Michael Nelson
James Oltman
Scott Pardee
Ernest Patrikis
Debby Perelmuter
Jamie Pfeifer
Brian Sack
Eileen Spinner
Kameke Sweeney
Robert Toomey
Paul Volcker

**Fortis Bank**

Peter Wadkins

**FXall**
Phil Weisberg

**FX Concepts**
John Taylor

**Garban, Harlow**
David Satchell

**General Electric Company**
David Rusate

**GiroCredit**
Joseph Spendley

**Goldman Sachs**
Lloyd Blankfein
Steven Cho
Peter C. Gerhard
Chris Taendler
Peter Tomozawa
Ashok Varadhan

**Handelsbanken**
Frank Manganella

**Harlow Meyer Savage**
Nick Brown
Paul Matthews
Robert McCully

**Harris Trust**
Robert Goetter
Dennis LeJeune

**HSBC**
Robert Loewy
Dan Silber
Benjamin Welsh

**ICAP**
Doug Rhoten

**Irving Trust**
Clement Cypra, III
Bryan Walsh
John Windeler

**JP Morgan Chase/Morgan Guaranty**
John Anderson
John Arnold
Even Berntsen
Bruno Eberli
Thorkild Juncker
Thomas Kalaris
Robert Lichten
Troy Rohrbaugh
Klaus Said
Rolf Selige
John Spurdle
Kurt Viemetz
Juergen Wendland
Christopher Willcox

**Jump Trading**
Mark Bruce

**Kobe Bank**

Shuichi Fujimori

**Lehman Brothers**
J. Howard Carter
Mark De Gennaro
Chris Deuters
Richard Gladwin

**M.W. Marshal**
Christopher Kelson
Anthony Aloi
Edward Baltes
Mickey Chase
Stephen Moore

**Manufacturers & Traders**
William Rappolt

**Manufacturers Hanover**
Thomas Devine
Christine Patton

**Mellon**
Adam Vos
Richard Rua

**Mellon Capital**
Lynn Challenger

**Merrill Lynch**
Stephen Bellotti
Stephen Kemp
John Key
Joe Petri

**Microsoft**
Tahreem Kampton

**Midland Bank**
Anthony Bustamante
Ron Levy
Jean-Jacques Rideau

**Millenium Partners**
Mo Grimeh

**Mizuho Corporate Bank**
Koichi Takenaka

**Morgan Stanley**
Maria Douvas
Timothy Hultquist
Paul Kimball
Stephen Mettler
Philip Newcomb
Senad Prusac

**National Westminister**
Alan Chase
Peter Stevens

**NationsBank**
Michael Kukanza
Nick Wharton

**NatWest Bank**
Howard Kurz

**NCNB**
William Maxwell

**Noonan, Astley & Pearce**
Anthony Calvello
Philip D'Angelo

**Northern Trust**
Barry Kaufman

**Nomura**
David Steck

**NWI Management**
Hari Hariharan

**Oppenheimer Funds**
Sara Zervos

**Paribas Corporation**
Cyrus Ardalan

**Pittsburgh National Bank**
Bruce Cobb
Matthew Lifson

**QFR Capital Management**
Jose Luis Daza

**RBS**
Tim Carrington

**Republic Bank**
William Dueker
Adrian Fletcher

**Reuters/Thomson Reuters**
Susan Gammage
Neil Penney

**Royal Bank of Canada**
Douglas Grainger
Ian MacKay

**Royal Bank of Scotland**
Graham Broyd

**Salomon Brothers**
Dennis Keegan

**Sanwa Bank**
Yoichi Sakaguichi

**Scotiabank**
Camilla Sutton

**Security Pacific**
Chris Foley
John Hartman
Mitchell Kemp
Robert LeBien

**Shawmut**
Peter Niosi

**Standard Chartered**
David Castle
Mohammed Grimeh
Ravi Kumar
Robert White

**State Street Bank**
Charles Holdstock

Mark Snyder

**Swiss Bank**
Anthony Bisegna
Andrew Siciliano
Peter Wehrli

**Tudor Investment Corp.**
Mark Brown

**The Bank of Tokyo/Mitsubishi**
Shigeru Asai
Hajime Fujii
Kaoru Hayama
Naoto Hirota
Kikou Inoue
Inoue Kikou
Harou Kimura
Masayuki Kishida
Yoshihiko Nagaya
Uchida Nobuyuki
Akira Okuhata
Tomomasa Sumida
Eishi Wakabayashi
Masamichi Yasuda

**The EBS Partnership**
Peter Bartko
Jack Jeffery

**The Fuji Bank, Ltd**
Yoneo Sakai

**The Sakura Bank, Limited**
Shuichi Fujimori

**Toronto Dominion Bank**
Terry Joyce
Moti Jungreis

**TFS Brokers**
Michael Leibowitz

**Traiana**
Gil Mandelzis

**Tullet & Tokyo**
Peter Wadkins
Richard MaGee
John Nixon

**UBS**
Adam Kreysar
John Meyer
Vincent Poma
Paul Richards
Ellen Schubert
Michael Snow
Fabian Shey

**UniCredit**
Dan O'Sullivan

**Wells Fargo**
Peter Connolly
Robert Eby

**Westpac Banking Corp**
Owen van der Wall