**Federal Financial Institutions Examination Council**



# Report of Assets and Liabilities of U.S. Branches and Agencies of Foreign Banks—FFIEC 002

**Report at the close of business December 31, 2013**    (20131231)
                                                                                    (RCON 9999)

This report is required by law 12 U.S.C. § 3105(c)(2); 12 U.S.C. § 1817(a); and 12 U.S.C. § 3102(b).

Please read carefully "Instructions for Preparation of the Report of Assets and Liabilities of U.S. Branches and Agencies of Foreign Banks."

Please indicate legal status:  ☐ Branch    ☐ Agency
Indicate FDIC insurance status: ☐ Insured  ☐ Uninsured

Indicate the number of branches or agencies included in this report: 1
(RCON 9395)

Legal Title(s) and Address(es) of Branch(es) or Agency(ies) included in this report:

SOCIETE GENERALE NY BR
**Legal Title**

245 PARK AVENUE
**Street Address**

NEW YORK
**City**          **County**
NY                10167
**State**         **Zip Code**

**Legal Title of Foreign Bank Parent**
PARIS-LA DEFENSE        FRANCE (OTHER)
**City**                **County**

State: SOCIETE GENERALE

NOTE: This report must be signed by the Chief Financial Officer (CFO) (or by the individual performing an equivalent function) and attested by the senior executive officer.

I, the undersigned CFO (or equivalent) of the branch or agency specified do hereby declare that this Report of Assets and Liabilities (including the supporting schedules and supplement) has been prepared in conformance with the instructions issued by the Federal Financial Institutions Examination Council and is true to the best of my knowledge and belief.

_____
Signature of Chief Financial Officer (or Equivalent)

I, _____
Name of Senior Executive Officer

_____
Title of Senior Executive Officer

attest the correctness of this Report of Assets and Liabilities (including the supporting schedules and supplement) and declare that it has been examined by us, and to the best of our knowledge and belief, has been prepared in conformance with the instructions issued by the Federal Financial Institutions Examination Council and is true and correct.

_____
Signature of Senior Executive Officer

**Return original and 2 copies to the Federal Reserve Bank in whose district the branch or agency is located. FDIC-insured branches should file one copy with the appropriate FDIC Regional Office (Supervision).**

Public reporting burden associated with the FFIEC 002 is estimated to average 25.43 hours per response including time to gather and maintain data in the required form and to review instructions and complete the information collection. A Federal agency may not conduct or sponsor, and an organization (or a person) is not required to respond to a collection of information, unless it displays a currently valid OMB control number. Comments regarding this burden estimate or any other aspect of this information collection, including suggestions for reducing the burden, may be sent to Secretary, Board of Governors of the Federal Reserve System, 20th and C Streets, NW, Washington, DC 20551 and to Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, DC 20503.

## Schedule L—Derivatives and Off-Balance-Sheet Items

NOTE: *Exclude* all transactions with related depository institutions.

| | Dollar Amounts in Thousands | RCFD | Total Reporting Branch or Agency Including Its IBF | |
|---|---|---|---|---|
| 1. | Commitments to make or purchase loans | 3423 | 17483303 | 1. |
| 2. | Spot foreign exchange contracts | 8765 | 12802 | 2. |
| 3. | Standby letters of credit: | | | |
| | a. Total | 3375 | 2209342 | 3.a. |
| | (1) To U.S. addressees (domicile) | 3376 | 1771639 | 3.a.(1) |
| | (2) To non-U.S. addressees (domicile) | 3377 | 437703 | 3.a.(2) |
| | b. Amount of total standby letters of credit in item 3.a conveyed to others through participations | 3378 | 742193 | 3.b. |
| 4. | Commercial and similar letters of credit | 3411 | 68385 | 4. |
| 5. | Not applicable. | | | |

| | | (Column A) Guarantor | | (Column B) Beneficiary | | |
|---|---|---|---|---|---|---|
| 6. | Credit derivatives: | | | | | |
| | a. Notional amounts: | RCFD | | RCFD | | |
| | (1) Credit default swaps | C968 | 60900 | C969 | 160900 | 6.a.(1) |
| | (2) Total return swaps | C970 | 101500 | C971 | 0 | 6.a.(2) |
| | (3) Credit options | C972 | 0 | C973 | 0 | 6.a.(3) |
| | (4) Other credit derivatives | C974 | 0 | C975 | 0 | 6.a.(4) |
| | b. Gross fair values: | | | | | |
| | (1) Gross positive fair value | C219 | 327 | C221 | 22523 | 6.b.(1) |
| | (2) Gross negative fair value | C220 | 20826 | C222 | 4858 | 6.b.(2) |

| | | RCFD | Total Reporting Branch or Agency Including Its IBF | |
|---|---|---|---|---|
| 7. | All other off-balance-sheet contingent liabilities greater than or equal to 1/2 percent of total claims on nonrelated parties as reported on Schedule RAL, item 1.i | 5602 | 3532325 | 7. |
| | List below each component of this item greater than or equal to 1 percent of total claims on nonrelated parties as reported on Schedule RAL, item 1.i: | RCFD | | |
| | a. TEXT 5598 Guarantees Issued | 5598 | 2738632 | 7.a. |
| | b. TEXT 5600 | 5600 | 0 | 7.b. |
| | c. TEXT 5601 | 5601 | 0 | 7.c. |
| 8. | All other off-balance-sheet contingent claims (assets) greater than or equal to 1/2 percent of total claims on nonrelated parties as reported on Schedule RAL, item 1.i | 5603 | 5256500 | 8. |
| | List below each component of this item greater than or equal to 1 percent of total claims on nonrelated parties as reported on Schedule RAL, item 1.i: | RCFD | | |
| | a. TEXT 5604 Guarantees received | 5604 | 5256500 | 8.a. |
| | b. TEXT 5605 | 5605 | 0 | 8.b. |
| | c. TEXT 5606 | 5606 | 0 | 8.c. |

## Schedule L—Continued

NOTE: *Exclude* all transactions with related depository institutions.

Dollar Amounts in Thousands

Derivatives Position Indicators[1]

| Item | (Column A) Interest Rate Contracts RCFD | | (Column B) Foreign Exchange Contracts[2] RCFD | | (Column C) Equity Derivative Contracts RCFD | | (Column D) Commodity and Other Contracts RCFD | | Ref |
|---|---|---|---|---|---|---|---|---|---|
| 9. Gross amounts (e.g., notional amounts): | | | | | | | | | |
| a. Futures contracts | 8693 | 0 | 8694 | 0 | 8695 | 0 | 8696 | 0 | 9.a. |
| b. Forward contracts | 8697 | 122145 | 8698 | 9158 | 8699 | 16400 | 8700 | 0 | 9.b. |
| c. Exchange-traded option contracts: | | | | | | | | | |
| (1) Written options | 8701 | 0 | 8702 | 0 | 8703 | 0 | 8704 | 0 | 9.c.(1) |
| (2) Purchased options | 8705 | 0 | 8706 | 0 | 8707 | 0 | 8708 | 0 | 9.c.(2) |
| d. Over-the-counter option contracts: | | | | | | | | | |
| (1) Written options | 8709 | 300173 | 8710 | 0 | 8711 | 0 | 8712 | 0 | 9.d.(1) |
| (2) Purchased options | 8713 | 251347 | 8714 | 0 | 8715 | 0 | 8716 | 0 | 9.d.(2) |
| e. Swaps | 3450 | 16020474 | 3826 | 21569642 | 8719 | 0 | 8720 | 0 | 9.e. |
| 10. Total gross notional amount of derivative contracts held for trading | A126 | 16694138 | A127 | 21578800 | 8723 | 16400 | 8724 | 0 | 10. |
| 11. Total gross notional amount of derivative contracts held for purposes other than trading | 8725 | 0 | 8726 | 0 | 8727 | 0 | 8728 | 0 | 11. |
| 12. Gross fair values of derivative contracts: | | | | | | | | | |
| a. Contracts held for trading: | | | | | | | | | |
| (1) Gross positive fair value | 8733 | 609537 | 8734 | 106828 | 8735 | 8470 | 8736 | 0 | 12.a.(1) |
| (2) Gross negative fair value | 8737 | 376940 | 8738 | 197262 | 8739 | 0 | 8740 | 0 | 12.a.(2) |
| b. Contracts held for purposes other than trading: | | | | | | | | | |
| (1) Gross positive fair value | 8741 | 0 | 8742 | 0 | 8743 | 0 | 8744 | 0 | 12.b.(1) |
| (2) Gross negative fair value | 8745 | 0 | 8746 | 0 | 8747 | 0 | 8748 | 0 | 12.b.(2) |

1. For each column, sum of items 9.a through 9.e must equal sum of items 10 and 11.
2. Spot foreign exchange is reported in Schedule L, item 2.