# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE
NEW YORK 10036-6522

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
(212) 735-3834
EMAIL ADDRESS
BORIS.BERSHTEYN@SKADDEN.COM

FIRM/AFFILIATE OFFICES
-----
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
-----
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

October 24, 2017

**VIA ECF**

Honorable Lorna G. Schofield
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

      RE:    _Contant, et al. v. Bank of America Corporation, et al._, 17-cv-3139

Dear Judge Schofield:

      On behalf of all defendants in the above-referenced action, I write in accordance with Rule III(B)(6) of Your Honor's Individual Rules and Procedures for Civil Cases to request oral argument on defendants' joint motion to dismiss the Consolidated Class Action Complaint in the above-referenced action pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

                                       Respectfully submitted,

                                       s/ Boris Bershteyn
                                       Boris Bershteyn

cc:      All counsel of record (via ECF)