**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Eric J. Stock
Direct: +1 212.351.2301
Fax: +1 212.716.0801
EStock@gibsondunn.com

October 24, 2017

**VIA ECF**

Honorable Lorna G. Schofield
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re:   *Contant, et al. v. Bank of America Corp., et al.*, 17 Civ. 3139

Dear Judge Schofield:

On behalf of all Foreign Defendants* in this action, I write in accordance with Rule III.B.6 of Your Honor's Individual Rules of Practice to request oral argument on the Foreign Defendants' motion to dismiss the operative complaint for lack of personal jurisdiction under Rule 12(b)(2) of the Federal Rules of Civil Procedure.

Respectfully submitted,

/s/ Eric J. Stock

Eric J. Stock

cc:   All Counsel of record (via ECF)

---

\*   The Foreign Defendants are The Bank of Tokyo-Mitsubishi UFJ, Ltd., Barclays Bank PLC, HSBC Holdings plc and HSBC Bank plc, The Royal Bank of Scotland Group plc, Société Générale, Standard Chartered Bank, and UBS AG.

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Frankfurt • Hong Kong • Houston • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.