IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JAMES CONTANT,** *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> **BANK OF AMERICA CORPORATION,** *et al.*, <br><br> *Defendants*. | Civil Action No. 17-cv-3139-LGS <br><br> (related to No. 13-cv-7789-LGS) <br><br> MOTION FOR ADMISSION *PRO HAC VICE* OF FRANK B. ULMER |

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, FRANK B. ULMER, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiffs in the above-captioned case.

I am a member in good standing of the Bars of the State of South Carolina and the State of Virginia and there are no pending disciplinary proceedings against me in any state or federal court.  Attached hereto as Exhibit A are my Certificates of Good Standing from the Supreme Court of South Carolina and the State Bar of Virginia.

DATED: November 1, 2017          Respectfully Submitted,

By: /s/ Frank B. Ulmer
Frank B. Ulmer
MCCULLEY MCCLUER PLLC
1022 Carolina Blvd., Suite 300
Charleston, SC 29451
Telephone:  (855) 467-0451

Facsimile:  (662) 368-1506
fulmer@mcculleymccluer.com

*Counsel for Plaintiffs*