IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, et al.,<br><br>       Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, et al.,<br><br>       Defendants. | Civil Action No. 17-cv-3139-LGS<br><br>(related to No. 13-cv-7789-LGS)<br><br>AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* OF FRANK B. ULMER |

Frank B. Ulmer hereby states:

1. I am an attorney with the firm of McCulley McCluer PLLC, 1022 Carolina Blvd., Ste. 300, Charleston, SC 29451.

2. I am a member in good standing of the bars of the States of South Carolina and Virginia.

3. There are no pending disciplinary proceedings against me in any state or federal court.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 1st day of November, 2017, at Charleston, SC.

*[signature]*
Frank B. Ulmer

STATE OF SOUTH CAROLINA    )
                           )
COUNTY OF CHARLESTON       )

SWORN TO AND SUBSCRIBED BEFORE
ME THIS 1 DAY OF November, 2017

*[signature]* Alison D. Sessums
NOTARY PUBLIC
My Commission Expires: 07/14/19