# Supreme Court of Virginia

## AT RICHMOND

# Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

## FRANK BURTON ULMER

was admitted to practice as an attorney and counsellor at the bar of this Court on October 28, 2002.

I further certify that so far as the records of this office are concerned, FRANK BURTON ULMER is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 21st day of November
A.D. 2017

By: _____
Deputy Clerk

# The Supreme Court of South Carolina

## Certificate of Good Standing

I, Daniel E. Shearouse, Clerk of the Supreme Court of South Carolina, do hereby certify that Frank Burton Ulmer was duly sworn and admitted as an attorney in this state on November 17, 2008, and is currently a regular member of the South Carolina Bar in good standing.

DANIEL E. SHEAROUSE, CLERK

BY *(signature)*
DEPUTY CLERK FOR BAR ADMISSIONS

Columbia, South Carolina

November 15, 2017