UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>      Defendants. | Case No. 1:17-cv-03139-LGS<br><br>[rel. 13-cv-7789-LGS] |

## NOTICE OF DEPOSITIONS IN A RELATED ACTION

In accordance with orders in *Baker, et al.* v. *Bank of America, Corp., et al.*, No. 16 Civ. 7512, ECF No. 106, and in the above-captioned action, ECF No. 8, Credit Suisse and Plaintiffs in *In re Foreign Exchange Benchmark Rates Antitrust Litigation* hereby provide notice that the deposition of David Bowen has been scheduled in *In re Foreign Exchange Benchmark Rates Antitrust Litigation*, No. 13 Civ. 7789, for February 2, 2018 at 9:00 a.m. GMT at DLA Piper UK LLP (3 Noble Street London).  The deposition of Steven Yanez has been scheduled in *In re Foreign Exchange Benchmark Rates Antitrust Litigation*, No. 13 Civ. 7789, for March 6, 2018 in New York.  The location of the Yanez deposition has not yet been set.

Dated:  January 23, 2018

| | |
|---|---|
| SCOTT+SCOTT, ATTORNEYS AT LAW, LLP<br><br>/s/ Walter W. Noss<br>Walter W. Noss<br>707 Broadway, Suite 1000<br>San Diego, CA 92101<br>Telephone: 619-233-0508<br>wnoss@scott-scott.com<br><br>*Attorney for Plaintiffs in*<br>*In re Foreign Exchange Benchmark Rates*<br>*Litigation* | CAHILL GORDON & REINDEL LLP<br><br>/s/ Jason M. Hall<br>David G. Januszewski<br>Herbert S. Washer<br>Elai Katz<br>Jason M. Hall<br>80 Pine Street<br>New York, New York 10005<br>Telephone: (212) 701-3000<br>djanuszewski@cahill.com<br>hwasher@cahill.com<br>ekatz@cahill.com<br>jhall@cahill.com<br><br>*Attorneys for Defendants Credit Suisse*<br>*Group AG, Credit Suisse AG, and Credit*<br>*Securities (USA) LLC* |