IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JAMES CONTANT**, *et al*.,<br><br>*Plaintiffs*,<br><br>v.<br><br>**BANK OF AMERICA CORPORATION**, *et al*.,<br><br>*Defendants*. | Civil Action No. 17-cv-3139-LGS<br><br>(related to No. 13-cv-7789-LGS)<br><br><br>MOTION FOR ADMISSION *PRO HAC VICE* OF R. BRYANT MCCULLEY |

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, R. BRYANT MCCULLEY hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiffs in the above-captioned case.

I am a member in good standing of the Bars of the State of Alabama and the State of Florida and there are no pending disciplinary proceedings against me in any state or federal court. Attached hereto as Exhibit A are my Certificates of Good Standing from the Supreme Court of Alabama and the Supreme Court of Florida.

DATED: January 23, 2018

Respectfully Submitted,

By:  /s/ R. Bryant McCulley
R. Bryant McCulley
MCCULLEY MCCLUER PLLC
1022 Carolina Blvd., Suite 300
Charleston, SC 29451
Telephone: (855) 467-0451
Facsimile: (662) 368-1506
bmcculley@mcculleymccluer.com

*Counsel for Plaintiffs*