# EXHIBIT A

# The Supreme Court of Alabama



## Certificate Of Admission

I, Julia Jordan Weller, Clerk of the Supreme Court of Alabama, do hereby certify that _____R. Bryant McCulley_____ was duly and legally admitted to practice law by the Supreme Court of Alabama on _____September 27, 2002_____ and is now an attorney in good standing at the Bar of this Court, as shown by the records of said Court on file in this office.

I further certify that the Supreme Court of Alabama is the highest court of record in this State.

Done on _____January 16, 2018_____ with the seal of the Supreme Court of Alabama attached.



*Julia Jordan Weller*

Julia Jordan Weller, Clerk
Supreme Court of Alabama

# Supreme Court of Florida
## Certificate of Good Standing

I JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that

### R. BRYANT MCCULLEY

was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on April 25, 2006, is presently in good standing, and that the private and professional character of the attorney appear to be good.

WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this January 17, 2018.

_____
Clerk of the Supreme Court of Florida.