UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
JAMES CONTANT, MARTIN-HAN : 
TRAN, CARLOS GONZALEZ, UGNIUS :
MATKUS, JERRY JACOBSON, and : No. 1:17-cv-03139-LGS
PAUL VERMILLION, on behalf of :
themselves and all others similarly situated, : NOTICE OF APPEARANCE
 :
Plaintiffs, : ECF Case
 :
v. :
 :
BANK OF AMERICA CORPORATION, et :
al., :
 :
Defendants. :
 :
---------------------------------------------------------- x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Alyssa Beaver Gomez of the law firm of Davis Polk & Wardwell LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel of record for defendants The Royal Bank of Scotland Group plc and RBS Securities Inc. in the above-captioned matter, and requests that all papers in this action be served upon her at the address indicated below.

Dated:  New York, New York         Respectfully Submitted,
        February 8, 2018

                                   DAVIS POLK & WARDWELL LLP

                            By:    /s/ Alyssa Beaver Gomez
                                   Alyssa Beaver Gomez

                                   Davis Polk & Wardwell LLP
                                   450 Lexington Avenue
                                   New York, New York  10017
                                   Telephone:  (212) 450-3263
                                   Facsimile:   (212) 701-6263
                                   alyssa.gomez@davispolk.com

                                   *Counsel for Defendants The Royal Bank of Scotland Group plc and RBS Securities Inc.*