IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JAMES CONTANT**, *et al*.,<br><br>　　　*Plaintiffs*,<br><br>v.<br><br>**BANK OF AMERICA CORPORATION**, *et al*.,<br><br>　　　*Defendants*. | Civil Action No. 17-cv-3139-LGS<br><br>(related to No. 13-cv-7789-LGS)<br><br><br>MOTION FOR ADMISSION *PRO HAC VICE* OF STUART H. MCCLUER |

　　　Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, STUART H. MCCLUER hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiffs in the above-captioned case.

　　　I am a member in good standing of the Bars of the State of Alabama and the State of Mississippi and there are no pending disciplinary proceedings against me in any state or federal court. Attached hereto as Exhibit A are my Certificates of Good Standing from the Supreme Court of Alabama and the Supreme Court of Mississippi.

DATED:  March 1, 2018　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　By: __/s/ Stuart H. McCluer____
　　　　　　　　　　　　　　　　　　Stuart H. McCluer
　　　　　　　　　　　　　　　　　　MCCULLEY MCCLUER PLLC
　　　　　　　　　　　　　　　　　　1022 Carolina Blvd., Suite 300
　　　　　　　　　　　　　　　　　　Charleston, SC 29451
　　　　　　　　　　　　　　　　　　Telephone:  (855) 467-0451
　　　　　　　　　　　　　　　　　　Facsimile:  (662) 368-1506
　　　　　　　　　　　　　　　　　　smccluer@mcculleymccluer.com

　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*

1