IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JAMES CONTANT,** *et al.,*<br><br>　　　　*Plaintiffs,*<br><br>v.<br><br>**BANK OF AMERICA CORPORATION,** *et al.,*<br><br>　　　　*Defendants.* | Civil Action No. 17-cv-3139-LGS<br><br>(related to No. 13-cv-7789-LGS) |

## AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

Under oath, I depose and state the following:

1.　My name is Stuart H. McCluer.

2.　I am a member in good standing of the bars of the States of Alabama and Mississippi. Attached as Exhibit A are Certificates of Good Standing from the Supreme Court of Alabama and the Supreme Court of Mississippi, both of which were issued within thirty days of this filing.

3.　There are no pending disciplinary proceedings against me in any state or federal court.

4.　I have never been convicted of a felony.

5.　I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

Signed under penalty of perjury this 1st day of March, 2018.

　　　　　　　　　　　　　　　　　　　　Stuart H. McCluer

1

STATE OF SOUTH CAROLINA )
)
COUNTY OF CHARLESTON )

SWORN TO AND SUBSCRIBED BEFORE
ME THIS 1st DAY OF March, 2018

_____
NOTARY PUBLIC

My Commission Expires 07/15/2020