# The Supreme Court of Alabama



## Certificate Of Admission

I, Julia Jordan Weller, Clerk of the Supreme Court of Alabama, do hereby certify that _____Stuart Halkett McCluer_____ was duly and legally admitted to practice law by the Supreme Court of Alabama on _____September 26, 2003_____ and is now an attorney in good standing at the Bar of this Court, as shown by the records of said Court on file in this office.

I further certify that the Supreme Court of Alabama is the highest court of record in this State.

Done on _____February 15, 2018_____ with the seal of the Supreme Court of Alabama attached.



Julia Jordan Weller, Clerk
Supreme Court of Alabama

# The Supreme Court of Mississippi



## Certificate of Good Standing

I, Muriel B. Ellis, as Clerk of the Supreme Court of Mississippi, do hereby certify that **Stuart Halkett McCluer** was duly and legally admitted to practice law before the Supreme Court of Mississippi on May 4, 2004, and is now an attorney in good standing of the Bar of this Court, as shown by the records of said Court on file in this office.

I further certify that the Supreme Court of Mississippi is the highest court of record in this state.

Done on February 15, 2018, with the seal of the Supreme Court of Mississippi affixed.

The Supreme Court of Mississippi

*Muriel B. Ellis*
CLERK