IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>*Defendants*. | Civil Action No. 17-cv-3139-LGS<br><br>(related to No. 13-cv-7789-LGS)<br><br>ORDER FOR MOTION FOR ADMISSION *PRO HAC VICE* |

The motion of STUART H. MCCLUER for admission to practice *Pro Hac Vice* in the above captioned action is granted. Applicant has declared that he is a member in good standing of the bars of the States of Alabama and Mississippi; and that his contact information is as follows:

>Stuart H. McCluer
>MCCULLEY MCCLUER PLLC
>1022 Carolina Blvd., Suite 300
>Charleston, SC 29451
>Telephone:  (855) 467-0451
>Facsimile:  (662) 368-1506
>E-mail:  smccluer@mcculleymccluer.com

Applicant having requested admission *Pro Hac Vice* to appear as counsel for Plaintiffs in the above-captioned case;

IT IS HEREBY ORDERED that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____          _____
                                                                                  United States District Judge

1