> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED:__3/15/18__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES CONTANT, et al.,

                              Plaintiffs,

          -against-

BANK OF AMERICA CORPORATION,
et al.,

                              Defendants.

Civil Action No. 17-cv-3139-LGS

(related to No. 13-cv-7789-LGS)

## NOTICE OF WITHDRAWAL OF ATTORNEY

PLEASE TAKE NOTICE that Robert Khuzami is no longer associated with Kirkland & Ellis LLP and should be removed as counsel of record for Defendants Deutsche Bank AG and Deutsche Bank Securities Inc.

Kirkland & Ellis LLP continues to represent Defendants Deutsche Bank AG and Deutsche Bank Securities Inc. and requests that all future correspondence and papers in this action continue to be directed to them.

Dated: January 22, 2018

Robert Khuzami
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: robert.khuzami@kirkland.com

*Attorneys for Defendants Deutsche Bank AG
and Deutsche Bank Securities Inc.*

SO ORDERED.

Dated:  March 15, 2018
         New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE