UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, *et al.*,<br><br>　　　　　　　Plaintiffs,<br>v.<br>BANK OF AMERICA<br>CORPORATION, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 17-cv-3139-LGS<br><br>(related to No. 13-cv-7789-LGS)<br><br>ECF CASE |

**NOTICE OF PLAINTIFFS' MOTION FOR LEAVE TO FILE THE PROPOSED
SECOND CONSOLIDATED CLASS ACTION COMPLAINT**

　　　　PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Leave to File the Proposed Second Consolidated Class Action Complaint, the redlined Proposed Second Consolidated Class Action Complaint, the Report of Carol L. Osler, Ph.D. and supporting exhibits, and all other papers and proceedings herein, Plaintiffs shall move this Court, before the Honorable Lorna G. Schofield, on a date and at a time to be determined by the Court, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, for an Order granting Plaintiffs leave to file a Second Consolidated Class Action Complaint.

Dated:  April 5, 2018　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Michael Dell'Angelo
　　　　　　　　　　　　　　　　　　　　　Michael Dell'Angelo
　　　　　　　　　　　　　　　　　　　　　Merrill G. Davidoff
　　　　　　　　　　　　　　　　　　　　　Joshua T. Ripley
　　　　　　　　　　　　　　　　　　　　　**BERGER & MONTAGUE, P.C.**

1622 Locust Street
Philadelphia, Pennsylvania 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
mdavidoff@bm.net
mdellangelo@bm.net
jripley@bm.net

Garrett W. Wotkyns
**SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS LLP**
8501 North Scottsdale Rd., Ste. 270
Scottsdale, AZ 85253
Tel: (480) 428-0142
Fax: (866) 505-8036
gwotkyns@schneiderwallace.com

Joseph C. Peiffer
**PEIFFER ROSCA WOLF ABDULLAH CARR& KANE LLP**
201 St. Charles Ave., Ste. 4610
New Orleans, LA 70170
Tel: (504) 523-2434
Fax: (504)523-2464
jpeiffer@prwlegal.com

R. Bryant McCulley
Stuart H. McCluer
Frank B. Ulmer
**MCCULLEY MCCLUER PLLC**
1022 Carolina Blvd., Ste. 300
Charleston, SC 29451
Tel: (855) 467-0451
Fax: (662) 368-1506
bmcculley@mcculleymccluer.com
smccluer@mcculleymccluer.com
fulmer@mcculleymccluer.com

*Counsel for Plaintiffs and the Proposed Classes*