UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, *et al.*,<br><br>        *Plaintiffs*,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>        *Defendants*. | No. 17 Civ. 3139 (LGS)<br><br>[related to No. 13 Civ. 7789 (LGS)]<br><br>**NOTICE OF CHANGE OF NAME** |

PLEASE TAKE NOTICE that effective April 1, 2018, Defendant The Bank of Tokyo-Mitsubishi UFJ, Ltd. became known as MUFG Bank, Ltd.

Dated:   New York, New York
        April 9, 2018

                                            PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

                                            By:   /s/ Kenneth A. Gallo

                                            Kenneth A. Gallo
                                            Michael E. Gertzman
                                            1285 Avenue of the Americas
                                            New York, New York 10019
                                            Telephone: (212) 373-3000
                                            Facsimile: (212) 757-3990
                                            kgallo@paulweiss.com
                                            mgertzman@paulweiss.com

                                            *Attorneys for Defendant MUFG Bank, Ltd. (f/k/a The Bank of Tokyo-Mitsubishi UFJ, Ltd.)*