

April 10, 2018

The Honorable Lorna G. Schofield
United States District Court
for the Southern District of New York
40 Foley Square
New York, NY 10007

      RE:    *Contant, et al. v. Bank of America Corporation, et al.*, 1:17-cv-03139

Dear Judge Schofield:

      Pursuant to the Court's April 6, 2018 Order, ECF No. 140, the parties have met and conferred and the undersigned respectfully request that Defendants' joint opposition to Plaintiffs' Motion for Leave to File the Proposed Second Consolidated Class Action Complaint shall be due May 10, 2018, and Plaintiffs' reply brief shall be due May 30, 2018.

Dated: April 10, 2018                               Respectfully submitted,

For Plaintiffs:

| | |
|---|---|
| BERGER & MONTAGUE, P.C. | SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS LLP |
| /s/ Michael Dell'Angelo | |
| Michael Dell'Angelo | Garrett W. Wotkyns |
| Merrill G. Davidoff | 8501 North Scottsdale Road, Suite 270 |
| Todd S. Collins | Scottsdale, AZ 85253 |
| Joshua T. Ripley | Tel: (480) 428-0142 |
| 1622 Locust Street | Fax: (866) 505-8036 |
| Philadelphia, PA 19103 | gwotkyns@schneiderwallace.com |
| Tel: (215) 875-3000 | |
| Fax: (215) 875-4604 | |
| mdellangelo@bm.net | |
| mdavidoff@bm.net | |
| tcollins@bm.net | |
| jripley@bm.net | |
| | |
| MCCULLEY MCCLUER PLLC | PEIFFER ROSCA WOLF ABDULLAH CARR & KANE LLP |
| R. Bryant McCulley | |
| Stuart McCluer | Joseph C. Peiffer |
| 1022 Carolina Boulevard, Suite 300 | 201 St. Charles Ave. Suite 4610 |

Charleston, SC 29451  
Tel: (855) 467-0451  
Fax: (662) 368-1506  
bmcculley@mcculleymccluer.com  
smccluer@mcculleymccluer.com  

New Orleans, LA 70170  
Tel: (504) 523-2434  
Fax: (504) 523-2464  
jpeiffer@prwlegal.com  

For Defendants:

SULLIVAN & CROMWELL LLP

By: /s/ Matthew A. Schwartz  
Matthew A. Schwartz  
David H. Braff  
Yvonne S. Quinn  
125 Broad Street  
New York, New York 10004  
Telephone: (212) 558-4000  
Facsimile: (212) 558-3588  
schwartzmatthew@sullcrom.com  
braffd@sullcrom.com  
quinny@sullcrom.com  

*Attorneys for Defendant Barclays Bank PLC and Barclays Capital Inc.*

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ Peter E. Greene  
Peter E. Greene  
Boris Bershteyn  
Peter S. Julian  
Tansy Woan  
Four Times Square  
New York, New York 10036  
Telephone: (212) 735-3000  
Facsimile: (212) 735-2000  
peter.greene@skadden.com  
boris.bershteyn@skadden.com  
peter.julian@skadden.com  
tansy.woan@skadden.com  

*Attorneys for Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.*

SHEARMAN & STERLING LLP

By: /s/ Adam S. Hakki  
Adam S. Hakki  
Richard F. Schwed  
Jeffrey J. Resetarits  
599 Lexington Avenue  
New York, New York 10022  
Telephone: (212) 848-4000  
ahakki@shearman.com  
rschwed@shearman.com  
jeffrey.resetarits@shearman.com  

*Attorneys for Defendants Bank of America Corporation, Bank of America, N.A. and Merrill Lynch, Pierce, Fenner & Smith Incorporated*

LOCKE LORD LLP

By: /s/ Gregory T. Casamento  
Gregory T. Casamento  
3 World Financial Center  
New York, NY 10281  
Telephone: (212) 812-8325  
Facsimile: (212) 812-8385  
gcasamento@lockelord.com  

Roger B. Cowie  
2200 Ross Avenue, Suite 2800  
Dallas, TX 75201  
Telephone: (214) 740-8000  
rcowie@lockelord.com  

J. Matthew Goodin

2

ALLEN & OVERY LLP

By: /s/ David C. Esseks
David C. Esseks
Laura R. Hall
Rebecca Delfiner
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 610-6300
david.esseks@allenovery.com
laura.hall@allenovery.com
rebecca.delfiner@allenovery.com

John Terzaken
1101 New York Avenue
Washington, D.C. 20005
Telephone: (202) 683-3800
john.terzaken@allenovery.com

*Attorneys for Defendants BNP Paribas, BNP Paribas North America, Inc., BNP Paribas Securities Corp., and BNP Paribas Prime Brokerage, Inc.*

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: /s/ Thomas J. Moloney
Thomas J. Moloney
George S. Cary
Sue S. Guan
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
tmoloney@cgsh.com
gcary@cgsh.com
sguan@cgsh.com

*Attorneys for Defendants The Goldman Sachs Group, Inc. and Goldman, Sachs & Co.*

Julia C. Webb
111 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 443-0700
jmgoodin@lockelord.com
jwebb@lockelord.com

*Attorneys for Defendants HSBC Holdings, PLC, HSBC Bank PLC, HSBC North America Holdings, Inc., HSBC Bank USA, N.A., and HSBC Securities (USA) Inc.*

DAVIS POLK & WARDWELL LLP

By: /s/ Joel M. Cohen
Joel M. Cohen
Alyssa B. Gomez
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 450-4800
joel.cohen@davispolk.com
alyssa.gomez@davispolk.com

*Attorneys for Defendants The Royal Bank of Scotland Group plc and RBS Securities Inc.*

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Eric J. Stock
Eric J. Stock
Indraneel Sur
200 Park Avenue, 48th Floor
New York, New York 10166
Telephone: (212) 351-4000
Facsimile: (212) 716-0801
estock@gibsondunn.com
isur@gibsondunn.com

D. Jarrett Arp
Melanie L. Katsur
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539
jarp@gibsondunn.com

mkatsur@gibsondunn.com

*Attorneys for Defendants UBS AG, UBS Group AG, and UBS Securities, LLC*

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: /s/  Kenneth A. Gallo

Kenneth A. Gallo
Michael E. Gertzman
Maxwell A.H. Kosman
Anand Sithian
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

kgallo@paulweiss.com
mgertzman@paulweiss.com
mkosman@paulweiss.com
asithian@paulweiss.com

*Attorneys for Defendant MUFG Bank, Ltd. (f/k/a The Bank of Tokyo-Mitsubishi, UFJ, Ltd.)*

KIRKLAND & ELLIS LLP

By: /s/ Robert Khuzami
Robert Khuzami
Joseph Serino, Jr., P.C.
Eric F. Leon, P.C.
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
robert.khuzami@kirkland.com
joseph.serino@kirkland.com
eric.leon@kirkland.com

G. Patrick Montgomery (*pro hac vice*)
655 Fifteenth Street, N.W.
Washington, D.C. 20005-5793
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

CAHILL GORDON & REINDEL LLP

By: /s/  David G. Januszewski
David G. Januszewski
Herbert S. Washer
Elai Katz
Jason M. Hall
80 Pine Street
New York, New York 10005
Telephone: (212) 701-3000
Facsimile: (212) 269-5420
djanuszewski@cahill.com
hwasher@cahill.com
ekatz@cahill.com
jhall@cahill.com

*Attorneys for Defendants Credit Suisse Group AG, Credit Suisse AG, and Credit Suisse Securities (USA) LLC*

WACHTELL, LIPTON, ROSEN & KATZ

By: /s/ Jonathan Moses
Jonathan Moses
Bradley R. Wilson
51 West 52nd Street
New York, NY 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000
JMMoses@wlrk.com
BRWilson@wlrk.com

*Attorneys for Defendants Morgan Stanley, Morgan Stanley & Co., LLC, and Morgan Stanley & Co. International PLC*

4

patrick.montgomery@kirkland.com

*Attorneys for Defendant Deutsche Bank AG and Deutsche Bank Securities Inc.*

| | |
|---|---|
| | LINKLATERS LLP |
| SIDLEY AUSTIN LLP | By: /s/ James R. Warnot, Jr. |
| | James R. Warnot, Jr. |
| By: /s/ Andrew W. Stern | Adam S. Lurie |
| Andrew W. Stern | Patrick C. Ashby |
| Nicholas P. Crowell | 1345 Avenue of the Americas |
| 787 Seventh Avenue | New York, New York 10105 |
| New York, New York 10019 | Telephone: (212) 903-9000 |
| Telephone: (212) 839-5300 | Facsimile: (212) 903-9100 |
| Facsimile: (212) 839-5599 | james.warnot@linklaters.com |
| astern@sidley.com | adam.lurie@linklaters.com |
| ncrowell@sidley.com | patrick.ashby@linklaters.com |
| *Attorneys for Defendant Standard Chartered Bank* | *Attorneys for Defendant Société Générale* |

MOORE AND VAN ALLEN PLLC

By: /s/ James P. McLoughlin, Jr.
James P. McLoughlin, Jr.
Mark A. Nebrig
Joshua D. Lanning
Moore and Van Allen PLLC
100 N. Tryon Street, Suite 4700
Charlotte, North Carolina 28202
Telephone: (704) 331-1000

Facsimile: (704) 331-1159
jimmcloughlin@mvalaw.com
marknebrig@mvalaw.com
joshlanning@mvalaw.com

*Attorneys for Defendant*
*RBC Capital Markets, LLC*