UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, *et al.*,<br><br>Plaintiffs,<br><br>-against-<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>Defendants. | 17 Civ. 03139 (LGS) |

**NOTICE OF MOTION TO WITHDRAW AS COUNSEL**

PLEASE TAKE NOTICE that, upon the accompanying Declaration, Sue S. Guan will move this Court, pursuant to this Court's Local Civil Rule 1.4, for leave to withdraw as counsel for Defendants The Goldman Sachs Group, Inc. and Goldman Sachs & Co. LLC.

PLEASE TAKE FURTHER NOTICE that other attorneys at Cleary Gottlieb Steen & Hamilton LLP will continue to be counsel of record for The Goldman Sachs Group, Inc. and Goldman Sachs & Co. LLC in this action.

Dated: New York, New York
       June 11, 2018

Respectfully submitted,

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: */s/ Sue S. Guan*

Sue S. Guan
*sguan@cgsh.com*
One Liberty Plaza
New York, New York 10006
T: 212-225-2000

*Attorney for The Goldman Sachs Group, Inc. and Goldman Sachs & Co. LLC*