UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, *et al.*, <br><br> Plaintiffs, <br><br> -against- <br><br> BANK OF AMERICA CORPORATION, *et al.*, <br><br> Defendants. | 17 Civ. 03139 (LGS) |

**DECLARATION OF SUE S. GUAN PURSUANT TO LOCAL RULE 1.4**

I, Sue S. Guan, declare as follows pursuant to Local Rule 1.4 of the Rules of this Court:

1. I am an attorney at the law firm Cleary Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb"), representing The Goldman Sachs Group, Inc. and Goldman Sachs & Co. LLC in the above-captioned matter. I am duly admitted to this Court.

2. As of June 29, 2018, I will no longer be associated with Cleary Gottlieb. Other attorneys from Cleary Gottlieb have also appeared in this action on behalf of The Goldman Sachs Group, Inc. and Goldman Sachs & Co. LLC and will continue to be counsel of record. Accordingly, no delay or prejudice to any party will result from my withdrawal.

3. No retaining or charging lien is being asserted.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 11, 2018 at New York, New York.

                                                      */s/ Sue S. Guan*