UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, *et al.*,<br><br>      Plaintiffs,<br><br>  -against-<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>      Defendants. | 17 Civ. 03139 (LGS) |

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

Upon the motion for Sue S. Guan for leave to withdraw as counsel for The Goldman Sachs Group, Inc. and Goldman Sachs & Co. LLC,

IT IS HEREBY ORDERED that the motion of Sue S. Guan to withdraw as counsel for The Goldman Sachs Group, Inc. and Goldman Sachs & Co. LLC is granted, and Ms. Guan's appearance is withdrawn as of the date of this order.

Dated:

_____
Honorable Lorna G. Schofield
United States District Judge