USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/12/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAMES CONTANT, *et al.*,

      Plaintiffs,

    -against-

BANK OF AMERICA
CORPORATION, *et al.*,

      Defendants.

17 Civ. 03139 (LGS)

---

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Upon the motion for Sue S. Guan for leave to withdraw as counsel for The

Goldman Sachs Group, Inc. and Goldman Sachs & Co. LLC,

IT IS HEREBY ORDERED that the motion of Sue S. Guan to withdraw as

counsel for The Goldman Sachs Group, Inc. and Goldman Sachs & Co. LLC is granted, and

Ms. Guan's appearance is withdrawn as of the date of this order.

The Clerk of Court is respectfully directed to terminate Ms. Guan on the Docket.

Dated: June 12, 2018
      New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**