UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
JAMES CONTANT, MARTIN-HAN TRAN, CARLOS GONZALEZ, UGNIUS MATKUS, JERRY JACOBSON, and PAUL VERMILLION, on behalf of themselves and all others similarly situated,

        Plaintiffs,

v.

BANK OF AMERICA CORPORATION, et al.,

        Defendants.
------------------------------------------------------- x

: No. 1:17-cv-03139-LGS

: NOTICE OF APPEARANCE

: ECF Case

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Paul Mishkin of the law firm of Davis Polk & Wardwell LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel of record for defendants The Royal Bank of Scotland Group plc and RBS Securities Inc. in the above-captioned matter, and requests that all papers in this action be served upon him at the address indicated below.

| | | |
|---|---|---|
| Dated: | New York, New York<br>June 29, 2018 | Respectfully Submitted,<br><br>DAVIS POLK & WARDWELL LLP |
| | By: | /s/ Paul Mishkin<br>Paul Mishkin<br><br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, New York  10017<br>Telephone:  (212) 450-4292<br>Facsimile:   (212) 701-5292<br>paul.mishkin@davispolk.com<br><br>*Counsel for Defendants The Royal Bank of Scotland Group plc and RBS Securities Inc.* |