New York        Paris
Menlo Park      Madrid
Washington DC   Tokyo
São Paulo       Beijing
London          Hong Kong

# Davis Polk

**Joel Cohen**

Davis Polk & Wardwell LLP     212 450 4592 tel
450 Lexington Avenue          212 701 5592 fax
New York, NY 10017            joel.cohen@davispolk.com

June 29, 2018

<u>Via ECF</u>

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:   *Contant et al v. Bank of America Corporation, et al.*, No. 17 Civ. 3139

Dear Judge Schofield:

Davis Polk & Wardwell LLP represents defendants The Royal Bank of Scotland Group plc and RBS Securities Inc. in the above-referenced action. After June 29, 2018, I will no longer be associated with the law firm of Davis Polk & Wardwell LLP and thus no longer serve as counsel. Accordingly, I respectfully request that the Court instruct the docket clerk to remove my registration as counsel of record. Davis Polk & Wardwell LLP will continue to represent the defendants in this action.

Respectfully submitted,

*/s/ Joel Cohen*

Joel Cohen

cc: All Counsel of Record (via ECF)

SO ORDERED.      DATE: _____

_____
U.S.D.J.