**Davis Polk**

Joel Cohen

Davis Polk & Wardwell LLP  212 450 4592 tel
450 Lexington Avenue       212 701 5592 fax
New York, NY 10017         joel.cohen@davispolk.com

New York     Paris
Menlo Park   Madrid
Washington DC Tokyo
São Paulo    Beijing
London       Hong Kong

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/2/18

June 29, 2018

Via ECF

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:   *Contant et al v. Bank of America Corporation, et al.*, No. 17 Civ. 3139

Dear Judge Schofield:

Davis Polk & Wardwell LLP represents defendants The Royal Bank of Scotland Group plc and RBS Securities Inc. in the above-referenced action. After June 29, 2018, I will no longer be associated with the law firm of Davis Polk & Wardwell LLP and thus no longer serve as counsel. Accordingly, I respectfully request that the Court instruct the docket clerk to remove my registration as counsel of record. Davis Polk & Wardwell LLP will continue to represent the defendants in this action.

Respectfully submitted,

*/s/ Joel Cohen*

Joel Cohen

cc: All Counsel of Record (via ECF)

SO ORDERED.   DATE: July 2, 2018
              New York, New York

*/s/ Lorna G. Schofield*

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE