UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> BANK OF AMERICA CORPORATION, *et al*., <br><br> Defendants. | Case No. 17-cv-3139-LGS <br><br> (related to No. 13-cv-7789-LGS) <br><br> ECF CASE |

**NOTICE OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT WITH CITIGROUP INC., CITIBANK, N.A., CITICORP, AND CITIGROUP GLOBAL MARKETS INC.**

PLEASE TAKE NOTICE that Plaintiffs shall move this Court, before the Honorable Lorna G. Schofield, on a date and at a time to be determined by the Court, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, for an Order:

(1) Granting preliminary approval of the proposed Settlement Agreement with Citigroup Inc., Citibank, N.A., Citicorp, and Citigroup Global Markets Inc. (the "Settlement");

(2) Certifying the proposed Settlement Classes for settlement purposes;

(3) Appointing Berger & Montague, P.C. as settlement class counsel;

(4) Appointing Class Plaintiffs as class representatives of their respective Settlement Classes for settlement purposes; and

(5) Staying all proceedings in the Action with respect to the Settling Defendants until further order of the Court, except as may be necessary to implement the Settlement or comply with the terms thereof.

Submitted herewith in support of this Motion are the:

(1) Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Approval of the Settlement;

(2) Declaration of Michael Dell'Angelo in Support of Plaintiffs' Motion for Preliminary Approval of the Settlement, and the exhibits thereto; and

(3) [PROPOSED] Order Preliminarily Approving the Settlement, Conditionally Certifying the Settlement Classes, and Appointing Class Counsel and Class Representatives for the Settlement Classes.

Dated:  August 21, 2018

Respectfully submitted,

/s/ Michael Dell'Angelo
Michael Dell'Angelo
Joshua T. Ripley
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, Pennsylvania 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
mdellangelo@bm.net
jripley@bm.net

*Counsel for Plaintiffs and Proposed Settlement Class Counsel*

Garrett W. Wotkyns
**SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS LLP**
8501 North Scottsdale Rd., Ste. 270
Scottsdale, AZ 85253
Tel: (480) 428-0142
Fax: (866) 505-8036

2

gwotkyns@schneiderwallace.com

Joseph C. Peiffer
**PEIFFER ROSCA WOLF ABDULLAH CARR& KANE LLP**
201 St. Charles Ave., Ste. 4610
New Orleans, LA 70170
Tel: (504) 523-2434
Fax: (504)523-2464
jpeiffer@prwlegal.com

R. Bryant McCulley
Stuart H. McCluer
Frank B. Ulmer
**MCCULLEY MCCLUER PLLC**
1022 Carolina Blvd., Ste. 300
Charleston, SC 29451
Tel: (855) 467-0451
Fax: (662) 368-1506
bmcculley@mcculleymccluer.com
smccluer@mcculleymccluer.com
fulmer@mcculleymccluer.com

*Counsel for Plaintiffs*

3