**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/22/2018

JAMES CONTANT, *et al.*,

                Plaintiffs,

v.

BANK OF AMERICA
CORPORATION, *et al.*,

                Defendants.

Case No. 17-cv-3139-LGS

(related to No. 13-cv-7789-LGS)

ECF CASE

## NOTICE OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT WITH CITIGROUP INC., CITIBANK, N.A., CITICORP, AND CITIGROUP GLOBAL MARKETS INC.

PLEASE TAKE NOTICE that Plaintiffs shall move this Court, before the Honorable

Lorna G. Schofield, on a date and at a time to be determined by the Court, at the Thurgood

Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, for an Order:

(1)     Granting preliminary approval of the proposed Settlement Agreement with

Citigroup Inc., Citibank, N.A., Citicorp, and Citigroup Global Markets Inc. (the

"Settlement");

(2)     Certifying the proposed Settlement Classes for settlement purposes;

(3)     Appointing Berger & Montague, P.C. as settlement class counsel;

(4)     Appointing Class Plaintiffs as class representatives of their respective Settlement

Classes for settlement purposes; and

A Preliminary Approval Hearing will be held on September 27, 2018, at 11:30 a.m.

Dated: August 22, 2018
    New York, New York

SO ORDERED

HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

     (5)     Staying all proceedings in the Action with respect to the Settling Defendants until further order of the Court, except as may be necessary to implement the Settlement or comply with the terms thereof.

Submitted herewith in support of this Motion are the:

     (1)     Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Approval of the Settlement;

     (2)     Declaration of Michael Dell'Angelo in Support of Plaintiffs' Motion for Preliminary Approval of the Settlement, and the exhibits thereto; and

     (3)     [PROPOSED] Order Preliminarily Approving the Settlement, Conditionally Certifying the Settlement Classes, and Appointing Class Counsel and Class Representatives for the Settlement Classes.

Dated:   August 21, 2018          Respectfully submitted,

                    /s/ Michael Dell'Angelo
                    Michael Dell'Angelo
                    Joshua T. Ripley
                    **BERGER & MONTAGUE, P.C.**
                    1622 Locust Street
                    Philadelphia, Pennsylvania 19103
                    Tel: (215) 875-3000
                    Fax: (215) 875-4604
                    mdellangelo@bm.net
                    jripley@bm.net

                    ***Counsel for Plaintiffs and Proposed Settlement Class Counsel***

                    Garrett W. Wotkyns
                    **SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS LLP**
                    8501 North Scottsdale Rd., Ste. 270
                    Scottsdale, AZ 85253
                    Tel: (480) 428-0142
                    Fax: (866) 505-8036

gwotkyns@schneiderwallace.com

Joseph C. Peiffer
**PEIFFER ROSCA WOLF ABDULLAH
CARR & KANE LLP**
201 St. Charles Ave., Ste. 4610
New Orleans, LA 70170
Tel: (504) 523-2434
Fax: (504)523-2464
jpeiffer@prwlegal.com

R. Bryant McCulley
Stuart H. McCluer
Frank B. Ulmer
**MCCULLEY MCCLUER PLLC**
1022 Carolina Blvd., Ste. 300
Charleston, SC 29451
Tel: (855) 467-0451
Fax: (662) 368-1506
bmcculley@mcculleymccluer.com
smccluer@mcculleymccluer.com
fulmer@mcculleymccluer.com

*Counsel for Plaintiffs*