UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

James Contant, et al.,               Plaintiff,         Case No. 17-cv-3139-LGS

    -against-

Bank of America Corp., et al.,       Defendant.
--------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending           [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:

**Michael Dell'Angelo**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: _____   My State Bar Number is  PA 80910

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME:  Berger & Montague, P.C
            FIRM ADDRESS:  1622 Locust Street, Philadelphia, PA 19103
            FIRM TELEPHONE NUMBER:  (215) 875-3000
            FIRM FAX NUMBER:  (215) 875-4604

NEW FIRM:   FIRM NAME:  Berger Montague PC
            FIRM ADDRESS:  1818 Market St, Suite 3600, Philadelphia, PA 19103
            FIRM TELEPHONE NUMBER:  (215) 875-3000
            FIRM FAX NUMBER:  (215) 875-4604

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: August 28, 2018

*/s/ Michael Dell'Angelo*
ATTORNEY'S SIGNATURE