UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

James Contant, et al.,     Plaintiff,     Case No. 17-cv-3139-LGS

-against-

Bank of America Corp., et al.,     Defendant.
-------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending     [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Joshua T. Ripley**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: _____ My State Bar Number is PA 321190

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Berger & Montague, P.C.
               FIRM ADDRESS: 1622 Locust Street, Philadelphia, PA 19103
               FIRM TELEPHONE NUMBER: (215) 875-3000
               FIRM FAX NUMBER: (215) 875-4604

NEW FIRM:    FIRM NAME: Berger Montague PC
               FIRM ADDRESS: 1818 Market St, Suite 3600, Philadelphia, PA 19103
               FIRM TELEPHONE NUMBER: (215) 875-3000
               FIRM FAX NUMBER: (215) 875-4604

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: August 28, 2018

_____
ATTORNEY'S SIGNATURE