```
UNITED STATES DISTRICT COURT                        USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                       DOCUMENT
------------------------------------------------- X ELECTRONICALLY FILED
                                                  : DOC #:_____
JAMES CONTANT, et al.,                            : DATE FILED: 9/12/18
                                                  :
                               Plaintiffs,        :    17 Civ. 3139 (LGS)
                                                  :
                  -against-                       :    OPINION AND ORDER
                                                  :
BANK OF AMERICA CORPORATION, et al.,              :
                                                  :
                               Defendants.        :
------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS Plaintiffs moved for leave to amend (Dkt. 138) in order to assert claims under the Florida Deceptive and Unfair Trade Practices Act, Fl. Stat. § 501.201, *et seq*.;

WHEREAS, pursuant to Fla. Stat. § 501.212(4)(c), the FDUTPA "does not apply to . . . . Banks, credit unions, and savings and loan associations regulated by federal agencies." It is hereby

**ORDERED** that, by **September 19, 2018**, Plaintiffs and Defendants shall each submit a letter brief, not to exceed three pages, citing any applicable law and legislative history and including any argument as to (1) what entities constitute "banks . . . regulated by federal agencies" within the meaning of § 501.212(4)(c) and (2) which Defendants do or do not meet that definition.

Dated: September 12, 2018
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**