DIRECT DIAL
(212) 735-3834
EMAIL ADDRESS
BORIS.BERSHTEYN@SKADDEN.COM

September 14, 2018

**VIA ECF**

Honorable Lorna G. Schofield
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

      RE:    *Contant, et al. v. Bank of America Corporation, et al.*, 17-cv-3139

Dear Judge Schofield:

      Pursuant to Rule I(B)(2) of Your Honor's Individual Rules and Procedures for Civil Cases, the undersigned plaintiffs and non-settling defendants in the above-referenced action respectfully request a short extension of time for filing the letter briefs addressing the Florida Deceptive and Unfair Trade Practices Act claims, as directed by Your Honor in an order dated September 12, 2018.  (ECF No. 160.)  Because the current deadline of September 19, 2018 falls on the Yom Kippur holiday, the parties respectfully request an extension until September 21, 2018.  No previous requests for an extension of time have been made concerning these letter briefs.  The parties respectfully submit that this extension of time would not affect other scheduled dates.

Honorable Lorna G. Schofield
September 14, 2018
Page 2

                                                   Respectfully submitted,

| SHEARMAN & STERLING LLP | SULLIVAN & CROMWELL LLP |
|---|---|
| By: /s/ Adam S. Hakki | By: /s/ Matthew A. Schwartz |
| Adam S. Hakki | Matthew A. Schwartz |
| Richard F. Schwed | David H. Braff |
| Jeffrey J. Resetarits | Yvonne S. Quinn |
| 599 Lexington Avenue | 125 Broad Street |
| New York, New York 10022 | New York, New York 10004 |
| Telephone: (212) 848-4000 | Telephone: (212) 558-4000 |
| ahakki@shearman.com | schwartzmatthew@sullcrom.com |
| rschwed@shearman.com | braffd@sullcrom.com |
| jeffrey.resetarits@shearman.com | quinny@sullcrom.com |
| *Attorneys for Defendants Bank of America Corporation, Bank of America, N.A. and Merrill Lynch, Pierce, Fenner & Smith Incorporated* | *Attorneys for Defendant Barclays Bank PLC and Barclays Capital Inc.* |

Honorable Lorna G. Schofield
September 14, 2018
Page 3

| | |
|---|---|
| ALLEN & OVERY LLP | CAHILL GORDON & REINDEL LLP |
| By: /s/ David C. Esseks | By: /s/ David G. Januszewski |
| David C. Esseks | David G. Januszewski |
| Laura R. Hall | Herbert S. Washer |
| Rebecca Delfiner | Elai Katz |
| 1221 Avenue of the Americas | Jason M. Hall |
| New York, New York 10020 | 80 Pine Street |
| Telephone: (212) 610-6300 | New York, New York 10005 |
| david.esseks@allenovery.com | Telephone: (212) 701-3000 |
| laura.hall@allenovery.com | djanuszewski@cahill.com |
| rebecca.delfiner@allenovery.com | hwasher@cahill.com |
| | ekatz@cahill.com |
| John Terzaken | jhall@cahill.com |
| 1101 New York Avenue | |
| Washington, D.C. 20005 | |
| Telephone: (202) 683-3800 | |
| john.terzaken@allenovery.com | |
| *Attorneys for Defendants BNP Paribas, BNP Paribas North America, Inc., BNP Paribas Securities Corp., and BNP Paribas Prime Brokerage, Inc.* | *Attorneys for Defendants Credit Suisse Group AG, Credit Suisse AG, and Credit Suisse Securities (USA) LLC* |

Honorable Lorna G. Schofield
September 14, 2018
Page 4

KING & SPALDING LLP

By: /s/ G. Patrick Montgomery
G. Patrick Montgomery (*pro hac vice*)
1700 Pennsylvania Ave., NW
Washington, D.C. 20006
Telephone: (202) 626-5444
pmontgomery@kslaw.com

LATHAM & WATKINS LLP

By: /s/ Joseph Serino, Jr.
Joseph Serino, Jr.
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1717
joseph.serino@lw.com

*Attorneys for Defendant Deutsche Bank AG and Deutsche Bank Securities Inc.*

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: /s/ Thomas J. Moloney
Thomas J. Moloney
George S. Cary
Sue S. Guan
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
tmoloney@cgsh.com
gcary@cgsh.com
sguan@cgsh.com

*Attorneys for Defendants The Goldman Sachs Group, Inc. and Goldman, Sachs & Co.*

| LOCKE LORD LLP | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
|---|---|
| By: /s/ Gregory T. Casamento<br>Gregory T. Casamento<br>3 World Financial Center<br>New York, New York 10281<br>Telephone: (212) 812-8325<br>gcasamento@lockelord.com<br><br>Roger B. Cowie<br>2200 Ross Avenue, Suite 2800<br>Dallas, TX 75201<br>Telephone: (214) 740-8000<br>rcowie@lockelord.com<br><br>J. Matthew Goodin<br>Julia C. Webb<br>111 South Wacker Drive<br>Chicago, IL 60606<br>Telephone: (312) 443-0700<br>jmgoodin@lockelord.com<br>jwebb@lockelord.com | By: /s/ Boris Bershteyn<br>Peter E. Greene<br>Boris Bershteyn<br>Peter Julian<br>Tansy Woan<br>Four Times Square<br>New York, New York 10036<br>Telephone: (212) 735-3000<br>peter.greene@skadden.com<br>boris.bershteyn@skadden.com<br>peter.julian@skadden.com<br>tansy.woan@skadden.com |
| *Attorneys for Defendants HSBC Holdings, PLC, HSBC Bank PLC, HSBC North America Holdings, Inc., HSBC Bank USA, N.A., and HSBC Securities (USA) Inc.* | *Attorneys for Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.* |

Honorable Lorna G. Schofield
September 14, 2018
Page 6

| | |
|---|---|
| WACHTELL, LIPTON, ROSEN & KATZ | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| By: /s/ Jonathan Moses<br>Jonathan Moses<br>Bradley R. Wilson<br>51 West 52nd Street<br>New York, New York 10019<br>Telephone: (212) 403-1000<br>JMMoses@wlrk.com<br>BRWilson@wlrk.com | By: /s/ Kenneth A. Gallo<br>Kenneth A. Gallo<br>Michael E. Gertzman<br>Maxwell A.H. Kosman<br>Anand Sithian<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990<br>kgallo@paulweiss.com<br>mgertzman@paulweiss.com<br>mkosman@paulweiss.com<br>asithian@paulweiss.com |
| *Attorneys for Defendants Morgan Stanley, Morgan Stanley & Co., LLC, and Morgan Stanley & Co. International PLC* | *Attorneys for Defendant MUFG Bank, Ltd. (f/k/a The Bank of Tokyo-Mitsubishi UFJ, Ltd.)* |

Honorable Lorna G. Schofield
September 14, 2018
Page 7

| MOORE AND VAN ALLEN PLLC | DAVIS POLK & WARDWELL LLP |
|---|---|
| By: /s/ James P. McLoughlin, Jr. | By: /s/ Paul S. Mishkin |
| James P. McLoughlin, Jr.<br>Mark A. Nebrig<br>Joshua D. Lanning<br>Moore and Van Allen PLLC<br>100 N. Tryon Street, Suite 4700<br>Charlotte, North Carolina 28202<br>Telephone: (704) 331-1000<br>jimmcloughlin@mvalaw.com<br>marknebrig@mvalaw.com<br>joshlanning@mvalaw.com | Paul S. Mishkin<br>Maude Paquin<br>450 Lexington Avenue<br>New York, New York 10017<br>Telephone: (212) 450-4000<br>paul.mishkin@davispolk.com<br>maude.paquin@davispolk.com |
| *Attorneys for Defendant*<br>*RBC Capital Markets, LLC* | *Attorneys for Defendants The Royal Bank of Scotland Group plc and RBS Securities Inc.* |

Honorable Lorna G. Schofield
September 14, 2018
Page 8

| | |
|---|---|
| LINKLATERS LLP | SIDLEY AUSTIN LLP |
| By: /s/ James R. Warnot, Jr. | By: /s/ Andrew W. Stern |
| James R. Warnot, Jr. | Andrew W. Stern |
| Adam S. Lurie | Alan M. Unger |
| Patrick C. Ashby | Nicholas P. Crowell |
| 1345 Avenue of the Americas | 787 Seventh Avenue |
| New York, New York 10105 | New York, New York 10019 |
| Telephone: (212) 903-9000 | Telephone: (212) 839-5300 |
| james.warnot@linklaters.com | astern@sidley.com |
| adam.lurie@linklaters.com | aunger@sidley.com |
| patrick.ashby@linklaters.com | ncrowell@sidley.com |
| *Attorneys for Defendant Société Générale* | *Attorneys for Defendant Standard Chartered Bank* |

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Eric J. Stock
Eric J. Stock
Indraneel Sur
200 Park Avenue, 48th Floor
New York, New York 10166
Telephone: (212) 351-4000
estock@gibsondunn.com
isur@gibsondunn.com

D. Jarrett Arp
Melanie L. Katsur
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
jarp@gibsondunn.com
mkatsur@gibsondunn.com

*Attorneys for Defendants UBS AG, UBS Group AG, and UBS Securities, LLC*

BERGER MONTAGUE PC

By: /s/ Michael Dell'Angelo
Michael Dell'Angelo
Joshua T. Ripley
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
mdellangelo@bm.net
jripley@bm.net

*Attorneys for Plaintiffs and the proposed Classes*