USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: Sept 14, 2018

DIRECT DIAL
(212) 735-3834
EMAIL ADDRESS
BORIS.BERSHTEYN@SKADDEN.COM

September 14, 2018

**VIA ECF**

Honorable Lorna G. Schofield
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

      RE:    <u>Contant, et al. v. Bank of America Corporation, et al.</u>, 17-cv-3139

Dear Judge Schofield:

      Pursuant to Rule I(B)(2) of Your Honor's Individual Rules and Procedures for Civil Cases, the undersigned plaintiffs and non-settling defendants in the above-referenced action respectfully request a short extension of time for filing the letter briefs addressing the Florida Deceptive and Unfair Trade Practices Act claims, as directed by Your Honor in an order dated September 12, 2018. (ECF No. 160.) Because the current deadline of September 19, 2018 falls on the Yom Kippur holiday, the parties respectfully request an extension until September 21, 2018. No previous requests for an extension of time have been made concerning these letter briefs. The parties respectfully submit that this extension of time would not affect other scheduled dates.

APPLICATION GRANTED. The time for the parties to file the referenced letter briefs is extended from September 19, 2018 to September 21, 2018.

New York, New York
September 14, 2018

*[signature]*

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Honorable Lorna G. Schofield
September 14, 2018
Page 2

Respectfully submitted,

SHEARMAN & STERLING LLP

By: /s/ Adam S. Hakki
Adam S. Hakki
Richard F. Schwed
Jeffrey J. Resetarits
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
ahakki@shearman.com
rschwed@shearman.com
jeffrey.resetarits@shearman.com

*Attorneys for Defendants Bank of America Corporation, Bank of America, N.A. and Merrill Lynch, Pierce, Fenner & Smith Incorporated*

SULLIVAN & CROMWELL LLP

By: /s/ Matthew A. Schwartz
Matthew A. Schwartz
David H. Braff
Yvonne S. Quinn
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
schwartzmatthew@sullcrom.com
braffd@sullcrom.com
quinny@sullcrom.com

*Attorneys for Defendant Barclays Bank PLC and Barclays Capital Inc.*

Case 1:17-cv-02139-LGS-SDA Document 162 Filed 09/14/18 Page 3 of 9
Case 1:17-cv-03139-LGS Document 161 Filed 09/14/18 Page 3 of 9

Honorable Lorna G. Schofield
September 14, 2018
Page 3

| ALLEN & OVERY LLP | CAHILL GORDON & REINDEL LLP |
|---|---|
| By: /s/ David C. Esseks | By: /s/ David G. Januszewski |
| David C. Esseks | David G. Januszewski |
| Laura R. Hall | Herbert S. Washer |
| Rebecca Delfiner | Elai Katz |
| 1221 Avenue of the Americas | Jason M. Hall |
| New York, New York 10020 | 80 Pine Street |
| Telephone: (212) 610-6300 | New York, New York 10005 |
| david.esseks@allenovery.com | Telephone: (212) 701-3000 |
| laura.hall@allenovery.com | djanuszewski@cahill.com |
| rebecca.delfiner@allenovery.com | hwasher@cahill.com |
| | ekatz@cahill.com |
| John Terzaken | jhall@cahill.com |
| 1101 New York Avenue | |
| Washington, D.C. 20005 | |
| Telephone: (202) 683-3800 | |
| john.terzaken@allenovery.com | |
| *Attorneys for Defendants BNP Paribas, BNP Paribas North America, Inc., BNP Paribas Securities Corp., and BNP Paribas Prime Brokerage, Inc.* | *Attorneys for Defendants Credit Suisse Group AG, Credit Suisse AG, and Credit Suisse Securities (USA) LLC* |

Honorable Lorna G. Schofield
September 14, 2018
Page 4

| | |
|---|---|
| KING & SPALDING LLP | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| By: /s/ G. Patrick Montgomery<br>G. Patrick Montgomery (*pro hac vice*)<br>1700 Pennsylvania Ave., NW<br>Washington, D.C. 20006<br>Telephone: (202) 626-5444<br>pmontgomery@kslaw.com | By: /s/ Thomas J. Moloney<br>Thomas J. Moloney<br>George S. Cary<br>Sue S. Guan<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>tmoloney@cgsh.com<br>gcary@cgsh.com<br>sguan@cgsh.com |
| LATHAM & WATKINS LLP | |
| By: /s/ Joseph Serino, Jr.<br>Joseph Serino, Jr.<br>885 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 906-1717<br>joseph.serino@lw.com | |
| *Attorneys for Defendant Deutsche Bank AG and Deutsche Bank Securities Inc.* | *Attorneys for Defendants The Goldman Sachs Group, Inc. and Goldman, Sachs & Co.* |

Case 1:17-cv-03139-LGS-SDA Document 162 Filed 09/14/18 Page 5 of 9
Case 1:17-cv-03139-LGS Document 161 Filed 09/14/18 Page 5 of 9
Honorable Lorna G. Schofield
September 14, 2018
Page 5

| LOCKE LORD LLP | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
|---|---|
| By: /s/ Gregory T. Casamento | By: /s/ Boris Bershteyn |
| Gregory T. Casamento | Peter E. Greene |
| 3 World Financial Center | Boris Bershteyn |
| New York, New York 10281 | Peter Julian |
| Telephone: (212) 812-8325 | Tansy Woan |
| gcasamento@lockelord.com | Four Times Square |
|  | New York, New York 10036 |
| Roger B. Cowie | Telephone: (212) 735-3000 |
| 2200 Ross Avenue, Suite 2800 | peter.greene@skadden.com |
| Dallas, TX 75201 | boris.bershteyn@skadden.com |
| Telephone: (214) 740-8000 | peter.julian@skadden.com |
| rcowie@lockelord.com | tansy.woan@skadden.com |
| J. Matthew Goodin | |
| Julia C. Webb | |
| 111 South Wacker Drive | |
| Chicago, IL 60606 | |
| Telephone: (312) 443-0700 | |
| jmgoodin@lockelord.com | |
| jwebb@lockelord.com | |
| *Attorneys for Defendants HSBC Holdings, PLC, HSBC Bank PLC, HSBC North America Holdings, Inc., HSBC Bank USA, N.A., and HSBC Securities (USA) Inc.* | *Attorneys for Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.* |

| | |
|---|---|
| WACHTELL, LIPTON, ROSEN & KATZ | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| By: /s/ Jonathan Moses<br>Jonathan Moses<br>Bradley R. Wilson<br>51 West 52nd Street<br>New York, New York 10019<br>Telephone: (212) 403-1000<br>JMMoses@wlrk.com<br>BRWilson@wlrk.com | By: /s/ Kenneth A. Gallo<br>Kenneth A. Gallo<br>Michael E. Gertzman<br>Maxwell A.H. Kosman<br>Anand Sithian<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990<br>kgallo@paulweiss.com<br>mgertzman@paulweiss.com<br>mkosman@paulweiss.com<br>asithian@paulweiss.com |
| *Attorneys for Defendants Morgan Stanley, Morgan Stanley & Co., LLC, and Morgan Stanley & Co. International PLC* | *Attorneys for Defendant MUFG Bank, Ltd. (f/k/a The Bank of Tokyo-Mitsubishi UFJ, Ltd.)* |

Case 1:17-cv-03139-LGS-SDA Document 162 Filed 09/14/18 Page 7 of 9
Case 1:17-cv-03139-LGS Document 161 Filed 09/14/18 Page 7 of 9

Honorable Lorna G. Schofield
September 14, 2018
Page 7

| MOORE AND VAN ALLEN PLLC | DAVIS POLK & WARDWELL LLP |
|---|---|
| By: /s/ James P. McLoughlin, Jr. | By: /s/ Paul S. Mishkin |
| James P. McLoughlin, Jr. | Paul S. Mishkin |
| Mark A. Nebrig | Maude Paquin |
| Joshua D. Lanning | 450 Lexington Avenue |
| Moore and Van Allen PLLC | New York, New York 10017 |
| 100 N. Tryon Street, Suite 4700 | Telephone: (212) 450-4000 |
| Charlotte, North Carolina 28202 | paul.mishkin@davispolk.com |
| Telephone: (704) 331-1000 | maude.paquin@davispolk.com |
| jimmcloughlin@mvalaw.com | |
| marknebrig@mvalaw.com | |
| joshlanning@mvalaw.com | |
| | |
| *Attorneys for Defendant* | *Attorneys for Defendants The Royal Bank* |
| *RBC Capital Markets, LLC* | *of Scotland Group plc and RBS Securities* |
| | *Inc.* |

| | |
|---|---|
| LINKLATERS LLP | SIDLEY AUSTIN LLP |
| By: /s/ James R. Warnot, Jr. | By: /s/ Andrew W. Stern |
| James R. Warnot, Jr. | Andrew W. Stern |
| Adam S. Lurie | Alan M. Unger |
| Patrick C. Ashby | Nicholas P. Crowell |
| 1345 Avenue of the Americas | 787 Seventh Avenue |
| New York, New York 10105 | New York, New York 10019 |
| Telephone: (212) 903-9000 | Telephone: (212) 839-5300 |
| james.warnot@linklaters.com | astern@sidley.com |
| adam.lurie@linklaters.com | aunger@sidley.com |
| patrick.ashby@linklaters.com | ncrowell@sidley.com |
| *Attorneys for Defendant Société Générale* | *Attorneys for Defendant Standard Chartered Bank* |

Case 1:17-cv-03139-LGS-SDA Document 162 Filed 09/14/18 Page 9 of 9
Case 1:17-cv-03139-LGS Document 161 Filed 09/14/18 Page 9 of 9

Honorable Lorna G. Schofield
September 14, 2018
Page 9

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Eric J. Stock
Eric J. Stock
Indraneel Sur
200 Park Avenue, 48th Floor
New York, New York 10166
Telephone: (212) 351-4000
estock@gibsondunn.com
isur@gibsondunn.com

D. Jarrett Arp
Melanie L. Katsur
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
jarp@gibsondunn.com
mkatsur@gibsondunn.com

*Attorneys for Defendants UBS AG, UBS Group AG, and UBS Securities, LLC*

BERGER MONTAGUE PC

By: /s/ Michael Dell'Angelo
Michael Dell'Angelo
Joshua T. Ripley
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
mdellangelo@bm.net
jripley@bm.net

*Attorneys for Plaintiffs and the proposed Classes*