```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                              :
   JAMES CONTANT, et al.,                     :
                                              :
                               Plaintiffs,    :    17 Civ. 3139 (LGS)
                                              :
                  -against-                   :    ORDER
                                              :
   BANK OF AMERICA CORPORATION, et al.,       :
                                              :
                               Defendants.    :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/21/18

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a preliminary approval hearing in this action was previously scheduled for September 27, 2018.  It is hereby

**ORDERED** that the preliminary approval hearing is adjourned to **November 1, 2018, at 11:15 AM**.

Dated: September 21, 2018
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**