UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
   JAMES CONTANT, et al.,                                     :
                                    Plaintiffs,               :
                                                              :     17 Civ. 3139 (LGS)
                  -against-                                   :
                                                              :     ORDER
   BANK OF AMERICA CORPORATION, et al.,                       :
                                    Defendants.               :
                                                              :
------------------------------------------------------------- X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/29/2018
```

LORNA G. SCHOFIELD, District Judge:

It is hereby ORDERED that the preliminary approval hearing in this matter, previously scheduled for November 1, 2018, shall be rescheduled for November 15, 2018, at 11:30 a.m., due to a conflict in the Court's schedule. Any parties not located within the metropolitan Tri-state area who wish to participate telephonically may request permission to do so by filing a letter motion on ECF and (if the motion is granted) convening with all parties on the line and calling into chambers at (212) 805-0288.

Dated: October 29, 2018
       New York, New York

                                                      _____
                                                      **LORNA G. SCHOFIELD**
                                                      **UNITED STATES DISTRICT JUDGE**