November 2, 2018

**VIA ECF**

Honorable Lorna G. Schofield
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

   RE: *Contant, et al. v. Bank of America Corporation, et al.*, 17-cv-3139

Dear Judge Schofield:

   The undersigned non-settling defendants in the captioned action write in anticipation of the hearing on plaintiffs' Motion for Preliminary Approval of Settlement with Citigroup Inc., Citibank, N.A., Citicorp, and Citigroup Global Markets Inc. (collectively, "Citigroup"). (ECF No. 154.) In that motion, plaintiffs request that the Court enter an order preliminarily approving the settlement, preliminarily and conditionally certifying the settlement classes, and appointing class counsel and representatives for the settlement classes. Non-settling defendants expect to vigorously challenge certification of a litigation class in this litigation. Accordingly, non-settling defendants respectfully request that two clarifying additions be made to the proposed preliminary approval order, both of which had been included in this Court's order preliminarily approving settlement agreements in a related action, *In re Foreign Exchange Benchmark Rates Antitrust Litig.*, No. 13-cv-7789 (S.D.N.Y.) ("*FOREX*"), ECF No. 536, Preliminary Approval Order, ¶¶ 22, 25.

   Plaintiffs and Citigroup do not object to either of these proposed amendments.

   1. We respectfully request that the Court add the following provision, making clear that the approval of a <u>settlement</u> class is without prejudice to non-settling defendants' ability to challenge certification of a <u>litigation</u> class:

   The Court's preliminary certification of the Settlement Classes as provided herein is without prejudice to or waiver of the rights of any defendant other than Citigroup to contest certification of any other class proposed in this Action. The Court's findings in this Order shall have no effect on the Court's ruling on any motion to certify any class in the Action, and no party may cite or refer to the Court's preliminary approval of the Settlement Classes as persuasive or binding authority with respect to any motion to certify any such class. Further, no party may cite or refer to the Court's preliminary approval of the Settlement Classes to support or oppose a motion to dismiss.

Honorable Lorna G. Schofield
November 2, 2018
Page 2

       2.      We respectfully request that the Court add the following language to the order, making clear that any stay of proceedings as to Citigroup does not stay discovery of it by non-settling defendants:

> The stay of proceedings in this Action with respect to Citigroup entered by this Order shall not in any way stay matters related to discovery of Citigroup in this action by the Non-Settling Defendants. The parties' rights with respect to such discovery are otherwise reserved and shall remain subject to the Court's orders on discovery.

It would be highly prejudicial to non-settling defendants to be denied the opportunity to seek discovery from Citigroup, to the extent permitted by the Federal Rules of Civil Procedure, in a case that alleges a conspiracy among all defendants.

      These two provisions were proposed by the *FOREX* non-settling defendants[1] as amendments to be included in the order preliminarily approving the *FOREX* plaintiffs' settlement agreements with Bank of America, Barclays, BNP Paribas, Citigroup, Goldman Sachs, HSBC, JPMorgan, RBS and UBS. *See FOREX*, ECF No. 485, Letter from the Non-Settling Defendants to the Court; *FOREX*, ECF No. 495, Preliminary Objections and Comments of the Non-Settling Defendants (further elaborating on the same). All parties in the *FOREX* action, including Citigroup, agreed to include this language in the preliminary approval order. *FOREX*, ECF No. 532, Transcript of Dec. 11, 2015 Preliminary Approval Hearing, at 6:17-7:12.

      As noted, the parties to the Citigroup settlement do not object to these proposed amendments. Non-settling defendants can prepare a mark-up of the proposed preliminary approval order, if doing so would assist the Court. Non-settling defendants also reserve all rights to object to final approval of the settlement or seek other appropriate relief.

                              Respectfully submitted,

---

[1]   At that time, the *FOREX* Non-Settling Defendants included Credit Suisse, Deutsche Bank, Morgan Stanley, The Bank of Tokyo-Mitsubishi UFJ, Ltd., Royal Bank of Canada, Société Générale and Standard Chartered PLC. *Id.*

Honorable Lorna G. Schofield
November 2, 2018
Page 3

| SHEARMAN & STERLING LLP | SULLIVAN & CROMWELL LLP |
|---|---|
| By: /s/ Adam S. Hakki | By: /s/ Matthew A. Schwartz |
| Adam S. Hakki | Matthew A. Schwartz |
| Richard F. Schwed | David H. Braff |
| Jeffrey J. Resetarits | Yvonne S. Quinn |
| 599 Lexington Avenue | 125 Broad Street |
| New York, New York 10022 | New York, New York 10004 |
| Telephone: (212) 848-4000 | Telephone: (212) 558-4000 |
| ahakki@shearman.com | schwartzmatthew@sullcrom.com |
| rschwed@shearman.com | braffd@sullcrom.com |
| jeffrey.resetarits@shearman.com | quinny@sullcrom.com |
| | |
| *Attorneys for Defendants Bank of America Corporation, Bank of America, N.A. and Merrill Lynch, Pierce, Fenner & Smith Incorporated* | *Attorneys for Defendant Barclays Bank PLC and Barclays Capital Inc.* |

Honorable Lorna G. Schofield
November 2, 2018
Page 4


ALLEN & OVERY LLP

By: /s/ David C. Esseks
David C. Esseks
Laura R. Hall
Rebecca Delfiner
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 610-6300
david.esseks@allenovery.com
laura.hall@allenovery.com
rebecca.delfiner@allenovery.com




*Attorneys for Defendants BNP Paribas,
BNP Paribas North America, Inc., BNP
Paribas Securities Corp., and BNP
Paribas Prime Brokerage, Inc.*

CAHILL GORDON & REINDEL LLP

By: /s/ David G. Januszewski
David G. Januszewski
Herbert S. Washer
Elai Katz
Jason M. Hall
80 Pine Street
New York, New York 10005
Telephone: (212) 701-3000
djanuszewski@cahill.com
hwasher@cahill.com
ekatz@cahill.com
jhall@cahill.com




*Attorneys for Defendants Credit Suisse
Group AG, Credit Suisse AG, and Credit
Suisse Securities (USA) LLC*

Honorable Lorna G. Schofield
November 2, 2018
Page 5

KING & SPALDING LLP

By: /s/ G. Patrick Montgomery
G. Patrick Montgomery (*pro hac vice*)
1700 Pennsylvania Ave., NW
Washington, D.C. 20006
Telephone: (202) 626-5444
pmontgomery@kslaw.com

LATHAM & WATKINS LLP

By: /s/ Joseph Serino, Jr.
Joseph Serino, Jr.
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1717
joseph.serino@lw.com

*Attorneys for Defendant Deutsche Bank
AG and Deutsche Bank Securities Inc.*

CLEARY GOTTLIEB STEEN &
HAMILTON LLP

By: /s/ Thomas J. Moloney
Thomas J. Moloney
George S. Cary
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
tmoloney@cgsh.com
gcary@cgsh.com

*Attorneys for Defendants The Goldman
Sachs Group, Inc. and Goldman, Sachs &
Co.*

Honorable Lorna G. Schofield
November 2, 2018
Page 6

LOCKE LORD LLP

By: /s/ Gregory T. Casamento
Gregory T. Casamento
3 World Financial Center
New York, New York 10281
Telephone: (212) 812-8325
gcasamento@lockelord.com

Roger B. Cowie
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
Telephone: (214) 740-8000 rcowie@lockelord.com

J. Matthew Goodin
Julia C. Webb
111 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 443-0700
jmgoodin@lockelord.com
jwebb@lockelord.com

*Attorneys for Defendants HSBC Bank plc, HSBC North America Holdings, Inc., HSBC Bank USA, N.A., and HSBC Securities (USA) Inc.*

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ Boris Bershteyn
Peter E. Greene
Boris Bershteyn
Peter Julian
Tansy Woan
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
peter.greene@skadden.com
boris.bershteyn@skadden.com
peter.julian@skadden.com
tansy.woan@skadden.com

*Attorneys for Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.*

Honorable Lorna G. Schofield
November 2, 2018
Page 7

| | |
|---|---|
| WACHTELL, LIPTON, ROSEN & KATZ | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| By: /s/ Jonathan Moses | By: /s/ Kenneth A. Gallo |
| Jonathan Moses | Kenneth A. Gallo |
| Bradley R. Wilson | Michael E. Gertzman |
| 51 West 52nd Street | Maxwell A.H. Kosman |
| New York, New York 10019 | Anand Sithian |
| Telephone: (212) 403-1000 | 1285 Avenue of the Americas |
| JMMoses@wlrk.com | New York, New York 10019 |
| BRWilson@wlrk.com | Telephone: (212) 373-3000 |
| | Facsimile: (212) 757-3990 |
| | kgallo@paulweiss.com |
| | mgertzman@paulweiss.com |
| | mkosman@paulweiss.com |
| | asithian@paulweiss.com |
| *Attorneys for Defendants Morgan Stanley, Morgan Stanley & Co., LLC, and Morgan Stanley & Co. International PLC* | *Attorneys for Defendant MUFG Bank, Ltd. (f/k/a The Bank of Tokyo-Mitsubishi UFJ, Ltd.)* |

Honorable Lorna G. Schofield
November 2, 2018
Page 8

MOORE AND VAN ALLEN PLLC

By: /s/ James P. McLoughlin, Jr.
James P. McLoughlin, Jr.
Mark A. Nebrig
Joshua D. Lanning
Moore and Van Allen PLLC
100 N. Tryon Street, Suite 4700
Charlotte, North Carolina 28202
Telephone: (704) 331-1000
jimmcloughlin@mvalaw.com
marknebrig@mvalaw.com
joshlanning@mvalaw.com

*Attorneys for Defendant*
*RBC Capital Markets, LLC*

DAVIS POLK & WARDWELL LLP

By: /s/ Paul S. Mishkin
Paul S. Mishkin
Melissa King
Maude Paquin
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
paul.mishkin@davispolk.com
melissa.king@davispolk.com
maude.paquin@davispolk.com

*Attorneys for Defendants The Royal Bank*
*of Scotland plc and RBS Securities Inc.*

Honorable Lorna G. Schofield
November 2, 2018
Page 9


LINKLATERS LLP                          SIDLEY AUSTIN LLP

By: /s/ James R. Warnot, Jr.            By: /s/ Andrew W. Stern
James R. Warnot, Jr.                    Andrew W. Stern
Adam S. Lurie                           Alan M. Unger
Patrick C. Ashby                        Nicholas P. Crowell
1345 Avenue of the Americas             787 Seventh Avenue
New York, New York 10105                New York, New York 10019
Telephone: (212) 903-9000               Telephone: (212) 839-5300
james.warnot@linklaters.com             astern@sidley.com
adam.lurie@linklaters.com               aunger@sidley.com
patrick.ashby@linklaters.com            ncrowell@sidley.com

*Attorneys for Defendant Société Géné-*  *Attorneys for Defendant Standard Char-*
*rale*                                   *tered Bank*

Honorable Lorna G. Schofield
November 2, 2018
Page 10

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Eric J. Stock_____
Eric J. Stock
Indraneel Sur
200 Park Avenue, 48th Floor
New York, New York 10166
Telephone: (212) 351-4000
estock@gibsondunn.com
isur@gibsondunn.com

D. Jarrett Arp
Melanie L. Katsur
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
jarp@gibsondunn.com
mkatsur@gibsondunn.com

*Attorneys for Defendants UBS AG,
UBS Group AG, and UBS Securities,
LLC*