UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JAMES CONTANT, et al.,                          Case No. 17 Civ. 3139 (LGS)
                       Plaintiff(s),
     -against-

BANK OF AMERICA CORPORATION, et al.,
                       Defendant(s).
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

       PLEASE TAKE NOTICE that Rebecca R. Delfiner of Allen & Overy LLP, a member of this Court in good standing, hereby enters an appearance as counsel for defendants BNP Paribas Group, BNP Paribas North America, Inc., BNP Paribas Securities Corp., and BNP Paribas Prime Brokerage, Inc., in the above-captioned action and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with these actions be served on the undersigned.


Dated: New York, New York
        November 13, 2018                Respectfully submitted,

                                            ALLEN & OVERY LLP

                                            By: /s/ Rebecca R. Delfiner
                                                    Rebecca R. Delfiner
                                           1221 Avenue of the Americas
                                           New York, New York 10020
                                           Tel: 212-610-6300
                                           Email: rebecca.delfiner@allenovery.com

                                           *Attorney for Defendants BNP Paribas Group, BNP Paribas North America, Inc., BNP Paribas Securities Corp., and BNP Paribas Prime Brokerage, Inc.*