```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
    JAMES CONTANT, et al.,                                    :
                                      Plaintiff(s),           :
                                                              :           17 Civ. 3139 (LGS)
                    -against-                                 :
                                                              :               ORDER
    BANK OF AMERICA CORPORATION, et al.,                      :
                                      Defendant(s).           :
------------------------------------------------------------- X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 11/13/2018

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the status conference in this matter previously scheduled for November 15, 2018 at 11:30 a.m., is rescheduled for **November 15, 2018 at 10:30 a.m.**, due to a scheduling conflict.   Any parties not located within the metropolitan area who wish to participate telephonically may do so by advising the Court, convening all parties on the line and calling chambers at (212) 805-0288 from a landline.


Dated: November 13, 2018
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**