```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
JAMES CONTANT, et al.,                                       :
                                      Plaintiffs,            :
                                                             :     17 Civ. 3139 (LGS)
              -against-                                      :
                                                             :          ORDER
BANK OF AMERICA CORPORATION, et al.,                         :
                                      Defendants.            :
                                                             :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/16/2018

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on November 15, 2018, a preliminary approval hearing and initial pretrial conference were held. For the reasons stated in the conferences, it is hereby

**ORDERED** that Plaintiffs' motion for preliminary approval of the proposed settlement with the Citibank defendants is **DENIED**. It is further

**ORDERED** that by November 21, 2018, Plaintiffs shall submit to Defendants the names of the retail foreign exchange dealers, as discussed at the conference. It is further

**ORDERED** that if Defendants wish to have the Court issue an order encouraging the parties in this case and the related cases to coordinate with respect to depositions and other discovery, Defendants shall file a proposed order on ECF.

The Clerk of Court is respectfully directed to close the motion at Docket No. 154.

Dated: November 16, 2018
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE