# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case #: 17-cv-3139-LGS

James Contant, et al

Plaintiff

vs.

Bank of America Corporation, et al

Defendant

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Letter; Second Consolidated Class Action Complaint**

PARTY SERVED: **ARIZONA ATTORNEY GENERAL, MARK BRNOVICH**

PERSON SERVED: **LISA FISCHER, LOBBY RECEPTIONIST**

METHOD OF SERVICE: **Corporate** - By leaving copies with the person identified above who stated they were authorized to accept service.

DATE & TIME OF DELIVERY: **11/28/2018 at 1:30 PM**

ADDRESS, CITY AND STATE: **2005 N CENTRAL AVE, PHOENIX, AZ 85004**

DESCRIPTION: **White, Female, 60, 5'2", 150 lbs, Brown/Gray hair**

I declare under penalties of perjury that the information contained herein is true and correct.

_____
Melissa Ruiz, Lic # MC-8537 Exp Date 4/10/2020
Veritext Legal Solutions
1100 Superior Ave, Ste 1820
Cleveland, OH 44114
(216) 523-1313

SUBSCRIBED AND SWORN to before me on the 29th day of November, 2018.

_____
NOTARY PUBLIC

ALICIA RAMIREZ
Notary Public - Arizona
Maricopa County
My Comm. Expires Aug 29, 2019

CLIENT: **Veritext Legal Solutions**
FILE #: **35352.001**

Tracking #: **391240**