# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------x
JAMES CONTANT, MARTIN-HAN TRAN,        :
CARLOS GONZALEZ, UGNIUS MATKUS,        :
JERRY JACOBSON, and PAUL               :
VERMILLION, on behalf of themselves and :        No. 1:17-cv-03139-LGS
all others similarly situated,         :
                                       :
                                       :        NOTICE OF APPEARANCE
               Plaintiffs,             :
                                       :        ECF Case
v.                                     :
                                       :
BANK OF AMERICA CORPORATION, et        :
al.,                                   :
                                       :
               Defendants.             :
                                       :
------------------------------------------------------------x
```

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Paul S. Mishkin of the law firm of Davis Polk & Wardwell LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel of record for defendant The Royal Bank of Scotland plc in the above-captioned matter, and requests that all papers in this action be served upon him at the address indicated below.

Dated:     New York, New York          Respectfully Submitted,
           December 17, 2018
                                       DAVIS POLK & WARDWELL LLP

                              By:   /s/ Paul S. Mishkin
                                    Paul S. Mishkin

                                    Davis Polk & Wardwell LLP
                                    450 Lexington Avenue
                                    New York, New York  10017
                                    Telephone:  (212) 450-4292
                                    Facsimile:  (212) 701-5292
                                    paul.mishkin@davispolk.com

                                    *Counsel for Defendants The Royal Bank of Scotland plc and
                                    RBS Securities Inc.*