UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x
JAMES CONTANT, MARTIN-HAN TRAN, :
CARLOS GONZALEZ, UGNIUS MATKUS, :
JERRY JACOBSON, and PAUL :
VERMILLION, on behalf of themselves and : No. 1:17-cv-03139-LGS
all others similarly situated, :
: NOTICE OF APPEARANCE
Plaintiffs, :
: ECF Case
v. :
:
BANK OF AMERICA CORPORATION, et :
al., :
:
Defendants. :
----------------------------------------------------------x

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Melissa C. King of the law firm of Davis Polk & Wardwell LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel of record for defendant The Royal Bank of Scotland plc in the above-captioned matter, and requests that all papers in this action be served upon her at the address indicated below.

Dated:   New York, New York          Respectfully Submitted,
         December 17, 2018
                                    DAVIS POLK & WARDWELL LLP

                         By:   /s/ Melissa C. King
                               Melissa C. King

                               Davis Polk & Wardwell LLP
                               450 Lexington Avenue
                               New York, New York  10017
                               Telephone:  (212) 450-4673
                               Facsimile:  (212) 701-5673
                               melissa.king@davispolk.com

                               *Counsel for Defendants The Royal Bank of Scotland plc and RBS Securities Inc.*