UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
JAMES CONTANT, MARTIN-HAN TRAN, CARLOS GONZALEZ, UGNIUS MATKUS, JERRY JACOBSON, and PAUL VERMILLION, on behalf of themselves and all others similarly situated,

        Plaintiffs,

v.

BANK OF AMERICA CORPORATION, et al.,

        Defendants
---------------------------------------------------------------x

No. 1:17-cv-03139-LGS

NOTICE OF APPEARANCE

ECF Case

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Maude Paquin of the law firm of Davis Polk & Wardwell LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel of record for defendant The Royal Bank of Scotland plc in the above-captioned matter, and requests that all papers in this action be served upon her at the address indicated below.

Dated: New York, New York
December 17, 2018

Respectfully Submitted,

DAVIS POLK & WARDWELL LLP

By: /s/ Maude Paquin
     Maude Paquin

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, New York  10017
Telephone:  (212) 450-3205
Facsimile:  (212) 701-6205
maude.paquin@davispolk.com

*Counsel for Defendants The Royal Bank of Scotland plc and RBS Securities Inc.*