UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
JAMES CONTANT, MARTIN-HAN　　　　　　:
TRAN, CARLOS GONZALEZ, UGNIUS　　　　:
MATKUS, JERRY JACOBSON, and　　　　　 :
PAUL VERMILLION, on behalf of　　　　　　 :
themselves and all others similarly situated,　 :
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:　No. 1:17-cv-03139-LGS
　　　　　　　Plaintiffs,　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:　RULE 7.1 DISCLOSURE
v.　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:　ECF Case
BANK OF AMERICA CORPORATION, et　:
al.,　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　Defendants.　:
------------------------------------------------------- x

**RULE 7.1 DISCLOSURE**

　　　Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, The Royal Bank of Scotland plc, now known as NatWest Markets Plc, which has been named as a defendant in the above-captioned matter, makes the following disclosures through its undersigned counsel:

　　　Defendant The Royal Bank of Scotland plc, now known as NatWest Markets Plc, is 100-percent owned by The Royal Bank of Scotland Group plc.  The Royal Bank of Scotland Group plc is a publicly traded company organized under the laws of Scotland.  No publicly held corporation owns 10% or more of its stock.

Dated: New York, New York  
December 19, 2018

Respectfully Submitted,

DAVIS POLK & WARDWELL LLP

By: /s/ Paul S. Mishkin  
Paul S. Mishkin

Davis Polk & Wardwell LLP  
450 Lexington Avenue  
New York, New York  10017  
Telephone:  (212) 450-4292  
Facsimile:   (212) 701-5292  
paul.mishkin@davispolk.com

*Counsel for Defendants The Royal Bank of Scotland plc and RBS Securities Inc.*