# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

December 20, 2018

Via ECF

Honorable Lorna G. Schofield,
  United States District Judge,
    Thurgood Marshall U.S. Courthouse,
      40 Foley Square,
        New York, New York 10007.

> Re: *In re Foreign Exchange Benchmark Rates Antitrust Litig.*, 13-cv-07789 ("*FOREX*"); *Nypl et al.*, v. *JP Morgan Chase & Co., et al.*, 15-cv-09300; *Contant, et al.* v. *Bank of Am. Corp., et al.*, 17-cv-03139; and *Allianz Global Investors GMBH, et al.* v. *Bank of Am. Corp., et al.*, 18-cv-10364.

Dear Judge Schofield:

I write on behalf of the Defendants in the above-referenced actions ("Actions"). Pursuant to Your Honor's November 16, 2018 Order in the *Contant* action (Dkt. No. 175), we enclose a Proposed Order Regarding Deposition Coordination in all of the Actions. We have consulted with lead counsel for the *FOREX* Plaintiffs and we understand that they have no objection to this Proposed Order.

Sincerely,

*/s/ Matthew A. Schwartz*

Matthew A. Schwartz

(Enclosure)

cc:   All Counsel of Record