UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
JAMES CONTANT, et al.,

              Plaintiffs,

   v.

BANK OF AMERICA CORPORATION, et al.,

             Defendants.
---------------------------------------------------------------x

Case No.  1:17-cv-03139 (LGS)

## NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE that Rishi N. Zutshi of the law firm Cleary Gottlieb Steen & Hamilton LLP hereby appears in the above-captioned action as counsel for Defendants The Goldman Sachs Group, Inc. and Goldman Sachs & Co. LLC and requests that all papers in this action be served upon, and all communications directed to, the undersigned at the address provided below.

Dated: New York, New York
       December 20, 2018

                       Respectfully submitted,

                       CLEARY GOTTLIEB STEEN & HAMILTON LLP

By:   /s/ Rishi N. Zutshi
      Rishi N. Zutshi
      *rzutshi@cgsh.com*
      One Liberty Plaza
      New York, New York 10006
      Tel:  (212) 225-2000
      Fax:  (212) 225-3999

      *Attorney for Defendants The Goldman Sachs Group, Inc. and Goldman Sachs & Co. LLC*