UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
JAMES CONTANT, et al.,                                     :
                                                           :
                                        Plaintiffs,        :         17 Civ. 3139 (LGS)
                                                           :
                — against —                                :         [Rel. 13 Civ. 7789 (LGS)]
                                                           :
BANK OF AMERICA CORPORATION, et al.,                       :         ORAL ARGUMENT REQUESTED
                                                           :
                                        Defendants.        :
---------------------------------------------------------- X

## NOTICE OF FOREIGN DEFENDANTS' MOTION
## TO DISMISS THE COMPLAINT
## FOR LACK OF PERSONAL JURISDICTION

PLEASE TAKE NOTICE that, upon the accompanying Foreign Defendants' Memorandum of Law in Support of Their Motion to Dismiss the Second Amended Complaint for Lack of Personal Jurisdiction, dated December 20, 2018; the accompanying Declaration of Eric J. Stock in support of Foreign Defendants' Motion to Dismiss for Lack of Personal Jurisdiction, dated December 20, 2018, and the Exhibits thereto; and all prior pleadings, papers, and proceedings herein, that:

Defendants Barclays Bank PLC, BNP Paribas Group, Credit Suisse Group AG, HSBC Bank plc, MUFG Bank, Ltd. (f/k/a The Bank of Tokyo-Mitsubishi UFJ, Ltd.), The Royal Bank of Scotland plc, Société Générale, Standard Chartered Bank, and UBS AG (collectively, the "Foreign Defendants"), by their undersigned counsel, hereby move this Court, before the Honorable Lorna G. Schofield, United States District Judge for the Southern District of New York, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007 (the "Court"), on a date and time to be determined by the Court, for an order pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, dismissing all claims against them in the

Second Consolidated Class Action Complaint filed November 28, 2018 (ECF 183), for lack of personal jurisdiction, and for such other relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's Order, filed November 16, 2018 (ECF 176), Plaintiffs shall file any response to this Rule 12(b)(2) motion to dismiss no later than January 28, 2019, and the Foreign Defendants shall file any reply in support of this motion no later than February 19, 2019.

PLEASE TAKE FURTHER NOTICE that the Foreign Defendants request oral argument in connection with this Rule 12(b)(2) motion to dismiss.

Dated: New York, New York  
December 20, 2018

Respectfully submitted,

SULLIVAN & CROMWELL LLP

By: /s/ Matthew A. Schwartz  
Matthew A. Schwartz  
David H. Braff  
125 Broad Street  
New York, New York 10004  
Telephone: (212) 558-4000  
schwartzmatthew@sullcrom.com  
braffd@sullcrom.com

*Attorneys for Foreign Defendant Barclays Bank PLC*

DAVIS POLK & WARDWELL LLP

By:  /s/ Joel M. Cohen  
Joel M. Cohen  
Melissa C. King  
Maude Paquin  
450 Lexington Avenue  
New York, New York 10017  
Telephone: (212) 450-4000  
joel.cohen@davispolk.com  
melissa.king@davispolk.com  
maude.paquin@davispolk.com

*Attorneys for Foreign Defendant The Royal Bank of Scotland plc*

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Eric J. Stock  
Eric J. Stock  
Indraneel Sur  
200 Park Avenue  
New York, NY 10166  
Telephone: (212) 351-4000  
estock@gibsondunn.com  
isur@gibsondunn.com

D. Jarrett Arp  
Melanie L. Katsur  
1050 Connecticut Avenue, N.W.  
Washington, D.C.  20036  
Telephone: (202) 955-8500  
jarp@gibsondunn.com  
mkatsur@gibsondunn.com

*Attorneys for Foreign Defendant UBS AG*

CAHILL GORDON & REINDEL LLP

By:  /s/ David G. Januszewski  
David G. Januszewski  
Herbert S. Washer  
Elai Katz  
Jason M. Hall  
80 Pine Street  
New York, New York 10005  
Telephone:  (212) 701-3000  
djanuszewski@cahill.com  
hwasher@cahill.com  
ekatz@cahill.com  
jhall@cahill.com

*Attorneys for Foreign Defendant Credit Suisse Group AG*

LINKLATERS LLP

By: /s/ James R. Warnot, Jr.
James R. Warnot, Jr.
Adam S. Lurie
Patrick C. Ashby
1345 Avenue of the Americas
New York, New York 10105
Telephone: (212) 903-9000
james.warnot@linklaters.com
adam.lurie@linklaters.com
patrick.ashby@linklaters.com

*Attorneys for Foreign Defendant Société Générale*


PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: /s/ Kenneth A. Gallo
Kenneth A. Gallo
Michael E. Gertzman
Anand Sithian
Maxwell A.H. Kosman
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
kgallo@paulweiss.com
mgertzman@paulweiss.com
asithian@paulweiss.com
mkosman@paulweiss.com

*Attorneys for Foreign Defendant MUFG Bank, Ltd. (f/k/a The Bank of Tokyo-Mitsubishi UFJ, Ltd.)*

LOCKE LORD LLP

By:  /s/ Gregory T. Casamento
Gregory T. Casamento
3 World Financial Center
New York, New York 10281
Telephone: (212) 812-8325
gcasamento@lockelord.com

Roger B. Cowie
2200 Ross Avenue, Suite 2800
Dallas, Texas  75201
Telephone: (214) 740-8000
rcowie@lockelord.com

J. Matthew Goodin
Julia C. Webb
111 S. Wacker Drive
Chicago, Illinois 60606
Telephone:  (312) 443-0472
jmgoodin@lockelord.com
jwebb@lockelord.com

*Attorneys for Foreign Defendant HSBC Bank plc*


SIDLEY AUSTIN LLP

By: /s/ Andrew W. Stern
Andrew W. Stern
Alan M. Unger
Nicholas P. Crowell
787 Seventh Avenue
New York, New York 10019
Telephone:  (212) 839-5300
astern@sidley.com
aunger@sidley.com
ncrowell@sidley.com

*Attorneys for Foreign Defendant Standard Chartered Bank*

ALLEN & OVERY LLP

By: /s/ David C. Esseks
David C. Esseks
Laura R. Hall
Rebecca Delfiner
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 610-6300
david.esseks@allenovery.com
laura.hall@allenovery.com
rebecca.delfiner@allenovery.com

***Attorneys for Foreign Defendant
BNP Paribas Group***