UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
JAMES CONTANT, et al.,                    :            17 Civ. 3139 (LGS)
                                          :
                          Plaintiffs,     :            [Rel. 13 Civ. 7789 (LGS)]
                                          :
             — against —                  :            **DECLARATION OF**
                                          :            **ERIC J. STOCK IN SUPPORT OF**
BANK OF AMERICA CORPORATION, et al., :                 **FOREIGN DEFENDANTS'**
                                          :            **MOTION TO DISMISS FOR LACK OF**
                          Defendants.  :               **PERSONAL JURISDICTION**
-------------------------------------------------------- X

        I, Eric J. Stock, hereby declare as follows under penalty of perjury pursuant to 28 U.S.C.

§ 1746:

        1.   I am member of the bar of this Court and a partner in the law firm of Gibson, Dunn &

Crutcher LLP, counsel for Foreign Defendant UBS AG in this action.  I submit this declaration

in support of the Foreign Defendants' motion to dismiss the Second Consolidated Class Action

Complaint, filed November 28, 2018, for lack of personal jurisdiction.

        2.   Attached hereto as Exhibit 1 is a true and correct copy of the Declaration of Jason

Wright, dated December 18, 2018, on behalf of Barclays Bank PLC.

        3.   Attached hereto as Exhibit 2 is a true and correct copy of the Declaration of William

F. Hennessey, 2nd, dated December 20, 2018, on behalf of BNP Paribas Group.

        4.   Attached hereto as Exhibit 3 is a true and correct copy of the Declaration of Daniel

Kläy, dated December 18, 2018, on behalf of Credit Suisse Group AG.

        5.   Attached hereto as Exhibit 4 is a true and correct copy of the Declaration of Nicola S.

Black, dated June 8, 2017, on behalf of HSBC Bank plc.

        6.   Attached hereto as Exhibit 5 is a true and correct copy of the Declaration of Gavin A.

Francis, dated June 13, 2017, on behalf of HSBC Bank plc.

7.   Attached hereto as Exhibit 6 is a true and correct copy of the Declaration of Lynne Stoulil, dated December 19, 2018, on behalf of MUFG Bank, Ltd.

8.   Attached hereto as Exhibit 7 is a true and correct copy of the Declaration of Tony Goulart, III, dated December 20, 2018, on behalf of MUFG Bank, Ltd.

9.   Attached hereto as Exhibit 8 is a true and correct copy of the Declaration of William Gougherty, dated December 20, 2018, on behalf of The Royal Bank of Scotland plc.

10.  Attached hereto as Exhibit 9 is a true and correct copy of the Declaration of Dominique Bourrinet, dated July 17, 2017, on behalf of Société Générale.

11.  Attached hereto as Exhibit 10 is a true and correct copy of the Declaration of Barbara McAll, dated January 20, 2017, on behalf of Standard Chartered Bank.

12.  Attached hereto as Exhibit 11 is a true and correct copy of the Declaration of John Connors, dated December 18, 2018, on behalf of UBS AG.

13.  Attached hereto as Exhibit 12 is a true and correct copy of the Second Consolidated Class Action Complaint, filed November 28, 2018 (Dkt. No. 183).

I declare under penalty of perjury that the foregoing is true and correct.

Dated:      New York, New York
            December 20, 2018

 /s/ Eric J. Stock                        

Eric J. Stock