# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, MARTIN-HAN TRAN, CARLOS GONZALEZ, UGNIUS MATKUS, JERRY JACOBSON, and PAUL VERMILLION, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION, et al.,<br><br>Defendants. | ECF CASE<br><br>No. 1:17-CV-03139 (LGS) |

### DECLARATION OF NICOLA S. BLACK

I, Nicola S. Black, declare and state as follows under penalty of perjury:

1. I am Company Secretary for HSBC Bank plc.

2. In my capacity as Company Secretary for HSBC Bank plc, I have personal knowledge of the matters set forth herein and believe them to be true and correct based on: (a) my work for HSBC Bank plc, and (b) my review, or someone else's review at my direction, of relevant business records.

3. HSBC Bank plc is a public limited company, incorporated under the laws of England and Wales, with its headquarters and principal place of business in London, England.

4. HSBC Bank plc is not incorporated in New York or in any other state in the United States.

5. HSBC Bank plc currently has no offices, branches, or other regular place of business in New York or in any other state in the United States, and did not have any offices,

1

branches or other regular places of business in New York or in any other state in the United States during the putative class period (December 1, 2007 to December 31, 2013).

6. HSBC Bank plc has no direct or indirect subsidiaries incorporated in, or having a principal place of business in, New York or any other state in the United States.

7. HSBC Bank plc maintains separate books and records and a separate corporate existence from HSBC Holdings plc and from HSBC Holdings plc's subsidiaries in the United States.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed in London on June 8th, 2017.

_____
**NICOLA S. BLACK**
Company Secretary
*HSBC Bank plc*