# EXHIBIT 10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
                                                                     :
DEBORAH BAKER, GRANT MCNIFF, and                                     :
DOROTHY MCNIFF, on behalf of themselves                              :
and all others similarly situated,                                   :   No. 1:16-cv-07512-LGS
                                                                     :
                                    Plaintiffs,                      :
v.                                                                   :
                                                                     :
BANK OF AMERICA CORPORATION, *et al.*,                               :
                                                                     :
                                    Defendants.                      :
                                                                     :
------------------------------------------------------------------- X

## DECLARATION OF BARBARA MCALL
## IN SUPPORT OF STANDARD CHARTERED BANK'S
## MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

I, BARBARA MCALL, declare the following:

1.  I am currently the Assistant Secretary of Standard Chartered Bank ("SCB") and submit this declaration in support of SCB's motion to dismiss the Complaint for lack of personal jurisdiction. The facts stated herein are true to the best of my knowledge based on records maintained by SCB in its regular course of business and inquiries made of appropriate SCB personnel. Unless otherwise noted, the facts set forth in this declaration describe SCB's business at the time of the filing of the Complaint and were not materially different during the alleged class period.

2.  SCB is incorporated under the laws of England by Royal Charter.

3.  SCB's principal place of business is located at 1 Basinghall Avenue, London, EC2V 5DD, United Kingdom.

4.  Standard Chartered Bank ("SCB") is an indirect subsidiary of Standard Chartered PLC ("SCPLC").

5.      SCPLC is a holding company incorporated as a public limited company under the laws of England and Wales.

6.      SCPLC's principal place of business is located at 1 Basinghall Avenue, London, EC2V 5DD, United Kingdom.

7.      SCB, including its own subsidiaries and branches, had offices in more than 60 countries and 83,868 employees worldwide as of the end of 2015.  Since 2007, SCB, including its own subsidiaries and branches, has had offices in more than 50 countries and more than 66,000 employees.

8.      SCB has only one branch office in New York.  That branch is located at 1095 Avenue of the Americas, New York, New York.

9.      SCB has a total of seven (7) other locations in the United States.  In addition to the New York office, the other locations are in New Jersey, Texas, California, Florida, and Washington, D.C.  Each of the other sites is smaller than the New York office, and two are data recovery centers with no employees.

10.     SCB's U.S. headcount represents less than 2% of the employees of SCB (including its subsidiaries) worldwide.

11.     SCB's offices in the United States collectively generated between one and five percent (1% - 5%) of SCB's worldwide pre-tax income between 2007 through 2015, except in two years.  In 2012 and 2015, SCB's offices in the United States collectively generated approximately six percent (6%) of SCB's worldwide pre-tax income.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this *20* day of January, 2017, in London, United Kingdom.

Barbara McAll