**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------ x
JAMES CONTANT, *et al.*,                          :
                                                  :
        *Plaintiffs*,            :   Case No. 17 Civ. 3139 (LGS)
                                                  :
v.                                                :   [related to Case No. 13 Civ. 7789 (LGS)]
                                                  :
BANK OF AMERICA                                   :
CORPORATION, *et al.*,                            :
                                                  :
        *Defendants.*            :
------------------------------------------------------ x

### FOREIGN DEFENDANT UBS GROUP AG'S JOINDER IN MOTION OF FOREIGN DEFENDANTS TO DISMISS <u>FOR LACK OF PERSONAL JURISDICTION</u>

Foreign Defendant UBS Group AG, through its undersigned counsel, respectfully files this Joinder in the motion of the Foreign Defendants filed December 20, 2018 pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure ("the Rule 12(b)(2) Motion" (ECF 197–99)), seeking dismissal of all claims against them in the Second Consolidated Class Action Complaint filed November 28, 2018 (ECF 183), for lack of personal jurisdiction, and for such other relief as the Court deems just and proper.  In support of this joinder, UBS Group AG states as follows: UBS AG is wholly owned by UBS Group AG.  *See* Corporate Disclosure Statement filed May 15, 2017 (ECF 46).  UBS Group AG is the holding company of the UBS Group companies and is incorporated and has its principal place of business in Switzerland.  Accordingly, the grounds and authorities for dismissal pursuant to Rule 12(b)(2) as to UBS Group AG are identical to those advanced on behalf of UBS AG in the Rule 12(b)(2) Motion, from which UBS Group AG was inadvertently omitted.  In the interest of brevity and judicial economy, UBS Group AG hereby joins in the Rule 12(b)(2) Motion, as well as the supporting documents.

2

Dated:   New York, New York
   December 21, 2018

                Respectfully submitted,

                GIBSON, DUNN & CRUTCHER LLP

                By: /s/ Eric J. Stock
                Eric J. Stock
                Indraneel Sur
                200 Park Avenue
                New York, NY 10166
                Telephone: (212) 351-4000
                estock@gibsondunn.com
                isur@gibsondunn.com

                D. Jarrett Arp
                Melanie L. Katsur
                1050 Connecticut Avenue, N.W.
                Washington, D.C. 20036
                Telephone: (202) 955-8500
                jarp@gibsondunn.com
                mkatsur@gibsondunn.com

                ***Attorneys for Foreign Defendant***
                ***UBS Group AG***