UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, SANDRA LAVENDER, VICTOR HERNANDEZ, MARTIN-HAN TRAN, FX PRIMUS LTD., CARLOS GONZALEZ, UGNIUS MATKUS, CHARLES G. HITCHCOCK III, JERRY JACOBSON, TINA PORTER, AND PAUL VERMILLION, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, *et al*.,<br><br>*Defendants*. | Case No. 1:17-cv-03139-LGS |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Gretchen M. Wolf, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as co-counsel for defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A. in the above-captioned action.  In accordance with Judge Schofield's Individual Rules and Procedures for Civil Cases Section III.C.1, I have received consent from opposing counsel to appear *Pro Hac Vice* in this matter.

I am a member in good standing of the bars of the State of Illinois and the State of Iowa.  There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached an affidavit pursuant to Local Rule 1.3.

Dated: January 3, 2019
       Chicago, Illinois

Respectfully submitted,

/s/ Gretchen M. Wolf
Gretchen M. Wolf
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 N. Wacker Drive
Chicago, Illinois
Telephone: (312) 407-0956
Facsimile: (312) 827-9385
gretchen.wolf@skadden.com

*Attorney for Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.*