UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, SANDRA LAVENDER, VICTOR HERNANDEZ, MARTIN-HAN TRAN, FX PRIMUS LTD., CARLOS GONZALEZ, UGNIUS MATKUS, CHARLES G. HITCHCOCK III, JERRY JACOBSON, TINA PORTER, AND PAUL VERMILLION, on behalf of themselves and all others similarly situated,<br><br>                  *Plaintiffs,*<br>v.<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>                  *Defendants.* | Case No. 1:17-cv-03139- LGS |

## AFFIDAVIT OF GRETCHEN M. WOLF
## IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

Under oath, I depose and state the following:

1. My name is Gretchen M. Wolf.

2. I make this affidavit pursuant to Local Rule 1.3 in support of the motion for my admission to appear and practice before this Court in the above-captioned matter as counsel *Pro Hac Vice* for Defendants JPMorgan Chase & Co. and JPMorgan Chase, N.A.

3. I am a member in good standing of the bar of the State of Illinois since November 7, 2002 and a member in good standing of the bar of the State of Iowa since April 14, 2003.

4. I am a partner with the law firm Skadden, Arps, Slate, Meagher & Flom LLP. My business address, telephone number, facsimile number, and email address are as follows:

Gretchen M. Wolf
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 N. Wacker Drive
Chicago, Illinois
Telephone: (312) 407-0956
Facsimile: (312) 827-9385
gretchen.wolf@skadden.com

5. I attach certificates of good standing from the Supreme Court of Iowa and the Supreme Court of Illinois, both of which were issued within thirty days of this filing, as Exhibit 1 to this Affidavit.

6. In accordance with Judge Schofield's Individual Rules and Procedures in Civil Cases Section III.C.1, I have received consent from opposing counsel to appear *Pro Hac Vice* in this matter.

7. I have never been convicted of a felony.

8. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

9. I have not been the subject of any prior or pending disciplinary proceedings.

Signed under penalty of perjury this 19th day of December, 2018,

_____
Gretchen M. Wolf

Sworn to and subscribed before me this 19th day of December, 2018

*Cassandra R. Hathaway*

"OFFICIAL SEAL"
CASSANDRA R. HATHAWAY
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 3/24/2020