UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, SANDRA LAVENDER, VICTOR HERNANDEZ, MARTIN-HAN TRAN, FX PRIMUS LTD., CARLOS GONZALEZ, UGNIUS MATKUS, CHARLES G. HITCHCOCK III, JERRY JACOBSON, TINA PORTER, AND PAUL VERMILLION, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　*Plaintiffs*,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>　　　　　　　　*Defendants*. | Case No. 1:17-cv-03139- LGS |

### ORDER FOR ADMISSION PRO HAC VICE

The motion for Gretchen M. Wolf for admission to practice *Pro Hac Vice* in the above-captioned action is **GRANTED**.

Applicant has declared that she is a member in good standing of the bars of the State of Illinois and the State of Iowa and that her contact information is as follows:

Gretchen M. Wolf
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 N. Wacker Drive
Chicago, Illinois
Telephone: (312) 407-0956
Facsimile: (312) 827-9385
E-mail: gretchen.wolf@skadden.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A. in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:

                                            HONORABLE LORNA G. SCHOFIELD
                                            United States District Judge