January 3, 2019

VIA ECF

The Honorable Lorna G. Schofield
U.S. District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re: *Contant, et al. v. Bank of Am. Corp., et al.*,
       No. 17 Civ. 3139 (LGS) (S.D.N.Y.)

Dear Judge Schofield:

  Pursuant to this Court's November 16, 2018 Order (ECF No. 176), the parties write to update the Court on the status of the above-captioned action.

**Pending Motion to Dismiss/Pleadings**

  On November 20, 2018, Plaintiffs filed a Second Consolidated Class Action Complaint ("SAC") (amended in accordance with this Court's October 25, 2018 Order). (ECF No. 183.) On December 20, 2018, defendants Barclays Bank PLC; UBS AG; UBS Group AG; The Royal Bank of Scotland plc; Credit Suisse Group AG; Société Générale; HSBC Bank plc; MUFG Bank, Ltd.; Standard Chartered Bank; and BNP Paribas Group ("Foreign Defendants") jointly moved to dismiss the SAC for lack of personal jurisdiction under Federal Rule of Civil Procedure 12(b)(2). (ECF Nos. 197-200.) Plaintiffs' opposition is due by January 28, 2019, followed by the Foreign Defendants' reply by February 19, 2019, on which date the motion will be fully briefed. (*See* ECF No. 176.) Non-moving Defendant[1] answers are due on or before January 11, 2019. (*See id.*)

**Protective Order**

  On November 29, 2018, the parties (except Citibank) filed a fully-executed Stipulation and Proposed Order of Confidentiality substantially in the form approved by

---

[1] The term "Defendant" refers to all non-settling defendants. It excludes Citigroup Inc., Citibank, N.A., Citicorp, and Citigroup Global Markets Inc.

The Honorable Lorna G. Schofield                                                                                             -2-
January 3, 2019

this Court in *In re Foreign Exchange Benchmark Rates Antitrust Litigation* (S.D.N.Y. No. 13-cv-7789) ("FOREX").  (ECF No. 184.)  This Court entered the Stipulation and Order of Confidentiality on November 30, 2018.  (ECF No. 185.)

**Discovery**

No discovery requests have been propounded to date.  Pursuant to this Court's November 16, 2018 Order (ECF No. 176), non-Foreign Defendants will produce to Plaintiffs by January 11, 2019, documents and recordings produced in discovery in the FOREX matter, as well as transactional data for spot FX Instrument transactions between Defendants and entities identified by Plaintiffs in November 21, 2018 correspondence as retail foreign exchange dealers ("RFEDs").  Defendants will make a supplemental production of transactional data for spot FX Instrument transactions between Defendants and RFEDs identified by Plaintiffs on December 21, 2018. Plaintiffs requested Defendants complete their productions by February 1, 2019.  Although some Defendants may be able to provide the supplemental data by February 1, Defendants are committed to continuing to confer with Plaintiffs in good faith on this issue and to agree to a date once counsel have had an opportunity to consult with their clients regarding the timing of productions for the supplemental RFEDs requested by Plaintiffs on December 21, 2018. In accordance with the parties' agreement after meeting and conferring, non-Foreign Defendants will produce transactional data for the period from December 1, 2005, through December 31, 2015, to the extent that data for that time period was previously produced in the FOREX matter.  Initial disclosures will be due 30 days from the date on which a Defendant answers the Second Amended Complaint.  (*See id*.)

Discovery is stayed as to Foreign Defendants in connection with the filing of their joint Rule 12(b)(2) motion.  Initial requests to and from these defendants may be served 14 days from the denial of such motion.  (*See* ECF No. 176.)

On December 20, 2018, to minimize the burden on deponents and ensure efficient conduct of discovery, Defendants submitted a Proposed Order Regarding Deposition Coordination in this matter and the related matters: (i) FOREX; (ii) *Nypl, et al. v. JPMorgan Chase & Co., et al.* (S.D.N.Y. No. 15-cv-9300); and (iii) *Allianz Global Investors GMBH, et al. v. Bank of America Corp., et al.* (S.D.N.Y. No. 18-cv-10364). (ECF No. 194.)  This Court entered the Order Regarding Deposition Coordination on December 20, 2018 (ECF No. 195), pursuant to which the parties will submit a proposed order regarding the scheduling of depositions in these matters to the Court by February 18, 2019.

There are no discovery issues at this time that require the Court's intervention.

The Honorable Lorna G. Schofield                                              -3-
January 3, 2019

                          Respectfully submitted,

January 3, 2019                                    BERGER MONTAGUE PC

                                                                                              By: /s/ Michael Dell'Angelo
                                                   Michael Dell'Angelo
                                                   Merrill Davidoff
                                                   Michael Kane
                                                   Joshua T. Ripley
                                                   1818 Market Street, Suite 3600
                                                   Philadelphia, PA 18103
                                                   Telephone: (215) 875-3000
                                                   mdellangelo@bm.net
                                                   mdavidoff@bm.net
                                                   mkane@bm.net
                                                   jripley@bm.net

                                                   SCHNEIDER WALLACE COTTRELL
                                                   KONECKY WOTKYNS LLP
                                                   Garrett W. Wotkyns
                                                   8501 North Scottsdale Road, Suite 270
                                                   Scottsdale, AZ 85253
                                                   Telephone: (480) 428-0142
                                                   gwotkyns@schneiderwallace.com

                                                   PEIFFER WOLF CARR & KANE, APLC
                                                   Joseph C. Peiffer
                                                   201 St. Charles Avenue, Suite 4610
                                                   New Orleans, LA 70170
                                                   Telephone: (504) 523-2434
                                                   jpeiffer@pwcklegal.com

                                                   MCCULLEY MCCLUER PLLC
                                                   R. Bryant McCulley
                                                   Stuart McCluer
                                                   1022 Carolina Boulevard, Suite 300
                                                   Charleston, SC 29451
                                                   Telephone (855) 467-0451
                                                   bmcculley@mcculleymccluer.com
                                                   smccluer@mcculleymccluer.com
                                                   *Attorneys for Plaintiffs and the Proposed Classes*

The Honorable Lorna G. Schofield                                                        -4-
January 3, 2019

| SULLIVAN & CROMWELL LLP | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
|---|---|
| By: /s/ Matthew A. Schwartz<br>Matthew A. Schwartz<br>David H. Braff<br>Yvonne S. Quinn<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4000<br>schwartzmatthew@sullcrom.com<br>braffd@sullcrom.com<br>quinny@sullcrom.com<br><br>*Attorneys for Defendant Barclays Bank PLC and Barclays Capital Inc.* | By: /s/ Boris Bershteyn<br>Boris Bershteyn<br>Four Times Square<br>New York, New York 10036<br>Telephone: (212) 735-3000<br>boris.bershteyn@skadden.com<br><br>*Attorneys for Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.* |

The Honorable Lorna G. Schofield                                                          -5-
January 3, 2019

| SHEARMAN & STERLING LLP | ALLEN & OVERY LLP |
|---|---|
| By: /s/ Adam S. Hakki<br>Adam S. Hakki<br>Richard F. Schwed<br>Jeffrey J. Resetarits<br>599 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 848-4000<br>ahakki@shearman.com<br>rschwed@shearman.com<br>jeffrey.resetarits@shearman.com | By: /s/ David C. Esseks<br>David C. Esseks<br>Laura R. Hall<br>Rebecca Delfiner<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 610-6300<br>david.esseks@allenovery.com<br>laura.hall@allenovery.com<br>rebecca.delfiner@allenovery.com |
| *Attorneys for Defendants Bank of America Corporation, Bank of America, N.A. and Merrill Lynch, Pierce, Fenner & Smith Incorporated* | *Attorneys for Defendants BNP Paribas Group, BNP Paribas North America, Inc., BNP Paribas Securities Corp., and BNP Paribas Prime Brokerage, Inc.* |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | DAVIS POLK & WARDWELL LLP |
| By: /s/ Kenneth A. Gallo<br>Kenneth A. Gallo<br>Michael E. Gertzman<br>Anand Sithian<br>Maxwell A.H. Kosman<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 373-3000<br>kgallo@paulweiss.com<br>mgertzman@paulweiss.com<br>asithian@paulweiss.com<br>mkosman@paulweiss.com | By: /s/ Paul S. Mishkin<br>Paul S. Mishkin<br>Melissa C. King<br>Maude Paquin<br>450 Lexington Avenue<br>New York, New York 10017<br>Telephone: (212) 450-4000<br>paul.mishkin@davispolk.com<br>melissa.king@davispolk.com<br>maude.paquin@davispolk.com |
| *Attorneys for Defendant MUFG Bank, Ltd. (f/k/a The Bank of Tokyo-Mitsubishi UFJ, Ltd.)* | *Attorneys for Defendants The Royal Bank of Scotland plc (now known as NatWest Markets Plc) and RBS Securities Inc. (now known as NatWest Markets Securities Inc.)* |

The Honorable Lorna G. Schofield -6-
January 3, 2019

| LOCKE LORD LLP | GIBSON, DUNN & CRUTCHER LLP |
|---|---|
| By: /s/ Gregory T. Casamento<br>Gregory T. Casamento<br>3 World Financial Center<br>New York, NY 10281<br>Telephone: (212) 812-8325<br>gcasamento@lockelord.com | By: /s/ Eric J. Stock<br>Eric J. Stock<br>Indraneel Sur<br>200 Park Avenue, 48th Floor<br>New York, New York 10166<br>Telephone: (212) 351-4000<br>estock@gibsondunn.com<br>isur@gibsondunn.com |
| Roger B. Cowie<br>2200 Ross Avenue, Suite 2800<br>Dallas, TX 75201<br>Telephone: (214) 740-8000<br>rcowie@lockelord.com | D. Jarrett Arp<br>Melanie L. Katsur<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036<br>Telephone: (202) 955-8500<br>jarp@gibsondunn.com<br>mkatsur@gibsondunn.com |
| J. Matthew Goodin<br>Julia C. Webb<br>111 South Wacker Drive<br>Chicago, IL 60606<br>Telephone: (312) 443-0700<br>jmgoodin@lockelord.com<br>jwebb@lockelord.com | *Attorneys for Defendants UBS AG, UBS Group AG, and UBS Securities, LLC* |
| *Attorneys for Defendants HSBC Bank PLC, HSBC North America Holdings, Inc., HSBC Bank USA, N.A., and HSBC Securities (USA) Inc.* | |

The Honorable Lorna G. Schofield -7-
January 3, 2019

| CLEARY GOTTLIEB STEEN & HAMILTON LLP | LATHAM & WATKINS LLP |
|---|---|

By: /s/ Thomas J. Moloney
Thomas J. Moloney
George S. Cary
Rishi Zutshi
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
tmoloney@cgsh.com
gcary@cgsh.com
rzutshi@cgsh.com

*Attorneys for Defendants The Goldman Sachs Group, Inc. and Goldman Sachs & Co. LLC*

By: /s/ Joseph Serino, Jr.
Joseph Serino, Jr.
885 Third Avenue
New York, New York 10022
joseph.serino@lw.com
Telephone: (212) 906-1717

KING & SPALDING LLP

By: /s/ G. Patrick Montgomery
G. Patrick Montgomery
1700 Pennsylvania Ave., NW
Washington, DC 20006
Telephone: (202) 626-5444
pmontgomery@kslaw.com

*Attorneys for Defendant Deutsche Bank AG and Deutsche Bank Securities Inc.*

SIDLEY AUSTIN LLP

By: /s/ Andrew W. Stern
Andrew W. Stern
Nicholas P. Crowell
787 Seventh Avenue
New York, New York 10019
Telephone: (212)839-5300
astern@sidley.com
ncrowell@sidley.com

*Attorneys for Defendant Standard Chartered Bank*

CAHILL GORDON & REINDEL LLP

By: /s/ David G. Januszewski
David G. Januszewski
Elai E. Katz
Herbert S. Washer
Jason M. Hall
80 Pine Street
New York, NY 10005
Telephone: (212) 701-3000
djanuszewski@cahill.com
ekatz@cahill.com
hwasher@cahill.com
jhall@cahill.com

*Attorneys for Defendants Credit Suisse Group AG, Credit Suisse AG, and Credit Suisse Securities (USA) LLC*

The Honorable Lorna G. Schofield                                                                                                -8-
January 3, 2019

| WACHTELL, LIPTON, ROSEN & KATZ | MOORE AND VAN ALLEN PLLC |
|---|---|
| By: /s/ Jonathan Moses<br>Jonathan Moses<br>Bradley R. Wilson<br>51 West 52nd Street<br>New York, NY 10019<br>Telephone: (212) 403-1000<br>JMMoses@wlrk.com<br>BRWilson@wlrk.com<br><br>*Attorneys for Defendants Morgan Stanley, Morgan Stanley & Co., LLC, and Morgan Stanley & Co. International PLC* | By: /s/ James P. McLoughlin, Jr.<br>James P. McLoughlin, Jr.<br>Mark A. Nebrig<br>Joshua D. Lanning<br>Moore and Van Allen PLLC<br>100 N. Tryon Street, Suite 4700<br>Charlotte, North Carolina 28202<br>Telephone: (704) 331-1000<br>jimmcloughlin@mvalaw.com<br>marknebrig@mvalaw.com<br>joshlanning@mvalaw.com<br><br>*Attorneys for Defendant RBC Capital Markets, LLC* |

LINKLATERS LLP

By: /s/ James R. Warnot, Jr.
James R. Warnot, Jr.
Adam S. Lurie
Patrick C. Ashby
1345 Avenue of the Americas
New York, New York 10105
Telephone: (212) 903-9000
james.warnot@linklaters.com
adam.lurie@linklaters.com
patrick.ashby@linklaters.com

*Attorneys for Defendant Société Générale*