# *Exhibit B*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JAMES CONTANT, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, et al.,<br><br>Defendants. | CASE NO.: 1:17-cv-3139-LGS<br><br>**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

Under oath, I depose and state the following:

1. My name is Garrett W. Wotkyns.

2. I am a member in good standing of the bar of the state of Arizona since December 12, 2007, the bar of the state of Texas since May 3, 2000, and the District of Columbia since July 8, 2002.

3. I attach certificates of good standing from the Supreme Court of Arizona, the Supreme Court of Texas, and the District of Columbia Court of Appeals, all of which were issued within thirty days of this filing, as Exhibit A to my Motion for Admission *Pro Hac Vice*.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6. I have not been the subject of any prior pending disciplinary proceedings.

1

2

Signed under penalty of perjury this __14th__ day of January, 2019

_____
Garrett W. Wotkyns

Sworn to and Subscribed before me this
__14th__ day of January, 2019

_____
Notary Public
My Commission Expires: 6/5/2022

LISA A. GUTHRIE
Notary Public - State of Arizona
MARICOPA COUNTY
Commission # 551051
Expires June 05, 2022

2