**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JAMES CONTANT, et al., | CASE NO.: 1:17-cv-3139-LGS |
| Plaintiffs, | **ORDER FOR ADMISSION** *PRO HAC VICE* |
| v. | |
| BANK OF AMERICA CORPORATION, et al., | |
| Defendants. | |

The motion of Garrett W. Wotkyns, for admission to practice *pro hac vice* in the captioned action, is granted.

Applicant has declared that he is a member in good standing of the bars of the states of Arizona, Texas, and the District of Columbia; and that his contact information is as follows:

Garrett W. Wotkyns
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS, LLP
8501 N. Scottsdale Road, Suite 270
Scottsdale, Arizona 85253
Telephone: (480) 428-0142
Fax: (866) 505-8036
gwotkyns@schneiderwallace.com
kwinter@schneiderwallace.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiff in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____          _____

Judge Lorna G. Schofield
UNITED STATES DISTRICT JUDGE