**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JAMES CONTANT, et al., | CASE NO.: 1:17-cv-3139-LGS |
| Plaintiffs, | **MOTION FOR ADMISSION** *PRO HAC VICE* |
| v. | |
| BANK OF AMERICA CORPORATION, et al., | |
| Defendants. | |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Garrett W. Wotkyns, respectfully move this Court for an Order for Admission *Pro Hac Vice* to appear as counsel for Plaintiffs in the above-captioned action.

I am a member in good standing of the bars of the states of Arizona, Texas, and the District of Columbia, and certificates of good standing are attached hereto as Exhibit A. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. The Affidavit required by Local Rule 1.3(c) is attached hereto as Exhibit B.

Dated: January 15, 2019                    Respectfully submitted:

By:     */s/Garrett W. Wotkyns*
        Garrett W. Wotkyns
        SCHNEIDER WALLACE COTTRELL
        KONECKY WOTKYNS, LLP
        8501 N. Scottsdale Road, Suite 270
        Scottsdale, Arizona 85253
        Telephone: (480) 428-0142
        Fax: (866) 505-8036
        gwotkyns@schneiderwallace.com
        *Attorneys for Plaintiffs*