UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, *et al.*, | : |
| Plaintiffs, | : No. 17-cv-3139-LGS |
| v. | : (related to No. 13-cv-7789-LGS) |
| BANK OF AMERICA CORORATION, *et al.*, | : |
| Defendants. | : |

**DECLARATION OF MICHAEL DELL'ANGELO IN SUPPORT OF PLAINTIFFS' OPPOSITION TO FOREIGN DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT FOR LACK OF PERSONAL JURISDICTION**

Pursuant to 28 U.S.C. § 1746, I, Michael Dell'Angelo, declare as follows:

1. I am a managing shareholder in the law firm of Berger Montague PC. My firm serves as attorneys of record for Plaintiffs in this matter.

2. I have been actively involved in prosecuting this action, am familiar with its proceedings, and have personal knowledge of the matters set forth herein. If called upon and sworn as a witness, I could competently testify thereto.

3. I submit this Declaration in support of Plaintiffs' Opposition to Foreign Defendants' Motion to Dismiss the Second Amended Complaint for Lack of Personal Jurisdiction. Pursuant to this Court's Local Rule III.B.3, all original documents exceeding 10 pages have been excerpted in the attached Exhibits.

5. Attached as Exhibit 1 is an excerpted copy of the May 20, 2015 Plea Agreement in the matter of *United States of America v. UBS AG*.

6. Attached as Exhibit 2 is an excerpted copy of the May 20, 2015 Plea Agreement in the matter of *United States of America v. The Royal Bank of Scotland plc*.

7. Attached as Exhibit 3 is an excerpted copy of the February 2, 2018 Plea Agreement in the matter of *United States of America v. BNP Paribas USA, Inc.*

8. Attached as Exhibit 4 is an excerpted copy of the May 20, 2015 Consent Decree between Barclays Bank PLC and the New York State Department of Financial Services.

9. Attached as Exhibit 5 is an excerpted copy of the November 13, 2017 Consent Decree between Credit Suisse AG and the New York State Department of Financial Services.

10. Attached as Exhibit 6 is an excerpted copy of the May 24, 2017 Consent Decree between BNP Paribas S.A. and the New York State Department of Financial Services.

13. Attached as Exhibit 7 is an excerpted copy of the December 29, 2016 Complaint in the matter of *United States of America v. Jason Katz.*

15. Attached as Exhibit 8 is an excerpted copy of the January 13, 2017 Plea Agreement in the matter of *United States of America v. Christopher Cummins.*

16. Attached as Exhibit 9 is an excerpted copy of the January 18, 2018 Deferred Prosecution Agreement in the matter of *United States of America v. HSBC Holdings plc.*

17. Attached as Exhibit 10 is an excerpted copy of the November 11, 2014 Commodity Futures Trading Commission's Order Imposing Sanctions on HSBC Bank plc.

18. Attached as Exhibit 11 is an excerpted copy of the November 11, 2014 Commodity Futures Trading Commission's Order Imposing Sanctions on The Royal Bank of Scotland plc.

19. Attached as Exhibit 12 is an excerpted copy of the May 20, 2015 Commodity Futures Trading Commission's Order Imposing Sanctions on Barclays Bank PLC.

20. Attached as Exhibit 13 is an excerpted copy of the November 11, 2014 Commodity Futures Trading Commission's Order Imposing Sanctions on UBS AG.

21. Attached as Exhibit 14 is an excerpted copy of the February 16, 2018 Board of Governors of the Federal Reserve System's Notice of Intent to Prohibit and Notice of Assessment of a Civil Money Penalty Pursuant to Section 8 of the Federal Deposit Insurance Act, as Amended, in the matter of *Peter Little*.

22. Attached as Exhibit 15 is a true and correct copy of the July 24, 2017 Board of Governors of the Federal Reserve System's Order of Prohibition Issued Upon Consent Pursuant to Section 8(e) of the Federal Deposit Insurance Act, as Amended, in the matter of *Michael Weston*.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 28 2019, in Philadelphia, PA.

Michael Dell'Angelo
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
mdellangelo@bm.net