**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| JAMES CONTANT, *et al.*, | : | Case No. 1:17-cv-03139 |
| Plaintiffs, | : | **MOTION FOR ADMISSION** *PRO HAC VICE* |
| -against- | : | |
| BANK OF AMERICA CORPORATION, *et al.,* | : | |
| Defendants. | : | |

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, I, Michael J. Kane, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiffs James Contant, Martin-Han Tran, Carlos Gonzalez, Ugnius Matkus, Jerry Jacobson, Paul Vermillion, Tina Porter, Charles G. Hitchcock III, Victor Hernandez, Sandra Lavender, and FX Primus LTD in the above-referenced action.

I am a member in good standing of the Bar of the Commonwealth of Pennsylvania and have attached a Certificate of Good Standing as Exhibit "A." There are no pending disciplinary proceedings against me in any State or Federal Court. I have never been convicted of a felony, censured, suspended, disbarred or denied admission or readmission by any Court. The Affidavit required by Local Rule 1.3(c) is attached to this Motion as Exhibit "B."

In accordance with the Court's Individual Rules and Procedures for Civil Cases, Section III.C.1, I have received consent from opposing counsel to appear *Pro Hac Vice* in this matter.

Dated: February 7, 2019                                   Respectfully submitted,

*/s/ Michael J. Kane*
Michael J. Kane
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Phone: 215-875-3000
E-mail: mkane@bm.net

*Counsel for Plaintiffs James Contant,*
*Martin-Han Tran, Carlos Gonzalez,*
*Ugnius Matkus, Jerry Jacobson,*
*Paul Vermillion, Tina Porter, Charles G.*
*Hitchcock III, Victor Hernandez, Sandra*
*Lavender, and FX Primus LTD*