# EXHIBIT "A"



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Michael Jay Kane, Esq.*

DATE OF ADMISSION

*December 12, 1994*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: January 25, 2019

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk