# EXHIBIT "B"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JAMES CONTANT, *et al.*, | : | Case No. 1:17-cv-03139 |
| Plaintiffs, | : | **AFFIDAVIT OF MICHAEL J. KANE IN SUPPORT OF MOTION FOR ADMISSION** *PRO HAC VICE* |
| -against- | : | |
| BANK OF AMERICA CORPORATION, *et al.*, | : | |
| Defendants. | : | |

MICHAEL J. KANE hereby states:

1. I am an attorney with the firm Berger Montague PC, 1818 Market Street, Suite 3600, Philadelphia, PA 19103.

2. I am a member in good standing of the Bar of the Commonwealth of Pennsylvania.

3. There are no pending disciplinary proceedings against me in any state or federal court.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

1

I declare under penalty of perjury under the laws of the United States of American that the foregoing is true and correct. Executed this 7th day of February, 2019, at Philadelphia, Pennsylvania.

_____
Michael J. Kane

COMMONWEALTH OF PENNSYLVANIA   )
                                                                )   SS
COUNTY OF PHILADELPHIA              )

SWORN TO AND SUBSCRIBE BEFORE ME
THIS ___ DAY OF FEBRUARY, 2019

_____
NOTARY PUBLIC

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
RITAMARIE DALEY, Notary Public
City of Philadelphia, Phila. County
My Commission Expires March 25, 2021

2