UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, *et al.*, | Case No. 1:17-cv-03139 |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING MICHAEL J. KANE'S MOTION FOR ADMISSION *PRO HAC VICE*** |
| -against- | |
| BANK OF AMERICA CORPORATION, *et al.*, | |
| Defendants. | |

The motion of Michael J. Kane for admission to practice *pro hac vice* in the above-captioned matter is GRANTED.

Applicant has declared that he is a member in good standing of the Bar of the Commonwealth of Pennsylvania and that his contact information is as follows:

> Michael J. Kane, Esquire
> Berger Montague PC
> 1818 Market Street, Suite 3600
> Philadelphia, PA 19103
> 215-875-3000 (Phone)
> mkane@bm.net (E-mail)

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiffs James Contant, Martin-Han Tran, Carlso Gonzales, Ugnius Matkus, Jerry Jacobson, Paul Vermillion, Tina Porter, Charles G. Hitchcock III, Victor Hernandez, Sandra Lavender, and FX Primus LTD in the above-captioned matter;

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

2

Dated: _____            _____
                                                                                            United States District Court Judge