USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/19/2019

February 15, 2019

**VIA ECF**
Honorable Lorna G. Schofield
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

      RE: *In re Foreign Exchange Benchmark Rates Antitrust Litig.*, 13-cv-07789; *Nypl, et al. v. JPMorgan Chase & Co., et al.*, 15-cv-09300; *Contant, et al. v. Bank of America Corporation, et al.*, 17-cv-3139; and *Allianz Global Investors GMBH, et al. v. Bank of Am. Corp., et al.*, 18-cv-10364.

Dear Judge Schofield:

      On behalf of all parties in the above-referenced actions, we respectfully write to request an extension of time for filing a Proposed Deposition Protocol Order from February 19, 2019 to March 4, 2019, as the parties are continuing to negotiate a proposed order. *See, e.g., Contant*, ECF No. 105 (ordering that a Proposed Deposition Protocol be filed with the Court within 60 days of the Court's December 20, 2018 Order). No previous request for an adjournment or extension of time has been made. This requested extension would not affect any other scheduled dates.

Application GRANTED. The Clerk of Court is respectfully directed to docket this Order at Nos. 13 Civ. 7789, 15 Civ. 9300, 17 Civ. 3139 and 18 Civ. 10364.

Dated: February 19, 2019
      New York, New York

                                LORNA G. SCHOFIELD
                                UNITED STATES DISTRICT JUDGE

---

[1] Skadden, Arps, Slate, Meagher & Flom LLP does not represent JPMorgan Chase & Co., JPMorgan Chase Bank, N.A. and J.P. Morgan Securities LLC with respect to claims by BlackRock, Inc. or BlackRock-related entities listed in Appendix C of the complaint in *Allianz Global Investors GMBH, et al. v. Bank of Am. Corp., et al.*, 18-cv-10364.