UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
JAMES CONTANT, *et al.*,                                     :
                                                             :
                               Plaintiffs,                   :    No. 17 Civ. 3139 (LGS)
                                                             :
          — against —                                        :    (Rel. No. 13 Civ. 7789 (LGS))
                                                             :
BANK OF AMERICA CORPORATION, *et al.*,                       :
                                                             :
                               Defendants.                   :
------------------------------------------------------------ X

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, all Plaintiffs in this action and their counsel hereby give notice that the above-captioned action, in which no responsive pleading has been filed by Defendant Credit Suisse Group AG, is voluntarily dismissed without prejudice against Defendant Credit Suisse Group AG.

Defendant Credit Suisse Group AG joined Foreign Defendants' December 20, 2018 Rule 12(b)(2) motion to dismiss the Second Consolidated Class Action Complaint ("SCCAC") for lack of personal jurisdiction (ECF No. 198). Counsel for Defendant Credit Suisse Group AG subsequently contacted Plaintiffs' counsel on February 15, 2019 to discuss voluntary dismissal of Credit Suisse Group AG. Such discussions occurred after Plaintiffs filed their opposition to Foreign Defendants' motion to dismiss the SCCAC for lack of personal jurisdiction (ECF No. 219), but before Foreign Defendants filed their reply brief.

This Notice of Voluntarily Dismissal is limited only to dismissing Defendant Credit Suisse Group AG from this action.  All Plaintiffs maintain and continue to prosecute their claims in this action against all other Defendants.

Respectfully submitted,

Dated:   February 19, 2019

/s/ Michael Dell'Angelo
Michael Dell'Angelo
Merrill G. Davidoff
Michael J. Kane
Joshua T. Ripley
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
mdellangelo@bm.net
mdavidoff@bm.net
mkane@bm.net
jripley@bm.net

Garrett W. Wotkyns
**SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS LLP**
8501 North Scottsdale Rd., Ste. 270
Scottsdale, AZ 85253
Tel: (480) 428-0142
Fax: (866) 505-8036
gwotkyns@schneiderwallace.com

Joseph C. Peiffer
**PEIFFER WOLF CARR & KANE, APLC**
201 St. Charles Ave., Ste. 4610
New Orleans, LA 70170
Tel: (504) 523-2434
Fax: (504)523-2464
jpeiffer@pwcklegal.com

R. Bryant McCulley
Stuart H. McCluer
Frank B. Ulmer

2

                **MCCULLEY MCCLUER PLLC**
                1022 Carolina Blvd., Ste. 300
                Charleston, SC 29451
                Tel: (855) 467-0451
                Fax: (662) 368-1506
                bmcculley@mcculleymccluer.com
                smccluer@mcculleymccluer.com
                fulmer@mcculleymccluer.com

*Counsel for Plaintiffs*