February 19, 2019

<u>VIA ECF</u>

The Honorable Lorna G. Schofield
U.S. District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re: *Contant, et al. v. Bank of Am. Corp., et al.*,
       No. 17 Civ. 3139 (LGS) (S.D.N.Y.)

Dear Judge Schofield:

  Pursuant to this Court's November 16, 2018 Order (ECF No. 176), the parties write to update the Court on the status of the above-captioned action.

**<u>Pending Motion to Dismiss/Pleadings</u>**

  On November 20, 2018, Plaintiffs filed a Second Consolidated Class Action Complaint ("SCCAC") (ECF No. 183) (amended in accordance with this Court's October 25, 2018 Order). On December 20, 2018, defendants Barclays Bank PLC; UBS AG; UBS Group AG; The Royal Bank of Scotland plc; Credit Suisse Group AG; Société Générale; HSBC Bank plc; MUFG Bank, Ltd.; Standard Chartered Bank; and BNP Paribas Group (collectively, "Foreign Defendants") jointly moved to dismiss the SCCAC for lack of personal jurisdiction under Federal Rule of Civil Procedure 12(b)(2). (ECF Nos. 197-200.) Plaintiffs filed their opposition (ECF Nos. 219-220) and supplemental letter (ECF No. 221) on January 28 and 31, 2019, respectively. Foreign Defendants' reply is due February 19, 2019, on which date the motion will be fully briefed. (*See* ECF No. 176.)

  Non-Foreign Defendants'[1] answers were filed on January 11, 2019. (*See* ECF Nos. 205-216.)

---

[1]  In the context of this letter, "defendants" excludes settling defendants Citigroup Inc., Citibank, N.A., Citicorp, and Citigroup Global Markets Inc.

The Honorable Lorna G. Schofield                                                                                          -2-
February 19, 2019

**Discovery**

      Discovery is stayed as to Foreign Defendants in connection with the filing of their aforementioned joint Rule 12(b)(2) motion to dismiss. Initial requests to and from these defendants may be served 14 days from any denial of such motion. (*See* ECF No. 176.) Plaintiffs and non-Foreign Defendants exchanged initial disclosures on February 11, 2019.

      Pursuant to this Court's November 16, 2018 Order (ECF No. 176), non-Foreign Defendants produced to Plaintiffs documents and recordings produced in discovery in *In re Foreign Exchange Benchmark Rates Antitrust Litigation* (S.D.N.Y. No. 13-cv-7789) ("*FOREX*"), as well as transactional data for spot FX Instrument transactions with entities identified as retail foreign exchange dealers ("RFEDs") by Plaintiffs in November 21, 2018 correspondence. Non-Foreign Defendants subsequently made supplemental productions of transactional data for spot FX Instrument transactions with additional entities Plaintiffs identified as RFEDs in correspondence dated December 21, 2018. Non-Foreign Defendants' production of transactional data covered the period from December 1, 2005, through December 31, 2015, to the extent data for that time period was previously produced in the *FOREX* matter. On February 11, 2019, defendants BNP Paribas US Wholesale Holdings Corp. and BNP Paribas Securities Corp. served a first interrogatory on Plaintiffs.

      Pursuant to this Court's December 20, 2018 Order Regarding Deposition Coordination (ECF No. 195), the parties continue to meet and confer regarding a proposed order for the scheduling of depositions in this matter and the related matters: (i) *FOREX*; (ii) *Nypl, et al. v. JPMorgan Chase & Co., et al.* (S.D.N.Y. No. 15-cv-9300); and (iii) *Allianz Global Investors GMBH, et al. v. Bank of America Corp., et al.* (S.D.N.Y. No. 18-cv-10364). On February 15, 2019, the parties in this and the related matters jointly requested an extension of time from February 19 to March 4, 2019 for the filing of a Proposed Deposition Protocol Order. (ECF No. 224.)

The Honorable Lorna G. Schofield                                                                   -3-
February 19, 2019

                                    Respectfully submitted,

February 19, 2019                                                              BERGER MONTAGUE PC

                                                                        By: /s/ Michael Dell'Angelo
                                                                       Michael Dell'Angelo
                                                                       Merrill Davidoff
                                                                       Michael Kane
                                                                       Joshua T. Ripley
                                                                       1818 Market Street, Suite 3600
                                                                       Philadelphia, PA 18103
                                                                       Telephone: (215) 875-3000
                                                                       mdellangelo@bm.net
                                                                       mdavidoff@bm.net
                                                                       mkane@bm.net
                                                                       jripley@bm.net

                                                                       SCHNEIDER WALLACE COTTRELL
                                                                       KONECKY WOTKYNS LLP
                                                                       Garrett W. Wotkyns
                                                                       8501 North Scottsdale Road, Suite 270
                                                                       Scottsdale, AZ 85253
                                                                       Telephone: (480) 428-0142
                                                                       gwotkyns@schneiderwallace.com

                                                                       PEIFFER WOLF CARR & KANE, APLC
                                                                       Joseph C. Peiffer
                                                                       201 St. Charles Avenue, Suite 4610
                                                                       New Orleans, LA 70170
                                                                       Telephone: (504) 523-2434
                                                                       jpeiffer@pwcklegal.com

                                                                       MCCULLEY MCCLUER PLLC
                                                                       R. Bryant McCulley
                                                                       Stuart McCluer
                                                                       1022 Carolina Boulevard, Suite 300
                                                                       Charleston, SC 29451
                                                                       Telephone (855) 467-0451
                                                                       bmcculley@mcculleymccluer.com
                                                                       smccluer@mcculleymccluer.com
                                                                       *Attorneys for Plaintiffs and the Proposed Classes*

The Honorable Lorna G. Schofield                                                                -4-
February 19, 2019

| SULLIVAN & CROMWELL LLP | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
|---|---|
| By: /s/ Matthew A. Schwartz<br>Matthew A. Schwartz<br>David H. Braff<br>Matthew A. Peller<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4000<br>schwartzmatthew@sullcrom.com<br>braffd@sullcrom.com<br>pellerm@sullcrom.com | By: /s/ Boris Bershteyn<br>Boris Bershteyn<br>Gretchen M. Wolf<br>Tansy Woan<br>Four Times Square<br>New York, New York 10036<br>Telephone: (212) 735-3000<br>boris.bershteyn@skadden.com<br>gretchen.wolf@skadden.com<br>tansy.woan@skadden.com |
| *Attorneys for Defendant Barclays Bank PLC and Barclays Capital Inc.* | *Attorneys for Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.* |

The Honorable Lorna G. Schofield                                                                                     -5-
February 19, 2019

| SHEARMAN & STERLING LLP | ALLEN & OVERY LLP |
|---|---|
| By: /s/ Adam S. Hakki<br>Adam S. Hakki<br>Richard F. Schwed<br>Jeffrey J. Resetarits<br>599 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 848-4000<br>ahakki@shearman.com<br>rschwed@shearman.com<br>jeffrey.resetarits@shearman.com | By: /s/ David C. Esseks<br>David C. Esseks<br>Laura R. Hall<br>Rebecca Delfiner<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 610-6300<br>david.esseks@allenovery.com<br>laura.hall@allenovery.com<br>rebecca.delfiner@allenovery.com |
| *Attorneys for Defendants Bank of America Corporation, Bank of America, N.A. and Merrill Lynch, Pierce, Fenner & Smith Incorporated* | *Attorneys for Defendants BNP Paribas Group, BNP Paribas North America, Inc., BNP Paribas Securities Corp., and BNP Paribas Prime Brokerage, Inc.* |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | DAVIS POLK & WARDWELL LLP |
| By: /s/ Kenneth A. Gallo<br>Kenneth A. Gallo<br>Michael E. Gertzman<br>Anand Sithian<br>Maxwell A.H. Kosman<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 373-3000<br>kgallo@paulweiss.com<br>mgertzman@paulweiss.com<br>asithian@paulweiss.com<br>mkosman@paulweiss.com | By: /s/ Paul S. Mishkin<br>Paul S. Mishkin<br>Melissa C. King<br>Maude Paquin<br>450 Lexington Avenue<br>New York, New York 10017<br>Telephone: (212) 450-4000<br>paul.mishkin@davispolk.com<br>melissa.king@davispolk.com<br>maude.paquin@davispolk.com |
| *Attorneys for Defendant MUFG Bank, Ltd. (f/k/a The Bank of Tokyo-Mitsubishi UFJ, Ltd.)* | *Attorneys for Defendants The Royal Bank of Scotland plc (now known as NatWest Markets Plc) and RBS Securities Inc. (now known as NatWest Markets Securities Inc.)* |

The Honorable Lorna G. Schofield                                                                -6-
February 19, 2019

| LOCKE LORD LLP | GIBSON, DUNN & CRUTCHER LLP |
|---|---|
| By: /s/ Gregory T. Casamento<br>Gregory T. Casamento<br>3 World Financial Center<br>New York, NY 10281<br>Telephone: (212) 812-8325<br>gcasamento@lockelord.com<br><br>Roger B. Cowie<br>2200 Ross Avenue, Suite 2800<br>Dallas, TX 75201<br>Telephone: (214) 740-8000<br>rcowie@lockelord.com<br><br>J. Matthew Goodin<br>Julia C. Webb<br>111 South Wacker Drive<br>Chicago, IL 60606<br>Telephone: (312) 443-0700<br>jmgoodin@lockelord.com<br>jwebb@lockelord.com<br><br>*Attorneys for Defendants HSBC Bank PLC, HSBC North America Holdings, Inc., HSBC Bank USA, N.A., and HSBC Securities (USA) Inc.* | By: /s/ Eric J. Stock<br>Eric J. Stock<br>Indraneel Sur<br>200 Park Avenue, 48th Floor<br>New York, New York 10166<br>Telephone: (212) 351-4000<br>estock@gibsondunn.com<br>isur@gibsondunn.com<br><br>D. Jarrett Arp<br>Melanie L. Katsur<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036<br>Telephone: (202) 955-8500<br>jarp@gibsondunn.com<br>mkatsur@gibsondunn.com<br><br>*Attorneys for Defendants UBS AG, UBS Group AG, and UBS Securities, LLC* |

The Honorable Lorna G. Schofield                                        -7-
February 19, 2019

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: /s/ Thomas J. Moloney
Thomas J. Moloney
George S. Cary
Rishi Zutshi
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
tmoloney@cgsh.com
gcary@cgsh.com
rzutshi@cgsh.com

*Attorneys for Defendants The Goldman Sachs Group, Inc. and Goldman Sachs & Co. LLC*

LATHAM & WATKINS LLP

By: /s/ Joseph Serino, Jr.
Joseph Serino, Jr.
885 Third Avenue
New York, New York 10022
joseph.serino@lw.com
Telephone: (212) 906-1717

KING & SPALDING LLP

By: /s/ G. Patrick Montgomery
G. Patrick Montgomery
1700 Pennsylvania Ave., NW
Washington, DC  20006
Telephone: (202) 626-5444
pmontgomery@kslaw.com

*Attorneys for Defendant Deutsche Bank AG and Deutsche Bank Securities Inc.*

SIDLEY AUSTIN LLP

By: /s/ Andrew W. Stern
Andrew W. Stern
Nicholas P. Crowell
787 Seventh Avenue
New York, New York 10019
Telephone: (212)839-5300
astern@sidley.com
ncrowell@sidley.com

*Attorneys for Defendant Standard Chartered Bank*

CAHILL GORDON & REINDEL LLP

By: /s/ David G. Januszewski
David G. Januszewski
Elai E. Katz
Herbert S. Washer
Jason M. Hall
80 Pine Street
New York, NY 10005
Telephone: (212) 701-3000
djanuszewski@cahill.com
ekatz@cahill.com
hwasher@cahill.com
jhall@cahill.com

*Attorneys for Defendants Credit Suisse Group AG, Credit Suisse AG, and Credit Suisse Securities (USA) LLC*

The Honorable Lorna G. Schofield -8-
February 19, 2019

| WACHTELL, LIPTON, ROSEN & KATZ | MOORE AND VAN ALLEN PLLC |
|---|---|
| By: /s/ Jonathan Moses <br> Jonathan Moses <br> Bradley R. Wilson <br> 51 West 52nd Street <br> New York, NY 10019 <br> Telephone: (212) 403-1000 <br> JMMoses@wlrk.com <br> BRWilson@wlrk.com <br><br> *Attorneys for Defendants Morgan Stanley, Morgan Stanley & Co., LLC, and Morgan Stanley & Co. International PLC* | By: /s/ James P. McLoughlin, Jr. <br> James P. McLoughlin, Jr. <br> Mark A. Nebrig <br> Joshua D. Lanning <br> Moore and Van Allen PLLC <br> 100 N. Tryon Street, Suite 4700 <br> Charlotte, North Carolina 28202 <br> Telephone: (704) 331-1000 <br> jimmcloughlin@mvalaw.com <br> marknebrig@mvalaw.com <br> joshlanning@mvalaw.com <br><br> *Attorneys for Defendant RBC Capital Markets, LLC* |

LINKLATERS LLP

By: /s/ James R. Warnot, Jr.
James R. Warnot, Jr.
Adam S. Lurie
Patrick C. Ashby
1345 Avenue of the Americas
New York, New York 10105
Telephone: (212) 903-9000
james.warnot@linklaters.com
adam.lurie@linklaters.com
patrick.ashby@linklaters.com

*Attorneys for Defendant Société Générale*