**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JAMES CONTANT, MARTIN-HAN TRAN, CARLOS GONZALEZ, UGNIUS MATKUS, JERRY JACOBSON, and PAUL VERMILLION, on behalf of themselves and all others similarly situated, | Case No. 1:17-cv-03139-LGS |
| Plaintiffs, | ECF CASE |
| v. | |
| BANK OF AMERICA CORPORATION, *et al.*, | **AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |
| Defendants. | |

STATE OF TEXAS          )
                                  ) SS.
COUNTY OF DALLAS   )

MATTHEW BUONGIORNO, being duly sworn, hereby deposes and says as follows:

1.      I am an attorney with the law firm of LOCKE LORD LLP.

2.      I submit this affidavit in support of my motion for admission to practice pro hac vice in the above-captioned matter.

3.      As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of Texas.

4.      There are no disciplinary proceedings against me in any State or Federal court.

5.      Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate pro hac vice in this one case for Defendants HSBC HOLDINGS PLC, HSBC BANK PLC, HSBC NORTH AMERICA HOLDINGS, INC., HSBC BANK USA, N.A., HSBC SECURITIES (USA) INC. (collectively the HSBC Defendants).

Matthew Buongiorno
LOCKE LORD LLP
2200 Ross Avenue
Suite 2800
Dallas, TX  75201
matthew.buongiorno@lockelord.com
Phone:  (214) 740-8525

SUBSCRIBED AND SWORN to before
me this _4th_ day of March 2019.

Notary Public

EUGENIE PORTER
Notary Public, State of Texas
Comm. Expires 10-04-2021
Notary ID 6393431

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

February 27, 2019

Re: Matthew Brandon Buongiorno, State Bar Number 24097436

To Whom It May Concern:

This is to certify that Matthew Brandon Buongiorno was licensed to practice law in Texas on November 06, 2015, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,



James Ehler
Interim Chief Disciplinary Counsel
LA/web

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Matthew Brandon Buongiorno**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 6th day of November, 2015.

I further certify that the records of this office show that, as of this date

**Matthew Brandon Buongiorno**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 27th day of February, 2019.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 5691C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.