## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, MARTIN-HAN TRAN, CARLOS GONZALEZ, UGNIUS MATKUS, JERRY JACOBSON, and PAUL VERMILLION, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>            Defendants. | Case No. 1:17-cv-03139-LGS<br><br>ECF CASE<br><br>**[PROPOSED] ORDER GRANTING MOTION TO ADMIT COUNSEL L *PRO HAC VICE*** |

The motion for admission of **MATTHEW BUONGIORNO**, to practice pro hac vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Illinois; and that his contact information is:

> Matthew Buongiorno
> LOCKE LORD LLP
> 2200 Ross Avenue
> Suite 2800
> Dallas, TX  75201
> matthew.buongiorno@lockelord.com
> Phone:  (214) 740-8525.

Applicant having requested admission Pro Hac Vice to argue and to try the above entitled action in whole or in part as counsel or advocate for Defendants HSBC HOLDINGS PLC, HSBC BANK PLC, HSBC NORTH AMERICA HOLDINGS, INC., HSBC BANK USA, N.A., HSBC SECURITIES (USA) INC. (collectively the HSBC Defendants);

**IT IS HEREBY ORDERED** that Applicant is admitted Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York.  All attorney appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

_____
United States District Judge