UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, MARTIN-HAN TRAN, CARLOS GONZALEZ, UGNIUS MATKUS, JERRY JACOBSON, and PAUL VERMILLION, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>Defendants. | Case No. 1:17-cv-03139-LGS<br><br>ECF CASE<br><br>**MOTION TO ADMIT COUNSEL** ***PRO HAC VICE*** |

TO:   All counsel of record

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificates of Good Standing annexed thereto, we will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York for an Order allowing the admission of movant, a member of the firm of LOCKE LORD LLP and a member in good standing of the Bar of the State of Texas, as attorney pro hac vice to argue or try this case in whole or in part as counsel for Defendants HSBC HOLDINGS PLC, HSBC BANK PLC, HSBC NORTH AMERICA HOLDINGS, INC., HSBC BANK USA, N.A., HSBC SECURITIES (USA) INC. (collectively the HSBC Defendants). There are no pending disciplinary proceedings against me in any State or Federal Court.

Respectfully submitted,

Matthew Buongiorno
LOCKE LORD LLP
2200 Ross Avenue
Suite 2800
Dallas, TX 75201
matthew.buongiorno@lockelord.com
Phone: (214) 740-8525

Dated: March 6, 2019