# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, MARTIN-HAN TRAN, CARLOS GONZALEZ, UGNIUS MATKUS, JERRY JACOBSON, and PAUL VERMILLION, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>Defendants. | Case No. 1:17-cv-03139-LGS<br><br>ECF CASE<br><br>**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

STATE OF TEXAS            )
                          ) SS.
COUNTY OF DALLAS          )

MATTHEW BUONGIORNO, being duly sworn, hereby deposes and says as follows:

1. I am an attorney with the law firm of LOCKE LORD LLP.

2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of Texas.

4. There are no disciplinary proceedings against me in any State or Federal court.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred nor denied admission or admission to any court.

7. I have read and am familiar with the rules of the Court.

8. I will faithfully adhere to all the rules applicable to my conduct in connection with any activities in this Court.

9. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate pro hac vice in this one case for Defendants HSBC HOLDINGS PLC, HSBC BANK PLC, HSBC NORTH AMERICA HOLDINGS, INC., HSBC BANK USA, N.A., HSBC SECURITIES (USA) INC. (collectively the HSBC Defendants).

*Matthew Buongiorno*
LOCKE LORD LLP
2200 Ross Avenue
Suite 2800
Dallas, TX 75201
matthew.buongiorno@lockelord.com
Phone: (214) 740-8525

SUBSCRIBED AND SWORN to before
me this 8th day of March 2019.

_____
Notary Public

EDMUND HWEE
Notary Public, State of New York
No. 01HW6010626
Qualified in Queens County
Commission Expires 08/31/2022