UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, et al.,<br><br>             Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, et al.,<br><br>             Defendants. | CASE NO.: 1:17-cv-3139-LGS<br><br>**MOTION FOR ADMISSION**<br>***PRO HAC VICE*** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Jeffrey R. Finley, respectfully move this Court for an Order for Admission *Pro Hac Vice* to appear as counsel for Plaintiffs in the above-captioned action.

I am a member in good standing of the bar of the state of Arizona, and a certificate of good standing is attached hereto as Exhibit A. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, disbarred or denied admission or readmission by any court. I have been sanctioned and suspended with the bar of the state of Arizona, described in detail to the Affidavit required by Local Rule 1.3(c), attached hereto as Exhibit B.

Dated: March 12, 2019                              Respectfully submitted:

                                          By:     */s/Jeffrey R. Finley*
                                                  Jeffrey R. Finley
                                                  SCHNEIDER WALLACE COTTRELL
                                                  KONECKY WOTKYNS, LLP
                                                  8501 N. Scottsdale Road, Suite 270
                                                  Scottsdale, Arizona 85253
                                                  Telephone: (480) 428-0142
                                                  Fax: (866) 505-8036
                                                  jfinley@schneiderwallace.com
                                                  *Attorneys for Plaintiffs*