# *Exhibit A*

# CERTIFICATE OF GOOD STANDING
## ISSUED BY THE DISCIPLINARY CLERK
## FOR AND ON BEHALF OF
## THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **JEFFREY R. FINLEY** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on October 20, 1984 and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.

During the preceding ten (10) years, this attorney has had discipline imposed as follows:

| | |
|---|---|
| November 30, 2010 | Suspension, Probation and Costs |
| January 5, 2011 | Reinstatement with Probation |

Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this March 6, 2019.

Amanda McQueen
Disciplinary Clerk

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT
## OF THE STATE OF ARIZONA

_____

*I, Janet Johnson, Clerk of the Supreme Court of the State of Arizona, hereby certify that, according to the records of my office and upon the recommendation of the Disciplinary Clerk of the Supreme Court of Arizona*

### JEFFREY R. FINLEY

*was on the 20th day of October, 1984 duly admitted to practice as an Attorney and Counselor at Law in all the courts of Arizona; during the past 10 years, this attorney has had discipline imposed upon him in the form of Suspension, Probation and Costs on November 30, 2010 and Reinstatement with Probation on January 5, 2011 and that his name now appears on the Roll of Attorneys in this office as an active member of the Bar in good standing.*

*Given under my hand and the seal of said Court this 8th of March, 2019.*

*JANET JOHNSON, Clerk*

By _____
*Allison Carro*
*Deputy Clerk Specialist*