# *Exhibit B*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA CORPORATION, et al., <br><br> Defendants. | CASE NO.: 1:17-cv-3139-LGS <br><br> **AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION** *PRO HAC VICE* |

Under oath, I depose and state the following:

1. My name is Jeffrey R. Finley.

2. I am a member in good standing of the bar of the state of Arizona since December 20, 1984.

3. I have attached the certificate of good standing from the Supreme Court of Arizona, which was issued within thirty days of this filing, as Exhibit A to my Motion for Admission *Pro Hac Vice*.

4. I have never been convicted of a felony.

5. I have never been censured, disbarred, or denied admission or readmission by any court.

6. I have been sanctioned and suspended with the bar of the state of Arizona in approximately 2007. My then partner and I, represented a gentleman that had been injured while in the custody of the local police. The client was eventually deported to Germany, his home, after having had multiple felony convictions. The civil case which was being handled by my

1

2

partner and I was hampered by the client's lack of availability. Unfortunately, we failed to properly document issues and communications with the client regarding discovery and disclosure. We were sanctioned and suspended for thirty (30) days for failing to communicate properly and for failing to expedite the litigation.

7.  I have not been the subject of any pending disciplinary proceedings.

Signed under penalty of perjury this 11th day of March, 2019

Jeffrey R. Finley

Sworn to and Subscribed before me this
11th day of March, 2019

Notary Public
My Commission Expires: 6/5/22

LISA A. GUTHRIE
Notary Public - State of Arizona
MARICOPA COUNTY
Commission # 551061
Expires June 05, 2022