UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, et al., | CASE NO.: 1:17-cv-3139-LGS |
| Plaintiffs, | **ORDER FOR ADMISSION** *PRO HAC VICE* |
| v. | |
| BANK OF AMERICA CORPORATION, et al., | |
| Defendants. | |

The motion of Jeffrey R. Finley, for admission to practice *pro hac vice* in the captioned action, is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Arizona, and that his contact information is as follows:

Jeffrey R. Finley
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS, LLP
8501 N. Scottsdale Road, Suite 270
Scottsdale, Arizona 85253
Telephone: (480) 428-0141
Fax: (866) 505-8036
jfinley@schneiderwallace.com
kwinter@schneiderwallace.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiffs in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.

1

2

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____      _____
                                                                         Judge Lorna G. Schofield
                                                                         UNITED STATES DISTRICT JUDGE