UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, SANDRA LAVENDER, VICTOR HERNANDEZ, MARTIN-HAN TRAN, FX PRIMUS LTD., CARLOS GONZALEZ, UGNIUS MATKUS, CHARLES G. HITCHCOCK III, JERRY JACOBSON, TINA PORTER, AND PAUL VERMILLION, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>Defendants. | No. 1:17-cv-03139-LGS |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Adam Mehes of the law firm of Davis Polk & Wardwell LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel of record for defendant The Royal Bank of Scotland plc, now known as NatWest Markets Plc, and RBS Securities Inc., now known as NatWest Markets Securities Inc., in the above-captioned matter, and requests that all papers in this action be served upon him at the address indicated below.

Dated: New York, New York  Respectfully Submitted,
April 2, 2019

DAVIS POLK & WARDWELL LLP

By: /s/ Adam G. Mehes
Adam G. Mehes

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, New York  10017
Telephone:  (212) 450-4398
Facsimile:   (212) 701-5398
adam.mehes@davispolk.com

*Counsel for Defendants The Royal Bank of Scotland plc, now known as NatWest Markets Plc, and RBS Securities Inc., now known as NatWest Markets Securities Inc.*