UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, SANDRA LAVENDER, VICTOR HERNANDEZ, MARTIN-HAN TRAN, FX PRIMUS LTD., CARLOS GONZALEZ, UGNIUS MATKUS, CHARLES G. HITCHCOCK III, JERRY JACOBSON, TINA PORTER, AND PAUL VERMILLION, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>    Defendants. | No. 1:17-cv-03139-LGS |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jordan W. Garman of the law firm of Davis Polk & Wardwell LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel of record for defendant The Royal Bank of Scotland plc, now known as NatWest Markets Plc, and RBS Securities Inc., now known as NatWest Markets Securities Inc., in the above-captioned matter, and requests that all papers in this action be served upon her at the address indicated below.

Dated: New York, New York  
April 2, 2019

Respectfully Submitted,

DAVIS POLK & WARDWELL LLP

By: /s/ Jordan W. Garman  
Jordan W. Garman

Davis Polk & Wardwell LLP  
450 Lexington Avenue  
New York, New York  10017  
Telephone:  (212) 450-3010  
Facsimile:  (212) 701-6010  
jordan.garman@davispolk.com

*Counsel for Defendants The Royal Bank of Scotland plc, now known as NatWest Markets Plc, and RBS Securities Inc., now known as NatWest Markets Securities Inc.*