New York        Paris
Menlo Park      Madrid
Washington DC   Tokyo
São Paulo       Beijing
London          Hong Kong

# Davis Polk

**Melissa King**

Davis Polk & Wardwell LLP   212 450 4673 tel
450 Lexington Avenue        212 701 5673 fax
New York, NY 10017          melissa.king@davispolk.com

April 2, 2019

<u>Via ECF</u>

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:   *Contant et al v. Bank of America Corporation, et al.*, No. 17 Civ. 03139-LGS

Dear Judge Schofield:

Davis Polk & Wardwell LLP represents defendants The Royal Bank of Scotland Group plc, The Royal Bank of Scotland plc and RBS Securities Inc. in the above-referenced action.  After April 2, 2019, I will no longer be associated with the law firm of Davis Polk & Wardwell LLP and thus no longer serve as counsel.  Accordingly, I respectfully request that the Court instruct the docket clerk to remove my registration as counsel of record.  Davis Polk & Wardwell LLP will continue to represent the defendants in this action.

Respectfully submitted,

Melissa C. King

cc:  All Counsel of Record (via ECF)


SO ORDERED.     DATE: _____

_____
U.S.D.J.