USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/3/2019

# Davis Polk

**Melissa King**

Davis Polk & Wardwell LLP     212 450 4673 tel
450 Lexington Avenue          212 701 5673 fax
New York, NY 10017            melissa.king@davispolk.com

April 2, 2019

<u>Via ECF</u>

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:   *Contant et al v. Bank of America Corporation, et al.*, No. 17 Civ. 03139-LGS

Dear Judge Schofield:

Davis Polk & Wardwell LLP represents defendants The Royal Bank of Scotland Group plc, The Royal Bank of Scotland plc and RBS Securities Inc. in the above-referenced action. After April 2, 2019, I will no longer be associated with the law firm of Davis Polk & Wardwell LLP and thus no longer serve as counsel. Accordingly, I respectfully request that the Court instruct the docket clerk to remove my registration as counsel of record. Davis Polk & Wardwell LLP will continue to represent the defendants in this action.

Respectfully submitted,

*/s/ Melissa C. King*

Melissa C. King

cc: All Counsel of Record (via ECF)

Counsel's application for leave to withdraw is GRANTED. The Clerk of Court is respectfully directed to remove Ms. King's registration as counsel of record.

Dated: April 3, 2019
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**