April 5, 2019

<u>VIA ECF</u>

The Honorable Lorna G. Schofield
U.S. District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

              Re:     *Contant, et al. v. Bank of Am. Corp., et al.*,
                          <u>No. 17 Civ. 3139 (LGS) (S.D.N.Y.)</u>

Dear Judge Schofield:

      Pursuant to this Court's November 16, 2018 Order (ECF No. 176), the parties write to update the Court on the status of the above-captioned action.

**<u>Pending Motion to Dismiss/Pleadings</u>**

      On December 20, 2018, defendants Barclays Bank PLC; UBS AG; UBS Group AG; The Royal Bank of Scotland plc; Credit Suisse Group AG; Société Générale; HSBC Bank plc; MUFG Bank, Ltd.; Standard Chartered Bank; and BNP Paribas Group (collectively, "Foreign Defendants") jointly moved to dismiss plaintiffs' Second Consolidated Class Action Complaint ("SCCAC") (ECF No. 183) for lack of personal jurisdiction under Federal Rule of Civil Procedure 12(b)(2). (ECF Nos. 197-200.) Plaintiffs filed their opposition (ECF Nos. 219-220) and supplemental letter (ECF No. 221) on January 28 and 31, 2019, respectively. Counsel for Defendant Credit Suisse Group AG contacted plaintiffs' counsel on February 15, 2019 to discuss voluntary dismissal of Credit Suisse Group AG. Foreign Defendants filed their reply on February 19, 2019. (ECF No. 228.) That motion is now fully briefed. (*See* ECF No. 176.) On that same day, plaintiffs voluntarily dismissed without prejudice Credit Suisse Group AG from the action. (ECF No. 226.)

The Honorable Lorna G. Schofield                                                    -2-
April 5, 2019

     Non-Foreign Defendants'[1] answers were filed on January 11, 2019.  (*See* ECF Nos. 205-216.)

**<u>Discovery</u>**

     Discovery is stayed as to Foreign Defendants in connection with the filing of their aforementioned joint Rule 12(b)(2) motion to dismiss.  Initial requests to and from these defendants may be served 14 days from any denial of such motion.  (*See* ECF No. 176.)  Plaintiffs and Non-Foreign Defendants exchanged initial disclosures on February 11, 2019.

     Pursuant to this Court's November 16, 2018 Order (ECF No. 176), Non-Foreign Defendants produced to plaintiffs documents and recordings produced in discovery in *In re Foreign Exchange Benchmark Rates Antitrust Litigation* (S.D.N.Y. No. 13-cv-7789) ("*FOREX*"), as well as transactional data for spot FX Instrument transactions with entities identified as retail foreign exchange dealers ("RFEDs") by plaintiffs in November 21, 2018 correspondence.  Non-Foreign Defendants subsequently made supplemental productions of transactional data for spot FX Instrument transactions with additional entities plaintiffs identified as RFEDs in correspondence dated December 21, 2018.  On February 11, 2019, defendants BNP Paribas US Wholesale Holdings Corp. and BNP Paribas Securities Corp. served a first interrogatory on plaintiffs.  On March 11, 2019, The Goldman Sachs Group, Inc. and Goldman Sachs & Co. LLC also served a first set of interrogatories on plaintiffs, as did Deutsche Bank AG and Deutsche Bank Securities, Inc.  On that same day, Non-Foreign Defendants served a first set of requests for production on plaintiffs.  On March 14, 2019, plaintiffs served subpoenas on sixty-one third parties and on April 2, 2019, plaintiffs served a first interrogatory on all defendants.

     On March 22, 2019, this Court entered a Deposition Protocol Order to govern the scheduling of depositions in this matter and the following two related matters: (i) *FOREX*; and (ii) *Allianz Global Investors GmbH, et al. v. Bank of America Corp., et al.* (S.D.N.Y. No. 18-cv-10364).  (ECF No. 240.)

     All parties respectfully agree that there should be an extension of the May 2, 2019 deadline for the close of fact discovery and pre-motion letters.  (ECF No. 176.)  The parties continue to meet and confer on the specifics of that extension and will present for the Court's consideration a joint proposal or, if a joint proposal cannot be reached, competing proposals.

---

[1]    In the context of this letter, "defendants" excludes settling defendants Citigroup Inc., Citibank, N.A., Citicorp, and Citigroup Global Markets Inc.

The Honorable Lorna G. Schofield                                                    -3-
April 5, 2019

Respectfully submitted,

April 5, 2019                                    BERGER MONTAGUE PC

                                                By: /s/ Michael Dell'Angelo
                                                Michael Dell'Angelo
                                                Merrill Davidoff
                                                Michael Kane
                                                Joshua T. Ripley
                                                1818 Market Street, Suite 3600
                                                Philadelphia, PA 18103
                                                Telephone: (215) 875-3000
                                                mdellangelo@bm.net
                                                mdavidoff@bm.net
                                                mkane@bm.net
                                                jripley@bm.net

                                                SCHNEIDER WALLACE COTTRELL
                                                KONECKY WOTKYNS LLP
                                                Garrett W. Wotkyns
                                                8501 North Scottsdale Road, Suite 270
                                                Scottsdale, AZ 85253
                                                Telephone: (480) 428-0142
                                                gwotkyns@schneiderwallace.com

                                                PEIFFER WOLF CARR & KANE, APLC
                                                Joseph C. Peiffer
                                                201 St. Charles Avenue, Suite 4610
                                                New Orleans, LA 70170
                                                Telephone: (504) 523-2434
                                                jpeiffer@pwcklegal.com

                                                MCCULLEY MCCLUER PLLC
                                                R. Bryant McCulley
                                                Stuart McCluer
                                                1022 Carolina Boulevard, Suite 300
                                                Charleston, SC 29451
                                                Telephone: (855) 467-0451
                                                bmcculley@mcculleymccluer.com
                                                smccluer@mcculleymccluer.com

                                                *Attorneys for Plaintiffs and the Proposed Classes*

The Honorable Lorna G. Schofield                                                    -4-
April 5, 2019

SULLIVAN & CROMWELL LLP                        SKADDEN, ARPS, SLATE, MEAGHER &
                                               FLOM LLP


By: /s/ Matthew A. Schwartz                    By: /s/ Boris Bershteyn
Matthew A. Schwartz                            Boris Bershteyn
125 Broad Street                               Tansy Woan
New York, New York 10004                       Four Times Square
Telephone: (212) 558-4000                      New York, New York 10036
schwartzmatthew@sullcrom.com                   Telephone: (212) 735-3000
                                               boris.bershteyn@skadden.com
                                               tansy.woan@skadden.com

                                               Gretchen M. Wolf (admitted pro hac vice)
                                               155 N. Wacker Dr., Suite 2700
                                               Chicago, Illinois 60606
                                               Telephone: (312) 407-0700
                                               gretchen.wolf@skadden.com


*Attorney for Defendant Barclays Bank PLC*      *Attorneys for Defendants JPMorgan Chase &*
*and Barclays Capital Inc.*                     *Co. and JPMorgan Chase Bank, N.A.*

The Honorable Lorna G. Schofield                                    -5-
April 5, 2019

SHEARMAN & STERLING LLP                      ALLEN & OVERY LLP


By: /s/ Adam S. Hakki                        By: /s/ David C. Esseks
Adam S. Hakki                                David C. Esseks
Richard F. Schwed                            Laura R. Hall
Jeffrey J. Resetarits                        Rebecca Delfiner
599 Lexington Avenue                         1221 Avenue of the Americas
New York, New York 10022                     New York, NY 10020
Telephone: (212) 848-4000                    Telephone: (212) 610-6300
ahakki@shearman.com                          david.esseks@allenovery.com
rschwed@shearman.com                         laura.hall@allenovery.com
jeffrey.resetarits@shearman.com              rebecca.delfiner@allenovery.com

*Attorneys for Defendants Bank of America*   *Attorneys for Defendants BNP Paribas Group,*
*Corporation, Bank of America, N.A. and Merrill*   *BNP Paribas North America, Inc., BNP Paribas*
*Lynch, Pierce, Fenner & Smith Incorporated* *Securities Corp., and BNP Paribas Prime*
                                             *Brokerage, Inc.*


PAUL, WEISS, RIFKIND, WHARTON &              DAVIS POLK & WARDWELL LLP
GARRISON LLP


By: /s/ Kenneth A. Gallo                     By: /s/ Paul S. Mishkin
Kenneth A. Gallo                             Paul S. Mishkin
Michael E. Gertzman                          Maude Paquin
Anand Sithian                                450 Lexington Avenue
Maxwell A.H. Kosman                          New York, New York 10017
1285 Avenue of the Americas                  Telephone: (212) 450-4000
New York, New York 10019                     paul.mishkin@davispolk.com
Telephone: (212) 373-3000                    maude.paquin@davispolk.com
kgallo@paulweiss.com
mgertzman@paulweiss.com
asithian@paulweiss.com
mkosman@paulweiss.com

*Attorneys for Defendant MUFG Bank, Ltd. (f/k/a*   *Attorneys for Defendants The Royal Bank of*
*The Bank of Tokyo-Mitsubishi UFJ, Ltd.)*    *Scotland plc (now known as NatWest Markets*
                                             *Plc) and RBS Securities Inc. (now known as*
                                             *NatWest Markets Securities Inc.)*

The Honorable Lorna G. Schofield                                                    -6-
April 5, 2019

LOCKE LORD LLP                                    GIBSON, DUNN & CRUTCHER LLP

By: /s/ Gregory T. Casamento                      By: /s/ Eric J. Stock
Gregory T. Casamento                              Eric J. Stock
3 World Financial Center                          Indraneel Sur
New York, NY 10281                                200 Park Avenue, 48th Floor
Telephone: (212) 812-8325                         New York, New York 10166
gcasamento@lockelord.com                          Telephone: (212) 351-4000
                                                  estock@gibsondunn.com
Roger B. Cowie                                    isur@gibsondunn.com
2200 Ross Avenue, Suite 2800
Dallas, TX 75201                                  D. Jarrett Arp
Telephone: (214) 740-8000                         Melanie L. Katsur
rcowie@lockelord.com                              1050 Connecticut Avenue, N.W.
                                                  Washington, D.C. 20036
J. Matthew Goodin                                 Telephone: (202) 955-8500
Julia C. Webb                                     jarp@gibsondunn.com
111 South Wacker Drive                            mkatsur@gibsondunn.com
Chicago, IL 60606
Telephone: (312) 443-0700
jmgoodin@lockelord.com
jwebb@lockelord.com

*Attorneys for Defendants HSBC Bank PLC,*          *Attorneys for Defendants UBS AG, UBS Group*
*HSBC North America Holdings, Inc., HSBC*          *AG, and UBS Securities LLC*
*Bank USA, N.A., and HSBC Securities (USA)*
*Inc.*

The Honorable Lorna G. Schofield                                                          -7-
April 5, 2019

CLEARY GOTTLIEB STEEN &                      LATHAM & WATKINS LLP
HAMILTON LLP

By: /s/ Thomas J. Moloney                    By: /s/ Joseph Serino, Jr.
Thomas J. Moloney                            Joseph Serino, Jr.
George S. Cary                               885 Third Avenue
Rishi Zutshi                                 New York, New York 10022
One Liberty Plaza                            joseph.serino@lw.com
New York, New York 10006                     Telephone: (212) 906-1717
Telephone: (212) 225-2000
tmoloney@cgsh.com                            KING & SPALDING LLP
gcary@cgsh.com
rzutshi@cgsh.com                             By: /s/ G. Patrick Montgomery
                                             G. Patrick Montgomery
                                             1700 Pennsylvania Ave., NW
                                             Washington, DC  20006
                                             Telephone: (202) 626-5444
                                             pmontgomery@kslaw.com

*Attorneys for Defendants The Goldman Sachs*     *Attorneys for Defendant Deutsche Bank AG and*
*Group, Inc. and Goldman Sachs & Co. LLC*        *Deutsche Bank Securities Inc.*

SIDLEY AUSTIN LLP                            CAHILL GORDON & REINDEL LLP


By: /s/ Andrew W. Stern                      By: /s/ David G. Januszewski
Andrew W. Stern                              David G. Januszewski
Nicholas P. Crowell                          Elai E. Katz
787 Seventh Avenue                           Herbert S. Washer
New York, New York 10019                     Jason M. Hall
Telephone: (212)839-5300                     80 Pine Street
astern@sidley.com                            New York, NY 10005
ncrowell@sidley.com                          Telephone: (212) 701-3000
                                             djanuszewski@cahill.com
                                             ekatz@cahill.com
                                             hwasher@cahill.com
                                             jhall@cahill.com

*Attorneys for Defendant Standard Chartered*     *Attorneys for Defendants Credit Suisse AG, and*
*Bank*                                           *Credit Suisse Securities (USA) LLC*

The Honorable Lorna G. Schofield                                    -8-
April 5, 2019

WACHTELL, LIPTON, ROSEN & KATZ          MOORE AND VAN ALLEN PLLC


By: /s/ Jonathan Moses                  By: /s/ James P. McLoughlin, Jr.
Jonathan Moses                          James P. McLoughlin, Jr.
Bradley R. Wilson                       Mark A. Nebrig
51 West 52nd Street                     Joshua D. Lanning
New York, NY 10019                      Moore and Van Allen PLLC
Telephone: (212) 403-1000               100 N. Tryon Street, Suite 4700
JMMoses@wlrk.com                        Charlotte, North Carolina 28202
BRWilson@wlrk.com                       Telephone: (704) 331-1000
                                        jimmcloughlin@mvalaw.com
                                        marknebrig@mvalaw.com
                                        joshlanning@mvalaw.com


*Attorneys for Defendants Morgan Stanley,*   *Attorneys for Defendant RBC Capital Markets,*
*Morgan Stanley & Co., LLC, and Morgan*      *LLC*
*Stanley & Co. International PLC*


LINKLATERS LLP


By: /s/ James R. Warnot, Jr.
James R. Warnot, Jr.
Adam S. Lurie
Patrick C. Ashby
1345 Avenue of the Americas
New York, New York 10105
Telephone: (212) 903-9000
james.warnot@linklaters.com
adam.lurie@linklaters.com
patrick.ashby@linklaters.com

*Attorneys for Defendant Société Générale*