UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, MARTIN-HAN TRAN, CARLOS GONZALEZ, UGNIUS MATKUS, JERRY JACOBSON, PAUL VERMILLION, SARAH LAVENDER, VICTOR HERNANDEZ, FX PRIMUS LTD., CHARLES G. HITCHCOCK III, and TINA PORTER, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>    Defendants. | No. 17 Civ. 3139 (LGS)<br>Hon. Lorna G. Schofield |

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

  Please enter my appearance in the above-captioned matter as counsel for defendants Morgan Stanley, Morgan Stanley & Co. LLC, and Morgan Stanley & Co. International plc.  I certify that I am admitted to practice in this Court.

Dated: April 9, 2019
   New York, New York

WACHTELL, LIPTON, ROSEN & KATZ

By: /s/ Justin L. Brooke
   Justin L. Brooke
   Wachtell, Lipton, Rosen & Katz
   51 West 52nd Street
   New York, New York 10019
   Telephone:  (212) 403-1000
   Fax:  (212) 403-2000
   Email:  JLBrooke@wlrk.com

*Attorneys for Morgan Stanley, Morgan Stanley & Co. LLC, and Morgan Stanley & Co. International plc*