```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
JAMES CONTANT, et al.,                                       :
                                    Plaintiffs,              :
                                                             :               17 Civ. 3139 (LGS)
                -against-                                    :
                                                             :                    ORDER
BANK OF AMERICA CORPORATION, et al.,                         :
                                    Defendants.              :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/12/2019

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on April 11, 2019, third party FXDirectDealer, LLC filed a motion to quash Plaintiffs' March 7, 2019, subpoena;

WHEREAS, the deadline to comply with the subpoena is April 15, 2019.  It is hereby

**ORDERED** that Plaintiffs shall file a letter response, not to exceed three pages, by **April 16, 2019**.  No reply shall be submitted unless otherwise directed by the Court.  It is further

**ORDERED** that the deadline to comply with the subpoena is adjourned until the Court has issued its decision on the motion to quash.  It is further

**ORDERED** that any party seeking to file a motion shall first file a pre-motion letter in accordance with Individual Rule III.A.1.

Dated: April 12, 2019
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE