**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JAMES CONTANT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA CORPORATION, *et al.*, <br><br> Defendants. | Case No.: 17-cv-3139-LGS <br><br> (related to No. 13-cc-7789-LGS) <br><br> ECF CASE |

**PLAINTIFFS' NOTICE OF DISASSOCIATION OF COUNSEL**
**AND REQUEST FOR REMOVAL FROM CM/ECF**

PLEASE TAKE NOTICE THAT Jeffrey R. Finley, Esq., is no longer associated with the law firm of Schneider Wallace Cottrell Konecky Wotkyns LLP and no longer an attorney of record for Plaintiffs in the above-captioned case. Further, Plaintiffs respectfully request that the e-mail address of jfinley@schneiderwallace.com be removed from the CM/ECF e-filing list.

Garrett W. Wotkyns, Kyle G. Bates and Schneider Wallace Cottrell Konecky Wotkyns LLP will continue to represent Plaintiffs in the above-captioned matter, and all other counsel for Plaintiffs will remain the same.

Dated: April 18, 2019

Respectfully submitted,

*/s/ Garrett W. Wotkyns*
Garrett W. Wotkyns
**SCHNEIDER WALLACE COTTRELL**
**KONECKY WOTKYNS LLP**
8501 North Scottsdale Rd., Ste. 270
Scottsdale, AZ 85253
Tel: (480) 428-0142
Fax: (866) 505-8036
gwotkyns@schneiderwallace.com

Kyle G. Bates
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
kbates@schneiderwallace.com

Michael Dell'Angelo
Michael J. Kane
Joshua T. Ripley
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
mdellangelo@bm.net
mkane@bm.net
jripley@bm.net

Joseph C. Peiffer
Tracey B. Cowan
**PEIFFER WOLF CARR& KANE, APLC**
201 St. Charles Ave., Ste. 4610
New Orleans, LA 70170
Tel: (504) 523-2434
Fax: (504)523-2464
jpeiffer@prwlegal.com
tcowan@pwcklegal.com

R. Bryant McCulley
Stuart H. McCluer
Frank B. Ulmer
**MCCULLEY MCCLUER PLLC**
1022 Carolina Blvd., Ste. 300
Charleston, SC 29451
Tel: (855) 467-0451
Fax: (662) 368-1506
bmcculley@mcculleymccluer.com
smccluer@mcculleymccluer.com
fulmer@mcculleymccluer.com

*Counsel for Plaintiffs and
the Proposed Classes*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2019, a true and correct copy of the foregoing document was served upon all counsel of record via the Court's ECF system.

Dated:  April 18, 2019                           */s/ Garrett W. Wotkyns*
                                                                Garrett W. Wotkyns