UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, et al.<br><br>*Plaintiffs*,<br><br>- against -<br><br>BANK OF AMERICA CORPORATION, et al.,<br><br>*Defendants*. | Index No.: 17 Civ. 3139 (LGS)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned, an attorney admitted to practice before this Court, appears in the above-referenced action as counsel for Defendants J.P. Morgan Chase & Co. and J.P. Morgan Chase Bank, N.A., and respectfully requests that copies of all papers in this action be served upon the undersigned at the address set forth below.

Dated: May 3, 2019
      New York, New York

Respectfully submitted,

/s/ Stephen B. Popernik
Stephen B. Popernik
DONTZIN NAGY & FLEISSIG LLP
980 Madison Avenue
New York, New York 10075
Telephone: (212) 717-2900
Facsimile: (212) 717-8088
spopernik@dnfllp.com

*Counsel for Defendants J.P. Morgan Chase & Co. and J.P. Morgan Chase Bank, N.A.*