| | |
|---|---|
| New York | Paris |
| Menlo Park | Madrid |
| Washington DC | Tokyo |
| São Paulo | Beijing |
| London | Hong Kong |

# Davis Polk

**Jordan Garman**

Davis Polk & Wardwell LLP　212 450 3010 tel
450 Lexington Avenue　　　212 701 6010 fax
New York, NY 10017　　　　jordan.garman@davispolk.com

May 17, 2019

<u>Via ECF</u>

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:　*Contant, et al v. Bank of America Corporation, et al.*, No. 17 Civ. 3139 (LGS)

Dear Judge Schofield:

Davis Polk & Wardwell LLP represents defendants The Royal Bank of Scotland plc, now known as NatWest Markets Plc, and RBS Securities Inc., now known as NatWest Markets Securities Inc., in the above-referenced action. After May 17, 2019, I will no longer be associated with the law firm of Davis Polk & Wardwell LLP and thus no longer serve as counsel. Accordingly, I respectfully request that the Court instruct the docket clerk to remove my registration as counsel of record. Davis Polk & Wardwell LLP will continue to represent the defendants in this action.

Respectfully submitted,

*/s/ Jordan Garman*

Jordan Garman

cc: All Counsel of Record (via ECF)

The Honorable Lorna G. Schofield      2      May 17, 2019

SO ORDERED.    DATE: _____

_____
U.S.D.J.