USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/20/2019

# Davis Polk

**Jordan Garman**

Davis Polk & Wardwell LLP  
450 Lexington Avenue  
New York, NY 10017

212 450 3010 tel  
212 701 6010 fax  
jordan.garman@davispolk.com

May 17, 2019

<u>Via ECF</u>

The Honorable Lorna G. Schofield  
United States District Court  
Southern District of New York  
Thurgood Marshall U.S. Courthouse  
40 Foley Square  
New York, NY 10007

Re:   *Contant, et al v. Bank of America Corporation, et al.*, No. 17 Civ. 3139 (LGS)

Dear Judge Schofield:

Davis Polk & Wardwell LLP represents defendants The Royal Bank of Scotland plc, now known as NatWest Markets Plc, and RBS Securities Inc., now known as NatWest Markets Securities Inc., in the above-referenced action. After May 17, 2019, I will no longer be associated with the law firm of Davis Polk & Wardwell LLP and thus no longer serve as counsel. Accordingly, I respectfully request that the Court instruct the docket clerk to remove my registration as counsel of record. Davis Polk & Wardwell LLP will continue to represent the defendants in this action.

Respectfully submitted,

*/s/ Jordan Garman*

Jordan Garman

cc:  All Counsel of Record (via ECF)

So Ordered.

Dated: May 20, 2019  
   New York, New York

*/s/ Lorna G. Schofield*

**LORNA G. SCHOFIELD**  
**UNITED STATES DISTRICT JUDGE**