May 20, 2019

<u>VIA ECF</u>

The Honorable Lorna G. Schofield
U.S. District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re: <u>*Contant, et al. v. Bank of Am. Corp., et al.*,
       No. 17 Civ. 3139 (LGS) (S.D.N.Y.)</u>

Dear Judge Schofield:

  Pursuant to this Court's November 16, 2018 Order (ECF No. 176), the parties write to update the Court on the status of the above-captioned action.

**<u>Pleadings</u>**

  On December 20, 2018, defendants Barclays Bank PLC; UBS AG; The Royal Bank of Scotland plc; Credit Suisse Group AG; Société Générale; HSBC Bank plc; MUFG Bank, Ltd.; Standard Chartered Bank; and BNP Paribas Group (collectively, "Foreign Defendants") jointly moved to dismiss plaintiffs' Second Consolidated Class Action Complaint ("SCCAC") (ECF No. 183) for lack of personal jurisdiction under Federal Rule of Civil Procedure 12(b)(2), which UBS Group AG joined. (ECF Nos. 197-200.) Plaintiffs filed their opposition (ECF Nos. 219-220) and supplemental letter (ECF No. 221) on January 28 and 31, 2019, respectively. Counsel for Defendant Credit Suisse Group AG contacted plaintiffs' counsel on February 15, 2019 to discuss voluntary dismissal of Credit Suisse Group AG. Foreign Defendants filed their reply on February 19, 2019. (ECF No. 228.) On that same day, plaintiffs voluntarily dismissed without prejudice Credit Suisse Group AG from the action. (ECF No. 226.) On May 17, 2019, this Court granted the Foreign Defendants' motion to dismiss as to MUFG Bank, Ltd., The Royal Bank of Scotland plc, Société Générale, and UBS Group AG, but denied the motion as to the remaining Foreign Defendants. (*See* ECF No. 263.)

The Honorable Lorna G. Schofield                                                                -2-
May 20, 2019

Non-Foreign Defendants'[1] answers were filed on January 11, 2019.  (*See* ECF Nos. 205-216.)

**Discovery**

Plaintiffs and Non-Foreign Defendants exchanged initial disclosures on February 11, 2019.  Discovery was stayed as to Foreign Defendants until the Court's ruling on their joint Rule 12(b)(2) motion to dismiss.  Initial requests to and from the Foreign Defendants who remain in this case—Barclays Bank PLC; BNP Paribas Group; HSBC Bank plc; Standard Chartered Bank; and UBS AG—may be served 14 days from that ruling.  (*See* ECF No. 176.)

Pursuant to this Court's November 16, 2018 Order (ECF No. 176), Non-Foreign Defendants produced to plaintiffs documents and recordings produced in discovery in *In re Foreign Exchange Benchmark Rates Antitrust Litigation* (S.D.N.Y. No. 13-cv-7789) ("*FOREX*"), as well as transactional data for spot FX Instrument transactions with entities identified as retail foreign exchange dealers ("RFEDs") by plaintiffs in November 21, 2018 correspondence.  Non-Foreign Defendants also produced transactional data for spot FX Instrument transactions with additional entities plaintiffs identified as RFEDs in correspondence dated December 21, 2018.

In light of the Court's denial of the joint Rule 12(b)(2) motion to dismiss as to Foreign Defendants Barclays Bank PLC; BNP Paribas Group; HSBC Bank plc; Standard Chartered Bank; and UBS AG, Plaintiffs propose that the Court direct those defendants to produce to Plaintiffs within 30 days documents and recordings produced in discovery in *In re Foreign Exchange Benchmark Rates Antitrust Litigation* (S.D.N.Y. No. 13-cv-7789) ("*FOREX*"), as well as transactional data for spot FX Instrument transactions with entities identified as retail foreign exchange dealers ("RFEDs") by plaintiffs in correspondence dates November 21, 2018 and December 21, 2018, consistent with the obligations on the Non-Foreign Defendants.  (*See* ECF No. 258(8)(b).)  Foreign Defendants Barclays Bank PLC; BNP Paribas Group; HSBC Bank plc; Standard Chartered Bank; and UBS AG do not object to this request.

On February 11, 2019, defendants BNP Paribas US Wholesale Holdings Corp. and BNP Paribas Securities Corp. served a first interrogatory on plaintiffs.  On March 11, 2019, The Goldman Sachs Group, Inc. and Goldman Sachs & Co. LLC also served a first set of interrogatories on plaintiffs, as did Deutsche Bank AG and Deutsche Bank

---

[1]   In the context of this letter, "defendants" excludes settling defendants Citigroup Inc., Citibank, N.A., Citicorp, and Citigroup Global Markets Inc.

The Honorable Lorna G. Schofield                                         -3-
May 20, 2019

Securities Inc.  On that same day, Non-Foreign Defendants served a first set of requests for production on plaintiffs.  On April 2, 2019, plaintiffs served a first interrogatory on all defendants.

      On March 14, 2019, plaintiffs initiated service of subpoenas on sixty-one third parties.  Since April 5, 2019, Non-Foreign Defendants have served subpoenas on thirty-four third parties.  On April 11, 2019, non-party FXDirectDealer, LLC filed a motion to quash the subpoena served upon them by plaintiffs, ECF No. 251, which this Court denied on April 18, 2019, ECF No. 254.  To facilitate discovery, the parties have agreed to share documents or data produced in response to a subpoena or request of any kind issued in connection with the action, along with any accompanying cover letter or other transmittal communication, within seven days, to the extent such documents or data were not otherwise served on the other parties by the producing party.

      On March 22, 2019, this Court entered a Deposition Protocol Order to govern the scheduling of depositions in this matter and the following two related matters: (i) *FOREX*; and (ii) *Allianz Global Investors GmbH, et al. v. Bank of America Corp., et al.* (S.D.N.Y. No. 18-cv-10364).  (ECF No. 240.)

      Pursuant to this Court's May 2, 2019 Order (ECF No. 259), the fact discovery deadline has been extended to February 3, 2020 and the case management conference originally scheduled for May 16, 2019, has been adjourned to January 9, 2020.  In light of that Order, pre-motion letters in support of dispositive and class certification motions are due no later than two weeks before the January 9, 2020 case management conference (ECF No. 258).

      The parties are not seeking the Court's intervention in any discovery disputes at this juncture.

                                  Respectfully submitted,

The Honorable Lorna G. Schofield                                                -4-
May 20, 2019

May 20, 2019                                       BERGER MONTAGUE PC

                                                                                   By: /s/ Michael Dell'Angelo
Michael Dell'Angelo
Merrill Davidoff
Michael Kane
Joshua T. Ripley
1818 Market Street, Suite 3600
Philadelphia, PA 18103
Telephone: (215) 875-3000
mdellangelo@bm.net
mdavidoff@bm.net
mkane@bm.net
jripley@bm.net

SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP
Garrett W. Wotkyns
8501 North Scottsdale Road, Suite 270
Scottsdale, AZ 85253
Telephone: (480) 428-0142
gwotkyns@schneiderwallace.com

PEIFFER WOLF CARR & KANE, APLC
Joseph C. Peiffer
201 St. Charles Avenue, Suite 4610
New Orleans, LA 70170
Telephone: (504) 523-2434
jpeiffer@pwcklegal.com

MCCULLEY MCCLUER PLLC
R. Bryant McCulley
Stuart McCluer
1022 Carolina Boulevard, Suite 300
Charleston, SC 29451
Telephone: (855) 467-0451
bmcculley@mcculleymccluer.com
smccluer@mcculleymccluer.com

*Attorneys for Plaintiffs and the Proposed Classes*

The Honorable Lorna G. Schofield -5-
May 20, 2019

| SULLIVAN & CROMWELL LLP | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
|---|---|
| By: /s/ Matthew A. Schwartz<br>Matthew A. Schwartz<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4000<br>schwartzmatthew@sullcrom.com | By: /s/ Boris Bershteyn<br>Boris Bershteyn<br>Tansy Woan<br>Four Times Square<br>New York, New York 10036<br>Telephone: (212) 735-3000<br>boris.bershteyn@skadden.com<br>tansy.woan@skadden.com<br><br>Gretchen M. Wolf (admitted *pro hac vice*)<br>155 N. Wacker Dr., Suite 2700<br>Chicago, Illinois 60606<br>Telephone: (312) 407-0700<br>gretchen.wolf@skadden.com |
| *Attorney for Defendant Barclays Bank PLC and Barclays Capital Inc.* | *Attorneys for Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.* |

The Honorable Lorna G. Schofield                                                     -6-
May 20, 2019

| SHEARMAN & STERLING LLP | ALLEN & OVERY LLP |
|---|---|
| By: /s/ Adam S. Hakki<br>Adam S. Hakki<br>Richard F. Schwed<br>Jeffrey J. Resetarits<br>599 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 848-4000<br>ahakki@shearman.com<br>rschwed@shearman.com<br>jeffrey.resetarits@shearman.com | By: /s/ David C. Esseks<br>David C. Esseks<br>Laura R. Hall<br>Rebecca Delfiner<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 610-6300<br>david.esseks@allenovery.com<br>laura.hall@allenovery.com<br>rebecca.delfiner@allenovery.com |
| *Attorneys for Defendants Bank of America Corporation, Bank of America, N.A. and Merrill Lynch, Pierce, Fenner & Smith Incorporated* | *Attorneys for Defendants BNP Paribas Group, BNP Paribas North America, Inc., BNP Paribas Securities Corp., and BNP Paribas Prime Brokerage, Inc.* |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | DAVIS POLK & WARDWELL LLP |
| By: /s/ Kenneth A. Gallo<br>Kenneth A. Gallo<br>Michael E. Gertzman<br>Anand Sithian<br>Maxwell A.H. Kosman<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 373-3000<br>kgallo@paulweiss.com<br>mgertzman@paulweiss.com<br>asithian@paulweiss.com<br>mkosman@paulweiss.com | By: /s/ Paul S. Mishkin<br>Paul S. Mishkin<br>Maude Paquin<br>450 Lexington Avenue<br>New York, New York 10017<br>Telephone: (212) 450-4000<br>paul.mishkin@davispolk.com<br>maude.paquin@davispolk.com |
| *Attorneys for Defendant MUFG Bank, Ltd. (f/k/a The Bank of Tokyo-Mitsubishi UFJ, Ltd.)* | *Attorneys for Defendants RBS Securities Inc. (now known as NatWest Markets Securities Inc.)* |

The Honorable Lorna G. Schofield                                                                -7-
May 20, 2019

| LOCKE LORD LLP | GIBSON, DUNN & CRUTCHER LLP |
|---|---|
| By: /s/ Gregory T. Casamento<br>Gregory T. Casamento<br>3 World Financial Center<br>New York, NY 10281<br>Telephone: (212) 812-8325<br>gcasamento@lockelord.com<br><br>Roger B. Cowie<br>2200 Ross Avenue, Suite 2800<br>Dallas, TX 75201<br>Telephone: (214) 740-8000<br>rcowie@lockelord.com<br><br>J. Matthew Goodin<br>Julia C. Webb<br>111 South Wacker Drive<br>Chicago, IL 60606<br>Telephone: (312) 443-0700<br>jmgoodin@lockelord.com<br>jwebb@lockelord.com<br><br>*Attorneys for Defendants HSBC Bank PLC, HSBC North America Holdings, Inc., HSBC Bank USA, N.A., and HSBC Securities (USA) Inc.* | By: /s/ Eric J. Stock<br>Eric J. Stock<br>Indraneel Sur<br>200 Park Avenue, 48th Floor<br>New York, New York 10166<br>Telephone: (212) 351-4000<br>estock@gibsondunn.com<br>isur@gibsondunn.com<br><br>D. Jarrett Arp<br>Melanie L. Katsur<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036<br>Telephone: (202) 955-8500<br>jarp@gibsondunn.com<br>mkatsur@gibsondunn.com<br><br><br><br><br><br>*Attorneys for Defendants UBS AG, UBS Group AG, and UBS Securities LLC* |

The Honorable Lorna G. Schofield                                                                -8-
May 20, 2019

| CLEARY GOTTLIEB STEEN & HAMILTON LLP | LATHAM & WATKINS LLP |
|---|---|
| By: /s/ Thomas J. Moloney<br>Thomas J. Moloney<br>George S. Cary<br>Rishi Zutshi<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>tmoloney@cgsh.com<br>gcary@cgsh.com<br>rzutshi@cgsh.com | By: /s/ Joseph Serino, Jr.<br>Joseph Serino, Jr.<br>885 Third Avenue<br>New York, New York 10022<br>joseph.serino@lw.com<br>Telephone: (212) 906-1717<br><br>KING & SPALDING LLP<br><br>By: /s/ G. Patrick Montgomery<br>G. Patrick Montgomery<br>1700 Pennsylvania Ave., NW<br>Washington, DC  20006<br>Telephone: (202) 626-5444<br>pmontgomery@kslaw.com |
| *Attorneys for Defendants The Goldman Sachs Group, Inc. and Goldman Sachs & Co. LLC* | *Attorneys for Defendant Deutsche Bank AG and Deutsche Bank Securities Inc.* |
| SIDLEY AUSTIN LLP | CAHILL GORDON & REINDEL LLP |
| By: /s/ Andrew W. Stern<br>Andrew W. Stern<br>Nicholas P. Crowell<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone: (212)839-5300<br>astern@sidley.com<br>ncrowell@sidley.com | By: /s/ David G. Januszewski<br>David G. Januszewski<br>Elai E. Katz<br>Herbert S. Washer<br>Jason M. Hall<br>80 Pine Street<br>New York, NY 10005<br>Telephone: (212) 701-3000<br>djanuszewski@cahill.com<br>ekatz@cahill.com<br>hwasher@cahill.com<br>jhall@cahill.com |
| *Attorneys for Defendant Standard Chartered Bank* | *Attorneys for Defendants Credit Suisse AG and Credit Suisse Securities (USA) LLC* |

The Honorable Lorna G. Schofield                              -9-
May 20, 2019

| WACHTELL, LIPTON, ROSEN & KATZ | MOORE AND VAN ALLEN PLLC |
|---|---|
| By: /s/ Jonathan Moses<br>Jonathan Moses<br>Bradley R. Wilson<br>51 West 52nd Street<br>New York, NY 10019<br>Telephone: (212) 403-1000<br>JMMoses@wlrk.com<br>BRWilson@wlrk.com | By: /s/ James P. McLoughlin, Jr.<br>James P. McLoughlin, Jr.<br>Mark A. Nebrig<br>Joshua D. Lanning<br>Moore and Van Allen PLLC<br>100 N. Tryon Street, Suite 4700<br>Charlotte, North Carolina 28202<br>Telephone: (704) 331-1000<br>jimmcloughlin@mvalaw.com<br>marknebrig@mvalaw.com<br>joshlanning@mvalaw.com |
| *Attorneys for Defendants Morgan Stanley, Morgan Stanley & Co., LLC, and Morgan Stanley & Co. International PLC* | *Attorneys for Defendant RBC Capital Markets, LLC* |

LINKLATERS LLP

By: /s/ James R. Warnot, Jr.
James R. Warnot, Jr.
Adam S. Lurie
Patrick C. Ashby
1345 Avenue of the Americas
New York, New York 10105
Telephone: (212) 903-9000
james.warnot@linklaters.com
adam.lurie@linklaters.com
patrick.ashby@linklaters.com

*Attorneys for Defendant Société Générale*