

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/21/2019

**MICHAEL C. DELL'ANGELO** / *MANAGING SHAREHOLDER*
d 215.875.3080  m 610.608.8766 | mdellangelo@bm.net

May 20, 2019

**VIA ECF**
Honorable Lorna G. Schofield
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

      RE: *Contant, et al. v. Bank of America Corp., et al.*, No. 17-cv-3139

Dear Judge Schofield:

Plaintiffs respectfully write to request permission to file a memorandum of law not to exceed 70 pages in support of their motion for preliminary approval of settlements, which Plaintiffs anticipate filing on Friday, May 24, 2019.

During the November 15, 2018 hearing regarding Plaintiffs' prior motion for preliminary approval of the Citigroup Settlement, the Court requested information pertaining to the number of class members and total potential damages to determine whether the Citigroup Settlement is fair, reasonable, and adequate, *See* ECF No. 181 (Transcript of Nov. 28, 2018 Hearing). The requested page enlargement will enable Plaintiffs to address the information requested by the Court and the factors weighing in favor of Plaintiffs' requests with respect to the Citigroup Settlement as well as a second settlement to be submitted for preliminary approval concurrently with Plaintiffs' forthcoming preliminary approval motion.[1]

Counsel for the Settling Defendants do not oppose this application. No previous page-extension request has been made with respect to this brief in support of Plaintiffs' motion for preliminary approval.

Application GRANTED in part.  The page limit for Plaintiffs' memorandum of law in support of their motion for preliminary approval of the above-referenced settlements is increased to forty pages.

Dated: May 21, 2019
      New York, New York

                              **LORNA G. SCHOFIELD**
                              **UNITED STATES DISTRICT JUDGE**

---

[1] Plaintiffs notified the Court of the second Settlement by letter on February 14, 2019, requesting that the letter not be filed on the public docket because the fact of the Settlement was not yet public. Counsel for Plaintiffs have agreed not to make public the identity of the second Settling Defendant in advance of Plaintiffs' motion for preliminary approval of the Settlements.

Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
mdellangelo@bm.net