UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA CORPORATION, *et al.*, <br><br> Defendants. | Case No. 1:17-cv-03139-LGS |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 1.4 and upon the accompanying Declaration of Peter Edward Greene, I, Peter Edward Greene, hereby move this Court to withdraw my appearance as counsel of record for defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A., and remove my name from the ECF service lists in the captioned action.

Dated:   May 21, 2019
         New York, NY

                                             Respectfully submitted,

                                             /s/ Peter Edward Greene
                                             Peter Edward Greene