UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, *et al.*,<br><br>       Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>       Defendants. | Case No. 1:17-cv-03139-LGS |

## DECLARATION OF PETER EDWARD GREENE

I, Peter Edward Greene, hereby declare pursuant to 28 U.S.C. § 1746:

1. I am a former partner with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP.  I submit this declaration pursuant to Local Civil Rule 1.4 in support of the accompanying Motion for Leave to Withdraw as Counsel.

2. I have retired and am no longer a member of the law firm of Skadden, Arps, Slate, Meagher & Flom LLP.  No delay in this action will result from my withdrawal as counsel.  Skadden, Arps, Slate, Meagher & Flom LLP shall remain counsel of record for JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.

3. There is no retaining or charging lien being asserted.

4. I declare under penalty of perjury that the foregoing statements are true and correct.

Dated:   May 21, 2019
         New York, NY

                                                            Respectfully submitted,


                                                            /s/ Peter Edward Greene
                                                            Peter Edward Greene