USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/22/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES CONTANT, *et al.*,

        Plaintiffs,

v.

BANK OF AMERICA CORPORATION, *et al*.,

        Defendants.

Case No. 1:17-cv-03139-LGS

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 1.4 and upon the accompanying Declaration of Peter Edward Greene, I, Peter Edward Greene, hereby move this Court to withdraw my appearance as counsel of record for defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A., and remove my name from the ECF service lists in the captioned action.

Application GRANTED.

Dated: May 22, 2019
        New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE