```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/30/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
JAMES CONTANT, et al.,                                        :
                                        Plaintiffs,           :
                                                              :     17 Civ. 3139 (LGS)
              -against-                                       :
                                                              :     **ORDER**
BANK OF AMERICA CORPORATION, et al.,                          :
                                        Defendants.           :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on May 29, 2019, Plaintiffs filed a motion for preliminary approval of the proposed settlements with (1) Defendants Citigroup Inc., Citibank, N.A., Citicorp and Citigroup Global Markets Inc. and (2) Defendants MUFG Bank, Ltd. (the "Preliminary Approval Motion"). It is hereby

**ORDERED** that on **July 25, 2019, at 10:40 a.m.**, a preliminary approval hearing will be held. It is further

**ORDERED** that any opposition to the Preliminary Approval Motion shall be filed no later than **July 11, 2019**. Parties to this action who are not parties to the proposed settlements are permitted to file preliminary objections and comments to the Preliminary Approval Motion without prejudice to any later submission. Any opposition, objection or comment to the Preliminary Approval Motion shall not exceed fifteen (15) double-spaced pages.

Dated: May 30, 2019
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE