UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, *et al.*,<br><br>        Plaintiffs,<br>v.<br><br>BANK OF AMERICA<br>CORPORATION, *et al*.,<br><br>        Defendants. | Case No. 17-cv-3139-LGS<br><br>(related to No. 13-cv-7789-LGS)<br><br>ECF CASE |

**NOTICE OF PLAINTIFFS' MOTION FOR RECONSIDERATION OF THE COURT'S
RULE 12(B)(2) OPINION AND ORDER**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support

of Plaintiffs' Motion for Reconsideration of the Court's Rule 12(b)(2) Opinion and Order

Plaintiffs shall move this Court, before the Honorable Lorna G. Schofield, on a date and at a time

to be determined by the Court, at the Thurgood Marshall United States Courthouse, 40 Foley

Square, New York, New York 10007, for an Order granting reconsideration for the Court's May

17, 2019 Opinion and Order, ECF No. 263.


Dated:  May 31, 2019

Respectfully submitted,

/s/ Michael Dell'Angelo
Michael Dell'Angelo
Michael Kane
Joshua T. Ripley
**BERGER MONTAGUE P.C.**
1818 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
mdavidoff@bm.net

mdellangelo@bm.net
jripley@bm.net

Garrett W. Wotkyns
**SCHNEIDER WALLACE COTTRELL KONECKY
WOTKYNS LLP**
8501 North Scottsdale Rd., Ste. 270
Scottsdale, AZ 85253
Tel: (480) 428-0142
Fax: (866) 505-8036
gwotkyns@schneiderwallace.com

Joseph C. Peiffer
**PEIFFER ROSCA WOLF ABDULLAH
CARR & KANE LLP**
201 St. Charles Ave., Ste. 4610
New Orleans, LA 70170
Tel: (504) 523-2434
Fax: (504)523-2464
jpeiffer@prwlegal.com

R. Bryant McCulley
Stuart H. McCluer
Frank B. Ulmer
**MCCULLEY MCCLUER PLLC**
1022 Carolina Blvd., Ste. 300
Charleston, SC 29451
Tel: (855) 467-0451
Fax: (662) 368-1506
bmcculley@mcculleymccluer.com
smccluer@mcculleymccluer.com
fulmer@mcculleymccluer.com

*Counsel for Plaintiffs and the Proposed Classes*