```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/3/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
JAMES CONTANT, et al.,                                        :
                                        Plaintiffs,           :
                                                              :     17 Civ. 3139 (LGS)
                    -against-                                 :
                                                              :     **ORDER**
BANK OF AMERICA CORPORATION, et al.,                          :
                                        Defendants.           :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Plaintiffs have filed a motion for reconsideration of the Court's May 17, 2019, Opinion and Order (Dkt. No. 277). Plaintiffs seek reconsideration of the Opinion and Order only insofar as it dismisses Defendants The Royal Bank of Scotland PLC ("RBS") and Société Générale S.A. ("SocGen"). It is hereby

**ORDERED** that RBS and SocGen shall file a joint memorandum of law opposing Plaintiffs' motion, not to exceed ten pages, by **June 24, 2019**.

Dated: June 3, 2019
       New York, New York

*[signature]*

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**