June 24, 2019

**VIA ECF**

Honorable Lorna G. Schofield
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

RE:     *Contant, et al. v. Bank of America Corporation, et al.*, 17-cv-3139

Dear Judge Schofield:

The undersigned non-settling defendants in the above-captioned action write in anticipation of the hearing on plaintiffs' Motion for Preliminary Approval of Settlement with Citigroup Inc., Citibank, N.A., Citicorp, and Citigroup Global Markets Inc. (collectively, "Citigroup") and MUFG Bank, Ltd. (formerly known as The Bank of Tokyo-Mitsubishi UFJ, Ltd) ("MUFG").  (ECF No. 272.)  In that motion, plaintiffs request that the Court enter an order preliminarily approving the settlements, preliminarily and conditionally certifying the settlement classes, and appointing class counsel and representatives for the settlement classes.  Non-settling defendants expect to vigorously challenge certification of a litigation class in this litigation. Accordingly, non-settling defendants respectfully request that two clarifying additions be made to the proposed preliminary approval order, both of which had been included in this Court's order preliminarily approving settlement agreements in a related action, *In re Foreign Exchange Benchmark Rates Antitrust Litig.*, No. 13-cv-7789 (S.D.N.Y.) ("*FOREX*"), ECF No. 536, Preliminary Approval Order, ¶¶ 22, 25.

Plaintiffs, Citigroup, and MUFG do not object to either of these proposed amendments.

1.     We respectfully request that the Court add the following provision, making clear that the approval of a settlement class is without prejudice to non-settling defendants' ability to challenge certification of a litigation class:

> The Court's preliminary certification of the Settlement Classes as provided herein is without prejudice to or waiver of the rights of any defendant other than Citigroup and MUFG to contest certification of any other class proposed in this Action.  Except in the context of a proposed settlement pursuant to the Federal Rule of Civil Procedure 23(e), the Court's findings in this Order shall have no effect on the Court's ruling on any motion to certify any class in the Action, and no party may cite or refer to the Court's preliminary approval of the Settlement Classes as persuasive or binding authority with respect to any motion to certify any such class.

Honorable Lorna G. Schofield
June 24, 2019
Page 2

      2.      We respectfully request that the Court add the following language to the order, making clear that any stay of proceedings as to Citigroup and MUFG does not stay discovery of those parties by non-settling defendants:

> The stay of proceedings in this Action with respect to Citigroup and MUFG entered by this Order shall not in any way stay matters related to discovery of Citigroup and MUFG in this action by the Non-Settling Defendants.  The parties' rights with respect to such discovery are otherwise reserved and shall remain subject to the Court's orders on discovery.

It would be highly prejudicial to non-settling defendants to be denied the opportunity to seek discovery from Citigroup and MUFG, to the extent permitted by the Federal Rules of Civil Procedure, in a case that alleges a conspiracy among all defendants.

      These two provisions were proposed by the *FOREX* non-settling defendants[1] as amendments to be included in the order preliminarily approving the *FOREX* plaintiffs' settlement agreements with Bank of America, Barclays, BNP Paribas, Citigroup, Goldman Sachs, HSBC, JPMorgan, RBS and UBS.  *See FOREX*, ECF No. 485, Letter from the Non-Settling Defendants to the Court; *FOREX*, ECF No. 495, Preliminary Objections and Comments of the Non-Settling Defendants (further elaborating on the same).  All parties in the *FOREX* action, including Citigroup and MUFG, agreed to include this language in the preliminary approval order.  *FOREX*, ECF No. 532, Transcript of Dec. 11, 2015 Preliminary Approval Hearing, at 6:17-7:12.  On November 2, 2018, non-settling defendants in this action, which at the time included MUFG, made a similar request to this Court.  (ECF No. 169.)  On November 15, 2018, the Court held a hearing to address plaintiffs' Motion for Preliminary Approval of Settlement with Citigroup (ECF No. 154), at which the Court denied plaintiffs' motion, rendering the non-settling defendants' request to include these two provisions to an order approving the settlement moot.

      As noted, the parties to the Citigroup and MUFG settlements do not object to these proposed amendments.   Non-settling defendants can prepare a mark-up of the proposed preliminary approval order, if doing so would assist the Court.  Non-settling defendants also reserve all rights to object to final approval of the settlement or seek other appropriate relief.

                        Respectfully submitted,

---

[1]     At that time, the *FOREX* Non-Settling Defendants included Credit Suisse, Deutsche Bank, Morgan Stanley, The Bank of Tokyo-Mitsubishi UFJ, Ltd., Royal Bank of Canada, Société Générale and Standard Chartered PLC. *Id.*

Honorable Lorna G. Schofield
June 24, 2019
Page 3

SHEARMAN & STERLING LLP

By: /s/ Adam S. Hakki
Adam S. Hakki
Richard F. Schwed
Jeffrey J. Resetarits
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
ahakki@shearman.com
rschwed@shearman.com
jeffrey.resetarits@shearman.com

*Attorneys for Defendants Bank of America Corporation, Bank of America, N.A. and Merrill Lynch, Pierce, Fenner & Smith Incorporated*

SULLIVAN & CROMWELL LLP

By: /s/ Matthew A. Schwartz
Matthew A. Schwartz
Matthew A. Peller
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
schwartzmatthew@sullcrom.com
pellerm@sullcrom.com

*Attorneys for Defendants Barclays Bank PLC and Barclays Capital Inc.*

Honorable Lorna G. Schofield
June 24, 2019
Page 4

| ALLEN & OVERY LLP | CAHILL GORDON & REINDEL LLP |
|---|---|
| By: /s/ David C. Esseks | By: /s/ David G. Januszewski |
| David C. Esseks | David G. Januszewski |
| Laura R. Hall | Herbert S. Washer |
| Rebecca Delfiner | Elai Katz |
| 1221 Avenue of the Americas | Jason M. Hall |
| New York, New York 10020 | Margaret A. Barone |
| Telephone: (212) 610-6300 | 80 Pine Street |
| david.esseks@allenovery.com | New York, New York 10005 |
| laura.hall@allenovery.com | Telephone: (212) 701-3000 |
| rebecca.delfiner@allenovery.com | djanuszewski@cahill.com |
| | hwasher@cahill.com |
| | ekatz@cahill.com |
| | jhall@cahill.com |
| | mbarone@cahill.com |

*Attorneys for Defendants BNP Paribas, BNP Paribas North America, Inc., BNP Paribas Securities Corp., and BNP Paribas Prime Brokerage, Inc.*

*Attorneys for Defendants Credit Suisse AG and Credit Suisse Securities (USA) LLC*

Honorable Lorna G. Schofield
June 24, 2019
Page 5

KING & SPALDING LLP

By: /s/ G. Patrick Montgomery
G. Patrick Montgomery (*pro hac vice*)
1700 Pennsylvania Ave., NW
Washington, D.C. 20006
Telephone: (202) 626-5444
pmontgomery@kslaw.com

LATHAM & WATKINS LLP

By: /s/ Joseph Serino, Jr.
Joseph Serino, Jr.
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1717
joseph.serino@lw.com

*Attorneys for Defendants Deutsche*
*Bank AG and Deutsche Bank Securities*
*Inc.*

CLEARY GOTTLIEB STEEN &
HAMILTON LLP

By: /s/ Thomas J. Moloney
Thomas J. Moloney
George S. Cary
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
tmoloney@cgsh.com
gcary@cgsh.com

*Attorneys for Defendants The Goldman*
*Sachs Group, Inc. and Goldman, Sachs &*
*Co.*

Honorable Lorna G. Schofield
June 24, 2019
Page 6

| LOCKE LORD LLP | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
|---|---|
| By: /s/ Gregory T. Casamento | By: /s/ Boris Bershteyn |
| Gregory T. Casamento | Boris Bershteyn |
| 3 World Financial Center | Peter Julian |
| New York, New York 10281 | Tansy Woan |
| Telephone: (212) 812-8325 | Four Times Square |
| gcasamento@lockelord.com | New York, New York 10036 |
| | Telephone: (212) 735-3000 |
| Roger B. Cowie | boris.bershteyn@skadden.com |
| 2200 Ross Avenue, Suite 2800 | peter.julian@skadden.com |
| Dallas, TX 75201 | tansy.woan@skadden.com |
| Telephone: (214) 740-8000 rcowie@lockelord.com | |
| | Gretchen M. Wolf (admitted *pro hac vice*) |
| | 155 N. Wacker Dr., Suite 2700 |
| J. Matthew Goodin | Chicago, Illinois 60606 |
| Julia C. Webb | Telephone: (312) 407-0700 |
| 111 South Wacker Drive | gretchen.wolf@skadden.com |
| Chicago, IL 60606 | |
| Telephone: (312) 443-0700 | |
| jmgoodin@lockelord.com | |
| jwebb@lockelord.com | |
| | |
| *Attorneys for Defendants HSBC Bank plc, HSBC North America Holdings, Inc., HSBC Bank USA, N.A., and HSBC Securities (USA) Inc.* | *Attorneys for Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.* |

Honorable Lorna G. Schofield
June 24, 2019
Page 7

WACHTELL, LIPTON, ROSEN & KATZ

By: /s/ Jonathan Moses
Jonathan Moses
Bradley R. Wilson
51 West 52nd Street
New York, New York 10019
Telephone: (212) 403-1000
JMMoses@wlrk.com
BRWilson@wlrk.com

*Attorneys for Defendants Morgan Stanley, Morgan Stanley & Co., LLC, and Morgan Stanley & Co. International PLC*

MOORE AND VAN ALLEN PLLC

By: /s/ James P. McLoughlin, Jr.
James P. McLoughlin, Jr.
Mark A. Nebrig
Joshua D. Lanning
Moore and Van Allen PLLC
100 N. Tryon Street, Suite 4700
Charlotte, North Carolina 28202
Telephone: (704) 331-1000
jimmcloughlin@mvalaw.com
marknebrig@mvalaw.com
joshlanning@mvalaw.com

*Attorneys for Defendant RBC Capital Markets, LLC*

Honorable Lorna G. Schofield
June 24, 2019
Page 8

| DAVIS POLK & WARDWELL LLP | LINKLATERS LLP |
|---|---|

By: /s/ Paul S. Mishkin                                           By: /s/ James R. Warnot, Jr.

Paul S. Mishkin                                                James R. Warnot, Jr.

Adam G. Mehes — Patrick C. Ashby

Maude Paquin — Nicole E. Jerry

450 Lexington Avenue — 1345 Avenue of the Americas

New York, New York 10017 — New York, New York 10105

Telephone: (212) 450-4000 — Telephone: (212) 903-9000

paul.mishkin@davispolk.com — james.warnot@linklaters.com

adam.mehes@davispolk.com — patrick.ashby@linklaters.com

maude.paquin@davispolk.com — nicole.jerry@linklaters.com

*Attorneys for Defendant RBS Securities Inc., now known as NatWest Markets Securities Inc.*

Adam S. Lurie
601 13th St. NW
Suite 400
Washington, DC 20005
Telephone: (202) 654-9227
adam.lurie@linklaters.com

*Attorneys for Defendant Société Générale*

Honorable Lorna G. Schofield
June 24, 2019
Page 9

| | |
|---|---|
| SIDLEY AUSTIN LLP | GIBSON, DUNN & CRUTCHER LLP |
| | |
| By: /s/ Andrew W. Stern | By: /s/ Eric J. Stock |
| Andrew W. Stern | Eric J. Stock |
| Alan M. Unger | Indraneel Sur |
| Nicholas P. Crowell | 200 Park Avenue, 48th Floor |
| 787 Seventh Avenue | New York, New York 10166 |
| New York, New York 10019 | Telephone: (212) 351-4000 |
| Telephone: (212) 839-5300 | estock@gibsondunn.com |
| astern@sidley.com | isur@gibsondunn.com |
| aunger@sidley.com | |
| ncrowell@sidley.com | D. Jarrett Arp |
| | Melanie L. Katsur |
| | 1050 Connecticut Avenue, N.W. |
| | Washington, D.C. 20036 |
| | Telephone: (202) 955-8500 |
| | jarp@gibsondunn.com |
| | mkatsur@gibsondunn.com |
| | |
| *Attorneys for Defendant Standard Chartered Bank* | *Attorneys for Defendants UBS AG and UBS Securities, LLC* |