UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
JAMES CONTANT, *et al.*,                                  :   Case No. 17 Civ. 3139 (LGS)
:
         Plaintiffs,            :   **NOTICE OF ATTORNEY APPEARANCE**
:
v.                                                        :
:
BANK OF AMERICA CORPORATION, *et al.*,                    :
:
         Defendants.            :
---------------------------------------------------------------x

      PLEASE TAKE NOTICE that Philip O. Shapiro, an attorney in good standing and admitted to practice in this Court, hereby respectfully enters his appearance in this action as counsel for UBS AG and UBS Securities LLC.

Dated: New York, New York  
       June 25, 2019

GIBSON, DUNN & CRUTCHER LLP

By:   */s/ Philip O. Shapiro*  
     Philip O. Shapiro

200 Park Avenue  
New York, New York 10166-0193  
Telephone: (212) 351-5323  
Facsimile: (212) 716-0824  
pshapiro@gibsondunn.com

*Attorney for UBS AG and UBS Securities LLC*