UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X
:
:
:
JAMES CONTANT, SANDRA LAVENDER, VICTOR : No. 1:17-cv-03139-LGS
HERNANDEZ, MARTIN-HAN TRAN, FX PRIMUS :
LTD., CARLOS GONZALEZ, UGNIUS MATKUS, :
CHARLES G. HITCHCOCK III, JERRY JACOBSON, :
TINA PORTER, AND PAUL VERMILLION, on behalf : **NOTICE OF APPEARANCE**
of themselves and all others similarly situated, :
:
Plaintiffs, :
v. :
:
BANK OF AMERICA CORPORATION, *et al.*, :
:
Defendants. :
:
------------------------------------------------------------------------ X

     PLEASE TAKE NOTICE that Sidley Austin LLP, 787 Seventh Avenue, New York, New York 10019, by Peter J. Mardian, hereby enters its appearance as counsel of record in the above-captioned action for and on behalf of Defendant Standard Chartered Bank.  The Clerk of this Court is requested to note this appearance on the Court's docket and to forward copies of all entries, orders, notices and other court documents in this proceeding to the undersigned counsel.

                                  Respectfully submitted,

Dated:  New York, New York      SIDLEY AUSTIN LLP
           July 2, 2019

                                By:  /s/ Peter J. Mardian
                                      Peter J. Mardian
                                      (pmardian@sidley.com)
                                      787 Seventh Avenue
                                      New York, New York 10019
                                      Telephone:  (212) 839-5300
                                      Facsimile:  (212) 839-5599

                                      *Attorneys for Defendant Standard Chartered Bank*