July 8, 2019

<u>VIA ECF</u>

The Honorable Lorna G. Schofield
U.S. District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re:     *Contant, et al. v. Bank of Am. Corp., et al.*,
        <u>No. 17 Civ. 3139 (LGS) (S.D.N.Y.)</u>

Dear Judge Schofield:

Pursuant to this Court's November 16, 2018 Order (ECF No. 176), the parties write to update the Court on the status of the above-captioned action.

**I.     Pleadings**

A.     <u>Plaintiffs' Motion for Reconsideration</u>

On December 20, 2018, defendants Barclays Bank PLC; UBS AG; The Royal Bank of Scotland plc; Credit Suisse Group AG; Société Générale; HSBC Bank plc; MUFG Bank, Ltd.; Standard Chartered Bank; and BNP Paribas Group (collectively, "Foreign Defendants") jointly moved to dismiss plaintiffs' Second Consolidated Class Action Complaint (ECF No. 183) for lack of personal jurisdiction under Federal Rule of Civil Procedure 12(b)(2), which UBS Group AG joined.  (ECF Nos. 197-200.)  Plaintiffs filed their opposition (ECF Nos. 219-220) and supplemental letter (ECF No. 221) on January 28 and 31, 2019, respectively.  Counsel for defendant Credit Suisse Group AG contacted plaintiffs' counsel on February 15, 2019 to discuss voluntary dismissal of Credit Suisse Group AG.  Foreign Defendants filed their reply on February 19, 2019.  (ECF No. 228.)  On that same day, plaintiffs voluntarily dismissed without prejudice Credit Suisse Group AG from the action.  (ECF No. 226.)  On May 17, 2019, this Court granted the Foreign Defendants' motion to dismiss as to MUFG Bank, Ltd., The Royal Bank of Scotland plc, Société Générale, and UBS Group AG, but denied the motion as to the remaining Foreign Defendants.  (*See* ECF No. 263.)

On May 31, 2019, plaintiffs filed a motion for reconsideration of this Court's May 17, 2019 Order granting dismissal as to The Royal Bank of Scotland plc and Société Générale.  (*See* ECF Nos. 276-77.)  On June 24, 2019, The Royal Bank of Scotland plc and Société Générale filed their opposition (ECF No. 285).  On July 8, 2019, the Court denied Plaintiffs' motion for reconsideration.  (*See* ECF No. 288.)  In light of the Court's decision, the Plaintiffs have informed The Royal Bank of Scotland plc and Société Générale that

The Honorable Lorna G. Schofield                                                                 -2-
July 8, 2019

they intend to move for leave to amend the operative complaint and The Royal Bank of Scotland plc and Société Générale have informed Plaintiffs that they intend to oppose any such motion, including in light of Plaintiffs' prior pleadings and the Court's decisions regarding them.

        B.        <u>Plaintiffs' Motion for Preliminary Approval of Citigroup and MUFG Settlements</u>

On May 29, 2019, plaintiffs filed a motion for preliminary approval of settlements with Citigroup Inc., Citibank, N.A., Citicorp, Citigroup Global Markets Inc. (collectively, "Citigroup") and MUFG Bank, Ltd. (formerly known as The Bank of Tokyo-Mitsubishi UFJ, Ltd.) ("MUFG"), as well as for certification of the proposed settlement classes for settlement purposes, appointment of settlement class representatives, and appointment of settlement class counsel.  (*See* ECF Nos. 272-74.)  On May 30, 2019, this Court ordered that any opposition to plaintiffs' preliminary approval motion be filed by July 11, 2019, and scheduled a preliminary approval hearing for July 25, 2019.  (*See* ECF No. 275.)

On June 24, 2019, non-settling defendants[1] filed a letter requesting that two clarifying additions be made to plaintiffs' proposed preliminary approval order, clarifying that: (1) any approval of a settlement class is without prejudice to non-settling defendants' ability to challenge certification of a litigation class; and (2) any stay of proceedings as to Citigroup and MUFG does not stay discovery of those parties by non-settling defendants. (*See* ECF No. 284.)  Plaintiffs, Citigroup, and MUFG do not object to either of the proposed amendments.  (*See id.* at 1.)

        C.        <u>Defendants' Answers to the Second Consolidated Class Action Complaint</u>

On January 11, 2019, Non-Foreign Defendants filed answers to plaintiffs' Second Consolidated Class Action Complaint.  (*See* ECF Nos. 205-216.)  The remaining Foreign Defendants not subject to plaintiffs' motion for reconsideration—Standard Chartered Bank, Barclays Bank PLC, BNP Paribas Group, HSBC Bank PLC, and UBS AG—filed their answers on June 3, 2019.  (*See* ECF Nos. 279-283.)

---

[1]    In the context of this letter, "defendants" excludes settling defendants Citigroup Inc., Citibank, N.A., Citicorp, Citigroup Global Markets Inc., and MUFG Bank, Ltd. (formerly known as The Bank of Tokyo-Mitsubishi UFJ, Ltd.).

The Honorable Lorna G. Schofield                                                                    -3-
July 8, 2019

## II.    Discovery

### A.    Production of Documents

Pursuant to this Court's November 16, 2018 Order (ECF No. 176), Non-Foreign Defendants produced to plaintiffs documents and recordings produced in discovery in *In re Foreign Exchange Benchmark Rates Antitrust Litigation* (S.D.N.Y. No. 13-cv-7789) ("*FOREX*"), as well as transactional data for spot FX Instrument transactions with entities identified as retail foreign exchange dealers ("RFEDs") by plaintiffs in November 21, 2018 and December 21, 2018 correspondence.  On May 10, 2019, defendants produced *FOREX* plaintiffs' redacted expert reports filed in connection with *FOREX* plaintiffs' motion for class certification.  Discovery was stayed as to Foreign Defendants until the Court's ruling on their joint Rule 12(b)(2) motion to dismiss.  After this Court's ruling, on June 20, 2019, UBS AG, HSBC Bank plc, Standard Chartered Bank similarly produced to plaintiffs documents and recordings produced in discovery in *FOREX*, as well as transactional data for spot FX Instrument transactions with entities identified as RFEDs by plaintiffs in correspondence dated November 21, 2018 and December 21, 2018.

On March 11, 2019, Non-Foreign Defendants served a first set of requests for production on plaintiffs.  On May 1, 2019, plaintiffs served their responses and objections.  Defendants first requested that the parties meet and confer on May 17, 2019, and the parties are continuing to meet and confer.  On June 5, 2019, defendants first proposed search terms to be applied to plaintiff's electronic document collections.  On June 27, 2019, the parties agreed to a form of proposed search terms, subject to revisions based upon the results as applied to plaintiffs' electronic documents.  Defendants have requested and plaintiffs have agreed to substantially complete production of plaintiffs' documents other than electronically stored information ("ESI") in response to defendants' first set of requests by July 31, 2019, and to substantially complete production of plaintiffs' ESI documents in response to these requests by August 30, 2019.

### B.    Initial Disclosures

Plaintiffs and Non-Foreign Defendants exchanged initial disclosures on February 11, 2019.  On June 17, 2019, HSBC Bank plc served initial disclosures on plaintiffs, followed by UBS AG and BNP Paribas (SA), both of whom served their initial disclosures on June 27, 2019.  Standard Chartered Bank served initial disclosures on July 3, 2019.

### C.    Interrogatories

On February 11, 2019, defendants BNP Paribas US Wholesale Holdings Corp. and BNP Paribas Securities Corp. served a first interrogatory on plaintiffs, to which plaintiffs served their responses and objections on March 13, 2019.  On March 11, 2019, The

The Honorable Lorna G. Schofield                                                    -4-
July 8, 2019

Goldman Sachs Group, Inc. and Goldman Sachs & Co. LLC also served a first set of
interrogatories on plaintiffs, as did Deutsche Bank AG and Deutsche Bank Securities Inc.,
to which plaintiffs served their responses and objections on May 1, 2019.  On June 17,
2019, defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A. served a first
set of interrogatories on plaintiffs.  Plaintiffs' responses and objections are due July 17,
2019.

        On April 2, 2019, plaintiffs served a first interrogatory on all defendants.  On May
2, 2019, responses and objections to this interrogatory were served by BNP Paribas US
Wholesale Holdings Corp. and BNP Paribas Securities Corp.; Bank of America
Corporation, Bank of America, N.A., and Merrill Lynch, Pierce, Fenner & Smith
Incorporated; Barclays Bank PLC and Barclays Capital Inc.; Credit Suisse AG and Credit
Suisse Securities (USA) LLC; Deutsche Bank AG and Deutsche Bank Securities Inc.;
The Goldman Sachs Group, Inc. and Goldman Sachs & Co. LLC; HSBC North America
Holdings, Inc., HSBC Bank USA, N.A., and HSBC Securities (USA) Inc.; JPMorgan
Chase & Co. and JPMorgan Chase Bank, N.A.; Morgan Stanley, Morgan Stanley & Co.,
LLC, and Morgan Stanley & Co. International plc; RBC Capital Markets, LLC; RBS
Securities Inc.; and UBS Securities LLC.

        D.      Third Party Discovery

        On March 14, 2019, plaintiffs initiated service of subpoenas on sixty-one third
parties.  On April 11, 2019, FX Direct Dealer, LLC filed a motion to quash the subpoena
served upon them by plaintiffs (ECF No. 251), which this Court denied on April 18, 2019
(ECF No. 254).  On June 27, 2019, plaintiffs mailed letters to eight RFEDs that failed to
respond to plaintiffs' subpoenas by their specified production deadlines.  Plaintiffs are
currently negotiating the scope and manner of responsive productions with counsel for FX
Direct Dealer, LLC and other RFEDs that timely served responses and objections to
plaintiffs' subpoenas.

        Since April 5, 2019, Non-Foreign Defendants initiated service of subpoenas on
fifty-eight third parties and are presently meeting and conferring with thirty of those third
parties.  Five of those third parties—Advanced Markets LLC; Charles Schwab Futures,
Inc.; FX Direct Dealer, LLC; Philip Capital, Inc.; and RJ O'Brien Associates LLC—have
made productions to defendants.

        To facilitate discovery, the parties have agreed to share documents or data produced
in response to a subpoena or request of any kind issued in connection with the action, along
with any accompanying cover letter or other transmittal communication, within seven days,
to the extent such documents or data were not otherwise served on the other parties by the
producing party.

The Honorable Lorna G. Schofield                                        -5-
July 8, 2019

                        *        *        *        *        *

        Pursuant to this Court's May 2, 2019 Order (ECF No. 259), the fact discovery
deadline has been extended to February 3, 2020 and the case management conference
originally scheduled for May 16, 2019, has been adjourned to January 9, 2020.  In light of
that Order, pre-motion letters in support of dispositive and class certification motions are
due no later than two weeks before the January 9, 2020 case management conference (ECF
No. 258).

        The parties are not seeking the Court's intervention in any discovery disputes at
this juncture.


                                        Respectfully submitted,


July 8, 2019                            BERGER MONTAGUE PC

                                        By: /s/ Michael Dell'Angelo
                                        Michael Dell'Angelo
                                        Merrill Davidoff
                                        Michael Kane
                                        Joshua T. Ripley
                                        1818 Market Street, Suite 3600
                                        Philadelphia, PA 18103
                                        Telephone: (215) 875-3000
                                        mdellangelo@bm.net
                                        mdavidoff@bm.net
                                        mkane@bm.net
                                        jripley@bm.net

                                        SCHNEIDER WALLACE COTTRELL
                                        KONECKY WOTKYNS LLP
                                        Garrett W. Wotkyns
                                        8501 North Scottsdale Road, Suite 270
                                        Scottsdale, AZ 85253
                                        Telephone: (480) 428-0142
                                        gwotkyns@schneiderwallace.com

                                        PEIFFER WOLF CARR & KANE, APLC
                                        Joseph C. Peiffer
                                        201 St. Charles Avenue, Suite 4610

The Honorable Lorna G. Schofield                                      -6-
July 8, 2019

New Orleans, LA 70170
Telephone: (504) 523-2434
jpeiffer@pwcklegal.com

MCCULLEY MCCLUER PLLC
R. Bryant McCulley
Stuart McCluer
1022 Carolina Boulevard, Suite 300
Charleston, SC 29451
Telephone: (855) 467-0451
bmcculley@mcculleymccluer.com
smccluer@mcculleymccluer.com

*Attorneys for Plaintiffs and the Proposed Classes*

The Honorable Lorna G. Schofield                                    -7-
July 8, 2019

SULLIVAN & CROMWELL LLP                    SKADDEN, ARPS, SLATE, MEAGHER &
                                           FLOM LLP

By: /s/ Matthew A. Schwartz               By: /s/ Boris Bershteyn
Matthew A. Schwartz                       Boris Bershteyn
Matthew A. Peller                         Tansy Woan
125 Broad Street                          Four Times Square
New York, New York 10004                  New York, New York 10036
Telephone: (212) 558-4000                 Telephone: (212) 735-3000
schwartzmatthew@sullcrom.com              boris.bershteyn@skadden.com
pellerm@sullcrom.com                      tansy.woan@skadden.com

                                          Gretchen M. Wolf (admitted *pro hac vice*)
                                          155 N. Wacker Dr., Suite 2700
                                          Chicago, Illinois 60606
                                          Telephone: (312) 407-0700
                                          gretchen.wolf@skadden.com

*Attorney for Defendant Barclays Bank PLC*    *Attorneys for Defendants JPMorgan Chase &*
*and Barclays Capital Inc.*                    *Co. and JPMorgan Chase Bank, N.A.*

The Honorable Lorna G. Schofield                                        -8-
July 8, 2019

SHEARMAN & STERLING LLP                    ALLEN & OVERY LLP


By: /s/ Adam S. Hakki                      By: /s/ David C. Esseks
Adam S. Hakki                              David C. Esseks
Richard F. Schwed                          Laura R. Hall
Jeffrey J. Resetarits                      Rebecca Delfiner
599 Lexington Avenue                       1221 Avenue of the Americas
New York, New York 10022                   New York, NY 10020
Telephone: (212) 848-4000                  Telephone: (212) 610-6300
ahakki@shearman.com                        david.esseks@allenovery.com
rschwed@shearman.com                       laura.hall@allenovery.com
jeffrey.resetarits@shearman.com            rebecca.delfiner@allenovery.com

*Attorneys for Defendants Bank of America*   *Attorneys for Defendants BNP Paribas Group,*
*Corporation, Bank of America, N.A. and Merrill*   *BNP Paribas North America, Inc., BNP Paribas*
*Lynch, Pierce, Fenner & Smith Incorporated*   *Securities Corp., and BNP Paribas Prime*
                                           *Brokerage, Inc.*


MOORE AND VAN ALLEN PLLC                    DAVIS POLK & WARDWELL LLP

By: /s/ James P. McLoughlin, Jr.           By: /s/ Paul S. Mishkin
James P. McLoughlin, Jr.                    Paul S. Mishkin
Mark A. Nebrig                             Adam G. Mehes
Joshua D. Lanning                          Maude Paquin
Moore and Van Allen PLLC                   450 Lexington Avenue
100 N. Tryon Street, Suite 4700            New York, New York 10017
Charlotte, North Carolina 28202            Telephone: (212) 450-4000
Telephone: (704) 331-1000                  paul.mishkin@davispolk.com
jimmcloughlin@mvalaw.com                   adam.mehes@davispolk.com
marknebrig@mvalaw.com                      maude.paquin@davispolk.com
joshlanning@mvalaw.com

*Attorneys for Defendant RBC Capital Markets,*   *Attorneys for Defendant RBS Securities Inc., now*
*LLC*                                       *known as NatWest Markets Securities Inc.*

The Honorable Lorna G. Schofield                                              -9-
July 8, 2019

LOCKE LORD LLP                                   GIBSON, DUNN & CRUTCHER LLP

By: /s/ Gregory T. Casamento                     By: /s/ Eric J. Stock
Gregory T. Casamento                             Eric J. Stock
3 World Financial Center                         Indraneel Sur
New York, NY 10281                               200 Park Avenue, 48th Floor
Telephone: (212) 812-8325                        New York, New York 10166
gcasamento@lockelord.com                         Telephone: (212) 351-4000
                                                 estock@gibsondunn.com
                                                 isur@gibsondunn.com
Roger B. Cowie
2200 Ross Avenue, Suite 2800
Dallas, TX 75201                                 D. Jarrett Arp
Telephone: (214) 740-8000                        Melanie L. Katsur
rcowie@lockelord.com                             1050 Connecticut Avenue, N.W.
                                                 Washington, D.C. 20036
                                                 Telephone: (202) 955-8500
J. Matthew Goodin                                jarp@gibsondunn.com
Julia C. Webb                                    mkatsur@gibsondunn.com
111 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 443-0700
jmgoodin@lockelord.com
jwebb@lockelord.com

*Attorneys for Defendants HSBC Bank PLC,*        *Attorneys for Defendants UBS AG and UBS*
*HSBC North America Holdings, Inc., HSBC*        *Securities LLC*
*Bank USA, N.A., and HSBC Securities (USA)*
*Inc.*

The Honorable Lorna G. Schofield                                    -10-
July 8, 2019

CLEARY GOTTLIEB STEEN &                    LATHAM & WATKINS LLP
HAMILTON LLP

By: /s/ Thomas J. Moloney                  By: /s/ Joseph Serino, Jr.
Thomas J. Moloney                          Joseph Serino, Jr.
George S. Cary                             885 Third Avenue
Rishi Zutshi                               New York, New York 10022
One Liberty Plaza                          joseph.serino@lw.com
New York, New York 10006                   Telephone: (212) 906-1717
Telephone: (212) 225-2000
tmoloney@cgsh.com                          KING & SPALDING LLP
gcary@cgsh.com
rzutshi@cgsh.com                           By: /s/ G. Patrick Montgomery
                                           G. Patrick Montgomery
                                           1700 Pennsylvania Ave., NW
                                           Washington, DC  20006
                                           Telephone: (202) 626-5444
                                           pmontgomery@kslaw.com

*Attorneys for Defendants The Goldman Sachs*   *Attorneys for Defendants Deutsche Bank AG and*
*Group, Inc. and Goldman Sachs & Co. LLC*      *Deutsche Bank Securities Inc.*

SIDLEY AUSTIN LLP                          CAHILL GORDON & REINDEL LLP

By: /s/ Andrew W. Stern                    By: /s/ David G. Januszewski
Andrew W. Stern                            David G. Januszewski
Nicholas P. Crowell                        Elai E. Katz
787 Seventh Avenue                         Herbert S. Washer
New York, New York 10019                   Jason M. Hall
Telephone: (212)839-5300                   Margaret A. Barone
astern@sidley.com                          80 Pine Street
ncrowell@sidley.com                        New York, NY 10005
                                           Telephone: (212) 701-3000
                                           djanuszewski@cahill.com
                                           ekatz@cahill.com
                                           hwasher@cahill.com
                                           jhall@cahill.com
                                           mbarone@cahill.com

*Attorneys for Defendant Standard Chartered*   *Attorneys for Defendants Credit Suisse AG, and*
*Bank*                                         *Credit Suisse Securities (USA) LLC*

The Honorable Lorna G. Schofield                                                       -11-
July 8, 2019

WACHTELL, LIPTON, ROSEN & KATZ          LINKLATERS LLP

By: /s/ Jonathan Moses                  By: /s/ James R. Warnot, Jr.
Jonathan Moses                          James R. Warnot, Jr.
Bradley R. Wilson                       Patrick C. Ashby
51 West 52nd Street                     Nicole E. Jerry
New York, NY 10019                      1345 Avenue of the Americas
Telephone: (212) 403-1000               New York, New York 10105
JMMoses@wlrk.com                        Telephone: (212) 903-9000
BRWilson@wlrk.com                       james.warnot@linklaters.com
                                        patrick.ashby@linklaters.com
                                        nicole.jerry@linklaters.com

                                        Adam S. Lurie
                                        601 13th St. NW
                                        Suite 400
                                        Washington, DC 20005
                                        Telephone: (202) 654-9927
                                        adam.lurie@linklaters.com

*Attorneys for Defendants Morgan Stanley,*   *Attorneys for Defendant Société Générale*
*Morgan Stanley & Co., LLC, and Morgan*
*Stanley & Co. International PLC*