UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
JAMES CONTANT, *et al.*,                              :
:
               Plaintiffs,     :
      v.                                             :
:  Case No. 1: 17-cv-03139-LGS
BANK OF AMERICA                                       :
CORPORATION, *et al.*,                                :
:
               Defendants.     :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, without prejudice to any and all defenses to be raised pursuant to Rule 12 of the Federal Rules of Civil Procedure or otherwise, the undersigned attorney, NIKOLAI KRYLOV, of the law firm Sullivan & Cromwell LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel for Defendants Barclays Bank PLC and Barclays Capital Inc. in the above-captioned action and respectfully requests that all papers in this action be served upon him at the address set forth below.

Dated: July 24, 2019
      New York, New York

                                                 */s/ Nikolai Krylov*

                                                 Nikolai Krylov
                                                 SULLIVAN & CROMWELL LLP
                                                 125 Broad Street
                                                 New York, New York  10004
                                                 krylovn@sullcrom.com
                                                 Telephone:  (212) 558-4000
                                                 Facsimile:  (212) 558-3588

                                                 *Attorney for Defendants Barclays*
                                                 *Bank PLC and Barclays Capital Inc*.