```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
JAMES CONTANT, et al.,                                        :
                           Plaintiffs,                        :
                                                              :         17 Civ. 3139 (LGS)
         -against-                                            :
                                                              :              ORDER
BANK OF AMERICA CORPORATION, et al.,                          :
                           Defendants.                        :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/25/2019

LORNA G. SCHOFIELD, District Judge:

WHEREAS, by letter to Chambers dated July 24, 2019, Defendants request that Plaintiffs' forthcoming pre-motion letter seeking leave to file a Third Consolidated Class Action Complaint be filed in redacted form on ECF.  It is hereby

**ORDERED** that the request to file the pre-motion letter with redactions is **GRANTED**. Plaintiffs shall file an unredacted version of the pre-motion letter under seal.  Although "[t]he common law right of public access to judicial documents is firmly rooted in our nation's history," this right is not absolute, and courts "must balance competing considerations against" the presumption of access.  *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119–20 (2d Cir. 2006) (internal quotation marks omitted); *see also Nixon v. Warner Commc'ns., Inc.*, 435 U.S. 589, 599 (1978) ("[T]he decision as to access is one best left to the sound discretion of the trial court, a discretion to be exercised in light of the relevant facts and circumstances of the particular case.").  Filing the unredacted pre-motion letter under seal is necessary to prevent the unauthorized dissemination of sensitive business information.

Dated: July 25, 2019
      New York, New York

                                                   LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE