UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
JAMES CONTANT, et al.,

                Plaintiffs,

    v.

BANK OF AMERICA CORPORATION, et al.,

                Defendants.
-----------------------------------------------------------------x

Case No.  1:17-cv-03139 (LGS)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Russell A. Mawn, Jr. of the law firm Cleary Gottlieb Steen & Hamilton LLP hereby appears in the above-captioned action as counsel for Defendants The Goldman Sachs Group, Inc. and Goldman Sachs & Co. LLC and requests that all papers in this action be served upon, and all communications directed to, the undersigned at the address provided below.

Dated: New York, New York
        July 26th, 2019

Respectfully submitted,

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By:   /s/ Russell A. Mawn, Jr.
       Russell A. Mawn, Jr.
       *rmawn@cgsh.com*
       One Liberty Plaza
       New York, New York 10006
       Tel:  (212) 225-2000
       Fax:  (212) 225-3999

*Attorney for Defendants The Goldman Sachs Group, Inc. and Goldman Sachs & Co. LLC*