

**MICHAEL C. DELL'ANGELO** / *MANAGING SHAREHOLDER*
d 215.875.3080  m 610.608.8766 | mdellangelo@bm.net

July 26, 2019

<u>VIA ECF</u>

The Honorable Lorna G. Schofield
U.S. District Court, Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    **Re:** *Contant, et al. v. Bank of Am. Corp., et al.*, No. 17-cv-3139-LGS (S.D.N.Y.)

Dear Judge Schofield:

    Pursuant to Your Honor's request at the July 25, 2019, preliminary approval hearing, Plaintiffs have prepared the attached revised proposed order, incorporating the language proposed by Non-Settling Defendants in their June 24, 2019, letter (ECF No. 284). Plaintiffs provided Non-Settling Defendants with a copy of the attached on July 25, 2019. Plaintiffs are submitting an editable Word version of the attached to Your Honor's Chambers via email, pursuant to Rule I.B.1 of Your Honor's Individual Rules and Procedures for Civil Cases, concurrently with this letter.

Dated: July 26, 2019

    Respectfully submitted,

    <u>/s/ Michael Dell'Angelo</u>
    Michael Dell'Angelo
    **BERGER MONTAGUE PC**
    1818 Market Street, Suite 3600
    Philadelphia, PA 19103
    Tel: (215) 875-3000
    Fax: (215) 875-4604
    mdellangelo@bm.net

    *Counsel for Plaintiffs and the Proposed Classes*