## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, *et al*., | |
| Plaintiffs, | Case No.: 17-cv-3139-LGS |
| v. | |
| BANK OF AMERICA CORPORATION, *et al*., | |
| Defendants. | |

## SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT OF
## <u>DEFENDANT BANK OF AMERICA CORPORATION</u>

Pursuant to Federal Rule of Civil Procedure 7.1(b)(2), Defendant Bank of America

Corporation makes the following supplemental disclosure through its undersigned counsel:

Bank of America Corporation is a publicly held company whose shares are traded on the

New York Stock Exchange and has no parent corporation.  Based on the U.S. Securities and

Exchange Commission Rules regarding beneficial ownership, Berkshire Hathaway Inc., 3555

Farnam Street, Omaha, Nebraska 68131, beneficially owns greater than 10% of Bank of America

Corporation's outstanding common stock.

Dated:  August 2, 2019
      New York, New York               **SHEARMAN & STERLING LLP**

                        By:  */s/ Adam S. Hakki*
                            Adam S. Hakki
                            Richard F. Schwed
                            Jeffrey J. Resetarits
                            599 Lexington Avenue
                            New York, New York 10022
                            Telephone:  (212) 848-4000
                            Facsimile:  (212) 848-7179
                            ahakki@shearman.com
                            rschwed@shearman.com
                            jeffrey.resetarits@shearman.com

                            *Attorneys for Defendant Bank of America*
                            *Corporation*