UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, et al.,<br><br>Defendants. | CASE NO.: 1:17-cv-3139-LGS<br><br>**MOTION FOR ADMISSION**<br>*PRO HAC VICE* |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Kyle G. Bates, respectfully move this Court for an Order for Admission *Pro Hac Vice* to appear as counsel for Plaintiffs in the above-captioned action.

I am a member in good standing of the bar of the state of California, and the certificate of good standing is attached hereto as Exhibit A.  There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. The Affidavit required by Local Rule 1.3(c) is attached hereto as Exhibit B.

Dated:  August 2, 2019			Respectfully submitted:

			By:	*/s/ Kyle G. Bates*
				Kyle G. Bates
				SCHNEIDER WALLACE COTTRELL
				KONECKY WOTKYNS, LLP
				2000 Powell Street, Suite 1400
				Emeryville, CA 94608
				Telephone: (415) 421-7100
				Fax: (415) 421-7105
				kbates@schneiderwallace.com
				*Attorneys for Plaintiffs*