# *Exhibit B*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, et al., | CASE NO.: 1:17-cv-3139-LGS |
| Plaintiffs, | **AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |
| v. | |
| BANK OF AMERICA CORPORATION, et al., | |
| Defendants. | |

Under oath, I depose and state the following:

1. My name is Kyle G. Bates.

2. I am a member in good standing of the bar of the state of California since December 3, 2014.

3. I attach the certificate of good standing from the Supreme Court of California, which was issued within thirty days of this filing, as Exhibit A to my Motion for Admission *Pro Hac Vice*.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6. I have not been the subject of any prior pending disciplinary proceedings.

Signed under penalty of perjury this 2nd day of August, 2019

Kyle G. Bates

1

2

Sworn to and Subscribed before me this
_____ day of August, 2019

_____
Notary Public
My Commission Expires:_____

PLEASE SEE ATTACHED
NOTARY CERTIFICATE

2

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Alameda

Subscribed and sworn to (or affirmed) before me on this 02 day of Aug, 20 19, by Kyle G. Bates

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

AMANPREET KAUR
COMM. #2229365
NOTARY PUBLIC-CALIFORNIA
ALAMEDA COUNTY
COMM EXP. FEB 22, 2022

(Seal)    Signature