UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, et al.,<br><br>Defendants. | CASE NO.: 1:17-cv-3139-LGS<br><br>**ORDER FOR ADMISSION**<br>*PRO HAC VICE* |

The motion of Kyle G. Bates, for admission to practice *pro hac vice* in the captioned action, is granted.

Applicant has declared that he is a member in good standing of the bar of the state of California; and that his contact information is as follows:

Kyle G. Bates
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS, LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
Fax: (415) 421-7105
kbates@schneiderwallace.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiff in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

1

Dated: _____   _____
                                                            Judge Lorna G. Schofield
                                                            UNITED STATES DISTRICT JUDGE