**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JAMES CONTANT, *et al*., | |
| Plaintiffs, | Case No.: 17-cv-3139-LGS |
| v. | |
| BANK OF AMERICA CORPORATION, *et al*., | |
| Defendants. | |

**SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT OF**
**DEFENDANT BANK OF AMERICA, N.A.**

Pursuant to Federal Rule of Civil Procedure 7.1(b)(2), Defendant Bank of America, N.A. makes the following supplemental disclosure through its undersigned counsel:

Bank of America, N.A. is wholly owned by BANA Holding Corporation ("BANA Holding"). BANA Holding is a direct, wholly owned subsidiary of BAC North America Holding Company ("BACNAH"). BACNAH is a direct, wholly owned subsidiary of NB Holdings Corporation ("NB Holdings). NB Holdings is a direct, wholly owned subsidiary of Bank of America Corporation. Bank of America Corporation is a publicly held company whose shares are traded on the New York Stock Exchange and has no parent corporation. Based on the U.S. Securities and Exchange Commission Rules regarding beneficial ownership, Berkshire Hathaway Inc., 3555 Farnam Street, Omaha, Nebraska 68131, beneficially owns greater than 10% of Bank of America Corporation's outstanding common stock.

Dated:  August 2, 2019
   New York, New York      **SHEARMAN & STERLING LLP**

             By: */s/ Adam S. Hakki*
               Adam S. Hakki
               Richard F. Schwed
               Jeffrey J. Resetarits
               599 Lexington Avenue
               New York, New York 10022
               Telephone:  (212) 848-4000
               Facsimile:  (212) 848-7179
               ahakki@shearman.com
               rschwed@shearman.com
               jeffrey.resetarits@shearman.com

               *Attorneys for Defendant Bank of America, N.A.*