UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>BANK OF AMERICA<br>CORPORATION, *et al.*,<br><br>　　　　　Defendants. | Case No.: 17-cv-3139-LGS |

**SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT OF
DEFENDANT MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED**

Pursuant to Federal Rule of Civil Procedure 7.1(b)(2), Defendant Merrill Lynch, Pierce, Fenner & Smith Incorporated makes the following supplemental disclosure through its undersigned counsel:

Merrill Lynch, Pierce, Fenner & Smith Incorporated is a direct, wholly owned subsidiary of NB Holdings Corporation.  NB Holdings Corporation is a direct, wholly owned subsidiary of Bank of America Corporation.  Bank of America Corporation is a publicly held company whose shares are traded on the New York Stock Exchange and has no parent corporation.  Based on the U.S. Securities and Exchange Commission Rules regarding beneficial ownership, Berkshire Hathaway Inc., 3555 Farnam Street, Omaha, Nebraska 68131, beneficially owns greater than 10% of Bank of America Corporation's outstanding common stock.

Dated:  August 2, 2019
         New York, New York                **SHEARMAN & STERLING LLP**

                                           By:  <u>*/s/ Adam S. Hakki*</u>
                                                Adam S. Hakki
                                                Richard F. Schwed
                                                Jeffrey J. Resetarits
                                                599 Lexington Avenue
                                                New York, New York 10022
                                                Telephone:  (212) 848-4000
                                                Facsimile:  (212) 848-7179
                                                ahakki@shearman.com
                                                rschwed@shearman.com
                                                jeffrey.resetarits@shearman.com

                                                *Attorneys for Defendant Merrill Lynch, Pierce, Fenner & Smith Incorporated*