```
                                                    ┌─────────────────────────────┐
                                                    │ USDC SDNY                   │
                                                    │ DOCUMENT                    │
UNITED STATES DISTRICT COURT                        │ ELECTRONICALLY FILED        │
SOUTHERN DISTRICT OF NEW YORK                       │ DOC #:_____ │
------------------------------------------------- X │ DATE FILED: 08/22/2019      │
                                                  : └─────────────────────────────┘
   JAMES CONTANT, et al.,                         :
                                     Plaintiffs,  :
                                                  :           17 Civ. 3139 (LGS)
                         -against-                :
                                                  :                ORDER
   BANK OF AMERICA CORPORATION, et al.,           :
                                     Defendants.  :
------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, in a letter to Chambers dated August 22, 2019, Defendants request that

Plaintiffs' pre-motion reply letter in support of Plaintiff's request for leave to file a Third

Consolidated Class Action Complaint be filed in redacted form on ECF.  It is hereby

ORDERED that the request to file the pre-motion letter with redactions is GRANTED.

Plaintiffs shall file an unredacted version of the pre-motion letter under seal.  Although "[t]he

common law right of public access to judicial documents is firmly rooted in our nation's history,"

this right is not absolute, and courts "must balance competing considerations against" the

presumption of access.  *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119–20 (2d Cir.

2006) (internal quotation marks omitted); *see also Nixon v. Warner Commc'ns., Inc.*, 435 U.S.

589, 599 (1978) ("[T]he decision as to access is one best left to the sound discretion of the trial

court, a discretion to be exercised in light of the relevant facts and circumstances of the particular

case.").  Filing the unredacted pre-motion letter under seal is necessary to prevent the

unauthorized dissemination of sensitive business information.

Dated:  August 22, 2019
        New York, New York

                                            _____
                                            LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE