**COVINGTON**

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC  20001-4956
T  +1 202 662 6000

September 6, 2019

**BY ECF**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/09/2019

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:  *Contant v. Bank of America Corp., et. al.*, 17-CV-3139 (LGS)

Dear Judge Schofield:

I have appeared as counsel for Citigroup Inc., Citibank, N.A., Citicorp, and Citigroup Global Markets Inc. (collectively, "Citi") in the above-captioned matter.  As of September 7, 2019, I will no longer be an attorney at the law firm Covington & Burling LLP. Pursuant to Local Civil Rule 1.4, I respectfully request an order removing my individual appearance from the docket and from the ECF distribution list for this action.

My departure will not affect any pending deadlines, nor will it occasion any delay in this matter. Covington & Burling LLP has already appeared in this action through other attorneys who will continue to represent the interests of Citi in this action. There is no retaining or charging lien being asserted.

Respectfully submitted,

s/ Jamie A. Heine

Jamie A. Heine

cc:   Counsel of Record (via ECF)

Application GRANTED.

Dated: September 9, 2019
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE