IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>　　　　　Defendants. | No. 17 Civ. 3139 (LGS)<br><br>ECF CASE |

**MOTION FOR ADMISSION PRO HAC VICE**

　　　　Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Amy W. Feagles, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendants UBS AG and UBS Securities LLC in the above-captioned action.

　　　　I am a member in good standing of the bars of the State of Maryland and the District of Columbia, and certificates of good standing are attached hereto as Exhibit A.  There are no pending disciplinary proceedings against me in any state or federal court.  I have never been convicted of a felony.  I have never been censured, suspended, disbarred, or denied admission or readmission by any court.  The affidavit required by Local Rule 1.3 is attached hereto as Exhibit B.  A proposed Order for Admission Pro Hac Vice is attached hereto as Exhibit C.

　　　　Pursuant to the Court's Individual Rule III.C.1, I state that opposing counsel consents in this motion.

| | |
|---|---|
| Dated: Washington, DC<br>October 8, 2019 | Respectfully submitted,<br><br>By:  /s/ Amy W. Feagles<br>Amy W. Feagles<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Ave., NW<br>Washington, DC  20036-5306<br>Telephone:  (202) 887-3699<br>Facsimile:  (202) 530-9658<br>afeagles@gibsondunn.com<br><br>*Attorney for Defendants UBS AG and UBS Securities LLC* |