# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA CORPORATION, *et al.*, <br><br> Defendants. | No. 17 Civ. 3139 (LGS) <br><br> ECF CASE |

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

Under oath, I depose and state the following:

1) My name is Amy W. Feagles.

2) I am a member in good standing of the bar of the State of Maryland since January 10, 2014, and a member in good standing of the bar of the District of Columbia since July 10, 2015.

3) I attach certificates of good standing from the Court of Appeals of Maryland and the District of Columbia Court of Appeals, both of which were issued within thirty days of this filing, as Exhibit A to my Motion for Admission Pro Hac Vice.

4) I have never been convicted of a felony.

5) I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6) I have not been the subject of any prior or pending disciplinary proceedings.

Signed under penalty of perjury this 8th day of October, 2019.

*Amy W. Feagles*
Amy W. Feagles

Sworn to and Subscribed before me this 8th day of October, 2019,

*R. Eggleston*