# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>　　　　　Defendants. | No. 17 Civ. 3139 (LGS)<br><br>ECF CASE |

## ORDER FOR ADMISSION PRO HAC VICE

　　The motion of Amy W. Feagles for admission to practice Pro Hac Vice in the above-captioned action is granted.

　　Applicant has declared that she is a member in good standing of the bars of the State of Maryland and the District of Columbia, and that her contact information is as follows:

　　Amy W. Feagles
　　GIBSON, DUNN & CRUTCHER LLP
　　1050 Connecticut Ave., NW
　　Washington, DC  20036-5306
　　Telephone:  (202) 887-3699
　　Facsimile:  (202) 530-9658
　　afeagles@gibsondunn.com

　　Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for UBS AG and UBS Securities LLC in the above-captioned action;

　　**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____          _____
                                                                                                      HONORABLE LORNA G. SCHOFIELD
                                                                                                      United States District Judge