

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/04/2019

U.S. Department of Justice

Antitrust Division

November 1, 2019

Application GRANTED. The testamentary discovery stay shall continue through the conclusion of the trial in United States v. Aiyer, No. 18 Cr. 333. On December 6, 2019, the Department shall file a letter apprising the Court of the status of the trial in Aiyer.

**VIA ECF**

The Clerk of Court is respectfully directed to docket this Order at Nos. 13 Civ. 7789, 15 Civ. 9300, 17 Civ. 3139 and 18 Civ. 10364.

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Dated: November 4, 2019
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re: *In re Foreign Exchange Benchmark Rates Antitrust Litigation*, No. 13-cv-7789 (LGS); *NYPL, et al. v. JPMorgan Chase & Co., et al.*, 15-cv-9300 (LGS); *Contant, et al. v. Bank of America Corporation, et al.*, No. 17-cv-3139 (LGS); *Allianz, et al. v. Bank of America Corporation, et al.*, No. 18-cv-10364 (LGS)

Dear Judge Schofield:

Pursuant to the Court's July 11, 2019 Order (13-cv-7789, Dkt. No. 1311), the United States Department of Justice, through the Antitrust Division and the Fraud Section of the Criminal Division ("the Department"), submits this letter apprising the Court of the status of the *Aiyer* trial. The trial was adjourned from October 21, 2019 to October 30, 2019. Trial has commenced and is estimated to last four to five weeks. Consistent with the Court's July 11, 2019 order, the Department requests that the stay remain in place through the conclusion of the trial. The Department expects the trial to conclude no later than December 6, 2019, and the Department proposes that it submit a letter apprising the Court of the status of the trial on that date.

Plaintiffs in the *In re Foreign Exchange* case (13-cv-7789) and the *Allianz* case (18-cv-10364) consent to the Department's request to extend the stay through December 6, 2019. Plaintiffs in the *Contant* case (17-cv-3139) take no position. All Defendants consent to the request except for Credit Suisse, which takes no position.[1]

---

[1] Plaintiffs in the *NYPL* matter (15-cv-9300) have not stated a position as to the Department's instant proposal but have consistently opposed the Department's request for stay.

Respectfully submitted,

JOSEPH MUOIO  
Acting Chief, New York Office  
Antitrust Division

By: /s/ Katherine Calle  
Katherine Calle, Trial Attorney  
Antitrust Division, New York Office  
26 Federal Plaza  
New York, NY 10278  
(212) 335-8000  
Katherine.calle@usdoj.gov

cc: All counsel (via ECF)