UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, et al.<br><br>Plaintiffs,<br><br>-against-<br><br>BANK OF AMERICA CORPORATION, et al.<br><br>Defendants. | Case No. 1:17-CV-03139<br><br>**MOTION FOR ADMISSION *PRO HAC VICE*** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Tracey B. Cowan, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiffs James Contant, Sandra Lavender, Victor Hernandez, Martin-Han Tran, FX Primus Ltd., Carolos Gonzalez, Ugnius Matkus, Charles G. Hitchcock III, Jerry Jacobson, Tina Porter, and Paul Vermillion.

I am a member in good standing of the bar of the State of California, and a certificate of good standing is attached hereto as Exhibit A. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. The affidavit required by Local Rule 1.3 is attached hereto as Exhibit B. A proposed Order for Admission Pro Hac Vice is attached hereto as Exhibit C. Pursuant to the Court's Individual Rule III.C.1, I state that opposing counsel consents to this motion.

Dated: October 31, 2019

Respectfully submitted,

/s/ Tracey B. Cowan

Tracey B. Cowan
PEIFFER WOLF CARR & KANE, APLC
4 Embarcadero Center, Suite 1400

San Francisco, CA 94111
Phone: (415) 426-5641
Fax: (415) 402-0058
E-mail: tcowan@pwcklegal.com

*Counsel for Plaintiffs*