**The State Bar of California**

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

180 Howard Street, San Francisco, CA 94105     888-800-3400     AttorneyRegulation@calbar.ca.gov

# CERTIFICATE OF STANDING

October 17, 2019

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, TRACEY DEMMON BERGER, #250053 was admitted to the practice of law in this state by the Supreme Court of California on June 11, 2007; that at her request, on March 19, 2013, her name was changed to TRACEY BERGER COWAN on the records of the State Bar of California; that she has been since the date of admission, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Denise Velasco
Custodian of Records