UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, et al.<br><br>                Plaintiffs,<br><br>-against-<br><br>BANK OF AMERICA CORPORATION, et al.<br><br>                Defendants. | Case No. 1:17-CV-03139<br><br>**[PROPOSED] ORDER GRANTING MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

The motion of Tracey B. Cowan, for admission to practice *pro hac vice* in the above captioned matter is GRANTED.

Applicant has declared that she is a member in good standing of the Bar of the State of California; and that her contact information is as follows:

    Tracey B. Cowan
    PEIFFER WOLF CARR & KANE, APLC
    4 Embarcadero Center, Suite 1400
    San Francisco, CA 94111
    Phone: (415) 426-5641
    Fax: (415) 402-0058
    E-mail: tcowan@pwcklegal.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiffs James Contant, Sandra Lavender, Victor Hernandez, Martin-Han Tran, FX Primus Ltd., Carolos Gonzalez, Ugnius Matkus, Charles G. Hitchcock III, Jerry Jacobson, Tina Porter, and Paul Vermillion in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

United States District Judge