USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/13/2019

**MICHAEL C. DELL'ANGELO** / *MANAGING SHAREHOLDER*
d 215.875.3080 m 610.608.8766 | mdellangelo@bm.net

November 12, 2019

**VIA ECF**
Honorable Lorna G. Schofield
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

> Application GRANTED. The page limit for Plaintiffs' memorandum of law in support of their motion for preliminary approval of the below-referenced settlements is increased to forty pages.
>
> Dated: November 13, 2019
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

RE: *Contant, et al. v. Bank of America Corp., et al.*, No. 17-cv-3139

Dear Judge Schofield:

Plaintiffs respectfully write to request permission to file a memorandum of law not to exceed 40 pages in support of their motion for preliminary approval of settlements, which Plaintiffs anticipate filing on Monday, November 18, 2019.[1]

On May 21, 2019, the Court granted Plaintiffs an extension to 40 pages for their memorandum of law in support of their motion for preliminary approval of the Citigroup and MUFG Settlements. ECF No. 267. Plaintiffs respectfully request the same page limit for their forthcoming preliminary approval brief.

Counsel for the Settling Defendants do not oppose this application. No previous page-extension request has been made with respect to this brief in support of Plaintiffs' anticipated motion for preliminary approval.

                                          Respectfully submitted,

                                          /s/ Michael Dell'Angelo
                                          Michael Dell'Angelo
                                          **BERGER MONTAGUE PC**
                                          1818 Market St, Suite 3600
                                          Philadelphia, PA 19103
                                          Tel: (215) 875-3000
                                          Fax: (215) 875-4604
                                          mdellangelo@bm.net

---

[1] Plaintiffs notified the Court of the Settlements by letters on August 13, 2019, and October 7, 2019, requesting that the letters not be filed on the public docket because the Settlements were not yet public. Counsel for Plaintiffs have agreed not to make public the identities of the Settling Defendants in advance of Plaintiffs' motion for preliminary approval of the Settlements.