```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#: _____
DATE FILED: 11/13/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
   JAMES CONTANT, et al.

                                    Plaintiff(s),      17 Civ. 3139 (LGS)

           -against-                      ORDER OF REFERENCE
                                                            TO A
   BANK OF AMERICA CORPORATION, et al.       MAGISTRATE JUDGE

                                  Defendant(s).
--------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

The above entitled action is referred to the Hon. Stewart D. Aaron
United States Magistrate Judge, for the following purpose(s):

| | |
|---|---|
| _____ GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement) | _____ HABEAS CORPUS |
| _____ GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial) | _____ INQUEST AFTER DEFAULT / DAMAGES HEARING |
| | _____ SOCIAL SECURITY |
| _____ DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation) | _____ SETTLEMENT |
| | _____ CONSENT UNDER 28 U.S.C. 636(c) FOR ALL PURPOSES (including trial) |
| ✔ SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute) * | _____ CONSENT UNDER 28 U.S.C. 636(c) FOR LIMITED PURPOSE OF _____ |
| Letter motion regarding discovery dispute at docket no. 325. | |
| _____ JURY SELECTION | |

SO ORDERED.

Dated: November 13, 2019
       New York, New York

                                                             LORNA G. SCHOFIELD
                                                       UNITED STATES DISTRICT JUDGE

* Do not check if already referred for General Pre-Trial.