

111 South Wacker Drive
Suite 4100
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com

Julia C. Webb
Direct Telephone: 312-443-0404
Direct Fax: 312-896-6404
jwebb@lockelord.com

November 14, 2019

VIA ECF

The Honorable Stewart D. Aaron
United States Magistrate Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re:   *Contant, et al. v. Bank of Am. Corp., et al.*, 1:17-cv-03139

Dear Magistrate Judge Aaron:

We are in receipt of Plaintiffs' November 12, 2019 pre-motion letter seeking to compel non-party Forex Capital Markets, LLC ("FXCM") to produce certain documents (ECF 325), as well as the Court's order setting a deadline of November 18, 2019 for FXCM to respond and November 21, 2019 for Plaintiffs to reply (ECF 328).

Defendant HSBC North America Holdings, Inc. ("HSBC") also served a subpoena for production of documents on FXCM, and also anticipates filing a pre-motion letter requesting that the Court compel production of certain documents from FXCM.

HSBC respectfully submits that it will be most efficient for all parties and the Court to have both motions addressed on the same schedule. Accordingly, HSBC respectfully requests that the Court enter the following schedule with respect to motions to compel production of documents from FXCM, which takes into consideration the upcoming Thanksgiving holiday:

| | |
|---|---|
| Tuesday, November 19, 2019: | Deadline for HSBC to file pre-motion letter seeking to compel FXCM |
| Wednesday, November 27, 2019: | Deadline for FXCM to respond to both parties' motions to compel |
| Friday, December 6, 2019: | Deadline for parties to file replies in support of their motions to compel |

Atlanta | Austin | Boston | Chicago | Cincinnati | Dallas | Hartford | Hong Kong | Houston | London | Los Angeles
Miami | New Orleans | New York | Princeton | Providence | San Francisco | Stamford | Washington DC | West Palm Beach

November 14, 2019
Page 2

                    Respectfully submitted,

                    LOCKE LORD LLP

                    By: /s/ Julia C. Webb
                    Gregory T. Casamento
                    3 World Financial Center
                    New York, New York 10281
                    Telephone: (212) 812-8325
                    gcasamento@lockelord.com

                    Roger B. Cowie
                    2200 Ross Avenue, Suite 2800
                    Dallas, TX 75201
                    Telephone: (214) 740-8000
                    rcowie@lockelord.com

                    J. Matthew Goodin
                    Julia C. Webb
                    111 South Wacker Drive
                    Chicago, IL 60606
                    Telephone: (312) 443-0700
                    jmgoodin@lockelord.com
                    jwebb@lockelord.com

                    *Attorneys for Defendant*
                    *HSBC North America Holdings, Inc.*


CC:    Counsel for all parties via ECF
         Counsel for FXCM via email