



111 South Wacker Drive
Suite 4100
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com

Julia C. Webb
Direct Telephone: 312-443-0404
Direct Fax: 312-896-6404
jwebb@lockelord.com

November 14, 2019

VIA ECF

The Honorable Stewart D. Aaron
United States Magistrate Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re:     *Contant, et al. v. Bank of Am. Corp., et al.*, 1:17-cv-03139

Dear Magistrate Judge Aaron:

We are in receipt of Plaintiffs' November 12, 2019 pre-motion letter seeking to compel non-party Forex Capital Markets, LLC ("FXCM") to produce certain documents (ECF 325), as well as the Court's order setting a deadline of November 18, 2019 for FXCM to respond and November 21, 2019 for Plaintiffs to reply (ECF 328).

Defendant HSBC North America Holdings, Inc. ("HSBC") also served a subpoena for production of documents on FXCM, and also anticipates filing a pre-motion letter requesting that the Court compel production of certain documents from FXCM.

HSBC respectfully submits that it will be most efficient for all parties and the Court to have both motions addressed on the same schedule. Accordingly, HSBC respectfully requests that the Court enter the following schedule with respect to motions to compel production of documents from FXCM, which takes into consideration the upcoming Thanksgiving holiday:

| | |
|---|---|
| Tuesday, November 19, 2019: | Deadline for HSBC to file pre-motion letter seeking to compel FXCM |
| Wednesday, November 27, 2019: | Deadline for FXCM to respond to both parties' motions to compel |
| Friday, December 6, 2019: | Deadline for parties to file replies in support of their motions to compel |

November 14, 2019
Page 2

        Respectfully submitted,

        LOCKE LORD LLP

        By: /s/ Julia C. Webb
        Gregory T. Casamento
        3 World Financial Center
        New York, New York 10281
        Telephone: (212) 812-8325
        gcasamento@lockelord.com

        Roger B. Cowie
        2200 Ross Avenue, Suite 2800
        Dallas, TX 75201
        Telephone: (214) 740-8000
        rcowie@lockelord.com

        J. Matthew Goodin
        Julia C. Webb
        111 South Wacker Drive
        Chicago, IL 60606
        Telephone: (312) 443-0700
        jmgoodin@lockelord.com
        jwebb@lockelord.com

        *Attorneys for Defendant*
        *HSBC North America Holdings, Inc.*

CC:    Counsel for all parties via ECF
        Counsel for FXCM via email

ENDORSEMENT: Request DENIED WITHOUT PREJUDICE. HSBC shall consult with the other parties to this case and submit an agreed-upon schedule no later than 11/15/2019. If the parties cannot agree, they may submit a joint letter on 11/15/19 setting forth their differences regarding the schedule. SO ORDERED.
Dated: 11/14/2019