

111 South Wacker Drive
Suite 4100
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com

Julia C. Webb
Direct Telephone: 312-443-0404
Direct Fax: 312-896-6404
jwebb@lockelord.com

November 15, 2019

VIA ECF

The Honorable Stewart D. Aaron
United States Magistrate Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re:   *Contant, et al. v. Bank of Am. Corp., et al.*, 1:17-cv-03139

Dear Magistrate Judge Aaron:

Pursuant to Your Honor's November 14, 2019 Order (ECF 330), Defendant HSBC North America Holdings, Inc. ("HSBC") consulted with the other parties to this case with respect to a proposed schedule for motions to compel production of documents from non-party Forex Capital Markets, LLC ("FXCM").  HSBC proposed, and Plaintiffs and FXCM consent to, the following schedule:

| | |
|---|---|
| Tuesday, November 19, 2019: | Deadline for HSBC to file pre-motion letter seeking to compel FXCM |
| Wednesday, November 27, 2019: | Deadline for FXCM to respond to both parties' motions to compel |
| Friday, December 6, 2019: | Deadline for parties to file replies in support of their motions to compel |

Respectfully submitted,

LOCKE LORD LLP

By: /s/ Julia C. Webb
Gregory T. Casamento
3 World Financial Center
New York, New York 10281

Atlanta | Austin | Boston | Chicago | Cincinnati | Dallas | Hartford | Hong Kong | Houston | London | Los Angeles
Miami | New Orleans | New York | Princeton | Providence | San Francisco | Stamford | Washington DC | West Palm Beach

November 15, 2019
Page 2

        Telephone: (212) 812-8325
        gcasamento@lockelord.com

        Roger B. Cowie
        2200 Ross Avenue, Suite 2800
        Dallas, TX 75201
        Telephone: (214) 740-8000
        rcowie@lockelord.com

        J. Matthew Goodin
        Julia C. Webb
        111 South Wacker Drive
        Chicago, IL 60606
        Telephone: (312) 443-0700
        jmgoodin@lockelord.com
        jwebb@lockelord.com

        *Attorneys for Defendant*
        *HSBC North America Holdings, Inc.*

CC:    Counsel for all parties via ECF
        Counsel for FXCM via email