

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/15/2019**



111 South Wacker Drive
Suite 4100
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com

Julia C. Webb
Direct Telephone:  312-443-0404
Direct Fax:  312-896-6404
jwebb@lockelord.com

November 15, 2019

VIA ECF

The Honorable Stewart D. Aaron
United States Magistrate Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Schedule APPROVED. SO ORDERED.
Dated: November 15, 2019

Re:     *Contant, et al. v. Bank of Am. Corp., et al.*, 1:17-cv-03139

Dear Magistrate Judge Aaron:

Pursuant to Your Honor's November 14, 2019 Order (ECF 330), Defendant HSBC North America
Holdings, Inc. ("HSBC") consulted with the other parties to this case with respect to a proposed
schedule for motions to compel production of documents from non-party Forex Capital Markets,
LLC ("FXCM").  HSBC proposed, and Plaintiffs and FXCM consent to, the following schedule:

| | |
|---|---|
| Tuesday, November 19, 2019: | Deadline for HSBC to file pre-motion letter seeking to compel FXCM |
| Wednesday, November 27, 2019: | Deadline for FXCM to respond to both parties' motions to compel |
| Friday, December 6, 2019: | Deadline for parties to file replies in support of their motions to compel |

Respectfully submitted,

LOCKE LORD LLP

By: /s/ Julia C. Webb
Gregory T. Casamento
3 World Financial Center
New York, New York 10281

Atlanta | Austin | Boston | Chicago | Cincinnati | Dallas | Hartford | Hong Kong | Houston | London | Los Angeles
Miami | New Orleans | New York | Princeton | Providence | San Francisco | Stamford | Washington DC | West Palm Beach

November 15, 2019
Page 2

Telephone: (212) 812-8325
gcasamento@lockelord.com

Roger B. Cowie
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
Telephone: (214) 740-8000
rcowie@lockelord.com

J. Matthew Goodin
Julia C. Webb
111 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 443-0700
jmgoodin@lockelord.com
jwebb@lockelord.com

*Attorneys for Defendant*
*HSBC North America Holdings, Inc.*

CC:     Counsel for all parties via ECF
        Counsel for FXCM via email