## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA CORPORATION, *et al.*, <br><br> Defendants. | Civil Action No. 17-cv-3139-LGS <br><br> (related to No. 13-cv-7789-LGS) |

**DETAILS SUPPORTING PRELIMINARY APPROVAL PURSUANT TO RULE III.C.5 OF THE COURT'S INDIVIDUAL RULES AND PROCEDURES FOR CIVIL CASES**

**I.      Introduction**

Plaintiffs respectfully submit this Exhibit pursuant to Rule III.C.5 of the Court's Individual Rules and Procedures for Civil Cases, to provide the information required by that Rule in support of Plaintiffs' Motion for Preliminary Approval of Settlements. Rule III.C.5 provides in full:

> Class Actions. Any party moving for preliminary approval of a class action settlement must disclose the proposed plan of allocation and provide a spreadsheet or other document detailing the amount of (a) the total settlement fund, (b) the Claims Administrator's fee, costs and expenses, (c) proposed attorneys' fees, costs and expenses, (e) the named Plaintiffs' proposed service fee, (f) any other deduction from the settlement fund before payment to class members, and (g) the anticipated recovery in dollars and as a percentage of the plaintiff's estimated damages for the class and any subclass in the aggregate and per class member, including any assumptions used in calculating these amounts. The party moving for preliminary approval shall also file a proposed schedule for settlement, including dates for proposed class notice, submission of objections and exclusion requests and a fairness hearing.
>
> In accordance with Local Rule 23.1, a party seeking preliminary approval of a class action settlement must disclose any fee sharing agreement with any attorney or other person. The disclosure shall include the names and addresses of the applicants for such fees and the amounts requested, respectively.

**II.     The Total Settlement Fund**

The Standard Chartered Bank ("SC") and Société Générale ("SG") Settlements provide a combined $2,695,000 million in cash payments to the Settlement Fund to compensate the Classes, for a total Settlement Fund of $13,630,000 which includes the Citigroup and MUFG Bank ("MUFG") Settlements that were previously preliminarily approved by the Court. The SC Settlement provides for a payment of $1,720,000 by SC, *see id.* at Section II, ¶ (nn), and the SG Settlement provides for a payment of $975,000 by SG. *See id.* at Section II, ¶ (nn).

**III.    The Claims Administrator's Fee, Costs, and Expenses**

In the July 29, 2019, Order granting preliminary approval of the Citigroup and MUFG Settlements, ECF No. 297 ("Citigroup/MUFG Preliminary Approval Order"), the Court appointed

Heffler Claims Group ("Heffler") as the proposed Claims Administrator and Huntington National Bank as Escrow Agent. *Id.*

Plaintiffs' expert James Bibbings estimates that the total number of Class members is approximately 99,138. *See* Declaration of James Bibbings, ECF No. 274-4, ¶ 19. For a total Class size of 100,000, Heffler estimates that the total costs of publication notice, direct-mail postcard and email notice, internet notice including advertising the Settlement on social media and websites, and the administration of the claims will be $209,902. *See* Declaration of Michael Dell'Angelo in Support of Plaintiffs' Motion for Preliminary Approval of Settlements and Certifications of the Proposed Settlement Classes for Settlement Purposes ("Dell'Angelo Decl.") ¶ 32. Because Plaintiffs propose a consolidated distribution for the proceeds of the Citigroup, MUFG, SC, and SG Settlements, this claims administration cost estimate is the same as the estimate that Plaintiffs previously submitted with respect to the Citigroup and MUFG Settlements. *See id*. Actual notice and administration costs will vary based on a variety of factors in addition to the total number of Class members, including the claims rate, the methods of publication and internet advertising notices, and other related factors.

**IV.   Proposed Attorneys' Fees, Costs, and Expenses**

1.   In Plaintiffs' motion for preliminary approval of the Citigroup and MUFG Settlements, Plaintiffs proposed that their anticipated request for attorneys' fees would not exceed 20 percent of the proceeds of the Citigroup and MUFG Settlements (*i.e.* a maximum fee request of $2,187,000 from those Settlements), as well as reimbursement of reasonably incurred costs and expenses. In Plaintiffs' motion for preliminary approval of the SC and SG Settlements, Plaintiffs propose that their request for attorneys' fees will not exceed 25 percent of the proceeds of the SC and SG Settlements (*i.e.* a maximum fee request of $673,750 from those Settlements), as well as

3

reimbursement of reasonably incurred costs and expenses.[1] Accordingly, Plaintiffs' anticipated request for attorneys' fees with respect to all four Settlements will not exceed $2,860,750. Plaintiffs' reasonably incurred litigation costs and expenses, as of November 22, 2019, total $1,256,183.

Class Counsel reserve the right to request service awards of no greater than $5,000 to each of the eleven Class Representatives, for a total of $55,000. Class Counsel anticipate that they will request those service awards in connection with their request for attorneys' fees and reimbursement of costs and expenses.

## V. Other Deductions

Plaintiffs do not anticipate any other significant deductions from the Settlement Fund. Plaintiffs believe that other Settlement expenses, if any, will be minimal and may include taxes and other escrow costs associated with administering the Settlement Funds.

## VI. The Anticipated Recovery in Dollars and as a Percentage of Plaintiffs' Estimated Classwide Damages, in the Aggregate and Per Class Member

Deducting the maximum attorneys' fees request of $2,860,750, total costs and expenses as of November 22, 2019, of $1,256,183, maximum total service award request of $55,000, and estimated claims administration costs of $209,902 from the Gross Settlement Fund of $13,630,000 results in a Net Settlement Fund of $9,303,165. Thus, applying the Class size estimate of 99,138, the estimated average recovery per Class member provided by the Gross Settlement Fund is $137.49, and the average per-Class member recovery from the Net Settlement Fund is $93.29.

Applying the estimates detailed in Plaintiffs' Memorandum for total actual damages in this Action based on the estimates submitted in the *FOREX* plaintiffs' final settlement approval papers,

---

[1] Plaintiffs reserve the right to seek additional attorneys' fees and service awards from future settlements and/or judgments. Counsel for Plaintiffs do not have any fee-sharing agreements subject to disclosure pursuant to S.D.N.Y. Local Civil Rule 23.1.

for a Class size of 99,138, the per-Class member estimate for actual damages is between $2,058 (using the more conservative $204 million damages estimate) and $7,979 (using the higher $791 million damages estimate). *See* Memorandum in Support of Plaintiffs' Motion for Preliminary Approval of Settlements and Certifications of the Proposed Settlement Classes for Settlement Purposes, § VI.D.

## VII. Proposed Schedule

As set forth in the Proposed Order, Plaintiffs submit the below proposed schedule for: (a) dissemination of notice; (b) Plaintiffs' motions for attorneys' fees, costs, expenses, and service awards for the Settlement Class representatives; (c) the deadlines for Settlement Class members to object to the Settlements or request exclusion from the Settlement Classes; (d) Plaintiffs' notice to the Court identifying persons requesting exclusion from the Class; (e) Plaintiffs' notice to the Court confirming completion of the Notice program; (f) Plaintiffs' submission of a motion and memorandum in support of final approval of the Settlements; (g) any responses by the parties to any objections; (h) a Fairness Hearing; and (i) submissions of claims by Settlement Class members (the "Settlement Schedule"). The Settlement Schedule shall commence with the filing of Plaintiffs' Motion for Approval of Notice and Plan of Allocation within 150 days of this Order:

| Event | Timeline |
| --- | --- |
| Plaintiffs' Motion for Approval of Notice and Plan of Allocation | Not later than 150 days after entry of the Court's Order granting Preliminary Approval |
| Completion of Direct Notice to the Class ("Direct Notice Date") | Within 60 days from the entry of the Court's Order directing Direct Notice and approving Plaintiffs' Plan of Allocation |
| Completion of Publication Notice to the Class ("Publication Notice Date")[2] | Within 60 days from the entry of the Court's Order directing Publication Notice and approving Plaintiffs' Plan of Allocation |

---

[2] Collectively, the Direct Notice Date and Publication Notice Date are referred to herein as the Notice Date.

| | |
|---|---|
| Submission of motion for attorneys' fees, expenses, and service awards for the class representatives. | 30 days after the Notice Date |
| Deadline for Class Members to Opt Out of the Class or Object to the Settlements | 60 days after the Notice Date |
| Plaintiffs' Notice to Court Identifying Persons or Entities Requesting Exclusion from the Class and Completion of the Notice Program | Within 15 days after the deadline to opt-out of the Settlements |
| Submission of motion and memorandum in support of final approval of the Settlements and any responses by the parties to any objections filed by and Class Members. | 90 days after the Notice Date |
| Fairness Hearing | On a date to be determined by the Court |
| Claims Deadline | Within 120 days of the Fairness Hearing |

## VIII. Summary of Information Required by Rule III.C.5

The following chart summarizes the information provided above:

| | |
|---|---|
| Total Settlement Fund (Combined Citigroup, MUFG, SC, and SG Settlement Amounts) | $13,630,000 |
| Estimated Notice and Claims Administration Costs | $209,902 |
| Anticipated Attorneys' Fees Request | Not to exceed (a) 20% of Citigroup and MUFG Settlement Funds; and (b) 25% of SC and SG Settlement Funds ($2,860,750 total) |
| Attorneys' Costs and Expenses | $1,256,183 (as of November 22, 2019) |
| Proposed Service Awards | $55,000 (not to exceed $5,000 for each of the 11 Settlement Class Representatives). |
| Other Deductions | None |
| Net Settlement Fund (Deducting Maximum Fee Award, Service Awards, and Claims Administration Costs) | $9,248,165 |
| Estimated Number of Settlement Class Members | 99,138 |
| Anticipated Average Recovery Per Class Member (Total Settlement Fund) | $137.49 |
| Anticipated Average Recovery Per Class Member (Net Settlement Fund) | $93.29 |

| Estimated Potential Classwide Damages | $204 million to $791 million |
|---|---|
| Estimated Average Potential Damages Per Class Member | $2,058 to $7,979 |
| Rule 23.1 Fee Sharing Disclosure | None |

Dated: November 22, 2019

Respectfully submitted,

/s/ Michael Dell'Angelo
Michael Dell'Angelo
Michael J. Kane
Joshua T. Ripley
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
mdellangelo@bm.net
mkane@bm.net
jripley@bm.net

*Settlement Class Counsel*

Garrett W. Wotkyns
**SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS LLP**
8501 North Scottsdale Road, Suite 270
Scottsdale, AZ 85253
Tel: (480) 428-0142
Fax: (866) 505-8036
gwotkyns@schneiderwallace.com

*Counsel for Plaintiffs and the Proposed Classes*

Joseph C. Peiffer
**PEIFFER WOLF CARR & KANE, APLC**
201 St. Charles Ave. Suite 4610
New Orleans, LA 70170
Tel: (504) 523-2434
Fax: (504) 523-2464
jpeiffer@pwcklegal.com

*Counsel for Plaintiffs and the Proposed Classes*

R. Bryant McCulley
Stuart McCluer
**MCCULLEY MCCLUER PLLC**
701 East Bay Street
Suite 411
Charleston, SC 29403
Tel: (843) 444-5404
Fax: (843) 444-5408
bmcculley@mcculleymccluer.com
smccluer@mcculleymccluer.com

*Counsel for Plaintiffs and the Proposed Classes*