USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/25/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
JAMES CONTANT, et al.,                          :
                            Plaintiffs,   :
:       17 Civ. 3139 (LGS)
             -against-                  :
:       **ORDER**
BANK OF AMERICA CORPORATION, et al.,  :
                           Defendants.  :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on November 22, 2019, Plaintiffs filed a motion for preliminary approval of the proposed settlements with (1) Defendant Standard Chartered Bank and (2) Defendant Société Générale (the "Preliminary Approval Motion"). It is hereby

      **ORDERED** that on **January 9, 2020, at 4:30 p.m.**, a preliminary approval hearing will be held. It is further

      **ORDERED** that any opposition to the Preliminary Approval Motion shall be filed no later than **December 26, 2019**. Parties to this action who are not parties to the proposed settlements are permitted to file preliminary objections and comments to the Preliminary Approval Motion without prejudice to any later submission. Any opposition, objection or comment to the Preliminary Approval Motion shall not exceed fifteen (15) double-spaced pages.

Dated: November 25, 2019
       New York, New York

                                                      **LORNA G. SCHOFIELD**
                                           **UNITED STATES DISTRICT JUDGE**