UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| JAMES CONTANT, SANDRA LAVENDER, VICTOR HERNANDEZ, MARTIN-HAN TRAN, FX PRIMUS LTD., CARLOS GONZALEZ, UGNIUS MATKUS, CHARLES G. HITCHCOCK III, JERRY JACOBSON, TINA PORTER, AND PAUL VERMILLION, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA CORPORATION, *et al.*, <br><br> Defendants. | No. 1:17-cv-03139-LGS |

## NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715

PLEASE TAKE NOTICE that on December 2, 2019, pursuant to and in accordance with 28 U.S.C. § 1715(b), Defendant Standard Chartered Bank caused notification of the proposed class action settlement with the putative plaintiff classes in this action to be provided to each of the appropriate federal and state officials by certified or priority mail through the U.S. Postal Service.

Dated:  December 2, 2019

Respectfully submitted,

/s/ Andrew W. Stern

Andrew W. Stern
Nicholas P. Crowell
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone:  (212) 839-5300
Fax:  (212) 839-5599
astern@sidley.com
ncrowell@sidley.com

*Attorneys for Defendant Standard Chartered Bank*