

**MICHAEL C. DELL'ANGELO** / *MANAGING SHAREHOLDER*
d 215.875.3080  m 610.608.8766 | mdellangelo@bm.net

December 2, 2019

**VIA ECF**
Honorable Lorna G. Schofield
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

RE: *Contant, et al. v. Bank of America Corp., et al.*, No. 17-cv-3139

Dear Judge Schofield:

Plaintiffs respectfully submit this letter pursuant to the Court's August 5, 2019, Order granting Plaintiffs leave to file their proposed Third Consolidated Class Action Complaint ("TCCAC") in redacted form (ECF No. 303) (the "Order"). The Order directed Plaintiffs to confer with the Department of Justice ("DOJ") regarding whether the DOJ continues to view the redactions included in the publicly filed TCCAC (ECF No. 304) as necessary, and to submit a letter to the Court on October 2, 2019, and every sixty days thereafter, to advise the Court of the DOJ's position.

On October 2, 2019, Plaintiffs submitted a letter to the Court pursuant to the Order (ECF No. 318) notifying the Court that "[t]he DOJ is okay with the [redacted] portions [of the publicly filed TCCAC] being unredacted at this time." *Id.* (emphasis in original). On November 25, 2019, the DOJ informed Plaintiffs that the DOJ's position regarding the TCCAC redactions remains unchanged.

Plaintiffs await further direction from the Court with respect to the TCCAC redactions and the continuing need for Plaintiffs to confer with the DOJ pursuant to the Order.

Respectfully submitted,

/s/ Michael Dell'Angelo
Michael Dell'Angelo
**BERGER MONTAGUE PC**
1818 Market St, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
mdellangelo@bm.net

cc: Katherine Calle (Katherine.Calle@usdoj.gov)