UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

JAMES CONTANT, SANDRA LAVENDER, VICTOR HERNANDEZ, MARTIN-HAN TRAN, FX PRIMUS LTD., CARLOS GONZALEZ, UGNIUS MATKUS, CHARLES G. HITCHCOCK III, JERRY JACOBSON, TINA PORTER, AND PAUL VERMILLION, on behalf of themselves and all others similarly situated,

                        Plaintiffs,

            v.

BANK OF AMERICA CORPORATION, *et. al.*,

                        Defendants.

No. 1:17-cv-03139-LGS

-----------------------------------------------------------------x

## NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715

PLEASE TAKE NOTICE that on December 2, 2019, pursuant to and in accordance with 28 U.S.C. § 1715(b), Defendant Société Générale caused notification of the proposed class action settlement with the putative plaintiff classes in this action to be provided to each of the appropriate state and federal officials by certified or priority mail through the U.S. Postal Service.

Dated: December 2, 2019

Respectfully submitted,

/s/ Patrick C. Ashby

James R. Warnot, Jr.
Patrick C. Ashby
LINKLATERS LLP
1345 Avenue of the Americas
New York, New York 10105
Telephone: (212) 903-9000
james.warnot@linklaters.com
patrick.ashby@linklaters.com

*Attorneys for Defendant Société Générale*