# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, et al.<br><br>　　　　　Plaintiffs,<br><br>-against-<br><br>BANK OF AMERICA CORPORATION, et al.<br><br>　　　　　Defendants. | Case No. 1:17-CV-03139<br><br>**AFFIDAVIT OF TRACEY B. COWAN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

I, TRACEY B. COWAN, hereby state:

1. I am an attorney at the law firm of Peiffer Wolf Carr & Kane, APLC. I submit this declaration in support of the Motion for Admission *Pro Hac Vice*. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would testify completely thereto.

2. I am a member in good standing of the bar for the State of California.

3. There are no pending disciplinary proceedings against me in any state or federal court.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 4th day of December, 2019, at San Francisco, California.

　　　　　　　　　　　　　　　　　　　　　　　　/s/Tracey B. Cowan
　　　　　　　　　　　　　　　　　　　　　　　　Tracey B. Cowan