USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:December 5, 2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

JAMES CONTANT, et al.

                           Plaintiff(s),

           -against-

BANK OF AMERICA CORPORATION, et al.

                       Defendant(s).

---------------------------------------------------------- X

17   Civ. 3139____   (LGS)
AMENDED
ORDER OF REFERENCE
TO A
MAGISTRATE JUDGE

LORNA G. SCHOFIELD, District Judge:

The above entitled action is referred to the Hon. Stewart D. Aaron
United States Magistrate Judge, for the following purpose(s):

_____ GENERAL PRE-TRIAL (includes
scheduling, discovery, non-dispositive pre-trial
motions and settlement)

_____ GENERAL PRE-TRIAL &
DISPOSITIVE MOTION (all purposes except
trial)

_____ DISPOSITIVE MOTION (i.e., a motion
requiring a Report & Recommendation)

✔ SPECIFIC NON-DISPOSITIVE
MOTION / DISPUTE (including discovery
dispute) *

 Letter motion regarding discovery dispute_
 at docket no. 335._____

_____ JURY SELECTION

_____ HABEAS CORPUS

_____ INQUEST AFTER DEFAULT /
DAMAGES HEARING

_____ SOCIAL SECURITY

_____ SETTLEMENT

_____ CONSENT UNDER 28 U.S.C. 636(c)
FOR ALL PURPOSES (including trial)

_____ CONSENT UNDER 28 U.S.C. 636(c)
FOR LIMITED PURPOSE OF

_____

_____

SO ORDERED.

Dated:  December 5, 2019___
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

* Do not check if already referred for General Pre-Trial.