```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: December 5, 2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JAMES CONTANT, et al.

                                Plaintiff(s),

-against-

BANK OF AMERICA CORPORATION, et al.

                                Defendant(s).
------------------------------------------------------------ X

    17 Civ. 3139 (LGS)

AMENDED ORDER OF REFERENCE TO A MAGISTRATE JUDGE

LORNA G. SCHOFIELD, District Judge:

The above entitled action is referred to the Hon. Stewart D. Aaron United States Magistrate Judge, for the following purpose(s):

\_\_\_\_\_ GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement)

\_\_\_\_\_ GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial)

\_\_\_\_\_ DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation)

✔ SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute) *

Letter motions regarding discovery dispute at docket nos. 325 and 335.

\_\_\_\_\_ JURY SELECTION

\_\_\_\_\_ HABEAS CORPUS

\_\_\_\_\_ INQUEST AFTER DEFAULT / DAMAGES HEARING

\_\_\_\_\_ SOCIAL SECURITY

\_\_\_\_\_ SETTLEMENT

\_\_\_\_\_ CONSENT UNDER 28 U.S.C. 636(c) FOR ALL PURPOSES (including trial)

\_\_\_\_\_ CONSENT UNDER 28 U.S.C. 636(c) FOR LIMITED PURPOSE OF

SO ORDERED.

Dated: December 5, 2019
       New York, New York

\* Do not check if already referred for General Pre-Trial.

*[signature]*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**