UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>BANK OF AMERICA CORPORATION, et al.,<br><br>        Defendants. | Case No. 1:17-cv-03139 (LGS) |

**NOTICE OF MOTION OF RUSSELL A. MAWN, JR. TO WITHDRAW AS COUNSEL**

PLEASE TAKE NOTICE that, upon the accompanying Declaration, Russell A. Mawn, Jr. will move this Court, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, on a day and time to be determined by the Court, pursuant to this Court's Local Civil Rule 1.4, for leave to withdraw as counsel for Defendants The Goldman Sachs Group, Inc. and Goldman Sachs & Co. LLC ("Defendants").

PLEASE TAKE FURTHER NOTICE that Rishi N. Zutshi and Thomas J. Moloney at Cleary Gottlieb Steen & Hamilton LLP will continue to be counsel of record for the Defendants in this action.

Dated: New York, New York
December 10, 2019

Respectfully submitted,

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: /s/ *Russell A. Mawn, Jr.*
Russell A. Mawn, Jr.

One Liberty Plaza
New York, New York 10006
(212) 225-2000
rmawn@cgsh.com

*Attorney for Defendants The Goldman Sachs Group, Inc. and Goldman Sachs & Co. LLC*