UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, et al.,<br><br>   Plaintiffs,<br><br> v.<br><br>BANK OF AMERICA CORPORATION, et al.,<br><br>   Defendants. | Case No. 1:17-cv-03139 (LGS) |

## DECLARATION OF RUSSELL A. MAWN, JR.

I, Russell A. Mawn, Jr., declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a member of the bar of the State of New York and am admitted to practice before the United States District Court for the Southern District of New York. On July 26, 2019, I entered a Notice of Appearance in the above captioned case.

2. I respectfully submit this declaration pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Court for the Southern District of New York in support of my motion for leave to withdraw as counsel for Defendants The Goldman Sachs Group, Inc. and Goldman Sachs & Co. LLC ("Defendants") in this action.

3. Following December 13, 2019, I will no longer be associated with Cleary Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb").

4. Rishi N. Zutshi and Thomas J. Moloney from Cleary Gottlieb have also appeared in this action on behalf of the Defendants and will continue to be counsel of record. Accordingly, no delay or prejudice to any party will result from my withdrawal.

5. No retaining or charging lien is being asserted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 10, 2019 at New York, New York.

/s/ Russell A. Mawn, Jr.