UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA CORPORATION, et al., <br><br> Defendants. | Case No. 1:17-cv-03139 (LGS) |

# [PROPOSED] ORDER

Upon the motion for Russell A. Mawn, Jr. for leave to withdraw as counsel for Defendants The Goldman Sachs Group, Inc. and Goldman Sachs & Co. LLC, **IT IS HEREBY ORDERED:**

1. The motion is granted.

SO ORDERED.

Dated:

_____
United States District Judge