# Exhibit 3

# Jodi Tesser

| | |
|---|---|
| **From:** | Jodi Tesser |
| **Sent:** | Wednesday, October 30, 2019 12:12 PM |
| **To:** | Webb, Julie |
| **Cc:** | Finger, Anna K.; Barry Temkin; Goodin, Matthew; Jodi Tesser |
| **Subject:** | RE: FXCM/ CONFIDENTIAL |
| **Attachments:** | ExampleTrades (005).xlsx (00822180x9C8CB).xlsx |

Anna:

Please find attached the exemplar we provided to Plaintiffs' counsel. We are again requesting that Defendants, who will inevitably be reading, analyzing and using the above material in connection with their case, to reimburse FXCM $30,000 in connection with its production costs.

With respect to the questions related to the draft declaration, we reiterate that these questions have not been posed by the Plaintiffs. Not only are the questions excessive and time-consuming (notwithstanding your assumptions), but they appear to be in the form of interrogatories, which is improper. It is costing my client every time we conduct these meet and confers and respond to questions pertinent to Defendants' case. Accordingly, we are again asking that Defendants reimburse FXCM for its attorneys' fees in connection with the time and expense that will be incurred in answering Defendants' interrogatories, as well as for our numerous meet and confers that have been conducted over the last few months by phone and in writing.

Happy to discuss.

Regards,


**Jodi S. Tesser**
*Special Counsel*

**Mound Cotton Wollan & Greengrass LLP**
One New York Plaza
New York, NY 10004
Tel: (212) 804-4525
Fax: (212) 344-8066
Email: jtesser@moundcotton.com
Web: www.moundcotton.com
**New York | Long Island | New Jersey | Florida | California | Texas**
**Established 1933**

| database | order id | bank rate | Bank name | Bank ref | Symbol | Volume | Side | Bank date/time |
|---|---|---|---|---|---|---|---|---|
| U10R20 | 13537504 | 133.913 | CSL2 | 868653:12 | EUR/JPY | 10000 | B | 11/10/2009 23:14 |
| U10R20 | 13537095 | 1.50116 | CSL2 | 868653:12 | EUR/USD | 10000 | B | 11/10/2009 21:03 |
| U10R20 | 13537281 | 134.355 | CSL2 | 868653:12 | EUR/JPY | 50000 | S | 11/10/2009 21:42 |
| U10R20 | 13537940 | 134.54 | CSL2 | 868653:12 | EUR/JPY | 50000 | B | 11/11/2009 1:52 |
| U10R20 | 13537808 | 1.511 | CSL2 | 868653:12 | EUR/CHF | 10000 | B | 11/11/2009 2:12 |
| U10R20 | 13537591 | 1.61269 | CSL2 | 868653:12 | EUR/AUD | 40000 | B | 11/11/2009 0:40 |
| U10R20 | 13538006 | 83.539 | CSL2 | 868653:12 | AUD/JPY | 200000 | S | 11/11/2009 2:27 |
| U10R20 | 13538211 | 1.67497 | CSL2 | 868653:12 | GBP/USD | 200000 | B | 11/11/2009 3:02 |
| U10R20 | 13538412 | 1.50265 | CSL2 | 868653:12 | EUR/USD | 10000 | B | 11/11/2009 3:16 |
| U10R20 | 13538003 | 89.259 | CSL2 | 868653:12 | CHF/JPY | 700000 | B | 11/11/2009 2:38 |
| U10R20 | 13538136 | 1.4997 | CSL2 | 868653:12 | EUR/USD | 200000 | S | 11/11/2009 2:46 |
| U10R20 | 13538606 | 1.50278 | CSL2 | 868653:12 | EUR/USD | 20000 | B | 11/11/2009 3:39 |
| U10R20 | 13538155 | 1.49993 | CSL2 | 868653:12 | EUR/USD | 10000 | S | 11/11/2009 2:50 |
| U10R20 | 13538369 | 1.50327 | CSL2 | 868653:12 | EUR/USD | 20000 | S | 11/11/2009 3:07 |
| U10R20 | 13537009 | 0.93321 | CSL2 | 868653:12 | AUD/USD | 50000 | B | 11/11/2009 3:24 |
| U10R20 | 13538183 | 1.50066 | CSL2 | 868653:12 | EUR/USD | 10000 | S | 11/11/2009 2:57 |
| U10R20 | 13538188 | 135.058 | CSL2 | 868653:12 | EUR/JPY | 1000000 | S | 11/11/2009 2:58 |
| U10R20 | 13538203 | 1.57138 | CSL2 | 868653:12 | EUR/CAD | 50000 | S | 11/11/2009 3:01 |
| U10R20 | 13538831 | 1.50376 | CSL2 | 868653:12 | EUR/USD | 10000 | S | 11/11/2009 4:08 |
| U10R20 | 13538836 | 1.50423 | CSL2 | 868653:12 | EUR/USD | 50000 | S | 11/11/2009 4:12 |