USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/11/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAMES CONTANT, et al.,

    Plaintiffs,

v.

BANK OF AMERICA CORPORATION, et al.,

    Defendants.

Case No. 1:17-cv-03139 (LGS)

[~~PROPOSED~~] ORDER

Upon the motion for Russell A. Mawn, Jr. for leave to withdraw as counsel for Defendants The Goldman Sachs Group, Inc. and Goldman Sachs & Co. LLC, **IT IS HEREBY ORDERED:**

1. The motion is granted.

SO ORDERED.

Dated: December 11, 2019
    New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**