UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Contant, et al.,

          Plaintiffs,

-against-

Bank of America Corporation, et al.,

          Defendants.

1:17-cv-03139 (LGS) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, and for the reasons stated on the record, it is hereby Ordered as follows:

1. The parties and FXCM promptly shall meet and confer regarding the scope of data to be produced by FXCM in response to the parties' subpoenas.

2. No later than January 15, 2020, the parties and FXCM shall file a joint letter regarding any remaining disputes as to the scope of the production by FXCM and setting forth: (1) the portion of the anticipated production that falls within the scope of both Plaintiffs' and Defendants' subpoenas and the anticipated cost of production; (2) the portion of the anticipated production that is specific to Plaintiffs' subpoena and an estimate of the additional cost as to the Plaintiffs-only portion; and (3) the portion of the anticipated production that is specific to Defendants' subpoena and an estimate of the additional cost associated with the Defendants-only portion.

**SO ORDERED.**

DATED: New York, New York
December 16, 2019

                                                                                                 _____
STEWART D. AARON
United States Magistrate Judge