**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------- X
                                                                          :
                                                                          :
                                                                          :
JAMES CONTANT, SANDRA LAVENDER, VICTOR                                    :   No. 1:17-cv-03139-LGS
HERNANDEZ, MARTIN-HAN TRAN, FX PRIMUS                                      :
LTD., CARLOS GONZALEZ, UGNIUS MATKUS,                                     :
CHARLES G. HITCHCOCK III, JERRY JACOBSON,                                 :
TINA PORTER, AND PAUL VERMILLION, on behalf                               :
of themselves and all others similarly situated,                          :
                                                                          :
                              Plaintiffs,                                 :
v.                                                                        :
                                                                          :
BANK OF AMERICA CORPORATION, *et al.*,                                    :
                                                                          :
                              Defendants.                                 :
                                                                          :
------------------------------------------------------------------------- X

<u>**NOTICE OF APPEARANCE**</u>

PLEASE TAKE NOTICE that Sidley Austin LLP, 787 Seventh Avenue, New York, New

York 10019, by Brendan J. Bohn, hereby enters its appearance as counsel of record in the above-

captioned action for and on behalf of Defendant Standard Chartered Bank. The Clerk of this Court

is requested to note this appearance on the Court's docket and to forward copies of all entries,

orders, notices and other court documents in this proceeding to the undersigned counsel.

                                        Respectfully submitted,

Dated:  New York, New York              SIDLEY AUSTIN LLP
        January 8, 2020

                                        By:   /s/ Brendan J. Bohn
                                              Brendan J. Bohn
                                              (bbohn@sidley.com)
                                              787 Seventh Avenue
                                              New York, New York 10019
                                              Telephone:  (212) 839-5300
                                              Facsimile:  (212) 839-5599

                                              *Attorneys for Defendant Standard Chartered*
                                              *Bank*