

**MICHAEL DELL'ANGELO** / *MANAGING SHAREHOLDER*
d 215.875.3080 m 610.608.8766 | mdellangelo@bm.net

January 9, 2020

**VIA ECF**
Honorable Lorna G. Schofield
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**Re:**   *Contant, et al. v. Bank of America Corporation, et al.*,
          **No. 17-cv-3139-LGS (S.D.N.Y.)**

Dear Judge Schofield:

Pursuant to the parties' discussion with Chambers and for the reasons stated, the parties respectfully request that the Court adjourn the hearing scheduled for today at 4:30 p.m. (*See* ECF No. 341.)

Respectfully submitted,

Michael Dell'Angelo

cc:  All counsel of record (via ECF)

1818 MARKET STREET, SUITE 3600
PHILADELPHIA, PA 19103
215.875.3000 | **BERGERMONTAGUE.COM**