USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/09/2020

January 9, 2020

**VIA ECF**
Honorable Lorna G. Schofield
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**Re:** ***Contant, et al. v. Bank of America Corporation, et al.,***
 **No. 17-cv-3139-LGS (S.D.N.Y.)**

Dear Judge Schofield:

Pursuant to the parties' discussion with Chambers and for the reasons stated, the parties respectfully request that the Court adjourn the hearing scheduled for today at 4:30 p.m. (*See* ECF No. 341.)

Respectfully submitted,

Michael Dell'Angelo

cc: All counsel of record (via ECF)

Application GRANTED. The hearing, scheduled for January 9, 2020, at 4:30 p.m., is adjourned sine die.

Dated: January 9, 2020
    New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**