**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Indraneel Sur
Direct: +1 212.351.2474
Fax: +1 212.716.0875
ISur@gibsondunn.com

January 10, 2020

The Honorable Lorna G. Schofield
U.S. District Judge for the Southern District of New York
Thurgood Marshall U.S. Courthouse, 40 Foley Square
New York, NY 10007

Re:   *Contant, el al. v. Bank of America Corp., et al*, No. 17 Civ. 03139

Dear Judge Schofield:

Gibson, Dunn & Crutcher LLP represents Defendant UBS AG in the above-enumerated action. After January 10, 2020, I will no longer be associated with the law firm of Gibson, Dunn & Crutcher LLP and thus no longer serve as counsel. Accordingly, I respectfully request that the Court instruct the clerk to remove my registration as counsel of record. Gibson, Dunn & Crutcher LLP will continue to represent Defendant in this action.

Respectfully submitted,

By: _____

Indraneel Sur

**cc**: all counsel of record (via ECF)

SO ORDERED.

DATED: _____, 2020
      New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE