USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/13/2020

January 10, 2020

The Honorable Lorna G. Schofield
U.S. District Judge for the Southern District of New York
Thurgood Marshall U.S. Courthouse, 40 Foley Square
New York, NY 10007

Re:     *Contant, el al. v. Bank of America Corp., et al*, No. 17 Civ. 03139

Dear Judge Schofield:

Gibson, Dunn & Crutcher LLP represents Defendant UBS AG in the above-enumerated action. After January 10, 2020, I will no longer be associated with the law firm of Gibson, Dunn & Crutcher LLP and thus no longer serve as counsel. Accordingly, I respectfully request that the Court instruct the clerk to remove my registration as counsel of record. Gibson, Dunn & Crutcher LLP will continue to represent Defendant in this action.

Respectfully submitted,

By: *[signature]*

Indraneel Sur

**cc**: all counsel of record (via ECF)

Application DENIED without prejudice to renewal. Any application for withdrawal of counsel must comply with the requirements of Local Rule 1.4.

Dated: January 13, 2020
         New York, New York

*[signature]*
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Frankfurt • Hong Kong • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.