New York        Paris
Northern California   Madrid
Washington DC   Hong Kong
São Paulo       Beijing
London          Tokyo

# Davis Polk

**Paul S. Mishkin**

Davis Polk & Wardwell LLP          212 450 4292 tel
450 Lexington Avenue               paul.mishkin@davispolk.com
New York, NY 10017

January 17, 2020

Re:   *Contant, et al. v. Bank of America Corporation, et al.*, 17-cv-3139

**<u>VIA ECF</u>**
The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Dear Judge Schofield:

Pursuant to Rule I.B.2 of Your Honor's Individual Rules and Procedures for Civil Cases, we respectfully submit this letter on behalf of all non-settling defendants ("Defendants") in the above-referenced matter to request that the deadline to submit a renewed motion for leave to file Plaintiffs' Third Consolidated Class Action ("TCCAC") with redactions be stayed *sine die*. Plaintiffs consent to Defendants' request.

Pursuant to the Court's order dated January 10, 2020 (the "Order"), the current deadline to submit a renewed motion for leave to file the TCCAC with redactions is January 17, 2020. (ECF No. 374.) Although the Order directs Plaintiffs to file this renewed motion (*id.*), the potential redactions at issue in the TCCAC concern Defendants' documents and communications. Accordingly, the Order requires Defendants to provide as part of Plaintiffs' renewed motion "an explanation . . . as to why each requested redaction contains information that should not be publicly disclosed." (ECF No. 368.)

Defendants respectfully submit that a stay *sine die* is reasonable and appropriate for the reasons discussed with the Court today. One previous request for an extension of time has been made concerning this deadline, on January 10, 2020 (ECF No. 373). This stay would not affect other scheduled dates in this action.

Respectfully submitted,

/s/ Paul S. Mishkin
Paul S. Mishkin

cc:   Counsel for all parties via ECF