UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA CORPORATION, et al., <br><br> Defendants. | No. 1:17-cv-3139-LGS |

**NOTICE AND [PROPOSED] ORDER FOR WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that, upon the annexed declaration of Maxwell A.H. Kosman, and subject to the approval of the Court, Maxwell A.H. Kosman hereby withdraws as counsel for MUFG Bank, Ltd (f/k/a The Bank of Tokyo-Mitsubishi UFJ, Ltd.). Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent MUFG Bank, Ltd in this proceeding.

Dated: New York, New York
  January 24, 2020

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

/s/ Maxwell A.H. Kosman
Maxwell A.H. Kosman
1285 Avenue of the Americas
New York, NY 10019
Tel: 212-373-3000
mkosman@paulweiss.com

SO ORDERED:

_____
Hon. Lorna G. Schofield,
U.S. District Court Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, et al.,<br><br>    Defendants. | No. 1:17-cv-3139-LGS |

### DECLARATION Of MAXWELL A.H. KOSMAN

I, MAXWELL A.H. KOSMAN, declare as follows:

1. I am an attorney at the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss"), counsel for MUFG Bank, Ltd (f/k/a The Bank of Tokyo-Mitsubishi UFJ, Ltd.) in the above captioned case. I submit this declaration in compliance with Local Rule 1.4 to notify the Court that I am withdrawing as counsel because I am leaving the employ of Paul, Weiss.

2. Paul, Weiss will continue to represent MUFG Bank, Ltd in this matter.

3. My withdrawal will not delay the matter or prejudice any party, and I am not retaining or charging a lien.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 24, 2020            By: _____
New York, New York                              Maxwell A.H. Kosman

3

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that, on January 24, 2020, I caused a true and correct copy of the foregoing to be served upon all parties to this litigation via the CM/ECF system, and upon MUFG Bank, Ltd (f/k/a The Bank of Tokyo-Mitsubishi UFJ, Ltd.) by mail at the address listed below:

> Jennifer Heil
> MUFG Bank, Ltd.
> 1251 Avenue of the Americas
> New York, NY 10020
> *Counsel for MUFG Bank, Ltd (f/k/a The Bank of Tokyo-Mitsubishi UFJ, Ltd.).*

Maxwell A.H. Kosman