UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
JAMES CONTANT, *et al.*,                  :
                                          :
        Plaintiffs,                   :
                                          :
  -against-                              :  No. 17-CV-3139 (LGS)
                                          :
BANK OF AMERICA CORPORATION, *et al.*,    :
                                          :
        Defendants.                   :
------------------------------------- x

## NOTICE OF WITHDRAWAL AS COUNSEL

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Eric J. Stock, Defendants UBS AG, UBS Group AG, and UBS Securities LLC (collectively "UBS Defendants") will move this Court for an Order allowing Indraneel Sur to withdraw as counsel for the UBS Defendants. In support of such notice and in conformance with Local Rule 1.4 of the United States District Courts for the Southern and Eastern District of New York, undersigned counsel states that Mr. Sur is no longer employed by the law firm of Gibson, Dunn & Crutcher LLP, which continues represent the UBS Defendants in this matter.

Dated: February 3, 2020

        Respectfully submitted,

        GIBSON, DUNN & CRUTCHER LLP

        By: *s/ Eric J. Stock*
              Eric J. Stock

        200 Park Avenue
        New York, NY  10166-0193
        Telephone:  212.351.4000
        Facsimile:  212.351.4035
        estock@gibsondunn.com

        *Attorneys for Defendants UBS AG,*
        *UBS Group AG, and UBS Securities LLC*