UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
JAMES CONTANT, *et al.*,                :
                                        :
           Plaintiffs,             :
                                        :
  -against-                            :  No. 17-CV-3139 (LGS)
                                        :
BANK OF AMERICA CORPORATION, *et al.*,  :
                                        :
           Defendants.             :
------------------------------------- x

### **DECLARATION OF ERIC J. STOCK PURSUANT TO LOCAL RULE 1.4**

I, Eric J. Stock, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. Defendants UBS AG, UBS Group AG, and UBS Securities LLC (collectively, the "UBS Defendants") are represented in this matter by the law firm of Gibson, Dunn & Crutcher LLP ("Gibson Dunn"). I am one of the counsel of record for the UBS Defendants.

2. Indraneel Sur is no longer employed at Gibson Dunn, the firm that represents the UBS Defendants in this case.

3. Currently, the deadline for Plaintiffs to renew the motion for leave to file Plaintiffs' Third Consolidated Class Action Complaint with redactions is stayed sine die. In addition, on December 4, 2019, the Court entered a Second Amended Civil Case Management Plan and Scheduling Order establishing key deadlines.

4. Because I and others at Gibson Dunn continue to represent the UBS Defendants in this action, withdrawal of the appearance by Mr. Sur will not prejudice the UBS Defendants.

5. Mr. Sur is not asserting a retaining or charging lien.

I respectfully request that the Court enter the accompanying Order allowing Indraneel Sur to withdraw as counsel of record for the UBS Defendants.

Dated: February 3, 2020

*s/ Eric J. Stock*
Eric J. Stock