UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
JAMES CONTANT, *et al.*,                :
                                        :
           Plaintiffs,        :
                                        :
  -against-                           :  No. 17-CV-3139 (LGS)
                                        :
BANK OF AMERICA CORPORATION, *et al.*,  :
                                        :
           Defendants.        :
------------------------------------- x

## ORDER GRANTING WITHDRAW AS COUNSEL

Upon the Notice by Counsel for Defendants UBS AG, UBS Group AG, and UBS Securities LLC and the accompanying Declaration of Eric J. Stock,

IT IS HEREBY ORDERED that the noticed request to withdraw Indraneel Sur as counsel for Defendants UBS AG, UBS Group AG, and UBS Securities LLC is granted, and the appearance of Mr. Sur is withdrawn as of the date of this Order.

Dated: _____

                                                                         _____
                                                                         Honorable Lorna G. Schofield
                                                                         United States District Judge