USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/04/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------ x
JAMES CONTANT, *et al.*,                  :
                                          :
                    Plaintiffs,           :
                                          :
    -against-                             :   No. 17-CV-3139 (LGS)
                                          :
BANK OF AMERICA CORPORATION, *et al.*,    :
                                          :
                    Defendants.           :
------------------------------------------ x

## ORDER GRANTING WITHDRAW AS COUNSEL

Upon the Notice by Counsel for Defendants UBS AG, UBS Group AG, and UBS Securities LLC and the accompanying Declaration of Eric J. Stock,

IT IS HEREBY ORDERED that the noticed request to withdraw Indraneel Sur as counsel for Defendants UBS AG, UBS Group AG, and UBS Securities LLC is granted, and the appearance of Mr. Sur is withdrawn as of the date of this Order.

Dated:  February 4, 2020
        New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**