UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------X
JAMES CONTANT, et al.,                  :
                                        :
                    Plaintiffs,         :   Case No. 17 CV 3139 (LGS)
                                        :
       -against-                        :   [rel. 13-cv-7789-LGS]
                                        :
BANK OF AMERICA CORPORATION, et al.,    :   ECF CASE
                                        :
                    Defendants.         :
----------------------------------X

## NOTICE OF CHANGE OF ADDRESS

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that effective March 2, 2020, the New York office of Skadden, Arps, Slate, Meagher & Flom LLP has changed its address for purposes of service of notices and documents in the above-captioned case. The new address of the New York office of Skadden, Arps, Slate, Meagher & Flom LLP is as follows:

> **Skadden, Arps, Slate, Meagher & Flom LLP**
> **One Manhattan West**
> **New York, NY 10001-8602**

The firm's telephone number, fax number and email addresses remain the same. Please amend your service list accordingly.

| | |
|---|---|
| Dated: New York, New York<br>March 6, 2020 | SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br><br>By: /s/  Tansy Woan<br>Boris Bershteyn<br>Tansy Woan<br>One Manhattan West<br>New York, NY 10001-8602<br>Telephone: (212) 735-3000<br>Facsimile: (212) 735-2000<br>boris.bershteyn@skadden.com<br>tansy.woan@skadden.com<br><br>*Attorneys for Defendants JPMorgan Chase &<br>  Co. and JPMorgan Chase Bank, N.A.* |