UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------X
JAMES CONTANT, et al., :
  :
                Plaintiffs, : Case No. 17 CV 3139 (LGS)
  :
    -against- : [rel. 13-cv-7789-LGS]
  :
BANK OF AMERICA CORPORATION, et al., : ECF CASE
  :
                Defendants. :
----------------------------------------X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby respectfully enters his appearance as attorney of record for defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A. in the above-captioned action and requests that all subsequent papers be served on him at the address below.

Dated:    March 6, 2020
             New York, New York

Respectfully submitted,

SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP

/s/ Harry Koulos
Harry Koulos
One Manhattan West
New York, NY 10001-8602
Telephone:  (212) 735-2607
Facsimile:  (917) 777-2607
harry.koulos@skadden.com

*Attorney for Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.*