UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, et al.,<br><br>                              Plaintiffs,<br><br>- against -<br><br>BANK OF AMERICA CORPORATION, et al.,<br><br>                              Defendants. | Case No. 17-cv-03139-LGS-SDA |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Lisa J. Fried, a partner in the law firm Hogan Lovells US LLP, hereby appears as counsel in the above-captioned action for defendant Standard Chartered Bank, and requests that all parties serve upon her copies of all papers filed in or affecting this action.

I certify that I am admitted to practice in this Court and that I am a registered electronic case filing user.

Dated: New York, New York
       March 27, 2020

                                        Respectfully submitted,

                                        **HOGAN LOVELLS US LLP**

                                        By: /s/ Lisa J. Fried
                                            Lisa J. Fried
                                        390 Madison Avenue
                                        New York, NY 10017
                                        Telephone:  (212) 918-3000
                                        lisa.fried@hoganlovells.com

                                        *Attorney for Defendant Standard Chartered Bank*