**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JAMES CONTANT, et al.,

Plaintiffs,

- against -

BANK OF AMERICA CORPORATION, et al.,

Defendants.

**Case No. 17-cv-03139-LGS-SDA**

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Benjamin A. Fleming, an associate in the law firm Hogan Lovells US LLP, hereby appears as counsel in the above-captioned action for defendant Standard Chartered Bank, and requests that all parties serve upon him copies of all papers filed in or affecting this action.

I certify that I am admitted to practice in this Court and that I am a registered electronic case filing user.

Dated: New York, New York
      March 27, 2020

Respectfully submitted,

**HOGAN LOVELLS US LLP**

By: /s/ Benjamin A. Fleming
    Benjamin A. Fleming
390 Madison Avenue
New York, NY 10017
Telephone:  (212) 918-3000
benjamin.fleming@hoganlovells.com

*Attorney for Defendant Standard Chartered Bank*