UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, et al.,<br><br>                                    Plaintiffs,<br><br>- against -<br><br>BANK OF AMERICA CORPORATION, et al.,<br><br>                                    Defendants. | Case No. 17-cv-03139-LGS-SDA |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Charles Barrera Moore, an associate in the law firm Hogan Lovells US LLP, hereby appears as counsel in the above-captioned action for defendant Standard Chartered Bank, and requests that all parties serve upon him copies of all papers filed in or affecting this action.

I certify that I am admitted to practice in this Court and that I am a registered electronic case filing user.

Dated: New York, New York
       March 27, 2020

Respectfully submitted,

**HOGAN LOVELLS US LLP**

By: /s/ Charles Barrera Moore
    Charles Barrera Moore
390 Madison Avenue
New York, NY 10017
Telephone: (212) 918-3000
charles.moore@hoganlovells.com

*Attorney for Defendant Standard Chartered Bank*