UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>　　　　　　　Defendants. | No. 1:17-cv-3139 (LGS) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned, of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance in the above-captioned matter as counsel of record for defendant MUFG Bank, Ltd. (f/k/a The Bank of Tokyo-Mitsubishi UFJ, Ltd.).

Dated:　New York, New York
　　　　April 3, 2020

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　PAUL, WEISS, RIFKIND, WHARTON &
　　　　　　　　　　　　　　　　GARRISON LLP

　　　　　　　　　　　　　　　　By: /s/ Andrew C. Finch
　　　　　　　　　　　　　　　　　　Andrew C. Finch (afinch@paulweiss.com)
　　　　　　　　　　　　　　　　　　1285 Avenue of the Americas
　　　　　　　　　　　　　　　　　　New York, New York 10019-6064
　　　　　　　　　　　　　　　　　　Tel: (212) 373-3000
　　　　　　　　　　　　　　　　　　Fax: (212) 757-3990

　　　　　　　　　　　　　　　　*Attorney for Defendant MUFG Bank, Ltd.*