**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------- X
                                                                     :
                                                                     :
                                                                     :
JAMES CONTANT, et al.,                                               :   No. 17-cv-03139-LGS
                                                                     :
                         Plaintiffs,                                 :
                                                                     :
v.                                                                   :
                                                                     :
BANK OF AMERICA CORPORATION, et al.,                                 :
                                                                     :
                         Defendants.                                 :
                                                                     :
-------------------------------------------------------------------- X
```

## MOTION AND [PROPOSED] ORDER TO WITHDRAW ANDREW W. STERN, NICHOLAS P. CROWELL, PETER J. MARDIAN AND BRENDAN J. BOHN AS COUNSEL OF RECORD

Pursuant to Local Civil Rule 1.4, Defendant Standard Chartered Bank, by and through its counsel, Sidley Austin LLP ("Sidley Austin"), respectfully requests the withdrawal of Andrew W. Stern, Nicholas P. Crowell, Peter J. Mardian and Brendan J. Bohn as counsel on its behalf. Defendant Standard Chartered Bank further requests that the email addresses, astern@sidley.com, ncrowell@sidley.com, pmardian@sidley.com and bbohn@sidley.com be removed from the ECF service notification list for this case. In support of this Motion, Defendant Standard Chartered Bank would show unto the Court the following:

1. On May 19, 2017, Andrew W. Stern and Nicholas P. Crowell of Sidley Austin entered appearances to represent Defendant Standard Chartered Bank in this action. (Dkts. 59-60). On July 2, 2019, Peter J. Mardian of Sidley Austin entered an appearance to represent Defendant Standard Chartered Bank in this action. (Dkt. 287). On January 8, 2020, Brendan J. Bohn of Sidley Austin entered an appearance to represent Defendant Standard Chartered Bank in this action. (Dkt. 370).

2. Defendant Standard Chartered Bank has requested that Hogan Lovells US LLP ("Hogan Lovells") replace Sidley Austin as its counsel in this matter.

3. On March 27, 2020, Marc J. Gottridge, Lisa J. Fried, Benjamin A. Fleming and Charles Barrera Moore of Hogan Lovells entered appearances on behalf of Defendant Standard Chartered Bank. (Dkts. 397-400). Hogan Lovells will continue to represent Defendant Standard Chartered Bank in this action.

4. Messrs. Stern's, Crowell's, Mardian's and Bohn's withdrawal will not affect the posture of this action.

5. A copy of Andrew W. Stern's Declaration, Nicholas P. Crowell's Declaration, Peter J. Mardian's Declaration and Brendan J. Bohn's Declaration in support of this Motion are attached hereto.

6. In accordance with Local Rule 1.4, a copy of this Motion is simultaneously being served on Defendant Standard Chartered Bank.

Respectfully submitted,

Dated: New York, New York
April 3, 2020

By: /s/ Andrew W. Stern
Andrew W. Stern
SIDLEY AUSTIN LLP
Andrew W. Stern
Nicholas P. Crowell
Peter J. Mardian
Brendan J. Bohn
787 Seventh Avenue
New York, New York 10019
astern@sidley.com
ncrowell@sidley.com
pmardian@sidley.com

bbohn@sidley.com
Telephone:  (212) 839-5300
Facsimile:   (212) 839-5599

*Attorneys for Defendant Standard Chartered Bank*

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2020, I caused a copy of Defendant Standard Chartered Bank's *Motion and Proposed Order to Withdraw Andrew W. Stern, Nicholas P. Crowell, Peter J. Mardian and Brendan J. Bohn as Counsel of Record* to be served via the Court's ECF system on all counsel of record.

/s/ Andrew W. Stern
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
astern@sidley.com
Telephone:  (212) 839-5300
Facsimile:   (212) 839-5599