UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
:
:
JAMES CONTANT, et al.,                                              :   No. 17-cv-03139-LGS
:
Plaintiffs,                                                         :
v.                                                                  :
:
BANK OF AMERICA CORPORATION, et al.,                                :
:
Defendants.                                                         :
:
------------------------------------------------------------------- X

### DECLARATION OF BRENDAN J. BOHN IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD

I, Brendan J. Bohn, declare as follows:

1. I am an attorney at Sidley Austin LLP, and submit this Declaration in support of Standard Chartered Bank's Motion to Withdraw Andrew W. Stern, Nicholas P. Crowell, Peter J. Mardian and Brendan J. Bohn as Counsel of Record.

2. Pending court approval, I am no longer representing Defendant Standard Chartered Bank in this matter, effective April 3, 2020.

3. Defendant Standard Chartered Bank has requested that Hogan Lovells US LLP replace Sidley Austin LLP as its counsel in this matter.

4. Defendant Standard Chartered Bank will continue to be represented by its current attorneys of record, Hogan Lovells US LLP.

5. My withdrawal will not delay the proceedings in this matter.

6. Defendant Standard Chartered Bank will not be prejudiced in any way by the granting of this motion.

7. I am not asserting a retaining or charging lien.

8. I certify that on April 3, 2020, I caused a copy of Defendant Standard Chartered Bank's Motion to Withdraw Andrew W. Stern, Nicholas P. Crowell, Peter J. Mardian and Brendan J. Bohn as Counsel of Record to be served on Standard Chartered Bank.

I declare under penalty of perjury that the foregoing is true and correct.

Date: April 3, 2020

/s/ Brendan J. Bohn
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
bbohn@sidley.com
Telephone: (212) 839-5300
Facsimile: (212) 839-5599