**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------------ X
                                                                   :
                                                                   :
JAMES CONTANT, et al.,                                             :   No. 17-cv-03139-LGS
                                                                   :
                        Plaintiffs,                                :
v.                                                                 :
                                                                   :
BANK OF AMERICA CORPORATION, et al.,                               :
                                                                   :
                        Defendants.                                :
                                                                   :
------------------------------------------------------------------ X
```

### [PROPOSED] ORDER

Upon consideration of Defendant Standard Chartered Bank's Motion to Withdraw Andrew W. Stern, Nicholas P. Crowell, Peter J. Mardian and Brendan J. Bohn as Counsel of Record, the Court finds that good cause has been shown for the granting of the Motion.

**ACCORDINGLY**, it is hereby

**ORDERED**, that the Motion is GRANTED, and

**FURTHER ORDERED**, that Andrew W. Stern, Nicholas P. Crowell, Peter J. Mardian and Brendan J. Bohn be withdrawn as Defendant's counsel in this matter.

**SO ORDERED**, this _____ day of _____, 2020.

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**