UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X
: 
:
JAMES CONTANT, et al.,   :   No. 17-cv-03139-LGS
:
　　　　　　　　Plaintiffs,   :
v.   :
:
BANK OF AMERICA CORPORATION, et al.,   :
:
　　　　　　　　Defendants.   :
:
---------------------------------------------------------------------- X

## [PROPOSED] ORDER

Upon consideration of Defendant Standard Chartered Bank's Motion to Withdraw Andrew W. Stern, Nicholas P. Crowell, Peter J. Mardian and Brendan J. Bohn as Counsel of Record, the Court finds that good cause has been shown for the granting of the Motion.

**ACCORDINGLY**, it is hereby

**ORDERED**, that the Motion is GRANTED, and

**FURTHER ORDERED**, that Andrew W. Stern, Nicholas P. Crowell, Peter J. Mardian and Brendan J. Bohn be withdrawn as Defendant's counsel in this matter.

**SO ORDERED**.

Dated: April 7, 2020
　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　LORNA G. SCHOFIELD
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE