# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

JAMES CONTANT, MARTIN-HAN TRAN, CARLOS GONZALEZ, UGNIUS MATKUS, JERRY JACOBSON, and PAUL VERMILLION, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

BANK OF AMERICA CORPORATION, *et al.*,

Defendants.

Case No. 1:17-cv-03139-LGS

ECF CASE

**STIPULATION FOR WITHDRAWAL OF SUBPOENA AND MOTION TO COMPEL**

Defendant HSBC North America Holdings, Inc. ("HSBC") and third-party Forex Capital Markets, LLC ("FXCM") HEREBY STIPULATE AND AGREE that:

1. The subpoena served by HSBC on FXCM on April 9, 2019, in connection with this litigation, is withdrawn;

2. HSBC's motion to compel compliance with its subpoena to FXCM is withdrawn; and

3. All disputes between Defendants and FXCM have been resolved.

Dated: May 11, 2020


 /s/ Barry Temkin                              
Barry Temkin
Jodi Tesser
Mound Cotton Wollan & Greengrass LLP
New York, New York 10004

*Attorneys for FXCM*

 /s/ Julia C. Webb                              
Gregory T. Casamento
Locke Lord LLP
3 World Financial Center
One New York Plaza
New York, New York 10281
Telephone: (212) 812-8325
gcasamento@lockelord.com

Roger B. Cowie
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
Telephone: (214) 740-8000
rcowie@lockelord.com

J. Matthew Goodin
Julia C. Webb
111 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 443-0700
jmgoodin@lockelord.com
jwebb@lockelord.com

*Attorneys for HSBC*

SO ORDERED on _____, 2020:

_____
The Honorable Judge Lorna G. Schofield
United States District Court Judge