# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, MARTIN-HAN TRAN, CARLOS GONZALEZ, UGNIUS MATKUS, JERRY JACOBSON, and PAUL VERMILLION, on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>       Defendants. | Case No. 1:17-cv-03139-LGS<br><br>ECF CASE<br><br>So Ordered.<br><br>*/s/ Lorna G. Schofield*<br>**LORNA G. SCHOFIELD**<br>**UNITED STATES DISTRICT JUDGE**<br><br>Dated: May 12, 2020<br>   New York, New York |

## STIPULATION FOR WITHDRAWAL OF SUBPOENA AND MOTION TO COMPEL

Defendant HSBC North America Holdings, Inc. ("HSBC") and third-party Forex Capital Markets, LLC ("FXCM") HEREBY STIPULATE AND AGREE that:

1. The subpoena served by HSBC on FXCM on April 9, 2019, in connection with this litigation, is withdrawn;

2. HSBC's motion to compel compliance with its subpoena to FXCM is withdrawn; and

3. All disputes between Defendants and FXCM have been resolved.

Dated: May 11, 2020

<table>
<tr><td>

 /s/ Barry Temkin
Barry Temkin
Jodi Tesser
Mound Cotton Wollan & Greengrass LLP
New York, New York 10004

*Attorneys for FXCM*

</td><td>

 /s/ Julia C. Webb
Gregory T. Casamento
Locke Lord LLP
3 World Financial Center
One New York Plaza
New York, New York 10281
Telephone: (212) 812-8325
gcasamento@lockelord.com

</td></tr>
</table>

Roger B. Cowie
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
Telephone: (214) 740-8000
rcowie@lockelord.com

J. Matthew Goodin
Julia C. Webb
111 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 443-0700
jmgoodin@lockelord.com
jwebb@lockelord.com

*Attorneys for HSBC*