

**MICHAEL C. DELL'ANGELO** / *MANAGING SHAREHOLDER*
d 215.875.3080  m 610.608.8766 | mdellangelo@bm.net

May 22, 2020

**VIA ECF**

Honorable Lorna G. Schofield
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

RE: *Contant, et al. v. Bank of America Corp., et al.*, No. 17-cv-3139

Dear Judge Schofield:

Plaintiffs respectfully write to request permission to file a memorandum of law not to exceed 42 pages in support of their motion for preliminary approval of settlements, which Plaintiffs anticipate filing promptly upon the Court's determination of Plaintiffs' page enlargement request.[1]

On May 21, 2019, the Court granted Plaintiffs an extension to 40 pages for their memorandum of law in support of their motion for preliminary approval of the Citigroup and MUFG Settlements. ECF No. 267. Now that additional settlements have been reached with all remaining Defendants, Plaintiffs respectfully request a modest extension of that page limit for their forthcoming preliminary approval brief.

Counsel for the settling Defendants consent to this application. No previous page-extension request has been made with respect to this brief in support of Plaintiffs' anticipated motion for preliminary approval.

Respectfully submitted,

/s/ Michael Dell'Angelo
Michael Dell'Angelo
**BERGER MONTAGUE PC**
1818 Market St, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
mdellangelo@bm.net

---

[1] Plaintiffs notified the Court of the Settlements by letters on August 13, 2019; October 7, 2019; and February 25, 2020; requesting that the letters not be filed on the public docket because the Settlements were not yet public.