Application GRANTED.  Plaintiffs shall file a memorandum of law not to exceed forty-two pages in support of their motion for preliminary approval of the settlements.

Dated: May 26, 2020
      New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

May 22, 2020

**VIA ECF**

Honorable Lorna G. Schofield
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

      RE: *Contant, et al. v. Bank of America Corp., et al.*, No. 17-cv-3139

Dear Judge Schofield:

Plaintiffs respectfully write to request permission to file a memorandum of law not to exceed 42 pages in support of their motion for preliminary approval of settlements, which Plaintiffs anticipate filing promptly upon the Court's determination of Plaintiffs' page enlargement request.[1]

On May 21, 2019, the Court granted Plaintiffs an extension to 40 pages for their memorandum of law in support of their motion for preliminary approval of the Citigroup and MUFG Settlements. ECF No. 267. Now that additional settlements have been reached with all remaining Defendants, Plaintiffs respectfully request a modest extension of that page limit for their forthcoming preliminary approval brief.

Counsel for the settling Defendants consent to this application. No previous page-extension request has been made with respect to this brief in support of Plaintiffs' anticipated motion for preliminary approval.

                                                Respectfully submitted,

                                                /s/ Michael Dell'Angelo
                                                Michael Dell'Angelo
                                                **BERGER MONTAGUE PC**
                                                1818 Market St, Suite 3600
                                                Philadelphia, PA 19103
                                                Tel: (215) 875-3000
                                                Fax: (215) 875-4604
                                                mdellangelo@bm.net

---

[1] Plaintiffs notified the Court of the Settlements by letters on August 13, 2019; October 7, 2019; and February 25, 2020; requesting that the letters not be filed on the public docket because the Settlements were not yet public.