Iaq9ush1

```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x
     UNITED STATES OF AMERICA,
 3
               v.                        17 Cr. 19 (RMB)
 4
     RICHARD USHER,
 5   ROHAN RAMCHANDANI, and
     CHRISTOPHER ASHTON,
 6
                    Defendants.
 7   ------------------------------x
                                         New York, N.Y.
 8                                       October 26, 2018
                                         1:20 a.m.
 9
     Before:
10
                    HON. RICHARD M. BERMAN,
11
                                         District Judge
12
                          APPEARANCES
13
     U.S. DEPARTMENT OF JUSTICE, ANTITRUST DIVISION (NY)
14        Attorneys for the USA
     CARRIE A. SYME
15   JEFFREY D. MARTINO
     DAVID CHU
16   BRYAN CHRISTOPHER BUGHMAN

17   WHITE & CASE LLP
          Attorneys for Defendant Usher
18   MICHAEL D. KENDALL
     ANDREW TOMBACK
19   JOHN MARK GIDLEY

20   WILMER CUTLER PICKERING HALE AND DORR LLP
          Attorneys for Defendant Ramchandani
21   ANJAN SAHNI
     HEATHER S. TEWKSBURY
22
     SCHERTLER & ONORATO, LLP
23        Attorneys for Defendant Ashton
     DAVID SCHERTLER
24   LISA MANNING

25
```

Iaq9ushf

1            THE COURT:  The jury has advised us that they have a

2       verdict.

3            (Time noted:  1:20 p.m.)

4            THE COURT:  Please be seated.  So the process that we

5       use, I'm advised that you have reached a verdict.  And

6       Christine is going to return your verdict to the foreperson and

7       then she's going to ask some questions of him and then ask some

8       questions of each of you.

9            THE DEPUTY CLERK:  Could the foreperson please stand.

10           In the matter of United States v. Richard Usher, Rohan

11      Ramchandani, and Christopher Ashton, how do you, the jury, find

12      as to the following question.

13           Count One, conspiracy to violate the Sherman Act as to

14      Richard Usher.

15           JUROR:  Not guilty.

16           THE DEPUTY CLERK:  As to Rohan Ramchandani.

17           JUROR:  Not guilty.

18           THE DEPUTY CLERK:  As to Christopher Ashton.

19           JUROR:  Not guilty.

20           THE DEPUTY CLERK:  You may be seated.  Ladies and

21      gentlemen --

22           THE COURT:  Christine, wait a minute.

23           (Pause)

24           THE DEPUTY CLERK:  Ladies and gentlemen of jury,

25      please listen to your verdict as it stands recorded.  Count

Iaq9ushf

1    One, conspiracy to violate the Sherman Act.

2             Richard Usher, not guilty.

3             Rohan Ramchandani, not guilty.

4             Christopher Ashton, not guilty.

5             Juror number one, is this your verdict?

6             JUROR:  Yes.

7             THE DEPUTY CLERK:  Jury number two, is this your

8    verdict?

9             JUROR:  Yes.

10            THE DEPUTY CLERK:  Jury number three, is this your

11   verdict?

12            JUROR:  Yes.

13            THE DEPUTY CLERK:  Jury number four, is this your

14   verdict?

15            JUROR:  Yes.

16            THE DEPUTY CLERK:  Jury number five, is this your

17   verdict?

18            JUROR:  Yes.

19            THE DEPUTY CLERK:  Jury number six, is this your

20   verdict?

21            JUROR:  Yes.

22            THE DEPUTY CLERK:  Jury number seven, is this your

23   verdict?

24            JUROR:  Yes.

25            THE DEPUTY CLERK:  Jury number eight, is this your

Iaq9ushf

1    verdict?

2            JUROR:  Yes.

3            THE DEPUTY CLERK:  Jury number nine, is this your

4    verdict?

5            JUROR:  Yes.

6            THE DEPUTY CLERK:  Jury number ten, is this your

7    verdict?

8            JUROR:  Yes.

9            THE DEPUTY CLERK:  Jury number eleven, is this your

10   verdict?

11           JUROR:  Yes.

12           THE DEPUTY CLERK:  Jury number twelve, is this your

13   verdict?

14           JUROR:  Yes.

15           THE DEPUTY CLERK:  Your Honor, jury polled.  Verdict

16   is unanimous.

17           THE COURT:  So all that is left for me to do is to

18   thank you once again for your jury service.  You were very

19   attentive, very timely, and very thoughtful, and excuse you as

20   jurors and you don't have to come back at 9:15 Monday or any

21   other day.

22           And if you would, if you'd wait in the -- you're free

23   to go home but if you wanted to wait in the jury room for a

24   minute I'd just come back there and thank you myself

25   personally.  OK.  So the jury is excused.

Case 1-17-cv-03109-LGS-SDA Document 420-8 Filed 05/26/20 Page 5 of 5    2484
Case 1-17-cv-03019-RMB Document 241 Filed 11/08/19 Page 5 of 5
Iaq9ushf

1          (Jury excused)

2          THE COURT:  So please be seated if you would for just

3    a minute it's my practice to go back and thank the jurors

4    personally.  I'll be right back.

5          (Recess)

6          JUROR:  There's really not much or anything left for

7    me except to say this.  The jury did express that they wanted

8    to leave before everybody else does and I guess the media has

9    already gone out there.  They're not very interested in talking

10   to the media, but anyway.

11         MR. SCHERTLER:  Are we allowed to speak to the jurors?

12         THE COURT:  You are.  If they want to speak to you --

13   they've indicated that they really didn't want to, so.  But

14   certainly they're free to talk to you if they want to.

15         MR. SAHNI:  Judge, we would just ask that the bail

16   orders be vacated.

17         THE COURT:  OK.  Application granted.

18         Have a great weekend.

19         (Adjourned)

20

21

22

23

24

25