Case 1:17-cv-03139-LGS-SDA   Document 420-9   Filed 05/26/20   Page 1 of 8
Case 1:17-cr-00019-RMB   Document 239   Filed 11/08/18   Page 1 of 219
2265
IAPYUSH1

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
UNITED STATES OF AMERICA,

            v.                          17 Cr. 19 (RMB)

RICHARD USHER,
ROHAN RAMCHANDANI, and
CHRISTOPHER ASHTON,

            Defendants.
------------------------------x
                                        New York, N.Y.
                                        October 25, 2018
                                        9:00 a.m.

Before:

               HON. RICHARD M. BERMAN,

                                        District Judge

                       APPEARANCES

U.S. DEPARTMENT OF JUSTICE, ANTITRUST DIVISION (NY)
     Attorneys for the USA
CARRIE A. SYME
JEFFREY D. MARTINO
DAVID CHU
BRYAN CHRISTOPHER BUGHMAN

WHITE & CASE LLP
     Attorneys for Defendant Usher
MICHAEL D. KENDALL
ANDREW TOMBACK
JOHN MARK GIDLEY

WILMER CUTLER PICKERING HALE AND DORR LLP
     Attorneys for Defendant Ramchandani
ANJAN SAHNI
HEATHER S. TEWKSBURY

SCHERTLER & ONORATO, LLP
     Attorneys for Defendant Ashton
DAVID SCHERTLER
LISA MANNING
```

Case 1:17-cv-03139-LGS-SDA Document 420-9 Filed 05/26/20 Page 2 of 8     2266
Case 1:17-cr-00019-RMB Document 239 Filed 1/08/18 Page 2 of 19
IAPYUSH1

1                (Trial resumed)

2                THE COURT:  So this is a supplemental charge
3     conference following the one we had yesterday.  This issue that
4     we are going to primarily talk about today was not raised in
5     the charge conference yesterday, the part that was off the
6     record that came up first in the afternoon when defense was
7     lodging its objections.

8                But be that as it may, it's an important issue.  I
9     asked for briefing last night, short briefing, and received
10    letter briefs from each side.  I'm happy to hear you each out.

11               What I did was eliminated one of the jurisdictional
12    options for the conspiracy.  I think it's found on page 15 of
13    the latest jury instructions which we handed out this morning,
14    page 15 under the heading Sherman "Act Conspiracy Third Element
15    Commerce."

16               And it now reads that that third element is satisfied
17    if you find beyond a reasonable doubt that the charged
18    conspiracy had a direct, substantial, and reasonably
19    foreseeable effect in the U.S.

20               It had two options before.  So the idea here is not to
21    advantage or disadvantage any party but to get the law as
22    correct as we can.  So I'm happy to hear from both sides.

23               MS. TEWKSBURY:  Thank you, your Honor. We appreciate
24    the Court's efforts here, and we think that we're almost all
25    the way there, but to get the law entirely correct, it looks

Case 1:17-cv-03139-LGS-SDA Document 420-9 Filed 05/26/20 Page 3 of 8
Case 1:17-cr-00019-RMB Document 239 Filed 11/08/18 Page 109 of 215    2365
IAPYUSH3                    Summation - Mr. Schertler

to fight this case.  He did so because he believed that you would reach the right, the fair, and the just result, the only verdict, the only verdict that's consistent with the evidence, your common sense, and with justice is that Rohan is not guilty.

Ladies and gentlemen, he's in your hands now.  Please end this.  Send him home.  Thank you.

THE COURT:  Thanks, counsel.

MR. SCHERTLER:  Thank you, your Honor.

Your Honor, may I have 30 seconds here to set up the easel?

THE COURT:  Sure.

MR. SCHERTLER:  Thank you.  Ladies and gentlemen, good morning.  My name is David Schertler, and I represent Chris Ashton, along with my colleague, Lisa Manning.  And I've been waiting for this opportunity to be able to talk to you about the case.

By now, you've probably learned more about the foreign exchange trading business than you ever thought you'd know or ever wanted to know.  And I submit to you that that is one of the problems in this case.

This is a very complicated business.  And I submit to you that the government doesn't really understand it, and it really doesn't understand what these traders were able to do and what they couldn't do.

Case 1:17-cv-03139-LGS-SDA Document 420-9 Filed 05/26/20 Page 4 of 8
Case 1:17-cr-00019-RMB Document 239 Filed 11/05/18 Page 102 of 215
2366
IAPYUSH3                    Summation - Mr. Schertler

1              We're talking about an antitrust case here, and when
2     you talk about your typical antitrust case, it's like the
3     example I tried to raise with Matt Gardiner.
4              The typical cartel is the OPEC oil cartel.  As we all
5     know, those are countries that control the majority of the
6     world's supply of oil.  When they get together and they want to
7     increase the price, what they do is they say, okay.  We're all
8     going to cut back the amount of oil we're going to produce, and
9     they cut back the supply, and the price goes up, and that's how
10    they do it.
11             If they want the price to go down, they do the
12    opposite.  They all get together.  And they say, let's increase
13    our supply.  You increase this much, you increase this much,
14    and they flood the market, and the price goes down.  That's not
15    what foreign exchange is.
16             These men as traders at the banks -- they had no
17    control over the supply and demand.  That was all dictated to
18    them by the customer orders that the bank received.  They had
19    no control over the price.  They couldn't affect the price.
20    And that's the basic misconception that I think the government
21    has in this case.
22             I think the best way for me to try to explain the case
23    to you from Chris Ashton's perspective is to go through an
24    outline that I've prepared, and the outline goes through seven
25    different points.

Case 1:17-cv-03139-LGS-SDA Document 420-9 Filed 05/26/20 Page 5 of 8
Case 1:17-cr-00019-RMB Document 239 Filed 11/06/19 Page 103 of 215    2367
IAPYUSH3                    Summation - Mr. Schertler

1              And I'll leave my chart up on the easel so you can
2    follow along with my closing argument.  I believe that this
3    will show you why Chris Ashton -- why the evidence exonerates
4    Chris Ashton and why you should find him not guilty.  And I'll
5    respond to everything that Ms. Syme said about Chris Ashton.
6              So let me get right to it.  Ms. Manning said it in her
7    opening statement to you, but a trial has two things.  A trial
8    has the law -- and as you've been told, Judge Berman will
9    explain the law to you after we finish our closing arguments --
10   and it has the facts.
11             As Judge Berman told you, you, the ladies and
12   gentlemen of the jury, based on what you've seen and heard in
13   the last two weeks -- you'll decide the facts.
14             A simple analogy, maybe not the best one, but you're
15   watching a football game and the receiver catches a ball and
16   he's right on the sideline.  It looks like a beautiful catch.
17   You're watching it.  You're the fact-finder, and you say, wow.
18   He caught the ball, and he goes out of bounds.  Those are the
19   facts.  The guy was on the sidelines, he threw the pass, and he
20   caught the ball.
21             What's the rule?  The rule is that you have to have
22   your two feet inside the sideline in order for it to be a good
23   catch.  So that's the rule.  That's the law.  That's what
24   Judge Berman will tell you about.
25             But in order to understand the facts and how the facts

Case 1:17-cv-03139-LGS-SDA Document 420-9 Filed 05/26/20 Page 6 of 8
Case 1:17-cr-00019-RMB Document 239 Filed 11/08/18 Page 104 of 215
2368
IAPYUSH3                  Summation - Mr. Schertler

1   apply to this case, you've got to understand the law.  You've
2   got to understand the rules.
3           And I want to emphasize -- I want to go through some
4   of those rules with you.  Now, Judge Berman is going to give
5   you a much longer explanation of the rules, but I think there
6   are a few rules that are extremely important in this case and
7   that I want to bring to your attention.
8           You've already heard about reasonable doubt, the
9   highest standard that we have in our legal system.  At the end
10  of the day, at the end of the day, whatever facts you decide,
11  if you're not sure or if you're not certain or if you're not
12  confident or if you think maybe a crime was committed or you
13  think possibly a crime was committed, you must find them
14  not guilty.  That's reasonable doubt.
15          But here is another rule of law that I think is
16  important in this case, and it's important because there is no
17  dispute that Rohan, Richard, Chris, and Matt Gardiner were in a
18  chatroom together and that they shared information in that
19  chatroom together and that they traded with one another in that
20  chatroom.
21          This is the rule that I expect Judge Berman will
22  instruct you.  Here is what it says:  You may not -- you may
23  not -- infer the existence of an illegal agreement -- and
24  that's what this case is all about, an illegal agreement --
25  solely from the fact that the defendants exchanged information

Case 1:17-cv-03139-LGS-SDA   Document 420-9   Filed 05/26/20   Page 7 of 8
Case 1:17-cr-00019-RMB   Document 239   Filed 11/08/18   Page 103 of 215
2369
IAPYUSH3                Summation - Mr. Schertler

about currency prices, which they did; exchanged information about quantities, which they did; exchanged information about customer orders and identities, which they did, with each other. That sharing of information is not an illegal agreement, and you may not infer the existence of an illegal agreement from those facts.

And this goes hand in hand with another instruction that I expect Judge Berman to give you. The independent actions of a person or business do not constitute a restraint of trade in violation of the Sherman Act.

Ladies and gentlemen, I think this gets to the crux of this case. We submit that they shared information, they traded with one another, but they never coordinated their trading in any effort to try to impact the price. And independent actions, independent trading by these traders, does not constitute a violation of the Sherman Act.

Finally, one more. Judge Berman I expect will instruct you on this one as well, people responding to common perceptions of the market -- now we're talking about the foreign exchange market -- may take independent actions that are similar or parallel. Parallel conduct alone is not sufficient to prove an illegal agreement.

You know how that translates to our case? If you're in the chatroom together and everybody is -- what do we call it? -- the same way, and they say, we're all the same way. So

Case 1:17-cv-03139-LGS-SDA Document 420-9 Filed 05/26/20 Page 8 of 8
Case 1:17-cr-00019-RMB Document 239 Filed 11/08/18 Page 108 of 215
2370
IAPYUSH3                    Summation - Mr. Schertler

1   maybe that's good information that the price is going to go in
2   that direction.
3           So if they trade their independent quantities in a
4   similar or parallel way because they all think the same thing,
5   common perception of the market that the price is going to go
6   this way, that is not sufficient to prove an illegal agreement.
7           So the exchange of information, information about
8   quantities, information about customer orders and identities,
9   independent trading decisions, even if they're trading with one
10  another or matching off, it's still their own independent
11  trading decision.
12          Even parallel conduct, if they decide to go the same
13  way because they have the same perception of the market based
14  on information they received in the chat, is not illegal.  And
15  that is precisely what these men were doing in this case and
16  nothing more.
17          So, ladies and gentlemen, let me -- one final rule.
18          If we can go to the next one.
19          I expect Judge Berman is going to instruct you as
20  follows:  If you find that the agreement -- this is the illegal
21  agreement -- charged in the indictment did not exist, you
22  cannot find any of the defendants guilty.
23          In a minute, I'll explain to you why I believe the
24  evidence shows you that no such illegal agreement existed.  So
25  I'm going to move on to the facts and what did the evidence