UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
   JAMES CONTANT, et al., :
                         Plaintiffs, :
                                     : 17 Civ. 3139 (LGS)
          -against- :
                                     : **ORDER**
   BANK OF AMERICA CORPORATION, et al., :
                        Defendants. :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on May 26, 2020, Plaintiffs filed a motion for preliminary approval of the proposed Settlement Agreement with Standard Chartered Bank; the proposed Settlement Agreement with Société Générale; and the proposed Settlement Agreement with Group Settling Defendants Bank of America Corporation, Bank of America, N.A., and Merrill Lynch, Pierce, Fenner & Smith Inc. ("Bank of America"); Barclays Bank PLC and Barclays Capital Inc. ("Barclays"); BNP Paribas (identified in the Complaint as BNP Paribas Group), BNP Paribas US Wholesale Holdings Corp., previously known as BNP Paribas North America, Inc., and BNP Paribas Securities Corp., which now includes BNP Paribas Prime Brokerage, Inc. ("BNP Paribas"); Credit Suisse AG and Credit Suisse Securities (USA) LLC ("Credit Suisse"); Deutsche Bank AG ("Deutsche Bank"); The Goldman Sachs Group, Inc. and Goldman, Sachs & Co. (now known as Goldman Sachs & Co. LLC) ("Goldman Sachs"); HSBC Bank plc, HSBC North America Holdings Inc., HSBC Bank USA, N.A., and HSBC Securities (USA) Inc. ("HSBC"); JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A. ("JPMorgan"); Morgan Stanley, Morgan Stanley & Co. LLC, and Morgan Stanley & Co. International plc ("Morgan Stanley"); RBC Capital Markets, LLC ("RBC"); The Royal Bank of Scotland plc (now known as NatWest Markets Plc) and RBS Securities Inc. (now known as NatWest Markets Securities Inc.)

("RBS"); and UBS AG, UBS Group AG, and UBS Securities LLC ("UBS") (Dkt. No. 418).  It is hereby

**ORDERED** that on **July 9, 2020, at 2:00 p.m.**, a preliminary approval hearing will be held.  It is further

**ORDERED** that any opposition to the Preliminary Approval Motion shall be filed no later than **June 23, 2020**.  Any opposition, objection or comment to the Preliminary Approval Motion shall not exceed fifteen (15) double-spaced pages.  It is further

**ORDERED** that, by **July 2, 2020**, the parties shall file a joint letter providing the court with <u>one</u> telephone call-in number for a conference call, and if necessary a passcode.  The parties shall ensure they are all dialed into the conference call by the appointed conference time.  If the parties are not able to arrange a conference call, they shall contact the Courtroom Deputy, Mr. James Street, at 212-805-4553, as soon as possible and no later than **July 2, 2020, at noon,** to make other arrangements.  It is further

**ORDERED** that the motion for preliminary approval of settlement at Dkt. No. 337 is denied as moot.

The Clerk of Court is respectfully requested to close the motion at Dkt. No. 337.

Dated: May 27, 2020
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**