

**MICHAEL DELL'ANGELO** / *MANAGING SHAREHOLDER*
d 215.875.3080 m 610.608.8766 | mdellangelo@bm.net

May 27, 2020

**VIA ECF**

Honorable Lorna G. Schofield
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:   *Contant, et al. v. Bank of America Corporation, et al.*,
      No. 17-cv-3139-LGS (S.D.N.Y.)

Dear Judge Schofield:

Pursuant to the Court's May 27, 2020 Order (ECF No. 421), the parties respectfully submit this joint letter to provide the Court with a single telephone call-in number for the preliminary approval hearing on Plaintiff's Motion for Preliminary Approval (ECF 418), scheduled for July 9, 2020, at 2:00 p.m., as follows:

USA: +1 (877) 746-4263
Guest Dial-in Code: 0293065#.

Alternatively, the teleconference can be accessed via the following link without the need to enter a Guest Dial-in Code: https://meet.loopup.com/8sEOU5P.


Respectfully submitted,

Michael Dell'Angelo

1818 MARKET STREET, SUITE 3600
PHILADELPHIA, PA 19103
215.875.3000 | **BERGERMONTAGUE.COM**