| | |
|---|---|
| **From:** | Jodi Tesser <JTesser@moundcotton.com> |
| **Sent:** | Friday, February 28, 2020 1:52 PM |
| **To:** | Michael Dell'Angelo |
| **Cc:** | Barry Temkin; Jodi Tesser |
| **Subject:** | RE: Activity in Case 1:17-cv-03139-LGS-SDA Contant et al v. Bank Of America Corporation et al Order |
| **Attachments:** | 02282020133401-0001.pdf |

HI Michael.

As discussed, attached are our bills in connection with plaintiffs' subpoena.

Let's schedule a call for next week.

Jodi


**Jodi S. Tesser**
***Special Counsel***

**Mound Cotton Wollan & Greengrass LLP**
One New York Plaza
New York, NY 10004
Tel: (212) 804-4525
Fax: (212) 344-8066
Email: jtesser@moundcotton.com
Web: www.moundcotton.com
**New York | Long Island | New Jersey | Florida | California | Texas**
**Established 1933**

# MOUND COTTON WOLLAN & GREENGRASS LLP
### ATTORNEYS AT LAW
### ONE NEW YORK PLAZA
### NEW YORK, NY 10004
### (212) 804-4200
### Fed. ID 13-5339441

| | |
|---|---|
| Page | 1 |
| Date | 04/23/19 |
| 003263.0008 | BT |
| Statement # | 133262 |

Alex Dick
Senior Associate Counsel
Forex Capital Markets
55 Water Street
New York, NY   10005

Re:    Contant v. Bank of America

---

FOR PROFESSIONAL SERVICES RENDERED in connection with the above-referenced matter from 03/01/19 through 03/31/19 as per attached billing memorandum.

FEE                                                              $2,415.00


TOTAL FEE AND DISBURSEMENTS                       $2,415.00

**Mound, Cotton, Wollan & Greengrass LLP**
**One New York Plaza**
**New York NY 10004**
**Telephone-212/804-4200**
**FEI#13-5339441**

|  |  |
|---|---|
| Page | 2 |
| Date | 04/23/19 |
| 003263.0008 | BT |
| Statement # | 133262 |

Alex Dick
Senior Associate Counsel
Forex Capital Markets
55 Water Street
New York, NY   10005

Re:    Contant v. Bank of America

For Professional Services Rendered:

|  |  |  | HOURS |
|---|---|---|---|
| 03/28/19 | BT | Review complaint and subpoena in contant antitrust case | 2.00 |
| 03/28/19 | BT | Confer with Alex Dick of FXCM re strategy going forward on antitrust subpoena. | 0.40 |
| 03/28/19 | BT | Prepare outline of response to subpoena in antitrust case | 0.80 |
| 03/28/19 | BT | Review and analyze complaint and subpoena. | 0.30 |
| 03/29/19 | JST | Review and analysis of subpoena and proposed thoughts of client re same | 0.30 |
| 03/29/19 | BT | Draft/revise affidavit of Alex Dick in support of motion to quash subpoena in SDNY | 1.50 |
| 03/29/19 | BT | Letter to Tracey Cowan, lawyer who issued subpoena, and outline areas of potential compromise. | 0.20 |

|  |  |  |
|---|---|---|
| Total Services | 5.50 | $2,415.00 |

Page                    3

Date                04/23/19
003263.0008                 BT
Statement #          133262

Barry   Temkin              5.20   x    450.00  =          2,340.00
Jodi S Tesser               0.30   x    250.00  =             75.00

TOTAL THIS INVOICE        $2,415.00

# MOUND COTTON WOLLAN & GREENGRASS
## ATTORNEYS AT LAW
### ONE NEW YORK PLAZA
### NEW YORK, NY 10004
### (212) 804-4200
### Fed. ID 13-5339441

| | |
|---|---|
| Page | 1 |
| Date | 05/14/19 |
| 003263.0008 | BT |
| Statement # | 134040 |

Alex Dick
Senior Associate Counsel
Forex Capital Markets
55 Water Street
New York, NY   10005

Re:    Contant v. Bank of America

---

FOR PROFESSIONAL SERVICES RENDERED in connection with the above-referenced matter from 04/01/19 through 04/30/19 as per attached billing memorandum.

| | |
|---|---|
| FEE | $22,145.00 |
| TOTAL FEE | $22,145.00 |
| PREVIOUS OUTSTANDING BALANCE | 2,415.00 |
| TOTAL BALANCE DUE | $24,560.00 |

**Mound, Cotton, Wollan & Greengrass**
**One New York Plaza**
**New York NY 10004**
**Telephone-212/804-4200**
**FEI#13-5339441**

| | |
|---|---|
| Page | 2 |
| Date | 05/14/19 |
| 003263.0008 | BT |
| Statement # | 134040 |

Alex Dick
Senior Associate Counsel
Forex Capital Markets
55 Water Street
New York, NY   10005

Re:     Contant v. Bank of America

For Professional Services Rendered:

| | | | HOURS |
|---|---|---|---|
| 04/01/19 | JST | Review and revise draft affidavit of Alex Dick in support of motion to quash subpoena | 0.50 |
| 04/01/19 | JST | Telephone conversation with counsel for plaintiffs re subpoena | 0.30 |
| 04/01/19 | BT | Telephone Tracey Cowan and Joshua Ripley, counsel for plaintiffs, re scope of subpoena and to request extension of time to respond. | 0.40 |

Page                3

Date                05/14/19
003263.0008              BT
Statement #          134040

HOURS

| Date | | | Hours |
|------|------|------|------|
| 04/01/19 | BT | Confer with Alex Dick of FXCM re case strategy | 0.40 |
| 04/06/19 | BT | Draft affidavit of Evan Milazzo based on information provided by A. Dick; revise and edit Dick Declaration based on new information . | 3.00 |
| 04/08/19 | BT | Draft/revise declarations in support of motion to quash subpoena. | 2.00 |

Page                                    4

Date                              05/14/19
003263.0008                             BT
Statement #                        134040

| | | | HOURS |
|---|---|---|---|
| 04/09/19 | BT | Review/outline arguments for motion to quash subpoena. | 0.50 |
| 04/11/19 | JST | Review and revise draft affidavit of Evan Milazzo in support of motion to quash | 0.50 |
| 04/11/19 | JST | Review and analysis of notes from client re issues with subpoena in preparation for drafting motion to quash | 0.30 |
| 04/11/19 | JST | Preparation of (begin) motion to quash | 3.00 |
| 04/11/19 | JST | Legal research re motions to quash based upon undue burden | 1.60 |
| 04/12/19 | JST | Review and revise Affidavit of Alex Dick in support of motion to quash | 0.30 |
| 04/12/19 | JST | Preparation of (continued) motion to quash subpoena | 2.50 |
| 04/12/19 | JST | Legal research re case law on motions to quash based upon the fact subpoenas seeks confidential business information and trade secrets | 1.80 |
| 04/14/19 | JST | Preparation of objections and responses to Plaintiffs' subpoena | 1.00 |
| 04/15/19 | JST | Conference out of office with Alex Dick and Evan Milazzo | 2.00 |

Page                                    5

Date                            05/14/19
003263.0008                           BT
Statement #                       134040

|  |  |  |  | HOURS |
|---|---|---|---|---|
| 04/15/19 | JST | Review and revise objections based upon additional information provided at meeting with Alex Dick | | 0.80 |
| 04/15/19 | JST | Reparation of (continued) objections to Plaintiffs' subpoena | | 1.00 |
| 04/15/19 | JST | Review and revise draft Affidavits of Alex Dick and Evan Milazzo in support of motion to quash to address case law prior to meeting with same | | 0.60 |
| 04/15/19 | BT | Meet with Alex Dick and Evan Milazzo at FXCM to discuss response to supboena | | 2.00 |
| 04/16/19 | JST | Review and revise (additional revisions) to objections to Plaintiffs' subpoena | | 0.60 |
| 04/16/19 | JST | Review and revise Affidavit of Evan Milazzo to include additional information after meeting with Milazzo and Alex Dick | | 0.30 |
| 04/16/19 | JST | Review and revise (further revisions) to Affidavit of Alex Dick to include additional information after meeting with him and Evan Milazzo | | 0.30 |

Page                                    6

Date                        05/14/19
003263.0008                       BT
Statement #                   134040

|          |     |                                                                                                          | HOURS |
|----------|-----|----------------------------------------------------------------------------------------------------------|-------|
| 04/17/19 | BT  | Draft/revise objections to plaintiffs' subpoena and affidavits of Evan Milazzo and Alex Dick.            | 1.80  |
| 04/17/19 | BT  | Review and revise objections to plaintiffs' subpoena.                                                     | 0.50  |
| 04/17/19 | BT  | Revise and finalize Evan Milazzo Declaration, and transmit to Alex Dick at FXCM with explanatory email.   | 0.80  |
| 04/18/19 | JST | Review and analysis of Alex Dick's proposed comments and changes to draft objections to Plaintiffs' subpoena | 0.30  |
| 04/18/19 | JST | Review and revise draft motion to quash                                                                   | 0.50  |
| 04/18/19 | JST | Review and revise draft letter to Judge requesting conference concerning moving to quash Plaintiffs' subpoena | 0.30  |
| 04/18/19 | BT  | Review client emails re response to subpoena, scope of documents produced in prior case to third party administrator. | 0.40  |
| 04/18/19 | BT  | Review A. Dick comments and revisions to objections.                                                      | 0.20  |
| 04/18/19 | BT  | Email to client outlining proposed compromise to offer at meet and confer conference.                    | 0.80  |
| 04/19/19 | BT  | Draft/revise memo of law in support of motion to quash subpoeana                                          | 1.30  |
| 04/19/19 | BT  | Revise pre-motion letter to Judge Schoefield to address A. Dick's questions and revisions; review BSA/ AML and Gramm Leach Bliley laws. | 0.80  |

Date                      05/14/19
003263.0008                    BT
Statement #              134040

| | | | HOURS |
|---|---|---|---|
| 04/22/19 | BT | confer/email with Alex Dick re strategy in responding to subpoena. | 0.30 |
| 04/22/19 | BT | Email with plaintiffs' counsel Tracey Cowan re subpoena and re our objections and re FXDD unsuccessful motion to quash its subpoena | 0.40 |
| 04/22/19 | BT | Review and analyze Alex Dick's revisions to and comments on objections to subpoena and finalize same. | 1.40 |
| 04/22/19 | BT | Email with Alex Dick of FXCM re scope of objections to subpoena and whether and when to meet and confer with counsel for plaintiffs re scope and extent of subpoena. | 0.40 |
| 04/22/19 | BT | Email with Tracy Cowan re meet and confer conference for subpoena scope. | 0.30 |
| 04/22/19 | BT | Continue draft/revise objections to plaintiffs' subpoena. | 0.50 |
| 04/23/19 | BT | Revise Objections to subpoena and Milazzo Declaration to reflect our agreement to produce records of 250 million trades. | 1.50 |
| 04/24/19 | BT | Email with A. Dick re scope of subpoena and which categories to agree to produce in our objections. | 0.30 |
| 04/24/19 | BT | Email with Evan Milazzo re proposed revisions to his declaration. | 0.20 |
| 04/25/19 | JST | Review and revise motion to quash based upon edits provided by Evan Milazo to his Declaration in support | 0.70 |
| 04/25/19 | JST | Telephone conversation with Evan Milazo re revisions to draft Declaration in connection with motion to quash | 0.50 |

Page                              8

Date                        05/14/19
003263.0008                       BT
Statement #                   134040

| | | | HOURS |
|---|---|---|---|
| 04/25/19 | JST | Review and revise Evan Milazzo Declaration pursuant to recommended edits and telephone conversation discussing same | 0.40 |
| 04/25/19 | JST | Review of edits proposed by Evan Milazzo to his declaration in support of motion to quash | 0.30 |
| 04/25/19 | BT | Draft/revise Milazzo Declaration to accommodate client revisions and email with clients re same. | 0.80 |
| 04/25/19 | BT | Draft/revise Milazzo Declaration and email to client with explanatory email. | 0.70 |
| 04/26/19 | JST | Telephone conversation with plaintiffs' counsel re meet and confer concerning subpoena | 0.80 |
| 04/26/19 | JST | Review and revise (additional revisions) to Declaration of Evan Milazzo | 0.30 |
| 04/26/19 | JST | Review and revise (additional revisions) to memo of law in support of motion to quash | 0.50 |
| 04/26/19 | BT | Meet and confer conference with Josh Ripley and Tracey Cowan, counsel for plaintiffs, re scope of discovery in subpoena | 0.80 |
| 04/26/19 | BT | Email with Alex Dick re motion to quash subpoena. | 2.00 |

|            |    |                                                                                                                                                                      | HOURS |
|------------|----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
| 04/26/19   | BT | Draft and revise memorandum of law in support of motion to partially quash subpoena                                                                                   | 0.50  |
| 04/26/19   | BT | Write memo to client explaining results of teleconference with claimants' counsel                                                                                     | 0.30  |
| 04/26/19   | BT | Review and outline position for meet and confer conference with claimant's counsel.                                                                                   | 0.50  |
| 04/29/19   | BT | Telephone Josh Ripley, Berger & Montague, counsel for plaintiffs, re documents requested in subpoena, explanation for need for bid and ask quotes, need for examplar, possible payment of costs for data hosting and storage. | 0.30  |
| 04/29/19   | BT | Draft/revise update report to client on meeting with plaintiffs' counsel                                                                                              | 0.30  |
| 04/29/19   | BT | Email to Josh Ripley, claimants' counsel, re proposed examplar trading records, and review exemplar; email to counsel for other RFEDs re strategy.                    | 0.30  |

|                  |           |              | Total Services | 60.90 | $22,145.00 |
|------------------|-----------|--------------|----------------|-------|------------|
| Barry   Temkin   | 34.60  x  | 450.00  =    |                |       | 15,570.00  |
| Jodi S Tesser    | 26.30  x  | 250.00  =    |                |       | 6,575.00   |

TOTAL THIS INVOICE          $22,145.00

# MOUND COTTON WOLLAN & GREENGRASS
## ATTORNEYS AT LAW
### ONE NEW YORK PLAZA
### NEW YORK, NY 10004
### (212) 804-4200
### Fed. ID 13-5339441

| | |
|---|---|
| Page | 1 |
| Date | 06/24/19 |
| 003263.0008 | BT |
| Statement # | 134652 |

Alex Dick
Senior Associate Counsel
Forex Capital Markets
55 Water Street
New York, NY   10005

Re:    Contant v. Bank of America

FOR PROFESSIONAL SERVICES RENDERED in connection with the above-referenced matter from 05/02/19 through 05/31/19 as per attached billing memorandum.

| | |
|---|---|
| FEE | $13,765.00 |
| DISBURSEMENTS | $51.14 |
| TOTAL FEE AND DISBURSEMENTS | $13,816.14 |
| PREVIOUS OUTSTANDING BALANCE | 22,145.00 |
| TOTAL | $35,961.14 |
| LESS CLIENT COURTESY DISCOUNT | ($500.00) |
| TOTAL BALANCE DUE | $35,461.14 |

**Mound, Cotton, Wollan & Greengrass**
**One New York Plaza**
**New York NY 10004**
**Telephone-212/804-4200**
**FEI#13-5339441**

|  |  |
|---|---|
| Page | 2 |
| Date | 06/24/19 |
| 003263.0008 | BT |
| Statement # | 134652 |

Alex Dick
Senior Associate Counsel
Forex Capital Markets
55 Water Street
New York, NY   10005

Re:    Contant v. Bank of America

For Professional Services Rendered:

HOURS

Page                                            3

Date                                         06/24/19
003263.0008                                        BT
Statement #                                   134652

|            |     |                                                                                                                                              | HOURS |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------|-------|
| 05/08/19   | BT  | Email Evan Milazzo of FXCM re plaintiffs' questions; and review Milazzo's prior emails for answers re legend to spreadsheet of examplars.      | 0.40  |
| 05/08/19   | BT  | Review and revise Milazzo Declaration in light of recent developments.                                                                        | 0.40  |
| 05/08/19   | BT  | Email with Josh Ripley, counsel for plaintiffs, in response to his questions about the examplar document we produced.                          | 0.40  |
| 05/08/19   | BT  | Revise and finalize amended objections to subpoena and transmit to plaintiff's counsel Tracey Cowan and Josh Ripley with explanatory email which also transmitted examplar of trading records. | 0.30  |
| 05/09/19   | BT  | Email with client re producing retail customer trading information.                                                                           | 0.30  |
| 05/09/19   | BT  | Email with plaintiff's counsel in response to his request for additional information about the trading exemplar we produced.                   | 0.30  |
| 05/09/19   | BT  | Email Alex Dick re proposed revisions to Milazzo Declaration, make requested revisions and transmit to Milazzo with explanatory email.         | 0.50  |

Page                          4

Date                    06/24/19
003263.0008                   BT
Statement #             134652

HOURS

| Date | | | | HOURS |
|------|---|---|---|-------|
| 05/10/19 | JST | | Telephone conversation with client re additional documents willing to produce in response to Plaintiffs' subpoena | 0.50 |
| 05/10/19 | BT | | Confer with CTO Evan Milazzo re response to subpoena, re amount of work necessary to retrieve bid/ask quotes, review exemplar of bid/ask quotes furnished by Milazzo, and email Alex Dick with summary of proposed strategy. | 0.50 |
| 05/10/19 | BT | | Prepare/revise outline of categories of subpoenaed documents and our response to each. | 0.30 |
| 05/10/19 | BT | | Review and analyze email from Evan Milazzo explaining trade process at FXCM and available data to produce in response to subpoena. | 0.40 |

Page                                    5

Date                         06/24/19
003263.0008                        BT
Statement #                    134652

HOURS

| 05/15/19 | JST | Telephone conversation with Plaintiffs' counsel re follow-up meet and confer related to Plaintiffs' subpoena | 0.70 |

| 05/15/19 | BT | Teleconference with counsel for plaintiffs re scope of their subpoena and possible grounds of compromise. | 0.70 |
| 05/15/19 | BT | Revise and review chart and notes showing documents FXCM has agreed to produce and status of open items in negotiations with claimants' counsel. | 0.40 |

Page                    6

Date                 06/24/19
003263.0008                BT
Statement #          134652

|  |  |  | HOURS |
|---|---|---|---|
| 05/16/19 | JST | Preparation of letter to Plaintiffs' counsel re meet and confer concerning Plaintiffs' subpoena | 2.10 |
| 05/16/19 | JST | Email client draft letter to plaintiffs' counsel concerning meet and confer | 0.10 |
| 05/16/19 | BT | Analysis and strategy re response to subpoena | 0.20 |
| 05/16/19 | BT | Email Alex Dick re case strategy | 0.10 |
| 05/16/19 | BT | Draft/revise letter to claimants' counsel confirming meet and confer conference and transmitting exemplar. | 0.30 |
| 05/20/19 | JST | Email with A. Dick draft letter to plaintiffs' counsel re meet and confer | 0.10 |
| 05/20/19 | JST | Telephone conversation with Alex Dick re strategy in connection with subpoenas | 0.50 |
| 05/20/19 | JST | Review of notes from prior meetings/phone calls to determine those requests in plaintiffs' subpoena that Evan stated he did not have in the format requested in preparation for meeting with him and Alex Dick and in anticipation of possible revisions to memo of law and declaration in support of motion to quash in light of earlier strategy call with A. Dick | 0.30 |
| 05/20/19 | JST | Additional revisions to letter to Plaintiffs' counsel re meet and confer | 0.20 |
| 05/20/19 | BT | Telephone client Alex Dick re strategy in responding to subpoena. | 0.50 |

Page                                        7

Date                              06/24/19
003263.0008                              BT
Statement #                        134652

| | | | HOURS |
|---|---|---|---|
| 05/20/19 | BT | Draft/revise letter to claimant's counsel re scope of documents in subpoena. | 0.50 |
| 05/21/19 | JST | Analysis re strategy concerning when to send letter to plaintiffs' counsel concerning meet and confer and exemplar in order to ensure ongoing discussions | 0.20 |
| 05/21/19 | JST | Review of email from A. Dick approving draft letter to Plaintiffs' counsel re meet and confer concerning subpoena | 0.10 |
| 05/21/19 | BT | Email with Alex Dick of FXCM re timing and strategy. | 0.20 |

| | | |
|---|---|---|
| Page | | 8 |
| Date | | 06/24/19 |
| 003263.0008 | | BT |
| Statement # | | 134652 |

HOURS

| 05/24/19 | JST | Conference out of office with Alex Dick and Evan Milazzo in connection with subpoenas | 2.00 |
|---|---|---|---|
| 05/24/19 | BT | Revise draft letter to TT/c; review notes before client meeting. | 0.50 |
| 05/24/19 | BT | Meeting with Evan Milazzo and Alex Dick to determine feasibility of compliance with plaintiffs' subpoena. | 2.00 |
| 05/28/19 | BT | Draft/revise letter to plaintiffs' counsel re documents we are willing to produce. | 0.40 |
| 05/29/19 | JST | Review and revise letter to Plaintiffs' counsel re meet and confer concerning subpoena | 0.10 |
| 05/29/19 | JST | Review of notes of meeting with clients in preparation for editing meet and confer letter | 0.20 |
| 05/29/19 | BT | Review and input Alex Dick's comments to meet and confer letter to plaintiffs' counsel and transmit same by email. | 0.50 |
| 05/29/19 | BT | Draft/revise letter to plaintiffs' counsel re meet and confer | 0.50 |
| 05/31/19 | JST | Preparation of status report concerning meet and confer call with plaintiffs' counsel concerning subpoena | 0.60 |
| 05/31/19 | JST | Conference call with plaintiffs' counsel re meet and confer concerning subpoena | 1.10 |
| 05/31/19 | JST | Review and analysis of case law provided by Plaintiffs in support of their argument that customer information is discoverable from third party under a protective order in preparation for meet and confer with plaintiffs' counsel | 0.60 |

Page                9

Date                06/24/19
003263.0008              BT
Statement #          134652

HOURS

| 05/31/19 | BT | Email with Josh Ripley, counsel for plaintiffs, re production of documents and scale and burden of production | 0.20 |
| 05/31/19 | BT | Review notes and outline in preparation for upcoming teleconference call | 0.50 |
| 05/31/19 | BT | Teleconference with counsel for claimants re response to and narrowing of subpoena. | 1.20 |

Total Services        39.40        $13,765.00

| Rosa C Bloom | 1.10 | x | 100.00 | = | 110.00 |
| Barry  Temkin | 20.40 | x | 450.00 | = | 9,180.00 |
| Jodi S Tesser | 17.90 | x | 250.00 | = | 4,475.00 |

Toll calls                                    2.74

Reproduction                              33.80

Color Copies                              14.60

Total Expenses        $51.14

TOTAL THIS INVOICE        $13,816.14

# MOUND COTTON WOLLAN & GREENGRASS LLP
## ATTORNEYS AT LAW
### ONE NEW YORK PLAZA
### NEW YORK, NY 10004
### (212) 804-4200
### Fed. ID 13-5339441

| | |
|---|---|
| Page | 1 |
| Date | 07/25/19 |
| 003263.0008 | BT |
| Statement # | 135171 |

Alex Dick
Senior Associate Counsel
Forex Capital Markets
55 Water Street
New York, NY   10005

Re:    Contant v. Bank of America

---

FOR PROFESSIONAL SERVICES RENDERED in connection with the above-referenced matter from 06/03/19 through 06/30/19 as per attached billing memorandum.

FEE                                                          $9,485.00

TOTAL FEE AND DISBURSEMENTS                       $9,485.00

**Wire transfer instructions:**
Bank: Citibank Private Bank - ABA# (for domestic wires): 021000089 - Swift Code (for international wires): CitiUS33
Account Number: 4993903711 - Account Name: Mound Cotton Wollan & Greengrass Receivable Account
Please reference our statement number with your remittance.

**Mound, Cotton, Wollan & Greengrass LLP**
**One New York Plaza**
**New York NY 10004**
**Telephone-212/804-4200**
**FEI#13-5339441**

| | |
|---|---|
| Page | 2 |
| Date | 07/25/19 |
| 003263.0008 | BT |
| Statement # | 135171 |

Alex Dick
Senior Associate Counsel
Forex Capital Markets
55 Water Street
New York, NY 10005

Re: Contant v. Bank of America

For Professional Services Rendered:

| | | | HOURS |
|---|---|---|---|
| 06/03/19 | JST | Revise chart of Plaintiffs' subpoena requests based upon 5/31 meet and confer | 0.20 |
| 06/03/19 | BT | Review and analyze plaintiff's motion for approval of Citigroup settlement, as forwarded to us by TT/c Josh Ripley. | 0.30 |
| 06/03/19 | BT | Review notes from meet and confer and email client re results of meet and confer and suggestions for compromise. | 0.40 |
| 06/04/19 | BT | Telephone Alex Dick re negotiation strategy with plaintiffs and with defendants. | 0.40 |

Page                                3

Date                        07/25/19
003263.0008                       BT
Statement #                   135171

| | | | HOURS |
|---|---|---|---|
| 06/04/19 | BT | Email with plaintiffs' counsel re rescheduling teleconference for meet and confer conference | 0.10 |
| 06/04/19 | BT | Email with claimants' counsel re rescheduling teleconference | 0.20 |
| 06/07/19 | JST | E-mails with plaintiffs' counsel re meet and confer concerning plaintiffs' subpoena | 0.10 |
| 06/10/19 | JST | Emails with plaintiffs' counsel re meet and confer concerning plaintiffs' subpoena | 0.10 |
| 06/10/19 | JST | Review and revise draft letter to plaintiffs' counsel re documents FXCM is willing to produce in response to subpoena | 0.10 |
| 06/10/19 | BT | Draft letter to plaintiff's counsel confirming last meet and confer session and explaining docs we are willing to produce. | 1.00 |

Page    4

Date    07/25/19
003263.0008    BT
Statement #    135171

|  |  |  | HOURS |
|---|---|---|---|
| 06/11/19 | BT | Email with counsel for plaintiffs re prep for our meet and confer session | 0.10 |
| 06/11/19 | BT | Email with client re strategy in negotiating with plaintiffs. | 0.20 |
| 06/12/19 | JST | Meet and confer with Plaintiffs' counsel regarding subpoena | 0.80 |
| 06/12/19 | JST | Review and revise draft letter to plaintiffs' counsel re meet and confer concerning subpoena | 0.20 |
| 06/12/19 | BT | Follow up call with claimant's counsel re subpoena response. | 0.30 |
| 06/12/19 | BT | Telephone with Josh Ripley and Tracey Cowan, counsel for plaintiffs, to negotiate terms of response to subpoena | 0.80 |
| 06/12/19 | BT | Draft/revise letter to plaintiffs' counsel concerning response to subpoena and our agreement limiting scope of subpoena | 0.50 |
| 06/13/19 | BT | Email Alex Dick re response to plaintiffs' timeline and request for costs from Evan Milazzo. | 0.30 |

Page                    5

Date                    07/25/19
003263.0008                  BT
Statement #              135171

|          |    |                                                                                                                                                                  | HOURS |
|----------|----|------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
| 06/13/19 | BT | Review Alex Dick email with his comments and thoughts on fee-splitting, timing of declaration and related issues, and revise my confirmatory letter to plaintiffs' counsel to reflect same. | 1.00 |
| 06/18/19 | BT | Memo to client outlining categories of documents it agreed to produce in response to subpoena. | 0.30 |
| 06/20/19 | BT | Review draft Milazzo declaration and email with A. Dick re describing FXCM business model. | 0.20 |

HOURS

| Date | | Description | Hours |
|------|------|-------------|-------|
| 06/21/19 | BT | Review draft declaration from Evan Milazzo regarding pricing and algos, and email Alex Dick with my questions regarding same. | 1.00 |
| 06/24/19 | JST | Analysis re strategy for upcoming meet and confer with Plaintiffs' counsel re subpoena | 0.20 |
| 06/24/19 | BT | Email to client requesting additional information about pricing for retrieving and producing information in response to subpoena. | 0.50 |
| 06/25/19 | JST | Email with plaintiffs' counsel re meet and confer | 0.10 |
| 06/25/19 | JST | Telephone conversation with plaintiffs' counsel re meet and confer related to cost estimate to comply with subpoena | 0.40 |
| 06/25/19 | BT | Review Evan Milazzo Declaration and adapt it for production to plaintiffs. | 1.50 |
| 06/25/19 | BT | Follow up email to client re our call with TT/c and our negotiating strategy | 0.20 |
| 06/25/19 | BT | Telephone call Tracey Cowan and Josh Ripley, counsel for plaintiffs, re costs and fees for producing documents. | 0.40 |

Page                          7

Date                    07/25/19
003263.0008                   BT
Statement #              135171

---

HOURS

| | | | |
|---|---|---|---|
| 06/26/19 | BT | Email to plaintiffs' counsel transmitting Evan Milazzo declaration in draft, requesting Highly Confidential/Attorneys Eye Only treatment, and suggesting that it be accepted in lieu of deposition. | 0.10 |
| 06/26/19 | BT | Email with Alex Dick re revised Milazzo Declaration and make minor revisions suggested by client. | 0.20 |
| 06/28/19 | BT | telephone plaintiffs' counsel re cost and fee sharing. | 0.50 |

Total Services          27.90          $9,485.00

| Justin J Kim | 6.20 | x | 100.00 | = | 620.00 |
|---|---|---|---|---|---|
| Barry  Temkin | 17.20 | x | 450.00 | = | 7,740.00 |
| Jodi S Tesser | 4.50 | x | 250.00 | = | 1,125.00 |

TOTAL THIS INVOICE          $9,485.00

# MOUND COTTON WOLLAN & GREENGRASS
## ATTORNEYS AT LAW
## ONE NEW YORK PLAZA
## NEW YORK, NY 10004
## (212) 804-4200
## Fed. ID 13-5339441

|  |  |
|---|---|
| Page | 1 |
| Date | 08/20/19 |
| 003263.0008 | BT |
| Statement # | 136053 |

Alex Dick
Senior Associate Counsel
Forex Capital Markets
55 Water Street
New York, NY   10005

Re:    Contant v. Bank of America

FOR PROFESSIONAL SERVICES RENDERED in connection with the above-referenced matter from 07/01/19 through 07/31/19 as per attached billing memorandum.

| | |
|---|---|
| FEE | $2,115.00 |
| DISBURSEMENTS | $48.60 |
| TOTAL FEE AND DISBURSEMENTS | $2,163.60 |
| PREVIOUS OUTSTANDING BALANCE | 9,485.00 |
| TOTAL BALANCE DUE | $11,648.60 |

**Mound, Cotton, Wollan & Greengrass**
**One New York Plaza**
**New York NY 10004**
**Telephone-212/804-4200**
**FEI#13-5339441**

| | |
|---|---|
| Page | 2 |
| Date | 08/20/19 |
| 003263.0008 | BT |
| Statement # | 136053 |

Alex Dick
Senior Associate Counsel
Forex Capital Markets
55 Water Street
New York, NY   10005

Re:    Contant v. Bank of America

For Professional Services Rendered:

|  |  |  | | HOURS |
|---|---|---|---|---|
| | | | | J |
| 07/01/19 | BT | Draft letter to Judge Schoefeld requesting conference to discuss payment of FXCM's costs and fees, including attorneys' fees, in connection with production of documents. | | 1.00 |
| 07/01/19 | BT | Draft letter to plaintiffs counsel transmitting Milazzo Declaration and requesting them to reconsider their objections to paying FXCM's attorneys' fees. | | 1.00 |
| 07/02/19 | BT | Email to plaintiffs' counsel transmitting draft Milazzo Declaration and requesting payment of our attorneys' fees. | | 0.30 |

Page                                    3

Date                              08/20/19
003263.0008                             BT
Statement #                        136053

HOURS

| 07/09/19 | JST | Preparation for call with plaintiff's counsel; strategy re obtaining costs and attorneys fees | 0.30 |
| 07/09/19 | JST | Telephone conversation with plaintiff's counsel re compliance with plaintiffs' subpoena and cost-sharing issues | 0.30 |
| 07/09/19 | BT | Telephone call with Josh Ripley counsel for plaintiffs re resolving discovery dispute and amount of costs and fees sought by FXCM. | 0.30 |

Total Services          5.50          $2,115.00

Page                          4

Date                   08/20/19
003263.0008                  BT
Statement #              136053

Barry   Temkin          3.70   x   450.00   =        1,665.00
Jodi S Tesser           1.80   x   250.00   =          450.00

    Reproduction                                       43.60

    Color Copies                                        5.00


                                    Total Expenses        $48.60

                              TOTAL THIS INVOICE      $2,163.60

# MOUND COTTON WOLLAN & GREENGRASS
## ATTORNEYS AT LAW
## ONE NEW YORK PLAZA
## NEW YORK, NY 10004
## (212) 804-4200
## Fed. ID 13-5339441

|  |  |
|---|---|
| Page | 1 |
| Date | 09/18/19 |
| 003263.0008 | BT |
| Statement # | 136583 |

Alex Dick
Senior Associate Counsel
Forex Capital Markets
55 Water Street
New York, NY   10005

Re:   Contant v. Bank of America

FOR PROFESSIONAL SERVICES RENDERED in connection with the above-referenced matter from 04/17/19 through 08/31/19 as per attached billing memorandum.

| | |
|---|---|
| FEE | $980.00 |
| TOTAL FEE AND DISBURSEMENTS | $980.00 |
| PREVIOUS OUTSTANDING BALANCE | 2,163.60 |
| TOTAL BALANCE DUE | $3,143.60 |

**Mound, Cotton, Wollan & Greengrass**
**One New York Plaza**
**New York NY 10004**
**Telephone-212/804-4200**
**FEI#13-5339441**

| | |
|---|---|
| Page | 2 |
| Date | 09/18/19 |
| 003263.0008 | BT |
| Statement # | 136583 |

Alex Dick
Senior Associate Counsel
Forex Capital Markets
55 Water Street
New York, NY   10005

Re:   Contant v. Bank of America

For Professional Services Rendered:

| | | | HOURS |
|---|---|---|---|
| 08/08/19 | BT | Email with counsel for plaintiffs re case status and their offer of compensation to defray expenses of production and fees. | 0.10 |
| 08/19/19 | BT | Email with plaintiffs' counsel re terms of agreement for scope of production and re costs of deposition. | 0.20 |

Date                                  09/18/19
003263.0008                                 BT
Statement #                           136583

HOURS

|  | Total Services | 2.40 | $980.00 |
|---|---|---|---|

| Barry   Temkin | 1.90 | x | 450.00 | = | 855.00 |
| Jodi S Tesser | 0.50 | x | 250.00 | = | 125.00 |

TOTAL THIS INVOICE        $980.00

# MOUND COTTON WOLLAN & GREENGRASS LLP
### ATTORNEYS AT LAW
### ONE NEW YORK PLAZA
### NEW YORK, NY 10004
### (212) 804-4200
### Fed. ID 13-5339441

|  |  |
|---|---|
| Page | 1 |
| Date | 11/15/19 |
| 003263.0008 | BT |
| Statement # | 137989 |

Alex Dick
Senior Associate Counsel
Forex Capital Markets
55 Water Street
New York, NY   10005

Re:    Contant v. Bank of America

FOR PROFESSIONAL SERVICES RENDERED in connection with the above-referenced matter from 09/03/19 through 10/31/19 as per attached billing memorandum.

| | |
|---|---|
| FEE | $4,800.00 |
| TOTAL FEE AND DISBURSEMENTS | $4,800.00 |
| PREVIOUS OUTSTANDING BALANCE | 980.00 |
| TOTAL BALANCE DUE | $5,780.00 |

**Mound, Cotton, Wollan & Greengrass LLP**
**One New York Plaza**
**New York NY 10004**
**Telephone-212/804-4200**
**FEI#13-5339441**

| | |
|---|---|
| Page | 2 |
| | |
| Date | 11/15/19 |
| 003263.0008 | BT |
| Statement # | 137989 |

Alex Dick
Senior Associate Counsel
Forex Capital Markets
55 Water Street
New York, NY   10005

Re:    Contant v. Bank of America

For Professional Services Rendered:

HOURS

| | |
|---|---|
| Page | 3 |
| Date | 11/15/19 |
| 003263.0008 | BT |
| Statement # | 137989 |

| | | | HOURS |
|---|---|---|---|
| 10/01/19 | BT | Review and analyze email from Josh Ripley, plaintiffs' counsel re negotiating scope of subpoena and payment of FXCM's fees, forward to client with explanatory email; draft response to plaintiffs and send to client for approval, revise letter to judge requesting conference and seeking to reconcile two subpoenas, one from plaintiffs and one from defendants. | 1.80 |
| 10/01/19 | BT | Revised email to plaintiff's counsel incorporating client's proposed revisions. | 0.40 |
| 10/10/19 | BT | Review and respond to email from plaintiff's counsel Josh Ripley | 0.80 |
| 10/10/19 | BT | Follow up email to Josh Ripley, counsel for plaintiffs, incorporating client's proposed revisions. | 0.20 |

Page                                                4

Date                                          11/15/19
003263.0008                                         BT
Statement #                                     137989

|  |  |  | HOURS |
|---|---|---|---|
| 10/12/19 | BT | Email with plaintiffs' counsel Josh Ripley re his request for additional information about our declaration and cost allocation | 0.30 |
| 10/16/19 | JST | Telephone conversation with Alex Dick to discuss strategy in connection with plaintiffs' subpoena | 0.50 |
| 10/16/19 | BT | Telephone Alex Dick, FXCM, re strategy in responding to subpoenas | 0.50 |
| 10/16/19 | BT | Draft/revise letter to court re subpoenas and email to client. | 0.40 |
| 10/18/19 | BT | Telephone Alex Dick re strategy in responding to subpoena | 0.30 |
| 10/18/19 | BT | Draft/revise email to Josh Ripley, plaintiff's counsel, re cost sharing and re our position on subpoena. | 0.30 |
| 10/18/19 | BT | Email to plaintiff's counsel re proposed fee-sharing arrangement. | 0.30 |

Page                          5

Date                  11/15/19
003263.0008                 BT
Statement #            137989

|            |    |                                                                                              | HOURS |
|------------|----|----------------------------------------------------------------------------------------------|-------|
| 10/18/19   | BT | Review Milazzo declaration and other documents in preparation for response to plaintiffs.    | 0.30  |

Total Services        12.40        $4,800.00

| Barry   Temkin | 8.50 | x | 450.00 | = | 3,825.00 |
| Jodi S Tesser  | 3.90 | x | 250.00 | = |   975.00 |

TOTAL THIS INVOICE        $4,800.00

# MOUND COTTON WOLLAN & GREENGRASS LLP
### ATTORNEYS AT LAW
### ONE NEW YORK PLAZA
### NEW YORK, NY 10004
### (212) 804-4200
### Fed. ID 13-5339441

| | |
|---|---|
| Page | 1 |
| Date | 12/20/19 |
| 003263.0008 | BT |
| Statement # | 138543 |

Alex Dick
Senior Associate Counsel
Forex Capital Markets
55 Water Street
New York, NY   10005

Re:    Contant v. Bank of America

---

      FOR PROFESSIONAL SERVICES RENDERED in connection with the above-referenced matter from 11/01/19 through 11/30/19 as per attached billing memorandum.

| | |
|---|---|
| FEE | $5,575.00 |
| TOTAL FEE AND DISBURSEMENTS | $5,575.00 |
| TOTAL BALANCE DUE | $5,575.00 |

**Mound, Cotton, Wollan & Greengrass LLP**
**One New York Plaza**
**New York NY 10004**
**Telephone-212/804-4200**
**FEI#13-5339441**

| | | |
|---|---|---|
| Page | | 2 |
| Date | | 12/20/19 |
| 003263.0008 | | BT |
| Statement # | | 138543 |

Alex Dick
Senior Associate Counsel
Forex Capital Markets
55 Water Street
New York, NY   10005

Re:   Contant v. Bank of America

For Professional Services Rendered:

HOURS

| | | | | |
|---|---|---|---|---|
| 11/13/19 | JST | Review and analysis of plaintiff's pre-motion letter to Judge regarding FXCM's compliance with plaintiffs' subpoena | 0.30 | |

Page                                    3

Date                            12/20/19
003263.0008                          BT
Statement #                      138543

|            |     |                                                                                                                                      | HOURS |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------|-------|
| 11/13/19   | JST | Review of order setting deadline for responding to plaintiff's pre-argument letter motion                                            | 0.10  |
| 11/13/19   | BT  | Review and analyze claimants' letter to court re Rule 45 motion to compel subpoena.                                                   | 0.50  |
| 11/13/19   | BT  | Email with Alex Dick re strategy in responding to subpoenas.                                                                          | 0.20  |
| 11/13/19   | BT  | Draft/revise response to plaintiffs' letter to court and analyze grounds for opposition.                                             | 1.00  |
| 11/14/19   | JST | Review of case law cited in plaintiffs pre-letter motion to court in preparation for editing response letter                          | 1.00  |
| 11/14/19   | JST | Review and analysis of comments made by Evan Milazzo and Alex Dick to include in letter to Court in response to plaintiff's pre-motion letter | 0.50  |
| 11/14/19   | JST | Email to all counsel re proposed briefing schedule for pre-motion letters concerning parties' motions to compel in connection with subpoenas | 0.10  |

Page                    4

Date                12/20/19
003263.0008               BT
Statement #          138543

HOURS

- - -

| 11/21/19 | JST | Review and revise draft letter in response to plaintiff's pre-motion letter | 0.30 |

| 11/22/19 | JST | Review and revise letter in response to plaintiff's pre-motion letter | 0.80 |

Page                          5

Date                   12/20/19
003263.0008                  BT
Statement #             138543

HOURS

Total Services        18.30          $5,575.00

| | | | | | |
|---|---|---|---|---|---|
| Arie J Smith | 1.10 | x | 250.00 | = | 275.00 |
| Barry  Temkin | 5.00 | x | 450.00 | = | 2,250.00 |
| Jodi S Tesser | 12.20 | x | 250.00 | = | 3,050.00 |

TOTAL THIS INVOICE        $5,575.00