# Exhibit 3

**From:** Barry Temkin <BTemkin@moundcotton.com>
**Sent:** Monday, June 17, 2019 1:36 PM
**To:** Alexander Dick <adick@fxcm.com>
**Cc:** Jodi Tesser <JTesser@moundcotton.com>
**Subject:** FW: Subpoena to FXCM in James Contant, et. al. v. Bank of America corp., et al

Plaintiff's response to our letter.  Looks like we are pretty close to striking a deal.
The final version of our letter is attached.
Barry

**Barry Temkin**
*Partner*

**Mound Cotton Wollan & Greengrass LLP**
One New York Plaza
New York, NY 10004
Tel: (212) 804-4221
Fax: (212) 344-8066
Email: btemkin@moundcotton.com
Web: www.moundcotton.com
**New York | Long Island | New Jersey | Florida | California | Texas**
**Established 1933**

---

**From:** Josh Ripley <jripley@bm.net>
**Sent:** Monday, June 17, 2019 12:42 PM
**To:** Kirby Fisher <KFisher@moundcotton.com>; Tracey Cowan <tcowan@pwcklegal.com>
**Cc:** Barry Temkin <BTemkin@moundcotton.com>
**Subject:** RE: Subpoena to FXCM in James Contant, et. al. v. Bank of America corp., et al

Barry,

Thank you for your letter. Our agreements to accept declarations for certain requests are conditioned on receiving information in those declarations sufficient to fully respond to each request. Additionally, as I stated on our call, Plaintiffs will not agree to a cost-sharing agreement based solely on the estimates of FXCM employees. If FXCM wishes to discuss a proposal for splitting the costs of production between Plaintiffs, FXCM, and/or Defendants, Plaintiffs will require independent verification of FXCM's cost estimates, including competitive estimates from third-party vendors. Plaintiffs note that "professional vendors" are subject to the operative protective order in this case, which should abrogate any confidentiality concerns with respect to the vendors.

Best,

---

1

JOSH RIPLEY / *Associate*
**d** 215.875.3093 **m** 215.875.3000 | jripley@bm.net

## BERGER | MONTAGUE

1818 MARKET ST | SUITE 3600 | PHILADELPHIA, PA 19103
bergermontague.com | twitter | facebook | linkedin

-----Original Message-----
From: Kirby Fisher [mailto:KFisher@moundcotton.com]
Sent: Monday, June 17, 2019 12:22 PM
To: Tracey Cowan <tcowan@pwcklegal.com>; Josh Ripley <jripley@bm.net>
Cc: Barry Temkin <BTemkin@moundcotton.com>
Subject: Subpoena to FXCM in James Contant, et. al. v. Bank of America corp., et al

Sent on behalf of Barry Temkin.

Please see attached.

The information contained in this electronic message is confidential, intended solely for the addressee(s), and may constitute privileged communications or attorney work product. Any unauthorized access, use, reproduction, transmission, disclosure, or dissemination is prohibited. Neither MOUND, COTTON, WOLLAN & GREENGRASS LLP nor the author assumes any legal liability or responsibility for any incorrect, misleading, or altered information contained in this electronic message.