UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, et al.<br><br>*Plaintiffs*,<br><br>- against -<br><br>BANK OF AMERICA CORPORATION, et al.,<br><br>*Defendants*. | Index No.: 17 Civ. 3139 (LGS)<br><br>**MOTION TO WITHDRAW AS COUNSEL** |

Defendants J.P. Morgan Chase & Co., and J.P. Morgan Chase Bank, N.A., by and through their counsel Dontzin Nagy & Fleissig LLP ("DNF"), hereby move this Court for an Order allowing Stephen B. Popernik to withdraw as counsel for J.P. Morgan Chase & Co., and J.P. Morgan Chase Bank, N.A., in the above-referenced action. Mr. Popernik is leaving the employ of DNF. DNF will continue to serve as counsel for the JPMorgan Defendants in this matter. Mr. Popernik's withdrawal will not affect any deadlines or cause any delay in this matter.

Dated: June 30, 2020
      New York, New York

                                                Respectfully submitted,

                                                /s/   Stephen B. Popernik

                                                Stephen B. Popernik
                                                DONTZIN NAGY & FLEISSIG LLP
                                                980 Madison Avenue
                                                New York, New York 10075
                                                Telephone: (212) 717-2900
                                                Facsimile: (212) 717-8088
                                                spopernik@dnfllp.com

                                                *Counsel for Defendants J.P. Morgan Chase*
                                                *& Co. and J.P. Morgan Chase Bank, N.A.*