UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, et al.,<br><br>         *Plaintiffs*,<br><br>- against -<br><br>BANK OF AMERICA CORPORATION, et al.,<br><br>         *Defendants*. | Index No.: 17 Civ. 3139 (LGS)<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL |

**IT IS HEREBY ORDERED** that the motion for Stephen B. Popernik to withdraw as counsel for Defendants J.P. Morgan Chase & Co., and J.P. Morgan Chase Bank, N.A., is **GRANTED**, and Mr. Popernik's appearance is withdrawn as of the date of this Order. The Clerk is directed to remove Mr. Popernik from the CM/ECF service list for this action.

SO ORDERED:

Dated: July 1, 2020
   New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**