UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
                                   :

JAMES CONTANT, et al.,                 :

              Plaintiffs,      :

                                :   Case No. 17 Civ. 3139 (LGS)

     -against-              :

BANK OF AMERICA CORPORATION, et al.,  :

              Defendants.    :

-------------------------------------------------------------------x

## NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715

PLEASE TAKE NOTICE that on June 5, 2020, Defendants Bank of America Corporation, Bank of America, N.A., and Merril Lynch, Pierce, Fenner & Smith Incorporated; Barclays Bank PLC and Barclays Capital Inc.; BNP Paribas (identified in the Complaint as BNP Paribas Group), BNP Paribas US Wholesale Holdings Corp., previously known as BNP Paribas North America, Inc., and BNP Paribas Securities Corp., which now includes BNP Paribas Prime Brokerage, Inc.; Credit Suisse AG and Credit Suisse Securities (USA) LLC; Deutsche Bank AG; The Goldman Sachs Group, Inc. and Goldman, Sachs & Co. (now known as Goldman Sachs & Co. LLC); HSBC Bank plc, HSBC North America Holdings, Inc., HSBC Bank USA, N.A., and HSBC Securities (USA) Inc.; JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.; Morgan Stanley, Morgan Stanley & Co. LLC, and Morgan Stanley & Co. International plc; RBC Capital Markets, LLC; The Royal Bank of Scotland plc (now known as NatWest Markets Plc) and RBS Securities Inc. (now known as NatWest Markets Securities Inc.); and, UBS AG and UBS Securities LLC (collectively, "Group Settling Defendants") caused notification of their proposed class action

settlement in this action (the "Group Settlement") pursuant to and in accordance with 28 U.S.C. § 1715.


Dated:   July 6, 2020

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Eric J. Stock*
Eric J. Stock
Philip O. Shapiro
200 Park Avenue, 48th Floor
New York, New York 10166
Telephone: (212) 351-4000
estock@gibsondunn.com
pshapiro@gibsondunn.com

D. Jarrett Arp
Melanie L. Katsur
Amy Feagles
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
jarp@gibsondunn.com
mkatsur@gibsondunn.com
afeagles@gibsondunn.com

*Attorneys for Defendants UBS AG and UBS*
*Securities LLC*