UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
      :
JAMES CONTANT, et al.,      :
                          Plaintiffs,  :
      :      17 Civ. 3139 (LGS)
           -against-      :
      :      **ORDER**
BANK OF AMERICA CORPORATION, et al.,  :
                         Defendants.  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a preliminary settlement approval hearing was held on July 9, 2020;

      WHEREAS, at the hearing, Defendants participating in the Group Settlement (the "Group Settling Defendants") were directed to file a letter providing the allocation of the Group Settlement amount across the Group Settling Defendants, or in the alternative an explanation for why the allocation could not be provided or why it should be provided *in camera*.

      WHEREAS, on July 13, 2020, the Group Settling Defendants submitted a letter and an attached appendix by email to Chambers, and requested that the letter and the appendix remain non-public.  It is hereby

      **ORDERED** that, by July 16, 2020, the Group Settling Defendants shall either (1) publicly file on ECF the letter and attached appendix, redacting only the dollar amounts identified in the appendix, and shall file on ECF *ex parte* and under seal the unredacted letter and appendix; or (2) to the extent that Group Settling Defendants believe that additional redactions are necessary, Defendants shall file an application pursuant to this Court's Individual Rules.

Dated: July 13, 2020
      New York, New York

                                                         LORNA G. SCHOFIELD
                                                   UNITED STATES DISTRICT JUDGE