July 13, 2020

**CONFIDENTIAL**

**GROUP SETTLING DEFENDANTS REQUEST
THAT THIS LETTER AND APPENDIX
NOT BE FILED ON THE PUBLIC DOCKET**

The Honorable Lorna G. Schofield
U.S. District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

> Re:   *Contant, et al. v. Bank of Am. Corp., et al.*,
> No. 17 Civ. 3139 (LGS) (S.D.N.Y.)

Dear Judge Schofield:

We write on behalf of all Group Settling Defendants in the above-referenced action.  As Your Honor requested at the July 9, 2020 preliminary approval hearing, we enclose an appendix listing the amounts each Group Settling Defendant has agreed to contribute to the Settlement Fund.

Group Settling Defendants respectfully request that this letter, its appendix, and their contents be reviewed *in camera* and not be placed on the docket or otherwise made public.  The negotiation of the allocation among Group Settling Defendants was intended by the parties to be and to remain confidential, and that allocation reflects strategic decisions and work product of the Group Settling Defendants in their common interest.  Group Settling Defendants respectfully submit that public disclosure of this information could unfairly disadvantage them and inhibit settlement discussions in other future litigations.  (For example, public disclosure could be perceived by adverse parties as revealing the negotiating positions and/or willingness to settle of specific defendants that could later be used against them.)  Group Settling Defendants also respectfully submit that the ability to confidentially allocate the group settlement amount among Group Settling Defendants helped to facilitate settlement discussions with plaintiffs in this case, and to do so in a manner that did not disadvantage the settlement classes.

Moreover, Group Settling Defendants respectfully submit that public disclosure of the allocation of the group settlement here would not advance any interest of the settlement classes.  It would not impact the extent of their recoveries; nor would it assist a class member in assessing the fairness of the overall settlement to him/her in relation to a decision to accept the settlement or opt-out.  Accordingly, it is not uncommon for courts, including in this District, to approve a settlement for a total amount with a group of defendants without a public record of the allocation of that settlement amount among those defendants.  *See, e.g.*, *In re GSE Bonds Antitrust Litig.*, 1:19-cv-01704 (JSR) (S.D.N.Y. Jun. 18, 2020) (approving a twelve-bank "Group Defendants" settlement

**CONFIDENTIAL**                                                                           -2-
The Honorable Lorna G. Schofield
July 13, 2020

without making public the underlying allocation); *Laydon v. Mizuho Bank, Ltd., et al.*, 1:12-cv-03419 (GBD) (S.D.N.Y. Dec. 19, 2019) (approving a three-bank group defendants settlement without making public the underlying allocation).  Nor is it unusual for courts to review certain information about class action settlements *in camera*, particularly where, as here, "the respective financial obligations" concerning the payment of a settlement amount were neither "negotiated with the plaintiff classes," nor "seen by their counsel," and "d[id] not affect the rights of, or consideration to, the proposed Settlement classes."  *In re Initial Pub. Offering Sec. Litig.*, 226 F.R.D. 186, 204-05 (S.D.N.Y. 2005) (preserving the confidentiality of a side agreement concerning "the respective financial obligations of the Issuers' insurers in connection with the proposed partial settlement").[1]

Respectfully submitted,

SHEARMAN & STERLING LLP                          SULLIVAN & CROMWELL LLP

By: /s/ Adam S. Hakki                            By: /s/ Matthew A. Schwartz
Adam S. Hakki                                    Matthew A. Schwartz
Richard F. Schwed                                Matthew A. Peller
Jeffrey J. Resetarits                            Nikolai Krylov
599 Lexington Avenue                             125 Broad Street
New York, New York 10022                         New York, New York 10004
Telephone: (212) 848-4000                        Telephone: (212) 558-4000
ahakki@shearman.com                              schwartzmatthew@sullcrom.com
rschwed@shearman.com                             pellerm@sullcrom.com
jeffrey.resetarits@shearman.com                  krylovn@sullcrom.com

*Attorneys for Defendants Bank of America*       *Attorneys for Defendants Barclays Bank PLC*
*Corporation, Bank of America, N.A. and Merrill* *and Barclays Capital Inc.*
*Lynch, Pierce, Fenner & Smith Incorporated*

---

[1] If, notwithstanding this letter, the Court plans to make any of these materials public, the Group Settling Defendants respectfully request the opportunity to confidentially discuss with the Court any questions or concerns that the Court may have in light of this letter or appendix.

**<u>CONFIDENTIAL</u>**                                                                              -3-
The Honorable Lorna G. Schofield
July 13, 2020

ALLEN & OVERY LLP                                         CAHILL GORDON & REINDEL LLP

By: /s/ David C. Esseks_____               By: /s/ David G. Januszewski_____
David C. Esseks                                          David G. Januszewski
Laura R. Hall                                            Elai E. Katz
Rebecca Delfiner                                         Herbert S. Washer
1221 Avenue of the Americas                              Jason M. Hall
New York, NY 10020                                       Margaret A. Barone
Telephone: (212) 610-6300                                80 Pine Street
david.esseks@allenovery.com                             New York, NY 10005
laura.hall@allenovery.com                               Telephone: (212) 701-3000
rebecca.delfiner@allenovery.com                         djanuszewski@cahill.com
                                                        ekatz@cahill.com
*Attorneys for Defendants BNP Paribas*                  hwasher@cahill.com
*(identified in the Complaint as BNP Paribas*           jhall@cahill.com
*Group), BNP Paribas US Wholesale Holdings*             mbarone@cahill.com
*Corp., previously known as BNP Paribas North*
*America, Inc, and BNP Paribas Securities Corp.,*       *Attorneys for Defendants Credit Suisse AG, and*
*which now includes BNP Paribas Prime*                  *Credit Suisse Securities (USA) LLC*
*Brokerage, Inc.*

**<u>CONFIDENTIAL</u>**                                                        -4-
The Honorable Lorna G. Schofield
July 13, 2020

KING & SPALDING LLP

By: /s/ G. Patrick Montgomery
G. Patrick Montgomery
1700 Pennsylvania Ave., NW
Washington, DC  20006
Telephone: (202) 626-5444
pmontgomery@kslaw.com

LATHAM & WATKINS LLP

By:  /s/ Joseph Serino, Jr.
Joseph Serino, Jr.
885 Third Avenue
New York, New York 10022
joseph.serino@lw.com
Telephone: (212) 906-1717

*Attorneys for Defendants Deutsche Bank AG and
Deutsche Bank Securities Inc.*

CLEARY GOTTLIEB STEEN &
HAMILTON LLP

By: /s/ Thomas J. Moloney
Thomas J. Moloney
George S. Cary
Rishi Zutshi
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
tmoloney@cgsh.com
gcary@cgsh.com
rzutshi@cgsh.com

*Attorneys for Defendants The Goldman Sachs
Group, Inc. and Goldman Sachs & Co. LLC*

**CONFIDENTIAL**                                                                         -5-
The Honorable Lorna G. Schofield
July 13, 2020

LOCKE LORD LLP                               SKADDEN, ARPS, SLATE,
                                                MEAGHER & FLOM LLP

By: /s/ Gregory T. Casamento_____
Gregory T. Casamento                         By: /s/ Boris Bershteyn_____
3 World Financial Center                     Boris Bershteyn
New York, NY 10281                           Tansy Woan
Telephone: (212) 812-8325                    One Manhattan West
gcasamento@lockelord.com                     New York, New York 10001
                                             Telephone: (212) 735-3000
                                             boris.bershteyn@skadden.com
Roger B. Cowie                               tansy.woan@skadden.com
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
Telephone: (214) 740-8000                    Gretchen M. Wolf (admitted *pro hac vice*)
rcowie@lockelord.com                         155 N. Wacker Dr., Suite 2700
                                             Chicago, Illinois 60606
                                             Telephone: (312) 407-0700
J. Matthew Goodin                            gretchen.wolf@skadden.com
Julia C. Webb
111 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 443-0700
jmgoodin@lockelord.com
jwebb@lockelord.com

*Attorneys for Defendants HSBC Bank PLC,*    *Attorneys for Defendants JPMorgan Chase &*
*HSBC North America Holdings, Inc., HSBC*    *Co. and JPMorgan Chase Bank, N.A.*
*Bank USA, N.A., and HSBC Securities (USA)*
*Inc.*

**CONFIDENTIAL**                                                              -6-
The Honorable Lorna G. Schofield
July 13, 2020

WACHTELL, LIPTON, ROSEN & KATZ          MOORE AND VAN ALLEN PLLC

By: /s/ Jonathan Moses_____      By: /s/ James P. McLoughlin, Jr._____
Jonathan Moses                           James P. McLoughlin, Jr.
Justin L. Brooke                         Mark A. Nebrig
51 West 52nd Street                      Joshua D. Lanning
New York, NY 10019                       Moore and Van Allen PLLC
Telephone: (212) 403-1000                100 N. Tryon Street, Suite 4700
JMMoses@wlrk.com                         Charlotte, North Carolina 28202
JLBrooke@wlrk.com                        Telephone: (704) 331-1000
                                         jimmcloughlin@mvalaw.com
                                         marknebrig@mvalaw.com
                                         joshlanning@mvalaw.com


*Attorneys for Defendants Morgan Stanley,*   *Attorneys for Defendant RBC Capital Markets,*
*Morgan Stanley & Co., LLC, and Morgan*      *LLC*
*Stanley & Co. International PLC*

**<u>CONFIDENTIAL</u>**                                                                                          -7-
The Honorable Lorna G. Schofield
July 13, 2020

DAVIS POLK & WARDWELL LLP                    GIBSON, DUNN & CRUTCHER LLP

By: /s/ Paul S. Mishkin_____          By: /s/ Eric J. Stock_____
Paul S. Mishkin                               Eric J. Stock
Adam G. Mehes                                 Philip Shapiro
Maude Paquin                                  200 Park Avenue, 48th Floor
450 Lexington Avenue                          New York, New York 10166
New York, New York 10017                      Telephone: (212) 351-4000
Telephone: (212) 450-4000                     estock@gibsondunn.com
paul.mishkin@davispolk.com                    pshapiro@gibsondunn.com
adam.mehes@davispolk.com
maude.paquin@davispolk.com                    D. Jarrett Arp
                                              Melanie L. Katsur
                                              Amy Feagles
                                              1050 Connecticut Avenue, N.W.
                                              Washington, D.C. 20036
                                              Telephone: (202) 955-8500
                                              jarp@gibsondunn.com
                                              mkatsur@gibsondunn.com
                                              afeagles@gibsondunn.com

*Attorneys for Defendants The Royal Bank of*   *Attorneys for Defendants UBS AG and UBS*
*Scotland plc (now known as NatWest Markets*   *Securities LLC*
*Plc) and RBS Securities Inc., now known as*
*NatWest Markets Securities Inc.*

The Honorable Lorna G. Schofield
Appendix to Group Settling Defendants'
Confidential Letter to the Court
July 13, 2020

## CONFIDENTIAL

### GROUP SETTLING DEFENDANTS REQUEST
### THAT THIS LETTER AND APPENDIX
### NOT BE FILED ON THE PUBLIC DOCKET

- Bank of America Corporation, Bank of America, N.A., and Merrill Lynch, Pierce, Fenner & Smith Inc., collectively, shall be responsible for ████████ of the Settlement Amount;

- Barclays Bank PLC and Barclays Capital Inc., together, shall be responsible for ████████ of the Settlement Amount;

- BNP Paribas, BNP Paribas US Wholesale Holdings Corp., and BNP Paribas Securities Corp., collectively, shall be responsible for ████████ of the Settlement Amount;

- Credit Suisse AG and Credit Suisse Securities (USA) LLC, together, shall be responsible for ████████ of the Settlement Amount;

- Deutsche Bank AG shall be responsible for ████████ of the Settlement Amount;

- The Goldman Sachs Group, Inc. and Goldman, Sachs & Co. (now known as Goldman Sachs & Co. LLC), together, shall be responsible for ████████ of the Settlement Amount;

- HSBC Bank plc, HSBC North America Holdings Inc., HSBC Bank USA, N.A., and HSBC Securities (USA) Inc., collectively, shall be responsible for ████████ of the Settlement Amount;

- JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A., together, shall be responsible for ████████ of the Settlement Amount;

- Morgan Stanley, Morgan Stanley & Co. LLC, and Morgan Stanley & Co. International plc, collectively, shall be responsible for ████████ of the Settlement Amount;

- RBC Capital Markets, LLC, shall be responsible for ████████ of the Settlement Amount;

- The Royal Bank of Scotland plc (now known as NatWest Markets Plc) and RBS Securities Inc. (now known as NatWest Markets Securities Inc.), together, shall be responsible for ████████ of the Settlement Amount; and

- UBS AG, UBS Group AG, and UBS Securities LLC, collectively, shall be responsible for ████████ of the Settlement Amount.