UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA CORPORATION, *et al.*, <br><br> Defendants. | Docket No.: 1:17-cv-03139-LGS-SDA <br><br> **NOTICE OF CHANGE OF ADDRESS** |

PLEASE TAKE NOTICE that effective September 1, 2020, the law firm of Cahill Gordon & Reindel LLP will be relocating to 32 Old Slip, New York, New York 10005. All facsimile, telephone numbers, and email addresses will remain the same.

CAHILL GORDON & REINDEL LLP

By:   /s/ David G. Januszewski

David G. Januszewski
Herbert S. Washer
Elai Katz
Jason M. Hall
Margaret Barone
32 Old Slip
New York, New York 10005
Telephone: (212) 701-3000
djanuszewski@cahill.com
hwasher@cahill.com
ekatz@cahill.com
jhall@cahill.com
mbarone@cahill.com

*Attorneys for Defendants Credit Suisse Group AG, Credit Suisse AG and Credit Suisse Securities (USA) LLC*