

U.S. Department of Justice

Antitrust Division

*New York Office*

*26 Federal Plaza*  *212/335-8000*
*Room 3630*
*New York, New York 10278-0004*  *FAX 212/335-8023*

August 24, 2020

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   *In re Foreign Exchange Benchmark Rates Antitrust Litigation*, No. 13-cv-7789 (LGS); *NYPL, et al. v. JPMorgan Chase & Co., et al.*, 15-cv-9300 (LGS); *Contant, et al. v. Bank of America Corporation, et al.*, No. 17-cv-3139 (LGS); *Allianz, et al. v. Bank of America Corporation, et al.*, No. 18-cv-10364 (LGS)

Dear Judge Schofield:

    Pursuant to the Court's December 4, 2019 Order (13-cv-7789, Dkt. No. 1373), the United States Department of Justice, through the Antitrust Division and the Fraud Section of the Criminal Division ("the Department"), submits this letter regarding the discovery stay in the above foreign-exchange related matters. The Department similarly submitted a letter on July 10, 2020 (13-cv-7789, Dkt. No. 1475).

    The Department requests that the stay remain in place with respect to particular individuals associated with the case *United States v. Akshay Aiyer*, 18-cr-333 (JGK). Specifically, the Department requests that the stay remain in place with respect to Jason Katz, Christopher Cummins, and Nicholas Williams until Defendant Aiyer, Mr. Katz, and Mr. Cummins are sentenced. Their sentencings have been rescheduled to September 17 (Aiyer), October 1 (Katz), and October 6 (Cummins).

    Plaintiffs in the *In re Foreign Exchange* case (13-cv-7789), the *Allianz* case (18-cv-10364), and the *Nypl* case (18-cv-10364) consent to the Department's request. Plaintiffs in the *Contant* case (17-cv-3139) take no position. All Defendants consent to the request except for Credit Suisse, which takes no position.

        Respectfully submitted,

        JOSEPH MUOIO
        Chief, New York Office
        Antitrust Division

By:   /s/ Eric Hoffmann
       Eric Hoffmann, Trial Attorney
       Antitrust Division, New York Office
       26 Federal Plaza
       New York, NY  10278
       (212) 824-1346
       eric.hoffmann@usdoj.gov

cc: All counsel (via ECF)

It is ORDERED that, pursuant to the parameters of this letter, the testamentary discovery stay in Case Nos. 13-cv-7789, 15-cv-9300, 17-cv-3139 and 18-cv-10364 remains in place for the following witnesses:  Jason Katz, Christopher Cummins and Nicholas Williams.  The Clerk of Court is respectfully requested to docket this order in all captioned cases.

Dated:  August 25, 2020
       New York, New York

                            LORNA G. SCHOFIELD
                            UNITED STATES DISTRICT JUDGE