UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

JAMES CONTANT, *et al.*,

                    Plaintiffs,

        v.

BANK OF AMERICA CORPORATION, *et al.*,

                    Defendants.

---------------------------------------------------------------x

Case No. 1:17-cv-3139-LGS

**NOTICE OF CHANGE OF ADDRESS**

**PLEASE TAKE NOTICE** that effective September 1, 2020, the law firm of Linklaters LLP will be relocating to 1290 Avenue of the Americas, New York, New York 10104. All facsimile, telephone numbers and e-mail addresses will remain the same.

Dated: New York, New York
August 28, 2020

Respectfully submitted,

LINKLATERS LLP

By:   */s/ James R. Warnot*
James R. Warnot
Patrick C. Ashby
Nicole E. Jerry
1290 Avenue of the Americas
New York, New York 10104
(212) 903-9000
(212) 903-9100 (fax)

Adam S. Lurie
601 13th St NW,
Suite 400 South
Washington, DC 20005
(202) 654-9200
(202) 654-9210 (fax)

*Counsel for Defendant Société Générale*