

**MICHAEL C. DELL'ANGELO** / *MANAGING SHAREHOLDER*
d 215.875.3080  m 610.608.8766 | mdellangelo@bm.net

September 10, 2020

<u>VIA ECF</u>

Honorable Lorna G. Schofield
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

      RE: *Contant, et al. v. Bank of America Corp., et al.*, No. 17-cv-3139

Dear Judge Schofield:

Plaintiffs respectfully write to request permission to file a memorandum of law not to exceed 35 pages in support of their motion for an award of attorneys' fees, reimbursement of litigation expenses, and service awards for class representatives. Plaintiffs will file this motion on September 21, 2020, pursuant to the Settlement Schedule set forth in the Court's July 17, 2020, Preliminary Approval Order.

Counsel for the settling Defendants consent to this application. No previous page-extension request has been made with respect to this brief in support of Plaintiffs' motion.

                                    Respectfully submitted,

                                    <u>/s/ Michael Dell'Angelo</u>
                                    Michael Dell'Angelo
                                    **BERGER MONTAGUE PC**
                                    1818 Market St, Suite 3600
                                    Philadelphia, PA 19103
                                    Tel: (215) 875-3000
                                    Fax: (215) 875-4604
                                    mdellangelo@bm.net