UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, *et al.*,<br><br>  Plaintiffs,<br>v.<br><br>BANK OF AMERICA CORPORATION, *et al*.,<br><br>  Defendants. | Case No. 17-cv-3139-LGS<br><br>(related to No. 13-cv-7789-LGS)<br><br>ECF CASE |

**NOTICE OF PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND SERVICE AWARDS FOR CLASS REPRESENTATIVES**

PLEASE TAKE NOTICE that pursuant to this Court's July 17, 2020, Order Preliminarily Approving Settlements and Certifying the Proposed Settlement Classes for Settlement Purposes, ECF No. 441; and upon the accompanying memorandum of law; the Declaration of Michael Dell'Angelo in Support of Plaintiffs' Motion for Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Service Awards for Class Representatives; the Declaration of Michael Dell'Angelo on Behalf of Berger Montague PC in Support of Plaintiffs' Motion for Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Incentive Awards for Class Representatives; the Declaration of R. Bryant McCulley on Behalf of McCulley McCluer in Support of Plaintiffs' Motion for Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Incentive Awards for Class Representatives; the Declaration of Kyle G. Bates in Support of Plaintiffs' Motion for an Award of Attorneys' Fees and Costs; the Declaration of Joseph C. Peiffer on Behalf of Peiffer Wolf Carr Kane & Conway, APLC, in Support of Plaintiffs' Motion

for Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Incentive Awards for Class Representatives; the Declaration of Professor Brian Fitzpatrick; the declarations of each of the class representatives; and all other pleadings and matters of record, and such additional or argument as may be presented in Plaintiffs motion or at the hearing on this motion; Plaintiffs will respectfully move the Court, November 19, 2020, at 11:30 a.m., for an Order award of attorneys' fees, reimbursement of litigation expenses, and service awards for the Class Representatives.

Dated: September 21, 2020						Respectfully submitted,

/s/ Michael Dell'Angelo
Michael Dell'Angelo
Michael J. Kane
Joshua T. Ripley
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
mdellangelo@bm.net
mkane@bm.net
jripley@bm.net

*Settlement Class Counsel*

Todd M. Schneider
**SCHNEIDER WALLACE COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, California 94608
Tel: (415) 421-7100
Fax: (415) 421-7105
tschneider@schneiderwallace.com

*Counsel for Plaintiffs and the Proposed Classes*

Joseph C. Peiffer
**PEIFFER WOLF CARR & KANE, APLC**
201 St. Charles Ave. Suite 4610

New Orleans, LA 70170
Tel: (504) 523-2434
Fax: (504) 523-2464
jpeiffer@pwcklegal.com

*Counsel for Plaintiffs and the Proposed Classes*

R. Bryant McCulley
Stuart McCluer
**MCCULLEY MCCLUER PLLC**
701 East Bay Street
Suite 411
Charleston, SC 29403
Tel: (843) 444-5404
Fax: (843) 444-5408
bmcculley@mcculleymccluer.com
smccluer@mcculleymccluer.com

*Counsel for Plaintiffs and the Proposed Classes*