UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> BANK OF AMERICA CORPORATION, *et al.*, <br><br> Defendants. | Case No. 17-cv-3139-LGS <br><br> (related to No. 13-cv-7789-LGS) <br><br> ECF CASE |

**[PROPOSED] FINAL JUDGMENT AWARDING ATTORNEYS' FEES**

This Court, having considered Plaintiffs' Motion for Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Service Awards for Class Representatives, having held a fairness hearing on November 19, 2020, having considered all of the submissions and arguments with respect to the motion, and having ruled on the motion, Orders as follows:

1.  The Court awards to Class Counsel reasonable and appropriate attorneys' fees in the amount of $6,194,083.33, which is equal to 26.2 percent of the settlement fund, or 20 percent of the proceeds of the Citigroup and MUFG Settlements ($2,187,000 from those Settlements), 25 percent of the proceeds of the SC and SG Settlements ($673,750 from those Settlements), and one-third of the proceeds of the Group Settlement ($3,333,333.33 from the Group Settlement). The awarded fee results in a 0.94 multiplier on Class Counsel's total lodestar of $6,573,412.50.

2.  Without affecting the finality of this Order in any respect, this Court reserves jurisdiction over any matters related to or ancillary to this Order.

2

      3.      Finding that there is no just reason for delay, this Order shall constitute a final judgment pursuant to Federal Rule of Civil Procedure 54(b). The Clerk of the Court is directed to enter this Order on the docket.

      IT IS SO ORDERED.

DATED: _____      _____
                                                  THE HONORABLE LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE