

**MICHAEL C. DELL'ANGELO** / *MANAGING SHAREHOLDER*
d 215.875.3080 m 610.608.8766 | mdellangelo@bm.net

October 22, 2020

<u>**VIA ECF**</u>

Honorable Lorna G. Schofield
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

      RE: *Contant, et al. v. Bank of America Corp., et al.*, **No. 17-cv-3139**

Dear Judge Schofield:

Plaintiffs respectfully submit this letter pursuant to the Settlement Schedule set forth in the Court's July 17, 2020, Preliminary Approval Order (ECF No. 441), requiring Plaintiffs to confirm completion of the notice program and notify the Court of any persons or entities objecting to the Settlements or requesting exclusion from the Classes by October 22, 2020.

The Claims Administrator, Heffler Claims Group LLC, commenced the notice program for the Settlements on August 10, 2020. The notice campaign included direct postcard and e-mail notice to all Settlement Class members for whom Plaintiffs obtained contact information; publication notice through a specifically targeted press release; internet notice through investment news websites; targeted social media advertising through Facebook and Instagram; and the maintenance of a settlement website containing important information and court documents. Pursuant to the Preliminary Approval Order, the notice plan was completed on August 31, 2020.

The deadline for Settlement Class members to opt out of the Classes or object to the Settlements was October 15, 2020. To date, neither the Claims Administrator nor Plaintiffs' counsel have received any objections to the Settlements or requests to be excluded from the Classes.

                                                Respectfully submitted,

                                                <u>/s/ Michael Dell'Angelo</u>
                                                Michael Dell'Angelo
                                                **BERGER MONTAGUE PC**
                                                1818 Market St, Suite 3600
                                                Philadelphia, PA 19103
                                                Tel: (215) 875-3000
                                                Fax: (215) 875-4604
                                                mdellangelo@bm.net