

**MICHAEL C. DELL'ANGELO** / *MANAGING SHAREHOLDER*
**d** 215.875.3080 **m** 610.608.8766 | mdellangelo@bm.net

October 23, 2020

**VIA ECF**

Honorable Lorna G. Schofield
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    **RE:** *Contant, et al. v. Bank of America Corp., et al.*, No. 17-cv-3139

Dear Judge Schofield:

Plaintiffs respectfully write <u>to request permission to file a memorandum of law not to exceed 35 pages in support of their motion for final approval of the settlements, plan of allocation, and certifications of the proposed settlement classes for settlement purposes</u>. Plaintiffs will file this motion on October 30, 2020, pursuant to the Settlement Schedule set forth in the Court's July 17, 2020, Preliminary Approval Order.

Counsel for the settling Defendants consent to this application. No previous page-extension request has been made with respect to this brief in support of Plaintiffs' motion.

The application is GRANTED. Plaintiffs shall file a memorandum of law not to exceed 35 pages, in support of their motion for final approval of the settlements, plan of allocation, and certifications of the proposed settlement classes for settlement purposes.

Dated: October 26, 2020
        New York, New York

Respectfully submitted,

/s/ Michael Dell'Angelo
Michael Dell'Angelo
**BERGER MONTAGUE PC**
1818 Market St, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
mdellangelo@bm.net

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**