UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, *et al.*,<br><br>     Plaintiffs,<br>v.<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>     Defendants. | Case No. 17-cv-3139-LGS<br><br>(related to No. 13-cv-7789-LGS)<br><br>ECF CASE |

**NOTICE OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENTS, PLAN OF ALLOCATION, AND CERTIFICATIONS OF THE PROPOSED SETTLEMENT CLASSES FOR SETTLEMENT PURPOSES**

PLEASE TAKE NOTICE that pursuant to this Court's July 17, 2020, Order Preliminarily Approving Settlements and Certifying the Proposed Settlement Classes for Settlement Purposes, ECF No. 441; and upon the accompanying memorandum of law; the Declaration of Michael Dell'Angelo in Support of Plaintiffs' Motion for Final Approval of Class Settlements; the Declaration of Jeanne C. Finegan, APR Concerning Class Member Notification; the prior declarations submitted by Plaintiffs in support of their preliminary approval motions; and all other pleadings and matters of record, and such additional evidence or argument as may be presented in Plaintiffs' motion or at the hearing on this motion; Plaintiffs will respectfully move the Court, on November 19, 2020, at 11:30 a.m., for an Order granting final approval of the Settlements, plan of allocation, and certifications of the proposed Settlement Classes for Settlement purposes.

Dated: October 30, 2020						Respectfully submitted,

/s/ Michael Dell'Angelo
Michael Dell'Angelo
Michael J. Kane
Joshua T. Ripley
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
mdellangelo@bm.net
mkane@bm.net
jripley@bm.net

*Settlement Class Counsel*

Todd M. Schneider
**SCHNEIDER WALLACE COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, California 94608
Tel: (415) 421-7100
Fax: (415) 421-7105
tschneider@schneiderwallace.com

*Counsel for Plaintiffs and the Proposed Classes*

Joseph C. Peiffer
**PEIFFER WOLF CARR & KANE, APLC**
201 St. Charles Ave. Suite 4610
New Orleans, LA 70170
Tel: (504) 523-2434
Fax: (504) 523-2464
jpeiffer@pwcklegal.com

*Counsel for Plaintiffs and the Proposed Classes*

R. Bryant McCulley
Stuart McCluer
**MCCULLEY MCCLUER PLLC**
701 East Bay Street
Suite 411
Charleston, SC 29403
Tel: (843) 444-5404
Fax: (843) 444-5408

                bmcculley@mcculleymccluer.com
                smccluer@mcculleymccluer.com

*Counsel for Plaintiffs and the Proposed Classes*