```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
JAMES CONTANT, et al.,                                       :
                                      Plaintiffs,            :
                                                             :     17 Civ. 3139 (LGS)
                      -against-                              :
                                                             :         **ORDER**
BANK OF AMERICA CORPORATION, et al.,                         :
                                      Defendants.            :
------------------------------------------------------------ X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a Fairness Hearing is scheduled for November 19, 2020, at 11:30 a.m.  Dkt. No. 441.  It is hereby

**ORDERED** that the Fairness Hearing will be telephonic and will occur on the following conference line:  888-363-4749, access code 5583333.  The time of the Fairness Hearing is approximate, but the parties shall be prepared to begin at the scheduled time.

Dated: November 17, 2020
       New York, New York

*[signature]*

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**