UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CONTANT, *et al.*,

            Plaintiffs,

     v.

BANK OF AMERICA
CORPORATION, *et al.*,

            Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 1:17-cv-03139-LGS

## NOTICE OF APPEARANCE

        PLEASE TAKE NOTICE that, the undersigned attorney, JACOB B. LIEBERMAN, of the law firm Sullivan & Cromwell LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel for Defendants Barclays Bank PLC and Barclays Capital Inc. in the above-captioned action and respectfully requests that all papers in this action be served upon him at the address set forth below.

Dated: November 18, 2020
       New York, New York

                                              */s/ Jacob B. Lieberman*

                                              Jacob B. Lieberman
                                              SULLIVAN & CROMWELL LLP
                                              125 Broad Street
                                              New York, New York  10004
                                              liebermanj@sullcrom.com
                                              Telephone:  (212) 558-4000
                                              Facsimile:  (212) 558-3588

                                              *Attorney for Defendants Barclays Bank*
                                              *PLC and Barclays Capital Inc.*