UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, *et al.*, | |
| Plaintiffs, | Case No. 17-cv-3139-LGS |
| v. | (related to No. 13-cv-7789-LGS) |
| BANK OF AMERICA CORPORATION, *et al.*, | ECF CASE |
| Defendants. | |

**[PROPOSED] FINAL JUDGMENT AWARDING SERVICE AWARDS TO THE SETTLEMENT CLASS REPRESENTATIVES**

This Court, having considered Plaintiffs' Motion for Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Service Awards for Class Representatives, having held a fairness hearing on November 19, 2020, having considered all of the submissions and arguments with respect to the motion, and having ruled on the motion, Orders as follows:

1. The Court awards to Settlement Class Representatives James Contant, Sandra Lavender, Victor Hernandez, Martin-Han Tran, FX Primus Ltd., Carlos Gonzalez, Ugnius Matkus, Charles G. Hitchcock III, Jerry Jacobson, Tina Porter, and Paul Vermillion, service awards of $5,000 each, or a total of $55,000, to compensate the Settlement Class Representatives for their efforts and personal time spent advancing the litigation on behalf of the Classes. Service awards shall be paid from the Settlement Fund to Class Counsel to be distributed to the Settlement Class Representatives.

2

2. Without affecting the finality of this Order in any respect, this Court reserves jurisdiction over any matters related to or ancillary to this Order.

3. Finding that there is no just reason for delay, this Order shall constitute a final judgment pursuant to Federal Rule of Civil Procedure 54(b). The Clerk of the Court is directed to enter this Order on the docket.

So Ordered.

Dated: November 19, 2020
       New York, New York

                                        **LORNA G. SCHOFIELD**
                                        **UNITED STATES DISTRICT JUDGE**