UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES CONTANT, *et al.*,

        Plaintiffs,

v.

BANK OF AMERICA CORPORATION, *et al.*,

        Defendants.

Case No. 17-cv-3139-LGS

(related to No. 13-cv-7789-LGS)

ECF CASE

**[PROPOSED] FINAL JUDGMENT AWARDING REIMBURSEMENT OF LITIGATION EXPENSES**

This Court, having considered Plaintiffs' Motion for Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Service Awards for Class Representatives, having held a fairness hearing on November 19, 2020, having considered all of the submissions and arguments with respect to the motion, and having ruled on the motion, Orders as follows:

1.    The Court awards to Class Counsel reasonable expenses in the amount of $1,628,320.51, which were necessarily incurred in the prosecution of this litigation.

2.    Without affecting the finality of this Order in any respect, this Court reserves jurisdiction over any matters related to or ancillary to this Order.

3.    Finding that there is no just reason for delay, this Order shall constitute a final judgment pursuant to Federal Rule of Civil Procedure 54(b). The Clerk of the Court is directed to enter this Order on the docket.

So Ordered.

Dated: November 20, 2020
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**