UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>BANK OF AMERICA CORPORATION, et al.,<br><br>　　　　　　Defendants. | No. 1:17-cv-3139-LGS |

**NOTICE AND [PROPOSED] ORDER FOR WITHDRAWAL OF COUNSEL**

　　　　　PLEASE TAKE NOTICE that, upon the annexed declaration, and subject to the approval of the Court, Anand Sithian hereby withdraws as counsel for defendant MUFG Bank, Ltd. (f/k/a The Bank of Tokyo-Mitsubishi UFJ, Ltd.) and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned action.  Kenneth A. Gallo, Michael E. Gertzman and Andrew C. Finch of Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent MUFG Bank, Ltd. in this proceeding.

Dated: New York, New York
　　　　February 26, 2021

　　　　　　　　　　　　　　　　　　　　　　**PAUL, WEISS, RIFKIND, WHARTON &
　　　　　　　　　　　　　　　　　　　　　　GARRISON LLP**

So Ordered.

Dated: March 1, 2021
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　*/s/ Anand Sithian*
　　　　　　　　　　　　　　　　　　　　　　Anand Sithian
　　　　　　　　　　　　　　　　　　　　　　1285 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　　　New York, NY 10019-6064
　　　　　　　　　　　　　　　　　　　　　　Tel: 212-373-3000
　　　　　　　　　　　　　　　　　　　　　　asithian@paulweiss.com

**Lorna G. Schofield
United States District Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>BANK OF AMERICA CORPORATION, et al.,<br><br>　　　　　Defendants. | No. 1:17-cv-3139-LGS |

### DECLARATION OF ANAND SITHIAN

I, ANAND SITHIAN, declare as follows:

　　　　1.　　I am an associate at the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss"), counsel for MUFG Bank, Ltd. (f/k/a The Bank of Tokyo-Mitsubishi UFJ, Ltd.) in the above captioned case. I submit this declaration in compliance with Local Rule 1.4 to notify the Court that I am withdrawing as counsel because I am leaving the employ of Paul, Weiss.

　　　　2.　　Kenneth A. Gallo, Michael E. Gertzman and Andrew C. Finch of Paul, Weiss will continue to represent MUFG Bank, Ltd. in this proceeding.

　　　　3.　　My withdrawal will not delay the matter or prejudice any party.

　　　　4.　　I am not retaining or charging a lien.

　Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

February 26, 2021　　　　　　　　　　　　　　　By: */s/ Anand Sithian*
New York, New York　　　　　　　　　　　　　　　　　Anand Sithian

2

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that, on February 26, 2021, I caused a true and correct copy of the foregoing to be served upon all parties to this litigation via the CM/ECF system, and upon MUFG Bank, Ltd. (f/k/a The Bank of Tokyo-Mitsubishi UFJ, Ltd.) via email to Jonathan D. Perry, Esq., Assistant General Counsel – Director, MUFG Bank, Ltd. at JPerry@us.mufg.jp.

February 26, 2021
New York, New York

                                                         */s/ Anand Sithian*
                                                         Anand Sithian