UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
JAMES CONTANT, *et al.*,         :
                                 :
        Plaintiffs,    :
   v.                           :
                                 :  Case No. 1:17-cv-03139-LGS
BANK OF AMERICA                  :
CORPORATION, *et al.*,           :
                                 :
        Defendants.    :
                                 :
------------------------------ x

## AMENDED RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Barclays Capital Inc., by and through the undersigned attorneys, identifies the following as parent corporations or publicly held corporations that own 10% or more of any class of its equity interests: Barclays PLC, Barclays Bank PLC, Barclays US Holdings Ltd., Barclays US LLC and Barclays Group US Inc.

Dated: March 23, 2021
      New York, New York

                                                              /s/ *Matthew A. Schwartz*
                                                             Matthew A. Schwartz
                                                             Matthew A. Peller
                                                             Jacob B. Lieberman
                                                            Nikolai Krylov
                                                            SULLIVAN & CROMWELL LLP
                                                            125 Broad Street
                                                            New York, New York  10004
                                                            schwartzmatthew@sullcrom.com
                                                            pellerm@sullcrom.com
                                                            liebermanj@sullcrom.com
                                                            krylovn@sullcrom.com
                                                            Telephone:  (212) 558-4000
                                                            Facsimile:  (212) 558-3588

                                                            *Attorneys for Defendants Barclays Bank PLC and Barclays Capital Inc.*