UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JAMES CONTANT, *et al*.,

                Plaintiffs,

       v.

BANK OF AMERICA
CORPORATION, *et al*.,

           Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

:
:
:
:
:
:
:
:
:
:
:
:

    Case No. 1: 17-cv-03139-LGS-SDA

## NOTICE AND [PROPOSED] ORDER FOR WITHDRAWAL OF COUNSEL

         PLEASE TAKE NOTICE that, upon the annexed declaration, and subject to the approval of the Court, Nikolai Krylov hereby withdraws as counsel for defendants Barclays Bank PLC and Barclays Capital Inc. and shall be removed from the Case Management/Electronic Case Files (CM/ECF) service list in the above-captioned action.  David H. Braff, Matthew A. Schwartz, Matthew A. Peller, and Jacob B. Lieberman of Sullivan & Cromwell LLP will continue to represent Barclays Bank PLC and Barclays Capital Inc. in this proceeding.

Dated: New York, New York
       March 31, 2021

                            */s/  Nikolai Krylov*
                            Nikolai Krylov
                            SULLIVAN & CROMWELL LLP
                            125 Broad Street
                            New York, New York  10004
                            krylovn@sullcrom.com
                            Telephone: (212) 558-4000
                            Facsimile:  (212) 558-3588

SO ORDERED

_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JAMES CONTANT, *et al.*,

                 Plaintiffs,

       v.

BANK OF AMERICA
CORPORATION, *et al.*,

                Defendants.

Case No. 1: 17-cv-03139-LGS-SDA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DECLARATION OF NIKOLAI KRYLOV PURSUANT TO LOCAL RULE 1.4

I, NIKOLAI KRYLOV, declare as follows:

      1.       I am an attorney at the law firm Sullivan & Cromwell LLP, counsel for Barclays Bank PLC and Barclays Capital Inc. in the above-captioned action.  I submit this declaration in compliance with Local Rule 1.4 to notify the Court that I am withdrawing as counsel because I am leaving the employ of Sullivan & Cromwell LLP.

      2.       David H. Braff, Matthew A. Schwartz, Matthew A. Peller, and Jacob B. Lieberman of Sullivan & Cromwell LLP continue to represent Barclays Bank PLC and Barclays Capital Inc. in this action.

      3.       My withdrawal will not delay the matter or prejudice any party.

      4.       I am not retaining or charging a lien.

       Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 31, 2021
New York, New York

By:   */s/      Nikolai Krylov*
             Nikolai Krylov

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 31, 2021, I caused true and correct copies of the foregoing (i) Notice and [Proposed] Order for Withdrawal of Counsel and (ii) Declaration of Nikolai Krylov Pursuant to Local Rule 1.4 to be served upon all parties to this litigation via the CM/ECF system and upon Barclays Bank PLC and Barclays Capital Inc. via email.

/s/        *Nikolai Krylov*

Nikolai Krylov
