UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JAMES CONTANT, *et al.*,

    Plaintiffs,

  v.

BANK OF AMERICA
CORPORATION, *et al.*,

    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 1: 17-cv-03139-LGS-SDA

**NOTICE AND [PROPOSED] ORDER FOR WITHDRAWAL OF COUNSEL**

   PLEASE TAKE NOTICE that, upon the annexed declaration, and subject to the approval of the Court, Nikolai Krylov hereby withdraws as counsel for defendants Barclays Bank PLC and Barclays Capital Inc. and shall be removed from the Case Management/Electronic Case Files (CM/ECF) service list in the above-captioned action.  David H. Braff, Matthew A. Schwartz, Matthew A. Peller, and Jacob B. Lieberman of Sullivan & Cromwell LLP will continue to represent Barclays Bank PLC and Barclays Capital Inc. in this proceeding.

Dated: New York, New York
   March 31, 2021

                /s/ Nikolai Krylov
                Nikolai Krylov
                SULLIVAN & CROMWELL LLP
                125 Broad Street
                New York, New York 10004
                krylovn@sullcrom.com
                Telephone: (212) 558-4000
                Facsimile:  (212) 558-3588

So Ordered.

Dated: April 1, 2021
   New York, New York

                _____
                LORNA G. SCHOFIELD
                UNITED STATES DISTRICT JUDGE