UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

JAMES CONTANT, *et al*.,

                    Plaintiffs,

         v.

BANK OF AMERICA
CORPORATION, *et al*.,

                  Defendants.

:
:
:
:
:
:
:
:
:
:
:

Case No. 1:17-cv-03139-LGS-SDA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## NOTICE AND [PROPOSED] ORDER FOR WITHDRAWAL OF COUNSEL

        PLEASE TAKE NOTICE that, upon the annexed declaration, and subject to the approval of the Court, Matthew A. Peller hereby withdraws as counsel for defendants Barclays Bank PLC and Barclays Capital Inc. and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned action.  David H. Braff, Matthew A. Schwartz and Jacob B. Lieberman of Sullivan & Cromwell LLP will continue to represent Barclays Bank PLC and Barclays Capital Inc. in this proceeding.

Dated: April 14, 2021

                                           */s/ Matthew A. Peller*

                                         Matthew A. Peller
                                         SULLIVAN & CROMWELL LLP
                                         125 Broad Street
                                         New York, New York  10004
                                         pellerm@sullcrom.com
                                         Telephone:  (212) 558-4000
                                         Facsimile:  (212) 558-3588

SO ORDERED

_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

JAMES CONTANT, *et al.*,

                      Plaintiffs,

          v.

BANK OF AMERICA
CORPORATION, *et al.*,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Case No. 1:17-cv-03139-LGS-SDA

## **DECLARATION OF MATTHEW A. PELLER PURSUANT TO LOCAL RULE 1.4**

I, MATTHEW A. PELLER, declare as follows:

1.     I am Special Counsel at the law firm Sullivan & Cromwell LLP, counsel for Barclays Bank PLC and Barclays Capital Inc. in the above-captioned action.  I submit this declaration in compliance with Local Rule 1.4 to notify the Court that I am withdrawing as counsel because I am leaving the employ of Sullivan & Cromwell LLP.

2.     David H. Braff, Matthew A. Schwartz and Jacob B. Lieberman will continue to represent Barclays Bank PLC and Barclays Capital Inc. in this proceeding.

3.     My withdrawal will not delay the matter or prejudice any party.

4.     I am not retaining or charing a lien.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 14, 2021          By:  */s/ Matthew A. Peller*
                                         Matthew A. Peller