UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JAMES CONTANT, *et al.*,

        Plaintiffs,

    v.

BANK OF AMERICA
CORPORATION, *et al.*,

        Defendants.

Case No. 1:17-cv-03139-LGS-SDA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### NOTICE AND [PROPOSED] ORDER FOR WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that, upon the annexed declaration, and subject to the approval of the Court, Matthew A. Peller hereby withdraws as counsel for defendants Barclays Bank PLC and Barclays Capital Inc. and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned action. David H. Braff, Matthew A. Schwartz and Jacob B. Lieberman of Sullivan & Cromwell LLP will continue to represent Barclays Bank PLC and Barclays Capital Inc. in this proceeding.

Dated: April 14, 2021

So Ordered.

Dated: April 15, 2021
      New York, New York

*/s/ Matthew A. Peller*

Matthew A. Peller
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
pellerm@sullcrom.com
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**