UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

Contant, et al.

                                  Plaintiff,

Case No.  17-cv-03139-LGS-SDA

      -against-

Bank of America Corporation, et al.

                                  Defendant.
-------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending                [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Joseph Serino, Jr.
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: JS9911     My State Bar Number is 2407492

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Latham & Watkins LLP
                   FIRM ADDRESS: 885 Third Avenue, New York, NY 10022
                   FIRM TELEPHONE NUMBER: (212) 906-1200
                   FIRM FAX NUMBER: (212) 751-4864

NEW FIRM:   FIRM NAME: Latham & Watkins LLP
                   FIRM ADDRESS: 1271 Avenue of the Americas, New York, NY 10020
                   FIRM TELEPHONE NUMBER: (212) 906-1200
                   FIRM FAX NUMBER: (212) 751-4864

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: May 3, 2021

/s/ Joseph Serino, Jr.
_____
ATTORNEY'S SIGNATURE