

**MICHAEL C. DELL'ANGELO** / *MANAGING SHAREHOLDER*
d 215.875.3080 m 610.608.8766 | mdellangelo@bm.net

July 2, 2021

**VIA ECF**

Honorable Lorna G. Schofield
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

By **August 6, 2021**, Plaintiffs shall file a status letter updating the Court on progress.

Dated: July 6, 2021
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

RE: *Contant, et al. v. Bank of America Corp., et al.*, No. 17-cv-3139

Dear Judge Schofield:

Plaintiffs respectfully submit this letter regarding the estimated time that it will take for the Claims Administrator, in coordination with Class Counsel and Plaintiffs' expert economic consultants, to process and make a final determination of the *pro-rata* distribution amounts for all claims and to prepare and mail Settlement award checks.

In Plaintiffs' June 3, 2021, letter to the Court regarding the anticipated timing of the claims process, ECF No. 478, Plaintiffs estimated that they would be able to file their motion for distribution of settlement funds by July 6, 2021, and that checks would be mailed to pay valid claims sometime between August and September 2021. The Claims Administrator, in consultation with Class Counsel and Plaintiffs' consulting experts, has completed the review and audit of all submitted claims except for the late claim submitted by claimant AMA Capital ("AMA").

AMA's late claim involves millions of transactions that were not identified in the transactional data obtained by Class Counsel from RFEDs with whom many members of the Settlement Classes transacted during the relevant time period. Class Counsel have extensively communicated with AMA's counsel and representatives of AMA and responded to AMA's numerous requests for explanations of the Settlement Class definitions so that AMA can attempt to identify and provide documents or data sufficient to substantiate and validate AMA's late claim. On June 25, AMA provided some of the types of materials requested by Class Counsel and its experts. Upon review of that material, Class Counsel have requested that, no later than July 9, 2021, AMA provide additional documentation and information necessary to substantiate and validate AMA's late claim. When and if received, AMA's submission will be reviewed and audited by Plaintiffs' expert consultants, which may take several weeks due to the expected volume. That review has been and will continue to be complicated by the fact that shortly after the initial deadline that Class Counsel established for AMA's most recent submission, which AMA did not meet, two of Class Counsel's experts took paternity leave. Once any additional

review and analysis is completed, the Claims Administrator, in conjunction with Plaintiffs' expert consultants, will make a final determination of the *pro-rata* distribution amounts and the motion to distribute the funds can be filed.

We welcome any questions the Court may have.

Respectfully submitted,

/s/ Michael Dell'Angelo
Michael Dell'Angelo
**BERGER MONTAGUE PC**
1818 Market St, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
mdellangelo@bm.net
