UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------ x
  JAMES CONTANT, et al.,              :
                                      :
                 Plaintiffs,          :     No. 17-CV-3139 (LGS)
                                      :
     -against-                        :     [Related to 13-CV-7789 (LGS)]
                                      :
  BANK OF AMERICA CORPORATION, et al.,:
                                      :
                 Defendants.          :
------------------------------------ x
```

## MOTION FOR WITHDRAWAL OF COUNSEL

Defendants UBS AG, UBS Group AG and UBS Securities LLC (collectively, the "UBS Defendants") move this Court for an Order allowing David Jarrett Arp to withdraw as counsel for the UBS Defendants and to remove Mr. Arp from CM/ECF notifications in the above-referenced action. In support of this motion and in conformance with Local Rule 1.4 of the United States District Courts for the Southern and Eastern District of New York, undersigned counsel submits the accompanying Declaration of Eric J. Stock and states that Mr. Arp is no longer employed by the law firm of Gibson, Dunn & Crutcher LLP, which continues to represent the UBS Defendants in this matter.

Dated: September 13, 2021         Respectfully submitted,

                                  GIBSON, DUNN & CRUTCHER LLP

                                  By: s/ Eric J. Stock
                                      Eric J. Stock

                                  200 Park Avenue
                                  New York, NY  10166-0193
                                  Telephone:  212.351.4000
                                  Facsimile:  212.351.4035
                                  estock@gibsondunn.com

                                  *Counsel for the UBS Defendants*