UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

JAMES CONTANT, *et al.*,                          :
                                                  :
                        Plaintiffs,               :          No. 17-CV-3139 (LGS)
                                                  :
        -against-                                 :      [Related to No. 13-CV-7789 (LGS)]
                                                  :
BANK OF AMERICA CORPORATION, *et al.*,            :
                                                  :
                        Defendants.               :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

### DECLARATION OF ERIC J. STOCK PURSUANT TO LOCAL RULE 1.4

I, Eric J. Stock, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.      Defendants UBS AG, UBS Group AG and UBS Securities LLC (collectively, the "UBS Defendants") are represented in this matter by the law firm of Gibson, Dunn & Crutcher LLP ("Gibson Dunn").  I am one of the counsel of record for the UBS Defendants.

2.      David Jarrett Arp is no longer employed at Gibson Dunn.

3.      As of November 19, 2020, the Court issued a final approval of class settlements with respect to all Defendants, including the UBS Defendants.  Currently, Plaintiffs, in coordination with their representatives and the Claims Administrator, are in the process of validating claims to make a final determination of distribution amounts.

4.      Because I and others at Gibson Dunn continue to represent the UBS Defendants in this matter, withdrawal of the appearance of Mr. Arp will not prejudice the UBS Defendants nor delay the settlement claim validation and distribution process.

5.      Mr. Arp is not asserting a retaining or charging lien.

I respectfully request that the Court enter the accompanying Order allowing David Jarrett Arp to withdraw as counsel of record for the UBS Defendants and to remove Mr. Arp from CM/ECF notifications in the above-referenced action.

Executed on September 13, 2021                    s/ Eric J. Stock
                                                  Eric J. Stock