UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
JAMES CONTANT, *et al.*, :
 :
        Plaintiffs, :    No. 17-cv-3139 (LGS)
 :
  -against- :    [Related to No. 13-CV-7789 (LGS)]
 :
BANK OF AMERICA CORPORATION, *et al.*, :
 :
        Defendants. :
------------------------------------- x

## ORDER GRANTING WITHDRAW AS COUNSEL

Upon the Notice by Counsel for Defendants UBS AG, UBS Group AG and UBS Securities LLC and the accompanying Declaration of Eric J. Stock,

IT IS HEREBY ORDERED that the noticed request to withdraw David Jarrett Arp as counsel for Defendants UBS AG, UBS Group AG and UBS Securities LLC is granted, and the appearance of Mr. Arp is withdrawn as of the date of this Order.

Dated: _____

                                            _____
                                            Honorable Lorna G. Schofield
                                            United States District Judge