UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT et al.,<br><br>    Plaintiffs,<br><br> -against-<br><br>BANK OF AMERICA CORP et al.<br><br>    Defendants. | 17-cv-3139-LGS<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of the Court and all parties of record:

Please enter my appearance as counsel for AMA Capital Management, LLC in the above-captioned matter.

I certify that I am admitted to practice in this Court.

Dated:  New York, New York
     September 15, 2021

             By: _____
                Damian R. Cavaleri (DC-2558)
                HOGUET NEWMAN
                REGAL & KENNEY, LLP
                One Grand Central Place
                60 East 42nd Street, 48th Floor
                New York, NY 10165
                Phone: 212.689.8808
                Fax: 212.689.5101
                dcavaleri@hnrklaw.com
                *Counsel for AMA Capital*