

**MICHAEL C. DELL'ANGELO**   *MANAGING SHAREHOLDER*
d 215.875.3080  m 610.608.8766   mdellangelo@bm.net

October 18, 2021

**VIA ECF**

Honorable Lorna G. Schofield
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

> Application GRANTED.
>
> The Clerk of Court is respectfully directed (1) to maintain the document at Dkt. No. 503 under seal with access limited to the parties listed in the appendix to this letter and (2) to close the motion at Dkt. No. 502.
>
> Dated: October 19, 2021
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

RE: *Contant, et al. v. Bank of America Corp., et al.*, No. 17-cv-3139

Dear Judge Schofield:

Pursuant to your Honor's October 18, 2021 Order (ECF 501), Class Counsel respectfully submit this letter motion requesting permission to file its reply letter brief with certain information under seal. Specifically, consistent with Your Honor's Order earlier today, Class Counsel's proposed redactions are limited to the identities of AMA Capital LLC's ("AMA") trading partners. Further to your Honor's Rules and Practices, Counsel will file the unredacted version of the letter brief with the proposed highlights under seal. Thereafter, Counsel will file a redacted version of the letter on the record. Lastly, attached to this letter is an appendix that identifies the parties and attorneys of record who should have access to the sealed letter.

Respectfully submitted,

*/s/ Michael Dell'Angelo*
Michael Dell'Angelo

cc: All Counsel of Record *(via ECF)*

1818 MARKET STREET, SUITE 3600
PHILADELPHIA, PA 19103
215.875.3000 | BERGERMONTAGUE.COM

## APPENDIX

Michael Dell'Angelo
Michael J. Kane
BERGER MONTAGUE PC
1818 Market St, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
mdellangelo@bm.net
mkane@bm.net
*Counsel for the Class*

Damian R. Cavaleri
HOGUET NEWMAN REGAL
  & KENNEY, LLP
One Grand Central Place
60 East 42nd Street, 48th Floor
New York, NY 10165
Tel.: 212.689.8808
dcavaleri@hnrklaw.com
*Counsel for AMA Capital*

Scott O Luskin
PAYNE & FEARS LLP
200 N. Pacific Coast Highway
Suite 825
El Segundo, CA 90245
310-689-1750
sol@paynefears.com
*Counsel for AMA Capital*