

One Grand Central Place  
60 East 42nd Street, 48th Floor  
New York, New York 10165

Tel  212.689.8808  
Fax  212.689.5101  
www.hnrklaw.com

dcavaleri@hnrklaw.com

October 26, 2021

> Application DENIED. AMA's leave to file a sur-reply was denied (Dkt. No. 514). The Clerk of Court is respectfully directed to strike the entries and documents at Dkt. Nos. 512 and 513 from the docket.
>
> Dated: October 28, 2021
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

**VIA ECF**

Honorable Lorna G. Schofield
United States District Court Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:   Contant, et al. v. Bank of America Corp., et al., No. 17-cv-3139

Dear Judge Schofield,

    Pursuant to Your Honor's Orders of October 18, 2021 [ECF 501] and October 25, 2021 [ECF 509], counsel to claimant AMA Capital Management, LLC ("AMA") in the above-captioned matter respectfully submit this letter motion requesting permission to file its sur-reply to Class Counsel's reply letter brief [ECF 503] with certain information under seal. Specifically, consistent with Your Honor's Orders of Orders of October 18, 2021 [ECF 501] and October 25, 2021 [ECF 509], AMA's counsel proposes redactions limited to the identities of AMA's trading partners. Consistent with Your Honor's Individual Rules, counsel will file the unredacted version of the sur-reply with the proposed redactions as highlights under seal. Thereafter, counsel will file a redacted version of the sur-reply on the record. Attached to this letter is an appendix that identifies the parties and attorneys of record who should have access to the sealed version of the sur-reply.

    We thank Your Honor for its time and attention to this matter.

Respectfully submitted,

Damian R. Cavaleri

cc: All Counsel of Record (by ECF)