# Exhibit A

# The deadline to file a claim in the FX Indirect Foreign Currency Settlement is March 19, 2021. Certain class members could receive Tens of Thousands of Dollars from a $23.6 Million Settlement.

NEWS PROVIDED BY
**Berger Montague PC** →
Mar 09, 2021, 09:17 ET

PHILADELPHIA, March 9, 2021 /PRNewswire/ -- The following statement is being issued by Berger Montague PC regarding the *Contant v. Bank of America* Settlement.

**What is this About?**
This is a reminder that the deadline to file a claim is March 19, 2021 in the Indirect Foreign Currency Overcharge Settlement. The lawsuit claims that certain banks, including Citigroup, MUFG Bank, Standard Chartered, Société Générale, Bank of America, Barclays, BNP Paribas, Credit Suisse, Deutsche Bank, Goldman Sachs, HSBC, JPMorgan, Morgan Stanley, RBC, RBS, and UBS (the "Defendants") conspired to fix foreign currency ("FX") instrument prices, causing people to be overcharged when purchasing an FX Instrument from an individual or entity and that individual or entity transacted in an FX Instrument directly with a Defendant or one of Defendants' alleged co-conspirators.

**What are the benefits?**
The only way to receive money from the Settlement is to file a claim which you must do by March 19, 2021.  The exact amount of the class member benefit will depend on their transaction volume of FX Instrument purchases, but in certain instances it could be more than $10,000.  There is a discount applied for purchases after December 31, 2013, or a *de minimis* award. For complete details of the Settlement payout, visit: **FXIndirectAntitrustSettlement.com**, and read the Plan of Allocation.

**Who is a Class Member?**

You may be eligible if: (1) you purchased an FX Instrument from an individual or entity from December 1, 2007 through July 17, 2020, and that individual or entity, in turn, transacted in an FX Instrument directly with a Defendant or alleged co-conspirator; and (2) you lived in NY, AZ, CA, FL, IL, MA, MN, or NC at the time of the transaction.

***This is only a summary***. For more information, including the Settlement Agreements, Plan of Allocation, and instructions on filing a claim visit **FXIndirectAntitrustSettlement.com** or call **1-844-245-3777**.

SOURCE Berger Montague PC