# Exhibit C

| Option Two Claimants' Settlement Payments | Claim number 1 | Claim number 2 | Claim number 3 | Claim number 4 | Claim number 5 | Claim number 6 | Claim number 7 | Claim number 8 | Claim number 9 |
|---|---|---|---|---|---|---|---|---|---|
| $ 5,728,222.20 | WCF0106316 | WCF0143833 | WCF0144327 | WCF0148332 | WCF0197576 | WCF0197577 | WCF0197578 | | |
| $ 209,282.30 | WCF0000002 | | | | | | | | |
| $ 52,615.02 | WCF0198356 | | | | | | | | |
| $ 7,661.66 | WCF0196535 | | | | | | | | |
| $ 4,695.64 | WCF0107727 | WCF0183714 | | | | | | | |
| $ 3,889.81 | WCF0151919 | WCF0194956 | | | | | | | |
| $ 2,337.60 | WCF0194391 | | | | | | | | |
| $ 1,425.88 | WCF0191954 | | | | | | | | |
| $ 1,358.61 | PCF0004370 | | | | | | | | |
| $ 904.39 | WCF0135548 | | | | | | | | |
| $ 894.24 | WCF0108392 | | | | | | | | |
| $ 526.63 | WCF0197099 | | | | | | | | |
| $ 484.37 | WCF0118745 | | | | | | | | |
| $ 327.67 | WCF0193675 | | | | | | | | |
| $ 149.44 | WCF0169000 | | | | | | | | |
| $ 76.50 | WCF0115695 | | | | | | | | |
| $ 48.95 | WCF0197081 | | | | | | | | |
| $ 38.36 | WCF0190144 | | | | | | | | |
| $ 29.53 | WCF0146457 | | | | | | | | |
| $ 25.56 | WCF0148501 | | | | | | | | |