# Exhibit D

| Both Option Claimants' Settlement Payment | Claim number 1 | Claim number 2 | Claim number 3 | Claim number 4 |
|---|---|---|---|---|
| $ 56,959.04 | WCF0145457 | WCF0158266 | WCF0166577 | |
| $ 4,556.01 | WCF0124440 | | | |
| $ 3,105.66 | WCF0143165 | WCF0197441 | | |
| $ 3,098.42 | PCF0002369 | WCF0152908 | | |
| $ 1,558.97 | PCF0004361 | | | |
| $ 1,067.84 | PCF0004088 | WCF0173146 | | |
| $ 462.54 | PCF0004034 | | | |
| $ 63.04 | WCF0110815 | | | |
| $ 21.80 | WCF0175772 | | | |