UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONTANT, et al., <br><br> Plaintiffs, <br> - against - <br><br> BANK OF AMERICA CORP., et al., <br><br> Defendants. | Case No.: 17-cv-3139 (LGS) |

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that AMA Capital, LLC, Claimant in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the post-judgment Order dated January 5, 2022 (Docket Entry 563), and all preceding orders regarding AMA's claim.

Dated: New York, New York
January 25, 2022

Respectfully Submitted,

By: _____

Damian R. Cavaleri
Hoguet Newman Regal & Kenney, LLP
One Grand Central Place
60 East 42nd Street, 48th Floor
New York, NY 10165
Phone: 212-689-8808
Fax: 212-689-5101
Email: dcavaleri@hnrklaw.com

Scott O. Luskin
Payne & Fears LLP
200 N. Pacific Coast Highway, Suite 825
El Segundo, CA 90245
Phone: 310-689-1764
Fax: 310-689-1755
Email: SOL@paynefears.com

*Attorneys for Claimant AMA Capital LLC*