UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, et al., <br><br> Plaintiffs, <br><br> - against - <br><br> BANK OF AMERICA CORPORATION, et al., <br><br> Defendants. | Case No.17-cv-03139-LGS-SDA |

## MOTION FOR WITHDRAWAL OF COUNSEL

Pursuant to Rule 1.4 of the Local Rules of the United States District Court for the Southern District of New York, undersigned counsel moves this Court for an Order allowing Charles Barrera Moore to withdraw as counsel for Defendant Standard Chartered Bank ("SCB") and to remove Mr. Moore from CM/ECF notifications in the above-referenced action. In support of this motion, and in conformance with Local Rule 1.4, undersigned counsel submits the accompanying declaration and states that Mr. Moore will no longer be affiliated with Hogan Lovells US LLP after February 4, 2022 and as a result, he will not continue to represent SCB in this action.

Dated: New York, New York
       February 4, 2022

HOGAN LOVELLS US LLP

By: /s/  Charles Barrera Moore
    Charles Barrera Moore
390 Madison Avenue
New York, NY  10017
Tel: (212) 918-3000
Fax: (212) 918-3100
charles.moore@hoganlovells.com