UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, et al.,<br><br>Plaintiffs,<br><br>- against -<br><br>BANK OF AMERICA CORPORATION, et al.,<br><br>Defendants. | Case No.17-cv-03139-LGS-SDA |

**[PROPOSED] ORDER GRANTING WITHDRAWAL OF COUNSEL**

Upon the Motion by counsel for Defendant Standard Chartered Bank ("SCB") and the accompanying Declaration of Charles Barrera Moore,

IT IS ORDERED that the Motion to withdraw Charles Barrera Moore as counsel for SCB is GRANTED, and the appearance of Mr. Moore is withdrawn as of the date of this Order.

Dated: _____

_____
Honorable Stewart D. Aaron
United States Magistrate Judge