Deadline to respond: March 19, 2021

March 11, 2021


311304XZ582F6

EDWARD OWENS
252 FREEDOM DR
FRANKLIN TN 37067-5623

RE: *Contant v. Bank of America* Settlement Deadline for Eligibility of Payment

Dear EDWARD OWENS,

We are contacting you as the Claims Administrator in the above referenced Settlement. This is a reminder that the deadline to file a claim is **March 19, 2021.**

We have sent you several notices but do not see that you have filed a claim. You are noted as a class member with one of the top estimated payouts and may receive an **estimated payment $50,000.00 to $100,000.00; however you MUST FILE A CLAIM BY MARCH 19, 2021 TO BE PAID**.

The lawsuit claims that certain banks, including Citigroup, MUFG Bank, Standard Chartered, Société Générale, Bank of America, Barclays, BNP Paribas, Credit Suisse, Deutsche Bank, Goldman Sachs, HSBC, JPMorgan, Morgan Stanley, RBC, RBS, and UBS (the "Defendants") conspired to fix foreign currency ("FX") instrument prices, causing people to be overcharged when purchasing an FX Instrument from an individual or entity and that individual or entity transacted in an FX Instrument directly with a Defendant or one of Defendants' alleged co-conspirators. The Settlements will provide payments to Class Members, who lived in NY, AZ, CA, FL, IL, MA, MN, or NC, and traded in FX Instruments from December 1, 2007 through July 17, 2020.

Please go to the settlement website www.FXIndirectAntitrustSettlement.com to file online or download a claim form. You may call 1-844-245-3777 if you have questions.

Sincerely,

Claims Administrator