Edward Thomas Owens

252 Freedom Drive

Franklin, TN 37067

847-707-8460

February 16, 2022

Class counsel shall contact Mr. Owens to discuss his concerns.  By **February 25, 2022**, class counsel shall file a letter providing an update on the discussion.  If the concerns are unresolved, class counsel's letter shall state counsel's position on the request by Mr. Owens.

Dated:  February 17, 2022
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

To Whom It May Concern,

Re: Case 1:17-cv-03139-LGS-SDA, Contant vs. Bank of America

Thank you in advance for considering my Pro Se filing.   You will find attached a letter notifying me of my status in this case with less than a week before the filing deadline.  Please note that I am in the top 1% of all claimants.   The letter explicitly states that there is a "Deadline for Eligibility of Payment" of March 19th.   It also states in bold capital letters:  "MUST FILE A CLAIM BY MARCH 19, 2021 TO BE PAID".   The letter could not be clearer.  No where in that letter or on the website does it contemplate a late filing.  But just in case there was a possibility for a late filing I called the administrator, Heffler Claims.  They advised me in no uncertain terms that I must file my claim by March 19, 2021 in order to be eligible for a claim.   How could the court considered even 1 late claim, much less 700 late claims?

For this reason it was not a viable option for me to do anything but accept counsel's calculation of my share of the settlement.   I had no time to consider other settlement options.  Since then, I have learned that there has been almost 700 late claims filed and AMA Advisors has now held up the disbursement indefinitely on appeal.   It would seem to me that this now gives counsel time to respond to my inquiry about how they calculated my claim.   I was the general partner of multiple hedge funds that traded through most of the named defendants (brokers) in this lawsuit.   We did very significant volume but the letter is addressed to me and does not name the entities included in their calculation of my settlement. If I traded in my own name the volume was small by comparison to my hedge funds.

I am requesting that the court consider directing counsel to disclose how counsel calculated my settlement and if any of my entities were included in that settlement calculation.  Also, how can any late claim been accepted under the circumstances of the language in the notification letter and the absence of any notification on the website?

Your Truly,

s/Edward Thomas Owens