

**MICHAEL C. DELL'ANGELO** / *EXECUTIVE SHAREHOLDER*
d 215.875.3080  m 610.608.8766 | mdellangelo@bm.net

February 23, 2022

<u>VIA ECF</u>

Honorable Lorna G. Schofield
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

   RE: *Contant, et al. v. Bank of America Corp., et al.*, No. 17-cv-3139

Dear Judge Schofield:

  Class Counsel respectfully submit this letter motion to request permission to seal the exhibits to the report regarding their efforts and discussions relating to absent Settlement Class Member Edward Owens' February 16, 2022 letter to the Court. (ECF 570) More specifically, and consistent with this Court's Rules, the exhibits to the report constitute attorney-client communications.

  Lastly, attached to this letter is an appendix that identifies the parties and attorneys of record who should have access to the sealed exhibits.

            Respectfully submitted,

            */s/ Michael Dell'Angelo*
            Michael Dell'Angelo

cc:  All Counsel of Record *(via ECF)*

Application DENIED.  Counsel's statements in the February 23, 2022, letter are accepted without need for underlying documents.  Counsel does not need to file attorney-client communications, so those documents will be stricken from the record.

The Clerk of Court is respectfully directed to strike the entry and documents at Dkt. No. 574 and to close the motion at Dkt. No. 572.

Dated:  February 24, 2022
New York, New York

Lorna G. Schofield
United States District Judge

1818 MARKET STREET, SUITE 3600
PHILADELPHIA, PA 19103
215.875.3000 | **BERGERMONTAGUE.COM**



**APPENDIX**

Michael Dell'Angelo
Michael J. Kane
BERGER MONTAGUE PC
1818 Market St, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
mdellangelo@bm.net
mkane@bm.net
*Counsel for the Class*

Edward Thomas Owens
252 Freedom Drive
Franklin, TN 37067
*Pro se party*

Todd M. Schneider
SCHNEIDER WALLACE COTTRELL
  KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
(415) 421-7100
tschneider@schneiderwallace.com
*Counsel for the Class*

Joseph C. Peiffer
PEIFFER WOLF CARR & KANE, APLC
201 St. Charles Avenue, Suite 4610
New Orleans, LA 70170
(504) 523-2434
jpeiffer@pwcklegal.com
*Counsel for the Class*

R. Bryant McCulley
Stuart Halkett McCluer
MCCULLEY MCCLUER PLLC
701 East Bay Street, Suite 411
Charleston, SC 29403
(843) 444-5404
bmcculley@mcculleymccluer.com
smccluer@mcculleymccluer.com
*Counsel for the Class*