# Damian Cavaleri

| | |
|---|---|
| **From:** | Damian Cavaleri |
| **Sent:** | Friday, May 19, 2023 12:02 PM |
| **To:** | mdellangelo@bm.net; mkane@bm.net |
| **Cc:** | Scott O. Luskin |
| **Subject:** | Contant v. Bank of America et al., - Briefing Schedule for Motion for Disbursement |

Dear Michael and Michael,

To follow up my call with Michael Kane, I am reaching out regarding a proposed briefing schedule related to your motion for disbursement filed yesterday evening.  We propose that any opposition be filed on or before June 2, 2023, with any reply to be filed on or before June 9, 2023.  Please let me know if you agree.  If so, we can file a joint letter proposing such briefing schedule.

Regards,
Damian

Damian R. Cavaleri



One Grand Central Place
60 East 42nd Street, 48th Floor
New York, NY 10165
T 212.689.8808 | F 212.689.5101

website | bio | vCard | email

This email transmission constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient(s) intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. Any unauthorized disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is prohibited. If you are not an intended recipient, please notify the sender by reply email and immediately delete and/or destroy the original transmission and any attachments.