

One Grand Central Place
60 East 42nd Street, 48th Floor
New York, New York 10165

Tel   212.689.8808
Fax   212.689.5101
www.hnrklaw.com

dcavaleri@hnrklaw.com

May 19, 2023

**Application GRANTED.  The Clerk of Court is respectfully directed to vacate the Order at Dkt. No. 584.  Counsel for AMA Capital, LLC shall file a response to Plaintiff's motion for disbursement, not to exceed ten pages, by June 2, 2023.  Plaintiff shall file a reply, not to exceed 6 pages, by June 9, 2023.**

**Dated: May 22, 2023**
**New York, New York**

*Lorna G. Schofield*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

**VIA ECF**
Honorable Lorna G. Schofield
United States District Court Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:   Contant, et al. v. Bank of America Corp., et al., No. 17-cv-3139

Dear Judge Schofield,

     We, along with Scott Luskin from Payne & Fears LLP, represent AMA Capital, LLC ("AMA") in the above-captioned matter.  We write with regard to Class Counsel's recent Motion for the Disbursement of Interest Income filed last night, May 18, 2023 (ECF 580), and concerning a briefing schedule for the motion.  We respectfully request that Your Honor rescind the order granting such motion filed this afternoon to provide AMA the opportunity to consider Class Counsel's motion and file an opposition to address any issues.

     As part of the process to set a briefing schedule, we called the court clerk this morning to inquire about the best way to address any potential opposition because Class Counsel filed a full motion rather than a letter seeking a pre-motion conference (as provided by Your Honor's rules), and then spoke with Class Counsel later this morning to propose a standard briefing schedule that we would memorialize with a letter to the Court.  Our proposal to Class Counsel provided that any opposition be filed on or before June 2, 2023, with any reply to be filed on or before June 9, 2023.  Following my conversation with Mr. Kane, I sent an email to Messrs. Dell'Angelo and Kane.  (Exhibit A).

     AMA respectfully requests an opportunity to present an opposition to Class Counsel's motion in accordance with the proposed briefing schedule.

     We thank Your Honor for your time and attention to this matter.

Respectfully submitted,

Damian R. Cavaleri

cc: All Counsel of Record