

**MICHAEL DELL'ANGELO**
*EXECUTIVE SHAREHOLDER & GENERAL COUNSEL*
d 215.875.3080  m 610.608.8766   mdellangelo@bm.net

June 28, 2024

<u>**VIA ECF**</u>

Honorable Lorna G. Schofield
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

      **RE:** ***Contant, et al. v. Bank of America Corp., et al.*, No. 17-cv-3139**

Dear Judge Schofield:

      Class Counsel respectfully submit the attached report from Kroll, the Claims Administrator in this action, concerning the status of the distribution in this matter.

      Class Counsel are available to address any questions that the Court may have concerning this report.

      Respectfully submitted,

      */s/ Michael Dell'Angelo*
      Michael Dell'Angelo

MDA/sll
Attachment

cc: All Counsel of Record *(via ECF) (w/attachment)*